| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | |
|---|---|
| ROBERT B. SILVERMAN SBN 170517<br>SILVERMAN & ASSOCIATES<br>25 S. OAK KNOLL AVE.<br>PASADENA, CA 91101<br>(714) 892-9888<br>(888) 308-5099 - FAX | FILED<br><br>11 JAN 18 AM 10: 47<br><br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br><br>BY: |

ATTORNEYS FOR: PLAINTIFF

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| 1 800 GET THIN, LLC. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | CV11 0505 - ODW (Ex) |
| v. | |
| MICHAEL HILTZIK; DOES 1 THROUGH 50, INCLUSIVE | CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  PLAINTIFF
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**            **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| 1 800 GET THIN, LLC. | PLAINTIFF |
|---|---|
| ROBERT B. SILVERMAN | COUNSEL FOR PLAINTIFF |

JANUARY 18, 2010
Date

Sign

ROBERT B. SILVERMAN
Attorney of record for or party appearing in pro per