1
2
3
4

**SILVERMAN & ASSOCIATES**
**ROBERT B. SILVERMAN SBN 170517**
**25 S. OAK KNOLL AVE., SUITE 504**
**PASADENA, CA 91101**
**TEL: (714) 936-7499**
**FAX: (888) 308-5099**
**EMAIL: SILVERATTY@GMAIL.COM**

5
6
7
8
9

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 800 GET THIN, LLC<br><br>Plaintiff,<br><br>vs.<br><br>Michael Hiltzik, an individual; Los Angeles Times Communications, LLC; Stuart Pfeifer, an individual; etc., et al.;<br><br>Defendants | Case Number: 2:11-CV-0505-ODW (Ex)<br><br>Assigned: HON. OTIS D. WRIGHT, II<br><br>**PLAINTIFF'S OBJECTIONS TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE AND PLAINTIFF'S COUNTER-REQUEST FOR JUDICIAL NOTICE**<br><br>Hearing Date: May 23, 2011<br>Time:          1:30 PM<br>Courtroom:   11<br><br>Action Filed: January 18, 2011 |

Plaintiff's Opposition to Defendants'
Request for Judicial Notice

1

# I.

# **INTRODUCTION**

Plaintiff, 1 800 GET THIN submits this Objection to Defendant's Request for Judicial Notice.   This memorandum will outline the objection and then discuss why the entire Declaration of Lisa Kohn which requests judicial notice is incompetent and should be stricken.  The incompetent declaration testimony of Attorney Kohn should be stricken from this proceeding because of its lack of foundation and authentication.   FDIC v. New Hampshire Ins. Co., 953 F.2d 478, 484 (9th Cir. 1991) (affidavit containing testimony not admissible at trial subject to objection and should be stricken).

# II.

# **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE PRESENTS "SANITIZED" AND "FALSE" DOCUMENTS WHICH ERASE ALL OF THE COMPETITIVE ADVERTISEMENTS FROM THEM TO CONCEAL DEFENDANTS'INJURY TO 1 800 GET THIN**

A.   **Plaintiff Objects to Exhibit "1" Because it is Sanitized and False.**

   1.   **Defendants have removed advertisements from the document.**

Plaintiff objects to Exhibit "1" to Defendants' Request for Judicial Notice (RJN) on the basis that the contents of the Exhibit is subject to "reasonable dispute" and it is not capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."  Lee v. City of Los Angeles, 250 F.3d 668, 688-90 (9th Cir. 2001)(judicial notice not proper where document not generally known in the community or capable of accurate or ready determination by reference to accurate sources not reasonably questioned).  The document purports to be an article form the LA Times dated February 14, 2010, entitled "Behind Those Lap-Band Guys."

However, as demonstrated by exhibit "A" attached to this Objection, the article is not a true and accurate copy because defendant has deliberately omitted

Plaintiff's Opposition to Defendants'
Request for Judicial Notice

2

and sanitized the advertisements from the article all of the advertisers who compete with 1 800 GET THIN and for whom defendant acted in concert to attack 1 800 GET THIN.

Defendants' trade libel is coupled with advertisement after advertisement interspersed through all of defendants' articles for LAP-Band Orange county" who defendant's advertisements say are "expert surgeons." That is followed by the "Highest rated Lap-Band Surgeons" of LapBandVIP.com. That is followed by "ChapmanCenterforObesity.com" which is followed by the "Leading surgeons of EndoBariatric.com." The next advertisement is for OliakCenter.com who are "experts," and that is followed by "Effective Weight Loss Method of LAbariatricCenter.com, which is followed by the Experts of DrDavidHansen.com who are "Liposuction Experts."

The implications of defendants' articles are clear: You can go to 1 800 GET THIN, where the medical facility which 1 800 GET THIN operates will destroy people, or you can go to defendants' advertisers who are Experts, experienced, and effective. The blatant trade libel involved in this matter is shocking. The falsity of the articles is shocking.

The mere fact that these articles have been published by Defendant Los Angeles Times or are available on the Internet does not make the contents of the article admissible under Fed. R. Evid. 201. *See* <u>Alabama Aircraft Industries, Inc.-Birmingham v. U.S.,</u> 82 Fed. Cl. 757, 765 (Ct.Fed.Cl. 2008) ("A report in the New York Times is not necessarily 'indisputable', nor would it state facts 'whose accuracy cannot be questioned.""). Defendant's reproduction of sanitized articles with the advertisers expurgated is inexcusable. Defendant's concealment of its competitive injury and the evidence of that injury in the very filing it has made before this Court is inexcusable.

Plaintiff's Opposition to Defendants'
Request for Judicial Notice

## 2. **Defendants' seek to conceal their motive for competitive injury**

Defendant refers to the articles written by defendants Hiltzik (Exhibit 1-4) and Pfeifer (Exhibits 5-8) in defendants' Request for Judicial Notice. However, the Request for Judicial Notice is improper because of its deception in not including the full content of the articles in question including the associated advertising.

Defendants are engaged in a scheme called "keying" where they purchase keywords containing 1 800 GET THIN and its associated terms from internet search engines to ensure that internet web users searching for those terms will be exposed to defendants banner advertisements. In this manner defendant utilizes the commercial market power of 1 800 GET THIN to promote its own advertisers by writing false articles that will draw the attention of readers to its advertisements. Finance Exp. LLC v. Newcom Corp., 564 F. Supp. 2d 1160, 1177 (C.D. Cal. 2008).

Defendants have intentionally provided to the court "false" examples of the articles they have published. This deliberate deception is designed to conceal their unfair use of the 1 800 GET THIN trademark in their "keying": scheme to write false articles, making claims that 1 800 GET THIN is a surgical facility, that 1 800 GET THIN is responsible for patient deaths, and then use "shills" and "sock-puppets" to increase the "keying" value of the 1 800 GET THIN trademark to defendant's own advertisers. For defendant to conceal this conduct from the court and produce false examples of the articles is inexcusable.

In Playboy Entertainers, Inc. v. Netscape Communications Corp., 354 F.3d 1020 (9th Cir. 2004), the court addressed the issue of whether the plaintiff had established that the defendant's practice of keying demonstrated a likelihood of confusion sufficient to withstand summary judgment. The court applied the factors in AMF, Inc. V. Sleekcraft Boats, 599 f.2d 341 (9th cir. 1997), and determined plaintiff had established a genuine issue of fact as to whether defendant's keying and related use of banner advertisements caused initial interest

confusion.  <u>Playboy Entertainers, Inc</u>. 354 F.3d at 1029.  The court then addressed defendant's fair use and concluded that having found a genuine issue of fact existed regarding likelihood of confusion, defendant could not establish fair use, since "[a] fair use may not be a confusing one."  Id.

Defendant's Request for Judicial Notice is offensive, deceptive, and for the most part irrelevant.  However, where defendant seeks to produce the articles involved in this case, defendant has engaged in a concealment which is demonstrates the very facts 1 800 GET THIN has alleged in its complaint where defendant is misusing the 1 800 GET THIN trade mark for its own commercial benefit and the benefit of its competitors.

Defendant's concealment of the actual advertisements is shocking and worthy of this court's strongest condemnation.

### 3. <u>Defendants' concealment of the advertisements is intentional</u>.

Defendant and its Attorney's conduct in concealing the advertisements form this Court is all the more offensive when the harsh attacks guised as legal argument from defendant's Memorandum are examined.  Defendants' pleading states:

> "Plaintiff's lawsuit against the Times Defendants is a sham pleading, brought by the same attorney who has filed several other lawsuits in an attempt to intimidate a local newspaper and its reporters from commenting on the lucrative and pervasive Lap-Band surgery business operated by the Omidi brothers and the pervasive marketing campaign using 1-800-GET-THIN."

(Defendant's Memo, p. 5, lines 5-9).

There is no excuse for this attack, especially from a defendant who has concealed from this Court the very advertisements in articles where it requests Judicial Notice.  The fact defendant would engage in this kind of injury in a judicially immune pleading is evidence that something is wrong.

Plaintiff's Opposition to Defendants'
Request for Judicial Notice

Defendant is engaged in an unlawful, fraudulent, and pervasive anti-competitive scheme to defraud 1 800 GET THIN and the public all for the purpose of using 1 800 GET THIN's trademark to promote its advertisers and 1 800 GET THIN's competitors, while at the same time concealing its conduct from this Court.

## B. Plaintiff Objects to Exhibit "2" Because it is Sanitized and False.

Plaintiff objects to Exhibit "2" to Defendants' RJN on the basis that the documents is not in its original condition and it has been sanitized to eliminate all evidence of advertisements which form the very core of this law suit. Defendants request the Court take judicial notice of an article from the LA Times by Michael Hiltzik on March 4, 2010, entitled Lap-b and Promoters' Troubled History."

However, as demonstrated by Exhibit "B" attached to this Objection, the article defendant has provided the Court expurgates, sanitizes, and erases all evidence of the advertisers for whom defendants' have acted in concert to injure 1 800 GET THIN through its competitive trade libel.

Defendants' exhibit eliminates the advertisements of Gastric Sleeve (VSG) who it says is the "leading surgeon" for Endobariatric.com. That is followed by "Lap Band Surgery in SoCal which is the "Highest Rated LAP BAND Surgeon" for LapBandVIP.com That is followed by Gastric Lap Band Surgery" from ChapmanCenterForObesity.com. where you can "Get Easy Less-Invasive Weight Loss Adjustable Lap Gastric Band Surgery. Then there is Micro Body Contouring that will "Remove Fat Permanently No downtime & No Major surgery. From Athenixbody.com.

Defendant's advertisements go on and on with 1 800 GET THIN's competition. They are Medical Weight Loss from medicalweightlosscontrol.net; Lap-Band Orange County who are "Expert Lap-Band Surgeons from OliakCenter.com. Then there is the "Highest Rated LAP BAND Surgeon" form LapBandVIP.com which is followed by many others, including United Healthcare

Plaintiff's Opposition to Defendants'
Request for Judicial Notice

6

at ubc.com/smallbusiness.  The attack against 1 800 GET THIN is a competitive attack to injury 1 800 GET THIN while advocating and advertising 1 800 GET THIN's competitors.

The contents of the Exhibit is subject to "reasonable dispute" and it is not capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."  Lee v. City of Los Angeles, 250 F.3d 668, 688-90 (9th cir. 2001).   The mere fact that these articles have been published by Defendant Los Angeles Times or is available on the Internet does not make the contents of the article admissible under Fed. R. Evid. 201.  See Alabama Aircraft Industries, Inc.-Birmingham v. U.S., 82 Fed. Cl. 757, 765 ( Ct.Fed.Cl. 2008) ("A report in the New York Times  is not necessarily 'indisputable', nor would it state facts 'whose accuracy cannot be questioned.")

## C.  Plaintiff Objects to Exhibit "3" Because it is Sanitized and False.

Plaintiff objects to Exhibit "3" to Defendants' RJN on the basis the contents of the Exhibit has been sanitized and expurgated of all advertisers making it subject to "reasonable dispute," and it is not capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."

Defendant requests the Court take judicial notice of an LA Times Article dated April 18, 2010, entitled "Lap-Band Patients Operate in the Dark."  However, as shown by Exhibit "C," the article has been wiped clean of all advertisements form 1 800 GET THIN's competitors for the purpose of concealing form the Court that defendant is engaged in a competitive injury from its trade libel against 1 800 GET THIN.

The real article as it appears on defendant's website, and not the sanitized version Defendants have presented to the Court, has advertisements from LAP-BAND Orange County who are "Experts" at OliakCenter.com.  It has Liposuction Pasadena A where there is "Laser Lipo, Safer, Less Downtime, No Major surgery"

Plaintiff's Opposition to Defendants'
Request for Judicial Notice

7

from athenixbody.com.  The real article has LAP BAND Surgeons - SoCal who are the "Highest Rated LAP BAND Surgeons! From LapBandVIP.com.  The article goes on with 16 other competitive advertisers to 1 800 GET THIN, with a total of 19 competitive advertisements in all.

The competitive injury in this case is extreme, and defendants' conduct of concealing the very advertisements which demonstrate the competitive "non-First Amendment" injury is inexcusable.

The fact these articles were published by Defendant Times or is available on the Internet does not make the contents admissible under Fed. R. Evid. 201.  *See* Alabama Aircraft Industries, Inc.-Birmingham v. U.S, 82 Fed. Cl. 757, 765 (Ct.Fed.Cl. 2008) ("A report in the New York Times is not necessarily 'indisputable', nor would it state facts 'whose accuracy cannot be questioned.").  The article is not capable of judicial notice.  " Lee v. City of Los Angeles, 250 F.3d 668, 688-90 (9th Cir. 2001).  Defendants' presentation of the article in its sanitized form is without justification.

**D.  Plaintiff Objects to Exhibit "4" Because it is Sanitized and False.**

.        Plaintiff objects to Exhibit "4" to Defendants' RJN on the basis the contents of the Exhibit has been sanitized, expurgated, and wiped clean of all evidence of the advertisers who form the basis of the Non-First Amendment competitive injury in this case.

Defendant requests the Court take judicial notice of an article from the LA Times dated December 19, 2010, entitled Scrutiny of Lap-Band enterprise is Overdue."  However, as shown by Exhibit "D" attached to this Memorandum, which is the article as it appears on the LA Times website, defendants' sanitized and false version of the article wiped out all evidence of advertisers which is the subject of the competitive "Non-First Amendment Injury" involved in this lawsuit.

The real article contains 13 separate advertisements of 1 800 GET THIN's competitors.  Defendants and their counsel have erased these advertisements form

Plaintiff's Opposition to Defendants'
Request for Judicial Notice

1  the documents they have submitted to the court for the purpose of concealing form

2  the Court the blatant competitive injury which defendants have inflicted on 1 800

3  GET THIN.

4       Their conduct is inexcusable, and for defendants and their attorneys to

5  contend they have a First Amendment right to engage in this kind of conduct is a

6  "sham" and affront to the Constitution.

7       The documents which defendants have attached to their Request for Judicial

8  Notice are subject to "reasonable dispute" and are not capable of accurate and

9  ready determination by resort to sources whose accuracy cannot reasonably be

10  questioned." Lee v. City of Los Angeles, 250 F.3d 668, 688-90 (9th cir. 2001).

11  The fact that these articles were published by Defendant Times or are available on

12  the Internet does not make the contents of the article admissible under Fed. R.

13  Evid. 201. See Alabama Aircraft Industries, Inc.-Birmingham v. U.S., 82 Fed. Cl.

14  757, 765 (Ct.Fed.Cl. 2008) ("A report in the New York Times  is not necessarily

15  'indisputable', nor would it state facts 'whose accuracy cannot be questioned.'").

16  **E.  Plaintiff Objects to Exhibit "5" Because it is Sanitized and False.**

17       Plaintiff objects to Exhibit "5" to Defendants' Request for Judicial Notice

18  on the basis that the contents of the Exhibit is subject to "reasonable dispute" and it

19  is not capable of accurate and ready determination by resort to sources whose

20  accuracy cannot reasonably be questioned." It has been sanitized, expurgated, and

21  erased. It is "sham" and cannot be the subject of judicial notice.

22       Defendant requests the Court Judicially Notice an article form the LA Times

23  dated February 3, 2011, from Stewart Pfeifer entitled "Allergan CEO Criticizes

24  Lap-Band billboards." However, the document defendant has produced eliminates

25  and sanitized three (3) advertisements from 1 800 GET THIN's competitors.

26       The elimination of these advertisements is an attempt to conceal the "Non-

27  First Amendment" competitive injury in which defendants have engaged where

28

Plaintiff's Opposition to Defendants'
Request for Judicial Notice

they trade libel 1 800 GET THIN to promote their own advertisers and thereby cause a competitive injury.

As shown by the article attached as Exhibit "E" all of the competitive advertisers were eliminated form the document defendants have produced.  There is no justification for such conduct.  The conduct constitutes a fraud on the Court.

The fact these articles were published by Defendant Times or are available on the Internet does not make the contents of the article admissible under Fed. R. Evid. 201.  *See* <u>Alabama Aircraft Industries, Inc.-Birmingham v. U.S</u>, 82 Fed. Cl. 757, 765 (Ct.Fed.Cl. 2008) ("A report in the New York Times is not necessarily 'indisputable', nor would it state facts 'whose accuracy cannot be questioned.").

The documents which defendants have attached to its Request for Judicial Notice is subject to "reasonable dispute" and it is not capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." <u>Lee v. City of Los Angeles</u>, 250 F.3d 668, 688-90 (9th cir. 2001).

**F.  <u>Plaintiff Objects to Exhibit "6" Because it is Sanitized and False</u>.**

Plaintiff objects to Exhibit "6" to Defendants' RJN on the basis that the contents of the Exhibit has been changed, expurgated, and erased of all advertisements competitive to 1 800 GET THIN.

Defendants request the Court take judicial notice of an article from the LA Times dated February 5, 2011, entitled Lap-Band Clinic Sued Over Death."  However, as shown by Exhibit "G" attached to this Memorandum the advertisers competitive to 1 800 GET THIN were erased and concealed from defendants' version of the article attached to its Request for Judicial Notice.

The actual article as it appears on defendants' website has eight (8) advertisements competitive to 1 800 GET THIN.  All have been eliminated from the document defendants' produced for the Court.  The concealment is inexcusable and without justification.

Plaintiff's Opposition to Defendants'
Request for Judicial Notice

The document from defendants "is subject to "reasonable dispute" and it is not capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Lee v. City of Los Angeles, 250 F.3d 668, 688-90 (9th cir. 2001). The mere fact that these articles have been published by Defendant Los Angeles Times or is available on the Internet does not make the contents of the article admissible under Fed. R. Evid. 201. *See* Alabama Aircraft Industries, Inc.-Birmingham v. U.S, 82 Fed. Cl. 757, 765 (Ct.Fed.Cl. 2008) ("A report in the New York Times is not necessarily 'indisputable', nor would it state facts 'whose accuracy cannot be questioned."). The court should not permit defendants' to submit expurgated, erased, and expunged documents where defendants conceal such information from the Court.

## G. **Plaintiff Objects to Exhibit "7" Because it is Sanitized and False.**

Plaintiff objects to Exhibit "7" to Defendants' Request for Judicial Notice on the basis that the contents of the Exhibit eliminates, conceals, and fails to disclose the advertisements which are competitive to 1 800 GET THIN and form the basis of this lawsuit. Defendants seek judicial notice of an article dated February 10, 2011, from Stuart Pfeifer in the LA Times.

As shown in Exhibit "A" all of the advertisements of 1 800 GET THIN's competitors have been eliminated from the article as it actually appears on defendant's website.

There is no excuse for defendants' overt concealment. The article contains three (3) separate advertisements competitive to 1 800 GET THIN. Defendants are engage in trade libel of 1 800 GET THIN. When it comes time to show the Court the articles themselves, defendants conceal the advertisements which demonstrate their motive and the "Non-First Amendment" competitive injury.

Thus documents submitted by Defendants are subject to "reasonable dispute" and are not capable of "accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Lee v. City of Los

Plaintiff's Opposition to Defendants'
Request for Judicial Notice

Angeles, 250 F.3d 668, 688-90 (9th cir. 2001).   The mere fact that these articles have been published by Defendant Los Angeles Times or are available on the Internet does not make the contents of the article admissible under Fed. R. Evid. 201.  *See* Alabama Aircraft Industries, Inc.-Birmingham v. U.S., 82 Fed. Cl. 757, 765 (Ct.Fed.Cl. 2008) ("A report in the New York Times  is not necessarily 'indisputable', nor would it state facts 'whose accuracy cannot be questioned.").

**H.  Plaintiff Objects to Exhibit "8" Because it is Sanitized and False.**

Plaintiff objects to Exhibit "8" to Defendants' RJN on the basis that the contents of the Exhibit is subject to "reasonable dispute" and it is not capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned" because it is not authentic and it has been sanitized.

Defendants request the Court take judicial notice of an article dated March 22, 2011, from the LA Times written by Stuart Pfeifer entitled "Study questions Lap-Band's Long Term Effectiveness."  However, as shown by the actual article as it appears on defendants' website, the document defendants have produced to the Court sanitized all competitive advertisements to 1 800 GET THIN.

The article contains four (4) advertisements competitive to 1 800 GET THIN.  All have been concealed from the Court.  There is no excuse for this conduct.

The fact these articles were published by Defendant Times or are available on the Internet does not make the contents of the article admissible under Fed. R. Evid. 201.  *See* Alabama Aircraft Industries, Inc.-Birmingham v. U.S., 82 Fed. Cl. 757, 765 (Ct.Fed.Cl. 2008) ("A report in the New York Times is not necessarily 'indisputable', nor would it state facts 'whose accuracy cannot be questioned.").

The documents which defendants have attached to its Request for Judicial Notice is subject to "reasonable dispute" and it is not capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."  Lee v. City of Los Angeles, 250 F.3d 668, 688-90 (9th cir. 2001).

Plaintiff's Opposition to Defendants'
Request for Judicial Notice

12

## I. **Plaintiff Objects to Exhibit "9" Because it is Irrelevant and is Hearsay.**

Plaintiff objects to Exhibit "9" to Defendants' RJN on the basis that the contents of the Exhibit is subject to "reasonable dispute" and it is not capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."

The contents of the document are hearsay. All that can be judicially recognized by the presentation of Exhibit "9" is there is an action pending in the Los Angeles Superior Court. None of the factual allegations contained in that complaint can be judicially recognized or otherwise admitted as evidence in these proceedings. Therefore, the document is irrelevant. U.S. Structures, Inc. v. J.P. Structures, Inc., 130 F.3d 1185, 1189 (6th Cir. 1977).

Declarant Lisa Kohn testifies she has personal knowledge of the documents to which she seeks to testify. Bank Meli Iran v. Pahlavi, 58 F.3d 1406, 1412 (9th Cir. 1995); 3 W. Schwarzer, A. Tashima & J. Wagstaffe, California Practice Guide – Federal Civil Procedure Before Trial § 14:164, at 14-68 (2010). There is no foundation laid for the circumstances existing at the time of any of the events concerning these documents. Coca-Cola Co. v. Overlkand, Inc., 692 F.2d 1250, 1255 (9th Cir. 1982)(affidavits lacking personal knowledge are inadmissible).

Rather, Attorney Kohn is testifying from the records of a court of law of which she can neither authenticate the documents nor draw any conclusions of the meaning or import. Hoffman v. Applicators Sales & Services, Inc., 439 F.3d 9, 14 (1st Cir. 2006)("documents do not automatically become part of the record simply because they are the products of discovery.")

Therefore, her entire affidavit lacks personal knowledge and authentication, and should be stricken. United States v. Dibble, 429 F.2d 598 (9th Cir. 1970)(affidavit failing to authenticate documents should be disregarded).

Plaintiff's Opposition to Defendants'
Request for Judicial Notice

## J.  Plaintiff Objects to Exhibit "10" Because it is Irrelevant and is Hearsay.

.      Plaintiff objects to Exhibit "10" to Defendants' RJN that the contents of the Exhibit is subject to "reasonable dispute" and it is not capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."  The contents of the document is hearsay.  All that can be judicially recognized by the presentation of Exhibit "10" is there is a complaint pending before the Los Angeles County Board of Supervisors.

None of the factual allegations contained in that complaint can be judicially recognized or otherwise admitted as evidence in these proceedings.  The document is irrelevant.  U.S. Structures, Inc. v. J.P. Structures, Inc., 130 F.3d 1185, 1189 (6th Cir. 1977).

Declarant Lisa Kohn testifies she has personal knowledge of the documents to which she seeks to testify.  Bank Meli Iran v. Pahlavi, 58 F.3d 1406, 1412 (9th Cir. 1995); 3 W. Schwarzer, A. Tashima & J. Wagstaffe, California Practice Guide – Federal Civil Procedure Before Trial § 14:164, at 14-68 (2010).  There is no foundation laid that the circumstances existing at the time of any of the events concerning these documents.  Coca-Cola Co. v. Overlkand, Inc., 692 F.2d 1250, 1255 (9th Cir. 1982)(affidavits lacking personal knowledge are inadmissible).  Rather, Attorney Kohn is testifying from the records of a court of law of which she can neither authenticate the documents nor draw any conclusions of the meaning or import.  Hoffman v. Applicators Sales & Services, Inc., 439 F.3d 9, 14 (1st Cir. 2006)("documents do not automatically become part of the record simply because they are the products of discovery.")

Therefore, her entire affidavit lacks personal knowledge and authentication, and should be stricken.  United States v. Dibble, 429 F.2d 598 (9th Cir. 1970)(affidavit failing to authenticate documents should be disregarded).

# III.

## CONCLUSION

For the foregoing reasons, plaintiff 1 800 GET THIN requests defendants' Request for Judicial Notice be denied.

DATED: May 2, 2011          SILVERMAN AND ASSOCIATES

By: _____
Robert B. Silverman
Attorney for plaintiff,
1 800 GET THIN, LLC.

## PLAINTIFF'S COUNTER REQUEST FOR JUDICIAL NOTICE AND DECLARATION OF ROBERT B. SILVERMAN

I, Robert Silverman, declare and say:

1.      I am an attorney at law admitted to practice before the United States District Court for the Central District of California.  I submit this declaration in Opposition to Defendants' Request for Judicial Notice and in Support of Plaintiff's Counter-Request for Judicial Notice.

2.      Attached as Exhibit "A" through "H" are the same articles attached to defendants' Request for Judicial Notice.  They were taken from defendants Times' website.  These articles were downloaded from the Times' website between April 30 and May 2, 2011.

3.      There have been no changes, no expurgations, and no omissions made to these articles.  They are in the original form shown on defendants' website.  We

therefore request Judicial Notice of these downloaded articles from the Times'
website pursuant to Fed. R. Evid. 201, which are attached hereto as Exhibits A-H.

4.      Defendants exhibits on its Request for Judicial Notice have been erased,
expurgated, and sanitized of all advertisements competitive with 1 800 GET THIN.

5.      Defendants' Request for Judicial Notice is objectionable.  It constitutes a
material concealment of facts from this Court.

        I declare under penalty of perjury under the laws of the United States of
America the foregoing is true and correct.


        Executed this 2nd day of May, 2011, at Los Angeles, California.



                                    Robert B. Silverman

Exhibit "A"

Julian Omidi | Behind those lap-band ads - Los Angeles Times

New daily nonstop service from LAX, beginning May 20. Book your trip to Shanghai now.

Book Now    UNITED

Subscribe/Manage Account    Place An Ad    LAT Store    Jobs    Cars    Real Estate    Rentals    More Classifieds    Custom Publishing

# Los Angeles Times

LOCAL    U.S.    WORLD    **BUSINESS**    SPORTS    ENTERTAINMENT    HEALTH    LIVING    TRAVEL    OPINION    Search

MONEY & CO.    TECHNOLOGY    PERSONAL FINANCE    SMALL BUSINESS    COMPANY TOWN    JOBS    REAL ESTATE    CARS

YOU ARE HERE: LAT Home → Collections → Business

**LAP-BAND Orange County**
Affordable LAP-BAND Surgery, expert surgeon, multiple OC locations.
www.OliakCenter.com

**Generate Qualified Leads**
Marketing Campaigns with purpose Call today for a consultation
www.lucidfusion.com

Advertisement

## Behind those lap-band ads

Recommend    38

*Los Angeles is awash in billboards and other outdoor signs advertising the weight loss treatment.*

**February 14, 2010** | Michael Hiltzik

Tweet    Submit    Digg

One feature of life in Southern California that's become hard to avoid is the relentless advertising for a weight-loss procedure known as lap-band surgery.

You've probably seen the billboards: They feature a willowy blond in a red tank top and the phone number 1-800-GET-THIN in huge red letters. "LOSE WEIGHT WITH THE LAP-BAND!" they say.

ADS BY GOOGLE

### LAP BAND Surgeons - SoCal

**Highest Rated LAP BAND Surgeons! Before & After Pics, Testimonials**

LapBandVIP.com/Surgeons

These billboards blanket Southland freeways like a giant adipose layer. I've counted 17 on one four-mile stretch of Interstate 5 east of downtown Los Angeles. The ads also appear on the sides of city buses, and there's a TV spot with a jingle ("Let your *newww* life begin/Call 1-800-GET-SLIM") I can't get out of my head, curse it. (The two 800 numbers connect to the same place.)

The ads say the procedure takes an hour, as if you can pop in for a lap-band during your lunch break. In fact, surgically implanting the device requires a general anesthetic and three to four hours of recovery time. Doctors say you can't resume normal eating for up to six weeks. Nor do the billboards mention the price: $18,000.

The lap-band campaign seems to be some kind of marketing watershed -- I've never seen *anything* promoted so ferociously on the L.A. freeways. But is it promoting good medicine?

Good question. Let's take a peek behind the billboards.

The billboards advertise Weight Loss Centers, part of a Beverly Hills medical partnership called TopSurgeons. At least one website associated with TopSurgeons says the entity is "owned and operated" by the brothers Julian and Michael Omidi. (Julian Omidi refused to answer my questions last week about his role in the partnership, and other representatives of TopSurgeons refused to confirm the Omidis' ownership. Michael didn't return my calls.)

**FROM THE ARCHIVES**

FDA's Lap-Band decision is a boon for Allergan
*February 17, 2011*

Lap-Band seems bound for wider use -- now what?
*February 17, 2011*

Lap-Band maker Allergan wants it both ways
*January 23, 2011*

Lap-Band patients operate in the dark
*April 18, 2010*

Lap-band promoters' troubled history
*March 4, 2010*

Julian Omidi | Behind those lap-band ads - Los Angeles Times

**MORE STORIES ABOUT**

Business

Freeways

Billboards

The Iranian-born Omidis built up high-profile practices in dermatology and cosmetic surgery after receiving their medical licenses in 2000 (Julian) and 2003 (Michael). TopSurgeons currently boasts 11 offices staffed by a total of 11 doctors and other professionals, according to the practice's website.

In 2005, the brothers were featured on the plastic surgery reality show "Dr. 90210" on the E! cable channel, which described them in a press release as "immigrants who have built their multimillion-dollar surgical empire from nothing, and whose mother is in charge of all their business decisions."

**Lap Band**
Adjustable Gastric Band Surgery Make An Appointment Today.
www.ChapmanCenterForObesity.com

**Gastric Sleeve (VSG)**
Leading surgeon, All-Inclusive for $8,900. We offer Financing!
www.EndoBariatric.com

1 | 2 | 3 | Next

Email    Print    Digg    Twitter    Facebook    StumbleUpon    Share

FEATURED



A reversal on carbs



Eating more carbs at dinner may help with weight loss and cholesterol levels, a study finds



'Atlas Shrugged' finally comes to the screen, albeit in chunks

**MORE:**

Women who post lots of photos of themselves on Facebook value appearance, need attention, study finds

Ikea's U.S. factory churns out unhappy workers

**Los Angeles Times**   Copyright 2011 Los Angeles Times                 Index by Keyword | Index by Date | Privacy Policy | Terms of Service

Julian Omidi | Behind those lap-band ads - Page 2 - Los Angeles Times



**Sit'n Sleep** YOUR MATTRESS SUPERSTORE   $100 OFF   Click here to download

Subscribe/Manage Account   Place An Ad   LAT Store   Jobs   Cars   Real Estate   Rentals   More Classifieds   Custom Publishing

# Los Angeles Times

| LOCAL | U.S. | WORLD | **BUSINESS** | SPORTS | ENTERTAINMENT | HEALTH | LIVING | TRAVEL | OPINION |

Search

MONEY & CO.    TECHNOLOGY    PERSONAL FINANCE    SMALL BUSINESS    COMPANY TOWN    JOBS    REAL ESTATE    CARS

YOU ARE HERE: LAT Home → Collections → Business

ADS BY GOOGLE

**LAP-BAND Orange County**

Affordable LAP-BAND surgery, expert surgeon, multiple OC locations.

www.OliakCenter.com

Advertisement

(Page 2 of 3)

Recommend   38

## Behind those lap-band ads

*Los Angeles is awash in billboards and other outdoor signs advertising the weight loss treatment.*

0        0    Digg 1

**February 14, 2010** | Michael Hiltzik

Today that press release would have to identify Julian Omidi as a *former* doctor. His license was revoked in 2009 by the Medical Board of California, which concluded that he had been intentionally deceitful on his license application.

Omidi had failed to mention that he had attended UC Irvine from 1986 to 1990. The board concluded that he did so "most likely" to keep it from learning that he had been expelled from UCI in 1990 for his alleged involvement in the burglary of exam papers. This and other factors led the board to conclude in its June 19 decision that Omidi has "a penchant for dishonesty."

ADS BY GOOGLE

## LAP BAND Surgeons - SoCal

Highest Rated LAP BAND Surgeons! Before & After Pics, Testimonials

LapBandVIP.com/Surgeons

**FROM THE ARCHIVES**

FDA's Lap-Band decision is a boon for Allergan
*February 17, 2011*

Lap-Band seems bound for wider use -- now what?
*February 17, 2011*

Lap-Band maker Allergan wants it both ways

Lap-band patients operate in the dark
*April 18, 2010*

Lap-band promoters' troubled history
*March 4, 2010*

As for Michael Omidi, the medical board placed him on three years' probation in 2008 after accusing him of being "grossly negligent" in treating three liposuction patients in 2005. The board said he administered anesthetics improperly and allowed unlicensed assistants to administer anesthetics, suture patients and even once to perform liposuction.

It's unclear when TopSurgeons started pushing lap-band surgery. But in December 2008 it issued a press release touting the device and its "finest staff of Weight Loss Surgeons."

In the right hands the lap-band, also known as a gastric band, is an effective obesity treatment. A silicon ring that constricts the upper part of the stomach, it works by making patients feel full after only a small meal, so they'll stop eating. One study says patients can take off 50 to 70 pounds over two years.

But medical guidelines endorsed by the National Institutes of Health say the prime candidates for the lap-band are morbidly obese patients, defined as those with a body mass index -- a comparison

Julian Omidi | Behind those lap-band ads - Page 2 - Los Angeles Times

**MORE STORIES ABOUT**

Business

Freeways

Billboards

of weight and height -- of 40 and above. (A 5-foot-10 person would register a 40 BMI at 279 pounds, or about 100 pounds overweight.) Patients with a BMI of 35 (244 pounds for our 5-10 subject) would be candidates if they also had weight-related conditions such as diabetes.

According to guidelines issued by a medical panel sponsored by the American Society for Metabolic and Bariatric Surgery (bariatrics is the branch of medicine concerned with obesity), patients should first try nonsurgical weight-loss programs such as Weight Watchers. "They come to surgery not as the first resort, but the last resort," Dr. Namir Katkhouda, a nationally recognized bariatrics expert at USC's Keck School of Medicine, told me. Because the surgery carries risks and has long-term lifestyle consequences, "it's not a cosmetic procedure or a quick fix," he says.

ADS BY GOOGLE

### Cost of Lap Band Surgery?

Expert Surgeons, Excellent Results Financing Options & Cash Rates.

www.ChapmanCenterForObesity.com

Prev | 1 | **2** | 3 | Next

Email    Print    Digg    Twitter    Facebook    StumbleUpon    Share

FEATURED







A reversal on carbs

Women who post lots of photos of themselves on Facebook value appearance, need attention, study finds

Wisconsin Gov. Scott Walker's standing is eroding, opponents say, citing poll

**MORE:**

Wisconsin Gov. Scott Walker's standing is eroding, opponents say, citing poll

Advice on hormone replacement therapy continues to evolve

Should there be a 'fat tax'?

White House fears gas prices could tank Obama

Fox gives Glenn Beck's show the boot

**Los Angeles Times**    Copyright 2011 Los Angeles Times

Index by Keyword | Index by Date | Privacy Policy | Terms of Service

Subscribe/Manage Account    Place An Ad    LAT Store    Jobs    Cars    Real Estate    Rentals    More Classifieds    Custom Publishing

# Los Angeles Times

BUSINESS    SPORTS    ENTERTAINMENT    HEALTH    LIVING    TRAVEL    OPINION

Search

MONEY & CO.    TECHNOLOGY    PERSONAL FINANCE    SMALL BUSINESS    COMPANY TOWN    JOBS    REAL ESTATE    CARS

YOU ARE HERE: LAT Home → Collections → Business

(Page 3 of 3)

Recommend    38

## Behind those lap-band ads

*Los Angeles is awash in billboards and other outdoor signs advertising the weight loss treatment.*

Tweet    Submit    Digg

**February 14, 2010 | Michael Hiltzik**

The guidelines from the metabolic and bariatric surgery group also call for a psychological exam of candidates to screen out those with depression, bulimia or personality disorders that might undermine the treatment. They don't say anything about people inclined to choose their doctors from a freeway billboard or off the side of a bus, but that's a new phenomenon and the guidelines were last updated in 2004.

The patient selection principles of TopSurgeons seem to be rather liberal. Its website says it "can help those with a BMI of 27 or greater." (For our 5-10 patient, that's a threshold of 133 pounds.) While the bariatric field is beginning to loosen its standards because of the nationwide epidemic of obesity and related health problems, that's a broader patient selection model than anything I could find in the professional literature.

## Lap Gastric Bypass & Band

Effective Weight Loss Methods. Improve Health-Live Longer
www.LAbariatricCenter.com

## 27 Yrs Liposuction Expert

Free Consultation, Dramatic Photos 30% OFF ! CALL 310-273-8006
www.DrDavidHansen.com

Advertisement

## LAP BAND Surgeons - SoCal

Highest Rated LAP BAND Surgeons! Before & After Pics, Testimonials

LapBandVIP.com/Surgeons

### FROM THE ARCHIVES

FDA's Lap-Band decision is a boon for Allergan
*February 17, 2011*

Lap-Band seems bound for wider use -- now what?
*February 17, 2011*

Lap-Band maker Allergan wants it both ways
*January 23, 2011*

Lap-band patients operate in the dark
*April 18, 2010*

Lap-band promoters' troubled history
*March 4, 2010*

TopSurgeons says on its website that lap-band surgery can be covered by "most major insurance companies." When I asked Blue Shield and UnitedHealth for their coverage rules, both told me they rely on the 35/40 BMI standard.

For other customers, TopSurgeons offers a different solution: Put the bill on a credit card -- specifically the Care Credit card offered by a unit of General Electric Co., which carries an annual interest rate for TopSurgeon patients of 13.9%.

According to Nancy Wambaa, a 51-year-old Los Angeles woman, TopSurgeons "encouraged" her during an office visit last year to fill out an application for the card just to check her credit. A full-time student and Medi-Cal enrollee, she was surprised to be told within hours that she'd been approved, and even more surprised a month later to get a bill for $15,000 from GE, even though she

Julian Omidi | Behind those lap-band ads – Page 3 – Los Angeles Times

**MORE STORIES ABOUT**

Business

Freeways

Billboards

had told TopSurgeons that on her doctor's advice she had decided against the surgery.

TopSurgeons eventually refunded $12,000 but kept $3,000 as a "cancellation fee." She sued the Omidi brothers in state court Aug. 20, 2009, alleging breach of contract, breach of fiduciary duty and violation of the state consumer protection law. The court file indicates that they never answered her lawsuit, and in December she won a default judgment for the money.

TopSurgeons, for its part, has sued several lap-band patients for as much as $111,000 for their procedures. Most of the cases haven't been resolved. A Top Surgeons "administrator," Thomas Cloud (also a former doctor with a revoked license), said in an interview that the bills were so high because they also covered certain preoperative services and counseling programs. But if that's so it isn't reflected in the itemized accounts listed in the legal complaints.

It's your call on whether to get a lap-band, and on who should do the procedure. But at least now you know more than the billboards told you.

Michael Hiltzik's column appears Sundays and Wednesdays. Reach him at michael.hiltzik@latimes.com, read past columns at www.latimes.com/hiltzik, and follow @latimeshiltzik on Twitter.

**Gastric Lap Band Surgery**
Get Easy Less-Invasive Weight Loss Adjustable Lap Gastric Band Surgery
www.ChapmanCenterForObesity.com

**LAP-BAND Orange County**
Affordable LAP-BAND surgery, expert surgeon, multiple OC locations.
www.OliakCenter.com

Prev | 1 | 2 | 3

Email    Print    Digg    Twitter    Facebook    StumbleUpon    Share

FEATURED







A reversal on carbs

Eating more carbs at dinner may help with weight loss and cholesterol levels, a study finds

'Atlas Shrugged' finally comes to the screen, albeit in chunks

**MORE:**

More college graduates are delinquent on repaying student loans

You haven't heard the last of the Louds

A 1-hour fix for the racial achievement gap?

Movie review: 'Atlas Shrugged'

More than a haunch: roast lamb

---

*Los Angeles Times*   Copyright 2011 Los Angeles Times

Index by Keyword | Index by Date | Privacy Policy | Terms of Service

CONNECT

LOG IN

SIGN UP

Start a wiki

**ENTERTAINMENT**▪

**GAMING**▪

**LIFESTYLE**▪

Stories
Individuals
Universe
Community

Random Page    Recent Changes

2    **Talk**    Like  115    Edit

The **Adipose** were a race of vaguely humanoid blobs of fat.

# BIOLOGY

Young Adipose were hand-sized, marshmallow-shaped beings, composed almost entirely of fat. They had two eyes and a mouth, two arms with webbed hands and two stumpy legs. (DW: *Partners in Crime*)

*For the original plan for the Shadow Proclamation scene in* The Stolen Earth, *the adult adipose were similar to the children, but twice the size of a human.*

# LIFE CYCLE

The Adipose reproduced on Nursery Worlds. When on Earth, the Adipose's development was started when a pill from Adipose Industries was ingested. The young Adipose would grow, collecting fat from around the body. Every night, the Adipose would then be born and leave the body. They could convert other material into fat; however, this practice was not good for their health. Alternative materials included the bones, organs, muscles and many other human tissues. In emergencies, this was used to dispose of people by turning them completely into Adipose. (DW: *Partners in Crime*)

*Whether or not this is the natural means of reproduction is unknown.*



Adipose

| | |
|---|---|
| **Appearance / Type:** | Vaguely humanoid blob of fat |
| **Also known as:** | Fat |
| **Affiliated with:** | Adipose Industries |
| **Place of origin:** | Adipose 3 |
| **Appearances:** | ■ DW: *Partners in Crime*<br>■ DW: *Turn Left* (cameo)<br>■ DW: *The End of Time* (cameo)<br>■ IDW: *Cold Blooded War!*<br>■ WC: *The Baktek Illusion* |
| **Notable Individuals:** | Adipose First Family (group) |

# CONTENTS

Adipose - TARDIS Index File, the Doctor Who Wiki



A newborn Adipose emerges from Roger Davey. (DW: *Partners in Crime*)

# TECHNOLOGY

Adipose technology included the pills used on Earth to germinate young Adipose, Nursery Ships equipped with levitation beams and sonic pens. (DW: *Partners in Crime*) At one point the Adipose society had its own televised news media. (IDW: *Cold Blooded War!*)

# HISTORY



March of the Adipose. (DW: *Partners in Crime*)



An adult Adipose. (IDW: *Cold Blooded War!*)

The Adipose originally came from the planet Adipose 3, which was taken by Davros. (DW: *The Stolen Earth*) After the Adipose First Family lost the nursery planet, they hired wet nurses in order to find new places to breed their offspring. (DW: *Partners in Crime*) On Earth, the wet-nurse Matron Cofelia set up Adipose Industries and disguised the Adipose seeds in the form of weight-loss pills, using humans as surrogates. The pill was gaining over a million customers quickly. When the Tenth Doctor and Donna Noble discovered the alien secret behind the supposed diet pills, Matron Cofelia ordered the immediate birthing of all Adipose. The Adipose Nursery Ship collected the babies then ordered the death of "Miss Foster", as Cofelia was known, to remove any evidence, as breeding on a Level 5 planet was an illegal act under the Shadow Proclamation. (DW: *Partners in Crime*) After being taken from Earth, the Shadow Proclamation took the baby Adipose into care. (WEB: *Captain Jack's Monster Files*)

In 2010, an Adipose was seen at a bar where the Tenth Doctor came to visit Jack Harkness one last time before his regeneration. (DW: *The End of Time*)

Adipose - TARDIS Index File, the Doctor Who Wiki

## ALTERNATE REALITIES

In the timeline known as Donna's World, the March of the Adipose occurred in the United States. 60 million people were killed and converted into Adipose. (DW: *Turn Left*)

## BEHIND THE SCENES

- Adipose is, in reality, fat tissue of the human body, which is what the Adipose are named after. The real adipose is mentioned in the scientific explanation Miss Foster presents.
- The Mill made stress balls for themselves designed in the image of the Adipose. A version of these later became commercially available.
- The computer-generated Adipose came in two forms. Adipose in the background of many shots were created with a form of artificial intelligence to prevent the need of having to individually animate each individual Adipose, but the ones in the foreground were hand animated.
- Russell T Davies' original concept for the Shadow Proclamation scene in *The Stolen Earth* included an appearance by several very large adult Adipose, but his plans to feature a "rogues gallery" of alien races in the scene fell through; ultimately the Judoon were the only returning race featured.

## EXTERNAL SPONSOR LINKS

- KlickncComics - Doctor Who, Superman, Batman, Spiderman, Fantastic Four, X-Men, Star Trek Marvel Comics, DC Comics, Image, Valiant and a whole host of others from Bronze Age to Modern Age.
- Click here!

  Buy a sponsored link and description for your website on this page. Act quickly, the few sponsorship slots sell out fast!

Categories: Adipose | CGI monsters | Humanoid species | Tenth Doctor enemies

Random Wiki





Entertainment
About Us
Careers
Advertise
Contact Wikia
Terms of Use
Privacy Policy
CC-BY-SA

Adipose - TARDIS Index File, the Doctor Who Wiki

Create a wiki

Exhibit "B"

Lap Band | Lap-band promoters' troubled history - Los Angeles Times

Subscribe/Manage Account    Place An Ad    LAT Store    Jobs    Cars    Real Estate    Rentals    More Classifieds    Custom Publishing

# Los Angeles Times

LOCAL    U.S.    WORLD    **BUSINESS**    SPORTS    ENTERTAINMENT    HEALTH    LIVING    TRAVEL    OPINION    Search    GO

MONEY & CO.    TECHNOLOGY    PERSONAL FINANCE    SMALL BUSINESS    COMPANY TOWN    JOBS    REAL ESTATE    CARS

YOU ARE HERE: LAT Home → Collections → Business

## Lap-band promoters' troubled history

**March 04, 2010** | Michael Hiltzik

The waiting room of the Beverly Hills surgery clinic was teeming with customers on a recent Saturday, with many of the patients there for the weight-loss operation hawked on freeway billboards, bus placards, and TV and radio commercials across Southern California: 1-800-GET-THIN.

But few, if any, were probably aware of the troubled history of the medical suite where they might be waiting to undergo major surgery.



The lap-band ad campaign includes billboards along Interstate 5 in the... (Glenn Koenig / Los Angeles Times)

### Gastric Sleeve (VSG)

Leading surgeon, All-Inclusive for $8,900. We offer Financing!

www.EndoBariatric.com

Advertisement

### LAP BAND Surgery in SoCal

Highest Rated LAP BAND Surgeon! Before & After Pics, Testimonials

LapBandVIP.com/Surgery

**FROM THE ARCHIVES**

Lap-Band maker Allergan wants it both ways
*January 23, 2011*

Allergan seeks bigger market for Lap-Band weight-loss device
*January 16, 2011*

Scrutiny of Lap-Band enterprise is overdue
*December 19, 2010*

Lap-band patients operate in the dark
*April 18, 2010*

King/Drew Fights to Save Its Residency Program

Suite 106 at 9001 Wilshire Blvd., currently known as the Beverly Hills Surgery Center, has for years been a business address of TopSurgeons, the sponsors of the ubiquitous marketing campaign for the lap-band -- a surgical implant designed to suppress the appetite of obese patients and normally prescribed for those who are at least 75 to 100 pounds overweight.

As I wrote last month, the people behind TopSurgeons are the Omidi brothers -- Julian, whose medical license was revoked in 2009, and Michael, who was placed on three years' probation for gross negligence in 2008, according to the Medical Board of California.

TopSurgeons attracts customers in part by pitching the lap-band to people who, according to conventional medical guidelines, shouldn't need major surgery to shed weight.

The Omidis formerly operated the Wilshire Boulevard facility as the Almont Ambulatory Surgery Center.

Lap Band | Lap-band promoters' troubled history – Los Angeles Times

*September 7, 2003*

**MORE STORIES ABOUT**

Business

Public Health

Column

Accreditation

Almont lost an important federal certification last summer after inspectors determined that conditions there posed "~~immediate jeopardy to the health and safety~~" of patients.

The government's cancellation of the clinic's certification, which was effective July 20, meant it could no longer receive payments from Medicare and Medicaid for treating the programs' members.

Separately, the American Assn. for Accreditation of Ambulatory Surgery Facilities had already revoked the clinic's accreditation.

The California **~~Department of Public Health~~** was well aware of health and safety issues at the clinic -- its own staff had performed the inspection for the federal government.

The Medical Board of California was aware of the history of TopSurgeons' owners because it was the agency that had revoked Julian Omidi's license and placed his brother Michael on probation.

Yet state regulators' ability to respond to the actions by the federal government and the accreditation body was limited.

Under state law, no agency has clear jurisdiction over such free-standing ambulatory surgical centers.

### Gastric Lap Band Surgery
Get Easy Less-Invasive Weight Loss Adjustable Lap Gastric Band Surgery
www.ChapmanCenterForObesity.com

### Micro Body Contouring
Remove Fat Permanently No Downtime & No Major Surgery
AthenixBody.com

1 | 2 | 3 | 4 | Next

Email   Print   Digg   Twitter   Facebook   StumbleUpon   Share

FEATURED



A reversal on carbs



Women who post lots of photos of themselves on Facebook value appearance, need attention, study finds



The TV Biz: Networks go all out to cover royal wedding

**MORE:**

S&P should avoid political predictions

Eating more carbs at dinner may help with weight loss and cholesterol levels, a study finds

**Los Angeles Times**  Copyright 2011 Los Angeles Times

Index by Keyword | Index by Date | Privacy Policy | Terms of Service

Lap Band | Lap-band promoters' troubled history - Page 2 - Los Angeles Times

Subscribe/Manage Account    Place An Ad    LAT Store    Jobs    Cars    Real Estate    Rentals    More Classifieds    Custom Publishing

# Los Angeles Times

LOCAL   U.S.   WORLD   **BUSINESS**   SPORTS   ENTERTAINMENT   HEALTH   LIVING   TRAVEL   OPINION

Search   GO

MONEY & CO.    TECHNOLOGY    PERSONAL FINANCE    SMALL BUSINESS    COMPANY TOWN    JOBS    REAL ESTATE    CARS

YOU ARE HERE:  LAT Home → Collections → Business

(Page 2 of 4)

## Lap-band promoters' troubled history

**March 04, 2010** | Michael Hiltzik

Recommend  35

0

311

Tweet   1   Digg

Free-standing surgical centers owned by a physician are exempt from licensing by the Department of Public Health.

For its part, the California Medical Board has no legal oversight over a surgical facility because its legal authority extends only to disciplining individual doctors.

## Medical Weight Loss

Dr. Ravenna Medical Weight Loss Only $6.95 Per Week

medicalweightcontrol.net/

## LAP-BAND Orange County

Expert LAP-BAND surgeon, multiple locations, great outcomes/prices.

www.OliakCenter.com

Advertisement



Discover a personal approach to personal banking.

Comerica Bank    LEARN MORE »

### LAP BAND Surgery in SoCal

Highest Rated LAP BAND Surgeon! Before & After Pics, Testimonials

LapBandVIP.com/Surgery

The federal government's authority is limited to determining whether a clinic can participate in Medicare and Medicaid (in this state, Medi-Cal). Once it does that, its regulatory bolt is shot.

Robert Silverman, an attorney representing the Omidis, points out that his clients "have no involvement in the performance of weight loss surgeries themselves."

So why should you care about them?

For one thing, the business model of free-standing surgery clinics unaffiliated with hospitals is spreading.

These places perform major surgery under general anesthesia, which can be life-threatening.

If there are any holes in the regulatory safety net applicable to such facilities, they need to be closed, but *quick*.

Then there are the particulars of that June inspection report of Almont Ambulatory Surgery Center, which runs for 22 pages. Here are some highlights:

* The inspectors found unsanitary conditions in the surgical areas. Medications and supplies to treat complications from anesthesia were expired or missing, though 23 patients were waiting for surgery.

## FROM THE ARCHIVES

Lap-Band maker Allergan wants it both ways
January 23, 2011

Allergan seeks bigger market for Lap-Band weight-loss device
January 26, 2011

Scrutiny of Lap-Band enterprise is overdue
December 19, 2010

Lap-band patients operate in the dark
April 18, 2010

King/Drew Fights to Save Its Residency Program

*September 7, 2003*

**MORE STORIES ABOUT**

Business

Public Health

Column

Accreditation

\* Surgical instruments weren't being properly disinfected. Medical supplies that were supposed to have been tossed after use on a single patient were being reused. Two employees had positive tests for tuberculosis, but there was no record that they got required follow-up chest X-rays.

\* The crash cart, which carries equipment and supplies for cardiac emergencies, contained opened and expired drugs and supplies, including some more than 4 years old. Other drugs and supplies, including emergency drugs, were months or years past expiration. Filled and inadequately labeled syringes were found in the operating room. Most of the scrub sinks weren't working.

\* Patient records, which contain such confidential information as psychological exams, were left where unauthorized people could read them.

That inspection wasn't the only one to turn up problems. The American Assn. for Accreditation of Ambulatory Surgery Facilities, a voluntary association that inspects such facilities to make sure they're safe and properly run, had revoked the facility's accreditation April 4.

### Gastric Lap Band Surgery
Get Easy Less-Invasive Weight Loss Adjustable Lap Gastric Band Surgery
www.ChapmanCenterForObesity.com

### Gastric Sleeve (VSG)
Leading surgeon, All-Inclusive for $8,900. We offer Financing!
www.EndoBariatric.com

Prev | 1 | **2** | 3 | 4 | Next

Email    ⇔ Print    Digg    Twitter    Facebook    StumbleUpon    Share

FEATURED







A reversal on carbs

Eating more carbs at dinner may help with weight loss and cholesterol levels, a study finds

'Atlas Shrugged' finally comes to the screen, albeit in chunks

**MORE:**

Ford expands recall of F-150 pickup truck to about 1.2 million vehicles

40 days, 40 nights, no sugar

Wisconsin Gov. Scott Walker's standing is eroding, opponents say, citing poll

'Atlas Shrugged' finally comes to the screen, albeit in chunks

Dental care on a budget

**Los Angeles Times**   Copyright 2011 Los Angeles Times

Index by Keyword | Index by Date | Privacy Policy | Terms of Service

Lap Band | Lap-band promoters' troubled history – Page 3 – Los Angeles Times

Earn up to triple miles for
travel through July 15.
Book your trip to Shanghai now.    Book now

UNITED

Subscribe/Manage Account    Place An Ad    LAT Store    Jobs    Cars    Real Estate    Rentals    More Classifieds    Custom Publishing

# Los Angeles Times

BUSINESS    SPORTS    ENTERTAINMENT    HEALTH    LIVING    TRAVEL    OPINION    Search

MONEY & CO.    TECHNOLOGY    PERSONAL FINANCE    SMALL BUSINESS    COMPANY TOWN    JOBS    REAL ESTATE    CARS

YOU ARE HERE: LAT Home → Collections → Business

(Page 3 of 4)    Recommend   35

## Lap-band promoters' troubled history

311

**March 04, 2010** | Michael Hiltzik

Tweet    1    Digg

**Micro Body Contouring**

Remove Fat Permanently No
Downtime & No Major Surgery

AthenixBody.com

The association's executive director, Jeff Pearcy, told me that it had suspended Almont's credentials a few weeks earlier, after receiving a serious complaint that he wouldn't specify.

During an unannounced visit April 4, its inspectors discovered that surgery was being performed on the premises despite the suspension. Pearcy said his organization promptly informed federal Medicare authorities and the state medical board of its action. Silverman blames those violations on unidentified Almont managers who he said were placed in charge by the Omidis.

Advertisement

**LAP BAND Surgery in SoCal**

Highest Rated LAP BAND Surgeon! Before & After Pics, Testimonials

LapBandVIP.com/Surgery

He said Almont went out of business soon after the revocation of its certification and accreditation.

**FROM THE ARCHIVES**

Lap-Band maker Allergan wants it both ways
*January 23, 2011*

Allergan seeks bigger market for Lap-Band weight-loss device
*January 16, 2011*

Scrutiny of Lap-Band enterprise is overdue
*December 19, 2010*

Lap-band patients operate in the dark
*April 18, 2010*

King/Drew Fights to Save Its Residency Program

The clinic's quarters, he maintains, were then taken over by Beverly Hills Surgery Center. Under that name the facility received accreditation as an ambulatory care center in January from a different medical accreditation agency, the Joint Commission.

Silverman maintains that Beverly Hills Surgery Center is "a completely separate entity" from Almont. But he also acknowledged that Julian and Michael Omidi helped launch Almont, and records show both have connections to Beverly Hills Surgery Center.

The Department of Public Health still lists Michael Omidi as 100% owner of the surgery center at Suite 106 at 9001 Wilshire Blvd. and Almont as its corporate name, department spokesman Ralph Montano said Wednesday.

He said the information was filed with the agency in May 2009 and that the center's owners have not updated the filing since.

Julian Omidi, who is identified in Los Angeles County records as president of Almont, is also listed

Lap Band | Lap-band promoters' troubled history - Page 3 - Los Angeles Times

*September 7, 2003*

**MORE STORIES ABOUT**

Business

Public Health

Column

Accreditation

as president of TopSurgeons Inc., which, as mentioned earlier, also listsits address in state and county business filings as 9001 Wilshire Blvd., Suite 106.

Beverly Hills Surgery Center was registered with the county by Thomas C. Cloud on Oct. 15, 2009, also at 9001 Wilshire Blvd., Suite 106.

Cloud is a business associate of Julian Omidi's, according to legal papers Cloud filed in several lawsuits in Los Angeles Superior Court seeking payments from patients who allegedly did not pay their bills.

Cloud is a former doctor whose license was revoked **by the medical board** -- for the second time -- in 2001, based on a string of felony convictions, including a 1993 conviction for Medi-Cal fraud that garnered him a sentence of 16 months in state prison.

Silverman says Cloud isn't an employee of TopSurgeons, just "an independent contractor."

ADS BY GOOGLE

### Gastric Lap Band Surgery

Get Easy Less-Invasive Weight Loss Adjustable Lap Gastric Band Surgery

*www.ChapmanCenterForObesity.com*

Prev | 1 | 2 | 3 | 4 | Next

Email      🖶 Print      Digg      Twitter      Facebook      StumbleUpon      Share

FEATURED



A reversal on carbs



Women who post lots of photos of themselves on Facebook value appearance, need attention, study finds



The TV Biz: Networks go all out to cover royal wedding

**MORE:**

More college graduates are delinquent on repaying student loans

Movie review: 'Atlas Shrugged'

You haven't heard the last of the Louds

A 1-hour fix for the racial achievement gap?

Sahara hotel-casino in Las Vegas to close in May

**Los Angeles Times**   Copyright 2011 Los Angeles Times

Index by Keyword | Index by Date | Privacy Policy | Terms of Service

Lap Band | Lap-band promoters' troubled history - Page 4 - Los Angeles Times



Subscribe/Manage Account   Place An Ad   LAT Store   Jobs   Cars   Real Estate   Rentals   More Classifieds   Custom Publishing

# Los Angeles Times

LOCAL   US   WORLD   **BUSINESS**   SPORTS   ENTERTAINMENT   HEALTH   LIVING   TRAVEL   OPINION          Search

MONEY & CO.   TECHNOLOGY   PERSONAL FINANCE   SMALL BUSINESS   COMPANY TOWN   JOBS   REAL ESTATE   CARS

YOU ARE HERE: LAT Home → Collections → **Business**

## LAP-BAND Orange County
Expert LAP-BAND surgeon, multiple locations, great outcomes/prices.
www.OliakCenter.com

## UnitedHealthcare ®
Health Insurance plan for small to medium sized businesses.
uhc.com/small-business

Advertisement

## LAP BAND Surgery in SoCal
Highest Rated LAP BAND Surgeon! Before & After Pics, Testimonials
LapBandVIP.com/Surgery

(Page 4 of 4)

Recommend   35

## Lap-band promoters' troubled history

0          311

**March 04, 2010** | Michael Hiltzik

Tweet   1   Digg   1

Through Silverman, the Omidis refused my request for interviews.

Silverman told me this week that TopSurgeons Inc. no longer conducts any business. There's a TopSurgeons LLC, he says, but it doesn't operate at 9001 Wilshire Blvd.

As of Wednesday, however, the California secretary of state's website listed that address as the entity's official address, and the TopSurgeons website listed the location as one of the offices to which it refers patients.

Silverman refused to identify the ownership and management of TopSurgeons LLC but said it's different from TopSurgeons Inc.

Should we take that on faith? I'll just note that when TopSurgeons LLC registered its business name with the county last April it listed the same Wilshire Boulevard surgical suite as its address and named as its registration agent Cindy Omidi, which is the name of Julian and Michael Omidi's mother.

When TopSurgeons LLC filed its business registration with the California secretary of state in 2008, its agent was Thomas Cloud and its address of record was 9001 Wilshire Blvd., Suite 106.

Silverman said there was no "wrongdoing, illegal conduct, or even inappropriate conduct" involved here.

But the public record shows that one or both Omidi brothers have been doing business out of the same location under various corporate names since at least 2005 -- and it's a location that has drawn some not entirely positive attention from health and medical inspectors.

## FROM THE ARCHIVES

Lap-Band maker Allergan wants it both ways
January 23, 2011

Allergan seeks bigger market for Lap-Band weight-loss device
January 16, 2011

Scrutiny of Lap-Band enterprise is overdue
December 19, 2010

Lap-band patients operate in the dark
April 18, 2010

King/Drew Fights to Save Its Residency Program

Lap Band | Lap-band promoters' troubled history - Page 4 - Los Angeles Times

September 7, 2009

**MORE STORIES ABOUT**

Business

Public Health

Column

Accreditation

If I were even remotely inclined to answer one of those "GET THIN" ads, I'd like to know if my regulators were still keeping their eyes on the place.

Michael Hiltzik's column appears Sundays and Wednesdays. Reach him at michael.hiltzik@latimes.com, read previous columns at www.latimes.com/hiltzik, and follow @latimeshiltzik on Twitter.

ADS BY GOOGLE

**Lap Band Surgery**

Adjustable Gastric Band Surgery Make An Appointment Today.

www.ChapmanCenterForObesity.com

Prev | 1 | 2 | 3 | 4

Email    Print    Digg    Twitter    Facebook    StumbleUpon    Share

FEATURED



A reversal on carbs



Women who post lots of photos of themselves on Facebook value appearance, need attention, study finds



Wisconsin Gov. Scott Walker's standing is eroding, opponents say, citing poll

**MORE:**

Armadillos pass leprosy to humans, study finds

Sahara hotel-casino in Las Vegas to close in May

25 bodies found in Acapulco, 15 decapitated

FHA mortgages may still beat loans available from private-sector rivals

Smart Fortwo Electric Drive: Half the car for nearly twice the price

**Los Angeles Times**  Copyright 2011 Los Angeles Times

Exhibit "C"

Subscribe/Manage Account   Place An Ad   LAT Store   Jobs   Cars   Real Estate   Rentals   More Classifieds   Custom Publishing

# Los Angeles Times

ADVERTISEMENT

**LAP-BAND Orange County**
Expert LAP-BAND surgeon, multiple locations, great outcomes/prices.
www.OjiaiCenter.com

**Liposuction Pasadena, CA**
Laser Lipo, Safer, Less Downtime No Major Surgery, Free Consultation
AthenixBody.com

ADVERTISEMENT

## Lap-band patients operate in the dark

*Information about facilities' disciplinary histories is public, but few consumers know how to find it.*

Recommend

0   0   Digg
Tweet   Submit

**April 18, 2010** | Michael Hiltzik

Willie Brooks Jr. was a 35-year-old substitute custodial worker for the Pomona school district when he decided to do something about his weight last year.

The 6-foot-6 Brooks tipped the scale at nearly 300 pounds. He thought he would be in line for a permanent position if he lost a few pounds. So when he noticed the advertising campaign suggesting he find out about weight loss surgery by calling 1-800-GET-SLIM, he followed up.

### FOR THE RECORD:

Lap-Band doctor: A column by Michael Hiltzik in the April 18 Business section incorrectly stated that Dr. Michael Omidi, who has been associated with Top Surgeons, the promoter of Lap-Band weight-loss surgery, was placed on probation by the California Medical Board for such acts of "gross negligence" as allowing medical assistants to operate on patients. Although the board did make such accusations, Omidi settled the case by stipulating to having violated state law by performing surgeries on three patients at an unaccredited surgical facility. The board revoked his license but stayed that action for a three-year probationary period. —

ADVERTISEMENT

### LAP BAND Surgeons - SoCal

Highest Rated LAP BAND Surgeons! Before & After Pics, Testimonials
LapBandVIP.com/Surgeons

**RELATED**

PHOTO: Willie Brooks Jr.

**FROM THE ARCHIVES**

Behind those lap-band ads
February 14, 2010

Doctor Knows Best--but Which Doctor?
July 27, 1998

Examining the Idea of Patient Refunds
December 25, 1996

Brooks had surgery to implant a lap-band -- a silicone ring fitted around the upper stomach to suppress appetite -- last June 5 at a surgical facility in Beverly Hills operated by Top Surgeons, the sponsor of those 1-800-GET-THIN and 1-800-GET-SLIM billboards that have become as inescapable on Southern California freeways as smog in summer. He was sent home to Perris with a prescription for oxycodone painkiller and instructions to return in a week.

Three days later, Brooks was dead. At the autopsy, a Riverside County coroner found stomach contents leaking around the edges of the lap-band and more than a liter of pus in his abdomen. On her report she listed the cause of death as "peritonitis due to lap-band procedure due to obesity."

**MORE STORIES ABOUT**

Business

Column

**FOR THE RECORD:**

Lap-Band surgery: Michael Hiltzik's column in Sunday's Business section said that Willie Brooks, who died after weight-loss surgery at a clinic in Beverly Hills, was 6 feet 6 and nearly 300 pounds when he died. He was 5 feet 6. --

I was thinking about the Brooks family the other day while driving past one of the new billboards Top Surgeons has been rolling out in the Southland.

The new billboards state, "We only work with pre-screened, fully-inspected and accredited facilities." They display a huge gold seal reading: "We are committed to PATIENT SAFETY at the highest level!"

ADVERTISEMENT

## Lap Gastric Band Surgery

An Easy, Less-Invasive Weight Loss. Adjustable Lap Band Surgery!

www.ChapmanCenterForObesity.com

1 | 2 | 3 | 4 | 5 | Next

Email    ⇔ Print    Digg    Twitter    Facebook    StumbleUpon    Share

FEATURED



A reversal on carbs



Women who post lots of photos of themselves on Facebook value appearance, need attention, study finds



Wisconsin Gov. Scott Walker's standing is eroding, opponents say, citing poll

**MORE:**

The TV Biz: Networks go all out to cover royal wedding

S&P should avoid political predictions

Eating more carbs at dinner may help with weight loss and cholesterol levels, a study finds

**Los Angeles Times** Copyright 2011 Los Angeles Times

Index by Keyword | Index by Date | Privacy Policy | Terms of Service

# Los Angeles Times

LOCAL  U.S.  WORLD  **BUSINESS**  SPORTS  ENTERTAINMENT  HEALTH  LIVING  TRAVEL  OPINION

Search

MONEY & CO.    TECHNOLOGY    PERSONAL FINANCE    SMALL BUSINESS    COMPANY TOWN    JOBS    REAL ESTATE    CARS

YOU ARE HERE: LAT Home → Collections → Business

AUGUST 2013

## Weight Loss Procedure

Lose Weight w/ Easy, Less Invasive Lap
Gastric Bypass or Band Surgery!
www.ChapmanCenterForObesity.com

## Liposuction Pasadena, CA

Laser Lipo, Safer, Less Downtime No
Major Surgery, Free Consultation
AthenixBody.com

advertisement

(Page 2 of 5)

# Lap-band patients operate in the dark

*Information about facilities' disciplinary histories is public,
but few consumers know how to find it.*

0    Recommend    0
Tweet    Submit    Digg

**April 18, 2010** | Michael Hiltzik

These billboards seem to be a response to my previous columns about this hard-sell, high-volume
medical enterprise and the people behind it, the brothers Julian and Michael Omidi.

As I've reported, the California Medical Board revoked Julian Omidi's medical license last year after
finding that he had been intentionally deceitful about his past on his license application. The board
also has placed Michael Omidi on probation for such acts of "gross negligence" as allowing
unlicensed medical assistants to operate on patients.

Ads by Google

## LAP BAND Surgery in SoCal

Highest Rated LAP BAND Surgeon! Before & After Pics, Testimonials
LapBandVIP.com/Surgery

As for "fully-inspected and accredited facilities," the accreditation of the clinic at 9001 Wilshire
Blvd. in Beverly Hills where Brooks had his surgery was revoked in April 2009 by the American
Assn. for the Accreditation of Ambulatory Surgery Facilities (AAAASF), one of the four
accreditation agencies recognized by the state of California. The federal government terminated the
clinic from Medicare and Medicaid after inspectors produced 22 pages of health violations.

**RELATED**

PHOTO: Willie Brooks Jr.

**FROM THE ARCHIVES**

Behind those lap-band ads
*February 14, 2010*

Doctor Knows Best--but Which Doctor?
*July 27, 1998*

Examining the Idea of Patient Refunds
*December 25, 1996*

In a lawsuit filed last month in Los Angeles County Superior Court, Willie Brooks' family says he
would never have consented to have surgery at the facility or with Top Surgeons personnel had he
known about some of these issues.

It's plain that Brooks' passing has left a vacuum in the lives of his widow, Okema, and their six
children, ages 14 to 20.

"He was the glue that held the family together," she told me, "Camping, family vacations, sports."
The last family fishing trip was the day before his surgery.

**MORE STORIES ABOUT**

Business

Column

What the family's lawsuit underscores is that the state needs to get information about physicians' and facilities' disciplinary histories to their patients a lot faster. Much of that information is public, but it hides in plain sight because few patients know how to find it.

The medical board is taking a step in that direction by requiring doctors' offices to post a large sign directing patients to its website,

www.medbd.ca.gov, where they can find disciplinary records on every doctor in the state. The regulation will go into effect at the end of June, says the board's interim executive director, Linda Whitney.

The Legislature is also moving, if slowly, to close the holes in state regulation of independent surgical clinics. The regulatory fabric was ripped apart by a 2007 state court ruling that voided the Department of Public Health's oversight of clinics owned by a doctor.

**Kaiser 2011 Rates**

Lowest rates on Kaiser Permanente plans. Starting at $75 a month!

KaiserQuotes.com

Prev | 1 | 2 | 3 | 4 | 5 | Next

Email Print Digg Twitter Facebook StumbleUpon Share

FEATURED



A reversal on carbs




Women who post lots of photos of themselves on Facebook value appearance, need attention, study finds



The TV Biz: Networks go all out to cover royal wedding

**MORE:**

Ford expands recall of F-150 pickup truck to about 1.2 million vehicles

40 days, 40 nights, no sugar

Wisconsin Gov. Scott Walker's standing is eroding, opponents say, citing poll

'Atlas Shrugged' finally comes to the screen, albeit in chunks

Dental care on a budget

 Copyright 2011 Los Angeles Times

Subscribe/Manage Account   Place An Ad   LAT Store   Jobs   Cars   Real Estate   Rentals   More Classifieds   Custom Publishing

# Los Angeles Times

Gastric Sleeve (VSG)
Leading surgeon, All-Inclusive for
$8,900. We offer Financing!
www.EndoBariatric.com

LAP-BAND Orange County
Expert LAP-BAND surgeon, multiple
locations, great outcomes/prices.
www.OliakCenter.com

advertisement

(Page 3 of 5)

## Lap-band patients operate in the dark

*Information about facilities' disciplinary histories is public,
but few consumers know how to find it.*

Recommend

0   0   0
Tweet   Submit   Digg

**April 18, 2010** | Michael Hiltzik

But no other agency has been given legal authority to step into the void. A bill sponsored by Sen. Gloria Negrete McLeod (D-Chino) may help. "We're trying to close those holes so no one can sneak through," she told me last week.

A similar bill was vetoed last year by Gov. Arnold Schwarzenegger, who said its improvements to consumer protection were only "marginal."

ADVERTISEMENT

### LAP BAND Surgery in SoCal

Highest Rated LAP BAND Surgeon! Before & After Pics, Testimonials
LapBandVIP.com/Surgery

Negrete McLeod says her bill, SB 1150, would end another regulatory shortcoming identified by my reporting: the inconsistencies in the clinic accreditation process.

State law says that (with certain minor exceptions) an outpatient facility performing major surgery such as a lap-band operation must be accredited by one of four nongovernmental agencies recognized by the California Medical Board. But this system offers clinics a lot of wiggle room.

The facility where Brooks got his lap-band was originally accredited as Almont Ambulatory Surgery Center by the Accreditation Assn. for Ambulatory Health Care (AAAHC). That approval ended February 2009 for reasons the association won't disclose. The clinic then received accreditation from a different body, the AAAASF. After that group revoked its accreditation on April 27, 2009, the clinic applied to the San Francisco-based Institute for Medical Quality, but the IMQ rejected its application in May.

For those of you keeping score at home, that's three out of four accreditation agencies. The fourth, which is known as the Joint Commission, last September accredited the facility, which by then was operating under a new corporate name, Beverly Hills Surgery Center. The facility still holds that

RELATED

PHOTO: Willie Brooks Jr.

FROM THE ARCHIVES

Behind those lap-band ads
February 14, 2010

Doctor Knows Best--but Which Doctor?
July 27, 1998

Examining the Idea of Patient Refunds
December 25, 1996

**MORE STORIES ABOUT**

Business

Column

suggests that the board's disciplinary cases should move faster and that some way should be found to alert patients when an investigation is under way.

According to the family members' lawsuit, Brooks experienced virtually nonstop pain and nausea in the days following his operation. They claim they placed five calls to Top Surgeons but no one there told him to come in for examination or to go to the hospital. Their lawsuit also claims they were never able to reach Tashjian.

## Weight Loss Procedure

Lose Weight w/ Easy, Less Invasive Lap Gastric Bypass or Band Surgery!

www.ChapmanCenterForObesity.com

Prev | 1 | 2 | 3 | 4 | 5 | Next

Email    Print    Digg    Twitter    Facebook    StumbleUpon    Share

FEATURED



A reversal on carbs



Eating more carbs at dinner may help with weight loss and cholesterol levels, a study finds



'Atlas Shrugged' finally comes to the screen, albeit in chunks

**MORE:**

Armadillos pass leprosy to humans, study finds

Sahara hotel-casino in Las Vegas to close in May

25 bodies found in Acapulco, 15 decapitated

FHA mortgages may still beat loans available from private-sector rivals

Smart Fortwo Electric Drive: Half the car for nearly twice the price

Los Angeles Times Copyright 2011 Los Angeles Times

Index by Keyword | Index by Date | Privacy Policy | Terms of Service

# Los Angeles Times

ADVERTISEMENT

**Most Insurance Accepted**

Leading treatment. 24/7 medical staff.
Private campus. Call today
TimberlineKnolls.com

**LAP-BAND Orange County**

Expert LAP-BAND surgeon, multiple
locations, great outcomes/prices.
www.OliakCenter.com

Advertisement

(Page 5 of 5)

## Lap-band patients operate in the dark

*Information about facilities' disciplinary histories is public,
but few consumers know how to find it.*

Recommend          Tweet    Submit    Digg    0    0

**April 18, 2010** | Michael Hiltzik

None of the defendants, including Top Surgeons, has filed a formal answer to the lawsuit. But
attorney Stephen J. Goldberg, who says he represents Michael Omidi and the Almont facility, said
that nothing in the lawsuit suggests that the condition of the clinic had anything to do with Brooks'
death. Goldberg contends that any gastric tear discovered by the coroner might have happened
post-operatively, perhaps during a bout of vomiting, and says there were no evident complications
when Brooks was sent home.

In an e-mail to me, Tashjian noted the coroner's observation that Brooks resisted his wife's
entreaties to go to the hospital. "We were not given a chance to intervene and possibly prevent this
outcome," he wrote.

ADVERTISEMENT

## LAP BAND Surgeons - SoCal

Highest Rated LAP BAND Surgeons! Before & After Pics, Testimonials
LapBandVIP.com/Surgeons

**RELATED**

PHOTO: Willie Brooks Jr.

**FROM THE ARCHIVES**

Behind those lap-band ads
*February 14, 2010*

Doctor Knows Best--but Which Doctor?
*July 27, 1998*

Examining the Idea of Patient Refunds
*December 25, 1996*

Of course, if Willie Brooks had access before his operation to everything that has surfaced since
then about the clinic and his doctor, perhaps no intervention would have been necessary, because he
would have gone elsewhere for surgery.

Top Surgeons wants you to believe that things have changed at the surgical facility since Brooks'
operation. Atul Madan, who became its medical director on Oct. 1, told me by e-mail last week that
he had "established formal protocols" for patient care and instituted "in-service education of all
staff," among other improvements. He said the facility had passed several inspections, a sign that
it's "clean, safe, and professional."

For weeks, Madan has refused my requests for an interview. Among the questions I'd hope to ask
him is why his facility's accreditation by the AAAHC was misrepresented on the Top Surgeons
website on his watch. I'd also ask how he feels about Top Surgeons marketing major surgery as a

"safe, 1-hour" procedure, especially to patients whose health is typically compromised by a high risk of "diabetes, hypertension, heart disease, stroke and arthritis" (his words).

If Sacramento achieves anything this year, it should close the regulatory loopholes enjoyed by outpatient surgical clinics and require greater disclosure of problems. As long as there are billboards and TV jingles to advertise can't-miss surgical remedies for serious medical problems like obesity, people will respond to them. But how many more cases like Willie Brooks' do we want to see filed?

Michael Hiltzik's column appears Sundays and Wednesdays. Reach him

ut mhiltzik@latimes.com, read past columns at www.latimes.com/hiltzik, and follow @latimeshiltzik on Twitter.

-DEE' WL:13.4.

## Weight Loss Procedure

Lose Weight w/ Easy, Less Invasive Lap Gastric Bypass or Band Surgery!
www.ChapmanCenterForObesity.com

Prev | 1 | 2 | 3 | 4 | 5

Email | Print | Digg | Twitter | Facebook | StumbleUpon | Share

FEATURED



A reversal on carbs



Women who post lots of photos of themselves on Facebook value appearance, need attention, study finds



Wisconsin Gov. Scott Walker's standing is eroding, opponents say, citing poll

MORE:

Sprouted-grain breads: the facts

Running shoes with that barefoot feel

Clothier Made Nazi Uniforms

A Closer Look: A new blood thinner option

High-speed rail hopes are off the tracks

Los Angeles Times Copyright 2011 Los Angeles Times

Index by Keyword | Index by Date | Privacy Policy | Terms of Service

Exhibit "D"

ADVERTISEMENT

Subscribe/Manage Account   Place An Ad   LAT Store   Jobs   Cars   Real Estate   Rentals   More Classifieds   Custom Publishing

# Los Angeles Times

LOCAL   U.S.   WORLD   **BUSINESS**   SPORTS   ENTERTAINMENT   HEALTH   LIVING   TRAVEL   OPINION                    Search    [ GO ]

MONEY & CO.   TECHNOLOGY   PERSONAL FINANCE   SMALL BUSINESS   COMPANY TOWN   JOBS   REAL ESTATE   CARS

YOU ARE HERE: LAT Home → Collections → Business

ADS BY GOOGLE

## Surgical Weight Loss Ctr
Orange Coast Memorial Obesity Ctr. Call Now to Schedule Free Consult.
www.memorialcare.org

## Gastric Lap Band Surgery
Get Easy Less-Invasive Weight Loss Adjustable Lap Gastric Band Surgery
www.ChapmanCenterForObesity.com

ADVERTISEMENT

## Scrutiny of Lap-Band enterprise is overdue

Recommend   6

0            0

*A second death linked by a coroner's report to the weight-loss surgery performed at a Beverly Hills clinic may prompt state regulators to take a closer look at the procedures marketed by TopSurgeons.*

### December 19, 2010 | Michael Hiltzik

The tragedy of Ana Renteria's life was in the way it ended: her body ravaged by infection 10 days after she had the Lap-Band weight-loss operation advertised on those billboards and radio spots bearing the phone number 1-800-GET-THIN.

Renteria, who had long struggled with her 240-pound frame, had been in almost constant pain ever since the operation, says her sister, Noemi Luna.

ADS BY GOOGLE

## LAP BAND Surgery in SoCal

Highest Rated LAP BAND Surgeon! Before & After Pics, Testimonials
LapBandVIP.com/Surgery

"I remember her telling me, it's not getting any better," Luna recalled. When Renteria called the clinic where she had the operation to complain, Luna said, she was told the discomfort was natural. "They said that's how it's going to feel."

**FROM THE ARCHIVES**

Lap-Band death blamed on anesthesiologist
*April 19, 2011*

Lap-Band surgeon under review in 2nd patient death
*February 5, 2011*

Lap-band patients operate in the dark
*April 18, 2011*

Lap-band promoters' troubled history
*March 4, 2011*

**MORE STORIES ABOUT**

Business
Health
Column

Five days after the Lap-Band operation, the 33-year-old office worker awoke gasping for breath, according to Luna and the Los Angeles coroner's report on Renteria's death.

At Lakewood Regional Medical Center she repeatedly went into cardiac arrest, the coroner's report states. She died shortly after midnight last Feb. 14, while friends and family members filled a hospital waiting room and prayed for a miracle.

Luna saw her just before she slipped into a coma. "I saw the desperation on her face," she told me. "That said everything."

Renteria's death may finally prompt California's medical regulators to take a close look at the weight-loss surgeries marketed by an outfit called TopSurgeons through the 1-800-GET-THIN number.

The Medical Board of California informed Renteria's family July 27 that it was reviewing the medical care she had received from Dr. Atul Madan, who is identified by the coroner as her surgeon at a Beverly Hills clinic connected to the billboard campaign. The letter asked the family to release Renteria's medical

records so the review could proceed. The case was referred to the medical board by the Los Angeles County coroner's office, which attributed Renteria's death to complications from her surgery.

**Los Angeles Times** Copyright 2011 Los Angeles Times | Privacy Policy | Terms of Service
Index by Keyword | Index by Date

This sort of scrutiny is overdue. Renteria's is the second death linked by a coroner's report to Lap-Band surgery performed at 9001 Wilshire Blvd., Suite 106, Beverly Hills. Willie Brooks Jr., a 35-year-old school custodian, died June 8, 2009, three days after his operation. In its report, the Riverside County coroner attributed the death to "peritonitis due to lap band procedure due to obesity." He weighed about 297 pounds.

ADS BY GOOGLE

### Lap Band Surgery w PPO

Las Vegas Lap Band Surgery Center Free Ins Verification 702-441-0750

oBandCenters.com

1 | 2 | 3 | 4 | Next

| Email | Print | Digg | Twitter | Facebook | StumbleUpon | Share |

**FEATURED**







A reversal on carbs

Women who post lots of photos of themselves on Facebook value appearance, need attention, study finds

The TV Biz: Networks go all out to cover royal wedding

**MORE:**

Wisconsin Gov. Scott Walker's standing is eroding, opponents say, citing poll

What to consider about weight-loss surgery

NCAA tournament predictions: How the four regionals will play out

ADVERTISEMENT

# Los Angeles Times

LOCAL   U.S.   WORLD   **BUSINESS**   SPORTS   ENTERTAINMENT   HEALTH   LIVING   TRAVEL   OPINION                Search [ GO ]

MONEY & CO.   TECHNOLOGY   PERSONAL FINANCE   SMALL BUSINESS   COMPANY TOWN   JOBS   REAL ESTATE   CARS

YOU ARE HERE:  LAT Home → Collections → Business

ADS BY GOOGLE

**Weight Loss Surgeries**
Orange Coast Memorial Obesity Ctr. Call Now to Schedule Free Consult.
www.memorialcare.org

**mini Gastric Bypass $480**
NO surgery! makes your stomach size small NOW
mini-gastric-bypass.ME

ADVERTISEMENT



Now you can experience the magic and excitement...

**FROM THE ARCHIVES**

Lap-Band death blamed on anesthesiologist
*April 25, 2011*

Lap-Band surgeon under review in 2nd patient death
*February 5, 2011*

Lap-band patients operate in the dark
*April 18, 2010*

Lap-band promoters' troubled history
*March 4, 2010*

**MORE STORIES ABOUT**

Business

Health

Column

---

(Page 2 of 4)                                            Recommend   6

## Scrutiny of Lap-Band enterprise is overdue                           0      •   0

*A second death linked by a coroner's report to the weight-loss surgery performed at a Beverly Hills clinic may prompt state regulators to take a closer look at the procedures marketed by TopSurgeons.*

**December 19, 2010** | Michael Hiltzik

The suite's history, which includes the revocation of its accreditation by a professional oversight body in 2009, has been detailed previously in this column. It also lost its Medicare certification last year after the federal government determined that conditions there posed "immediate jeopardy to the health and safety" of patients. The facility, then known as Almont Ambulatory Surgery Center, is now known as Beverly Hills Surgery Center and has been accredited by a different oversight body.

The Brooks family's lawsuit against TopSurgeons LLC, the Beverly Hills clinic, and his doctor, George Tashjian, is scheduled for trial next June. Tashjian has denied responsibility for Brooks' death.

ADS BY GOOGLE

### LAP BAND Surgery in SoCal

Highest Rated LAP BAND Surgeon! Before & After Pics, Testimonials
LapBandVIP.com/Surgery

The medical board's spokeswoman, Jennifer Simoes, said letters such as the one received by Renteria's family were a first step in any review. When I asked Madan for a comment last week he told me he would get back to me, but I'm still waiting.

The familiar 1-800-GET-THIN billboards have caught the attention of the Los Angeles County Department of Public Health. The agency's director, Jonathan E. Fielding, has asked the U.S. Food and Drug Administration to investigate the ad campaign.

Fielding says he's concerned about the hazards of "medical complications and unrealistic expectations resulting from the misleading promotion" of the Lap-Band, a silicone ring surgically fitted over part of the stomach to discourage overeating.

The 1-800-GET-THIN ads "fail to provide the relevant warnings, precautions, side effects, and contra-indications related to the procedure," he wrote in his Dec. 7 letter to the FDA. That's troubling because the FDA is considering whether to expand the device's approved use beyond the extremely obese patients for whom it's currently permitted. The change could add 2 million people to the target market in L.A. County alone, Fielding said.

The billboards don't mention, he added, that the surgery is not appropriate "for the vast majority of individuals." He's especially ticked off about the billboards declaring "Diets Fail. The Lap-Band Works!"

**Los Angeles Times** Copyright 2011 Los Angeles Times because diets work when you stick to them.

The people who have been behind this ad campaign and the clinic where Renteria and Brooks were operated on are brothers Julian and Michael Omidi. The California medical board revoked Julian's medical license last year, retroactive to 2007. The medical board placed Michael on three years' probation in 2008.

ADS BY GOOGLE

### Weight Loss Procedure

Lose Weight w/ Easy, Less Invasive Lap Gastric Bypass or Band Surgery!
www.ChapmanCenterForObesity.com

Prev | 1 | 2 | 3 | 4 | Next

| Email | Print | Digg | Twitter | Facebook | StumbleUpon | Share |

**FEATURED**



A reversal on carbs



Women *who post lots of* photos of themselves on Facebook value appearance, need attention, study finds



Wisconsin Gov. Scott Walker's standing is eroding, opponents say, citing poll

**MORE:**

Wisconsin Gov. Scott Walker's standing is eroding, opponents say, citing poll

Advice on hormone replacement therapy continues to evolve

*Should there be a 'fat tax'?*

White House fears gas prices could tank Obama

Fox gives Glenn Beck's show the boot

ADVERTISEMENT

Subscribe/Manage Account    Place An Ad    LAT Store    Jobs    Cars    Real Estate    Rentals    More Classifieds    Custom Publishing

# Los Angeles Times

LOCAL    U.S.    WORLD    **BUSINESS**    SPORTS    ENTERTAINMENT    HEALTH    LIVING    TRAVEL    OPINION          search    [GO]

MONEY & CO.    TECHNOLOGY    PERSONAL FINANCE    SMALL BUSINESS    COMPANY TOWN    JOBS    REAL ESTATE    CARS

YOU ARE HERE: LAT Home → Collections → Business

ADS BY GOOGLE

## Cost of Lap Band Surgery?
Expert Surgeons, Excellent Results
Financing Options & Cash Rates.
www.ChapmanCenterForObesity.com

## Need Bariatric Surgery?
*American patients' top choice for*
affordable bariatric surgery.
AngelesHealth.com/Weight-Loss

ADVERTISEMENT



### FROM THE ARCHIVES

Lap-Band death blamed on anesthesiologist
*April 15, 2011*

Lap-Band surgeon under review in 2nd patient death
*February 9, 2011*

Lap-band patients operate in the dark
*April 18, 2010*

Lap-band promoters' troubled history
*March 2, 2010*

### MORE STORIES ABOUT

Business

Health

Column

---

(Page 3 of 4)

Recommend    6

## Scrutiny of Lap-Band enterprise is overdue

0        0
                                                        •
                                                        •

*A second death linked by a coroner's report to the weight-loss*
*surgery performed at a Beverly Hills clinic may prompt state regulators to take a closer*
*look at the procedures marketed by TopSurgeons.*

**December 19, 2010**    Michael Hiltzik

The Omidis have run their business under several names at various times, including TopSurgeons,
Weight Loss Centers and Beverly Hills Surgery Center.

TopSurgeons claims in a recent court filing to be a "marketing company" specializing in advertising Lap-
Band surgery. It says the surgeons who operate at the Beverly Hills Surgery Center are "independent
doctors."

ADS BY GOOGLE

### LAP BAND Cost - View Here
PPO, 100% Financing, Cash Discounts Highest Rated LAP BAND Surgeon!
LapBandVIP.com/Lap-Band-Cost

Rentería and Brooks are not the only patients who were allegedly harmed by procedures at the Beverly
Hills surgical facility. Consider the case of Jodi Lynn Smith, 50, who says she had her Lap-Band
operation there on July 22, 2009.

At her mother's home the next day, Smith awoke in severe pain and couldn't keep anything down,
according to her lawsuit in Los Angeles Superior Court. Over the next two days, her family called
Tashjian, her Lap-Band surgeon, several times. He advised her to take liquids and pain medication, her
suit states.

On the third day she was rushed to Tri-City Medical Center in Oceanside, where doctors determined that
the Lap-Band had been cinched around her stomach too tightly, the lawsuit says. They performed
emergency surgery to take it out.

Tashjian, in an answer to her lawsuit, contends among other things that her problems may have been due
to her own negligence. The surgeon is the target of a medical board proceeding to revoke or suspend his
license in connection with his treatment of two hospital patients in 2006. He told me by e-mail that the
board has "officially closed" the case without taking action. Simoes, the board's spokeswoman, said that's
not so and that the case remains open.

The surgery center denies responsibility for the injuries alleged in Smith's lawsuit, asserting among other things that she "voluntarily assumed the risk" of the surgery.

**Los Angeles Times**   Copyright 2011 Los Angeles Times   | Privacy Policy | Terms of Service | Index by Keyword | Index by Date

Smith's lawsuit claims TopSurgeons initially told her the surgery would cost $15,000. Yet her insurance company was billed for more than $140,000. That's according to Beverly Hills Surgery Center, which has sued Smith for the money.

How do you get from $15,000 to $140,000? For one thing, Smith was charged $67,000 for the operating room, according to insurance records the clinic filed in court. Since TopSurgeons ads have claimed that implanting the Lap-Band is a one-hour operation, that pegs the value of its operating room at $1.6 million a day. I'm not sure there's even a five-star hotel room in Beverly Hills that goes for that rate.

ADS BY GOOGLE

### Surgical Weight Loss Ctr

Orange Coast Memorial Obesity Ctr. Call Now to Schedule Free Consult.
www.memorialcare.org

Prev | 1 | 2 | 3 | 4 | Next

| Email | Print | Digg | Twitter | Facebook | StumbleUpon | Share |

**FEATURED**







A reversal on carbs

Women who post lots of photos of themselves on Facebook value appearance, need attention, study finds

Wisconsin Gov. Scott Walker's standing is eroding, opponents say, citing poll

**MORE:**

Dental care on a budget

You haven't heard the last of the Louds

A 1-hour fix for the racial achievement gap?

Movie review: 'Atlas Shrugged'

Armadillos pass leprosy to humans, study finds

ADVERTISEMENT

# Los Angeles Times

ADS BY GOOGLE

(Page 4 of 4)

## Scrutiny of Lap-Band enterprise is overdue

*A second death linked by a coroner's report to the weight-loss surgery performed at a Beverly Hills clinic may prompt state regulators to take a closer look at the procedures marketed by TopSurgeons.*

**December 19, 2010 | Michael Hiltzik**

Another item on her bill is $12,220, charged by Tashjian for an endoscopy, according to the insurance records. The insurance entry is dated Aug. 3, 2009. But on that day, her lawyer says, Smith was 98 miles from Beverly Hills — she was at Tri-City, recovering from the emergency surgery.

Robert Silverman, the attorney for TopSurgeons and the surgery center, said last week that he did not have time to respond to my request for comment on the case before my deadline.

ADS BY GOOGLE

## LAP BAND Surgery in SoCal

Highest Rated LAP BAND Surgeon! Before & After Pics, Testimonials
LapBandVIP.com/Surgery

High-volume surgical centers like the one at which Renteria had her operation fall into a regulatory no man's land. The state Department of Public Health says that doctor-owned centers like Beverly Hills Surgery Center fall under the medical board's jurisdiction. But the medical board says it has oversight only over doctors, not facilities.

The Renterias are left to contemplate what they've lost. Ana Renteria was a happy person who dreamed of traveling and loved to take her eight nieces and nephews to ballgames and Disneyland. Family members say they're still struggling with her death. "She opened her heart to a lot of people." Luna told me. Her siblings tried to dissuade Renteria from having the operation, but she went ahead with it because "she just wanted to feel better about herself."

For state regulators to argue that technicalities prevent them from taking a close look at what goes on inside surgery centers like this one is a disgrace. How many coroner's reports do they need to see before waking up?

Michael Hiltzik's column appears Sundays and Wednesdays. Reach him at mhiltzik@latimes.com, read past columns at latimes.com/hiltzik, check out facebook.com/hiltzik and follow @latimeshiltzik on Twitter.

ADS BY GOOGLE

### Sidebar

**Weight Loss Surgery**
Need To Lose Weight? Book An Appt. For Lap Gastric Bypass or Band!
www.ChapmanCenterForObesity.com

ADVERTISEMENT

your groceries ... delivered!

expiration date: 12/31/2010
enter promo code: CJSAVINGS
VONS   Try It Now ▶

**FROM THE ARCHIVES**

Lap-Band death blamed on anesthesiologist
*April 15, 2011*

Lap-Band surgeon under review in 2nd patient death
*February 5, 2011*

Lap-band patients operate in the dark
*April 16, 2010*

Lap-band promoters' troubled history
*March 4, 2010*

**MORE STORIES ABOUT**

Business
Health
Column

**Los Angeles Times** Copyright 2011 Los Angeles Times | Privacy Policy | Terms of Service

**Lap Bands for Weight Loss**
Achieve Your Goals w/ oBand Weight Loss Surgery, Financing Available.
oBandCenters.com | Keyword | Index by Date

Prev | 1 | 2 | 3 | 4

| Email | Print | Digg | Twitter | Facebook | StumbleUpon | Share |

**FEATURED**

  

A reversal on carbs

Women who post lots of photos of themselves on Facebook value appearance, need attention, study finds

Wisconsin Gov. Scott Walker's standing is eroding, opponents say, citing poll

**MORE:**

Royal wedding dress is fit for a future queen

Not-so-regal royal wedding souvenirs

Dental care on a budget

Investors stampede into a modern-day silver rush

Movie review: 'Water for Elephants'

Exhibit "E"

ADVERTISEMENT



RETURN TO SCHOOL WITH A GRANT? SEE IF YOU QUALIFY. CLICK YOUR AGE:
25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49
50 51 52 53 54 55 56 57 58 59 60 61 62 63 64 65 66 67 68 69 70 71 72 73 74

Subscribe/Manage Account   Place An Ad   LAT Store   Jobs   Cars   Real Estate   Rentals   More Classifieds   Custom Publishing

# Los Angeles Times

LOCAL   U.S.   WORLD   **BUSINESS**   SPORTS   ENTERTAINMENT   HEALTH   LIVING   TRAVEL   OPINION          Search [ GO ]

MONEY & CO.    TECHNOLOGY    PERSONAL FINANCE    SMALL BUSINESS    COMPANY TOWN    JOBS    REAL ESTATE    CARS

YOU ARE HERE: LAT Home → Collections → Business

ADS BY GOOGLE

**LAP-BAND Orange County**

Expert LAP-BAND surgeon, multiple locations, great outcomes/prices.
www.OlakCenter.com

ADVERTISEMENT



See what the Sales Cloud can do for your company

View a demo now

**FROM THE ARCHIVES**

FDA's Lap-Band decision is a boon for Allergan
*February 17, 2011*

Lap-Band maker Allergan wants it both ways
*January 23, 2011*

Allergan seeks bigger market for Lap-Band weight-loss device
*January 10, 2011*

Scrutiny of Lap-Band enterprise is overdue
*December 29, 2010*

Lap-band patients operate in the dark
*April 18, 2010*

**MORE STORIES ABOUT**

Business

## Allergan CEO criticizes Lap-Band billboards

*David Pyott says the independently run ad campaign uses wording that the weight-loss device maker would not. An attorney for the marketing firm that funds the signs says they already contain disclosures about the risks.*

**February 03, 2011** | By Stuart Pfeifer, Los Angeles Times

The chief executive of Lap-Band maker Allergan Inc. said he doesn't support an independently run Southern California billboard marketing campaign that promotes the weight-loss surgery with slogans such as: "Diets fail! The Lap-Band works!"

"That isn't the wording I would use. We put patients' welfare and safety at the top, so I wouldn't support it," David E.I. Pyott said in an interview Wednesday.

ADS BY GOOGLE



Allergan CEO David Pyott said the company will advise surgeons they may— (Mariah Tauger, Los Angeles Times)

Recommend   2       0

### Lap-BandVIP Official Site

Highest Rated LAP BAND Surgeons! Before & After Pics, Testimonials
LapBandVIP.com

The Irvine company does not fund the 1-800-GET-THIN ads that were created by a marketing company that directs prospective patients to clinics that perform the weight-loss procedure using Allergan's device. The Lap-Band is a silicone ring that's surgically fitted over part of the stomach to discourage overeating.

Pyott's statements mark the first time the chief executive has publicly questioned the high-profile advertising campaign. His remarks came as the Food and Drug Administration considers Allergan's request to allow the surgery on less-obese patients, a decision that would add millions more Americans to the pool of potential customers.

Pyott said Allergan is in the process of producing guidelines to be distributed to surgeons advising them that any advertising should include clear statements about the risk associated with the stomach-banding surgery.

Although the guidelines would not be binding, Pyott said he hoped to prevent the billboard marketing campaign from spreading to other regions of the United States. He did not say when the company would distribute its advertising recommendations.

The weight-loss surgery advertising campaign is conducted by a marketing company called 1-800-GET-THIN. People who call the toll-free number are screened and some eligible patients are referred to facilities that perform the Lap-Band procedure, said Robert Silverman, an attorney who said he represents the marketing company.

**Los Angeles Times** Copyright 2011 Los Angeles Times

Index by Keyword | Index by Date

"Like Allergan, 1-800-GET-THIN is fully committed to patient safety and full compliance with all legal requirements associated with the marketing of the Lap-Band medical device," Silverman said in an e-mail statement. "All new television, radio and billboard ads already contain specific disclosures that address the risks associated with the Lap-Band procedure.

ADS BY GOOGLE

### Lap Gastric Band Surgery

An Easy, Less-Invasive Weight Loss. Adjustable Lap Band Surgery!

www.ClapmanCenterForObesity.com

1 | 2 | Next

| Email | Print | Digg | Twitter | Facebook | StumbleUpon | Share |

**FEATURED**



A reversal on carbs



Women who post lots of photos of themselves on Facebook value appearance, need attention, study finds



The TV Biz: Networks go all out to cover royal wedding

**MORE:**

Wisconsin Gov. Scott Walker's standing is eroding, opponents say, citing poll

What to consider about weight-loss surgery

NCAA tournament predictions: How the four regionals will play out

Exhibit "F"

ADVERTISEMENT

# Los Angeles Times

ADS BY GOOGLE



Fire Cloud IVR

Design phone menus easily

**Free Trial**

ADVERTISEMENT



Shop Now, Pay Later!**

FINGERHUT   With low monthly payments!*

APPLY TODAY

Now You Can™

FINGERHUT

**FROM THE ARCHIVES**

Lap-Band clinic sued over death
*February 11, 2011*

Scrutiny of Lap-Band enterprise is overdue
*December 29, 2010*

Lap-band patients operate in the dark
*April 18, 2010*

**MORE STORIES ABOUT**

Business

## Lap-Band surgeon under review in 2nd patient death

*State medical board is scrutinizing Dr. Atul Madan's 'quality of care,' survivors told.*

**February 05, 2011** | By Stuart Pfeifer, Los Angeles Times

recommend

0

0

The Medical Board of California is reviewing the care that a surgeon provided to a Lawndale woman who died in late December shortly after she was implanted with the Lap-Band weight-loss device, according to board records.

Tamara Walter, 52, went into cardiac arrest Dec. 23 after surgery at a Beverly Hills clinic and was rushed to nearby Cedars-Sinai Medical Center, where she died three days later, said her sister, Betty Brown.

ADS BY GOOGLE

### Toyota Models Recognized

5 Toyota Models are Awarded as 2010 IIHS Top Safety Picks. Read More!
www.Toyota.com

The surgery was performed by Dr. Atul Madan, who is now the subject of two medical board investigations related to patients who died after Lap-Band procedures he performed, according to medical board correspondence with surviving relatives. In letters to the dead patients' families, the board said it was reviewing the "quality of care" that Madan provided.

The other case involved Ana Renteria, a 33-year-old office worker who died in February 2010, days after Lap-Band surgery performed by Madan at the same facility, the Beverly Hills Surgery Center. The Los Angeles County coroner's office concluded that Renteria "died due to complications from laparoscopic gastric band placement" and hernia repair, according to an autopsy report. Diabetes was a contributing condition, the report said.

The coroner's office has not yet determined Walter's cause of death, said Ed Winter, the county's assistant chief coroner.

A spokeswoman for the medical board declined to discuss the investigations, citing privacy restrictions. However, the medical board disclosed the investigations in letters that it mailed to relatives of the two deceased patients.

Madan declined to comment on the investigations, saying in an e-mail to The Times: "It would be highly inappropriate for me or any physician to discuss the medical care received by any specific patient with any journalist. But more importantly, I believe that it is equally inappropriate for any journalist to request protected confidential medical information about any patient from any physician."

*Walter is the third patient to have died shortly after undergoing Lap-Band surgery performed at the Beverly Hills clinic, which is located in Suite 106 at 9001 Wilshire Blvd. and has operated under different*

**Los Angeles Times** Copyright 2011 Los Angeles Times | Privacy Policy | Terms of Service

ADS BY GOOGLE Index by Keyword | Index by Date

## NYTimes Online Packages

Get Digital Access To The New York Times Today. 99c For First 4 Weeks

www.NYTimes.com

1 | 2 | 3 | Next

| Email | Print | Digg | Twitter | Facebook | StumbleUpon | Share |

**FEATURED**

A reversal on carbs

Women who post lots of photos of themselves on Facebook value appearance, need attention, study finds

Wisconsin Gov. Scott Walker's standing is eroding, opponents say, citing poll

**MORE:**

What to consider about weight-loss surgery

NCAA tournament predictions: How the four regionals will play out

ADVERTISEMENT

# Los Angeles Times

ADS BY GOOGLE

### Lap Band Surgery w PPO

Las Vegas Lap Band Surgery Center Free
Ins Verification 702-441-0750
eBandCenters.com

### Gastric Bypass Surgery

Orange Coast Memorial Obesity Ctr. Call
Now to Schedule Free Consult.
www.memorialcare.org

ADVERTISEMENT



**FROM THE ARCHIVES**

Lap-Band clinic sued over death
February 11, 2011

Scrutiny of Lap-Band enterprise is overdue
December 19, 2010

Lap-band patients operate in the dark
April 18, 2010

**MORE STORIES ABOUT**

Business

(Page 2 of 3)

# Lap-Band surgeon under review in 2nd patient death

*State medical board is scrutinizing Dr. Atul Madan's quality of care, survivors told.*

February 05, 2011   By Stuart Pfeifer, Los Angeles Times

Willie Brooks, a 35-year-old school custodian, died in June 2009, three days after his operation there by surgeon George Tashjian. The Riverside County coroner attributed Brooks' death to "peritonitis due to Lap-Band procedure due to obesity." Brooks' family is suing the clinic and the doctor. The lawsuit is scheduled for trial June 21. The defendants have denied wrongdoing.

ADS BY GOOGLE

### LAP BAND Surgery in SoCal

Highest Rated LAP BAND Surgeons! Before & After Pics, Testimonials
LapBandVIP.com/Surgery

The Beverly Hills Surgery Center is one of several clinics that receives referrals from patients who call a toll-free number, 1-800-GET-THIN, advertised on billboards throughout Southern California.

Those billboards, as well as television spots, had attracted Walter, who was 5-feet-2 and about 240 pounds and had struggled for years to lose weight, said the woman's longtime friend, Patti DenBesten.

"They did free insurance checks. They made it sound very easy," DenBesten said. "I said, 'You should call. Go for it.' She had tried diets, but no matter what she did she couldn't lose the weight."

The Beverly Hills Surgery Center so far has refused to provide Walter's family with records about her treatment, said Kathryn Trepinski, an attorney representing Walter's family.

Robert Silverman, an attorney who represents the surgery center, said the clinic had released the records to the coroner but would not release them to Trepinski until she can prove that Brown is "the party entitled to the medical records." Walter was divorced and had no children. Brown has applied to become administrator of her estate, Trepinski said.

Silverman added that Madan is a "world-renowned surgeon" who educates colleagues about weight-loss surgery through courses and publications. Madan performed 660 Lap-Band procedures in 2010 and has done more than 2,000 of the surgeries since 2002, Silverman said.

Recommend
0                    0

"There are no facts to connect Ms. Renteria's death to the surgery performed by Dr. Madan," Silverman said in an e-mail. "There are also no facts that connect the death of Ms. Walter's to the surgery of Dr.

**Los Angeles Times** Copyright 2011 Los Angeles Times" | Privacy Policy | Terms of Service

Silverman said he expects the coroner to conclude that "the death of Ms. Walter is solely related to an adverse reaction to the general anesthesia, an unfortunate but known risk associated with its use."

ADS BY GOOGLE

### Cost of Lap Band Surgery?

Expert Surgeons, Excellent Results Financing Options & Cash Rates.

www.ChapmanCenterForObesity.com

Prev | 1 | 2 | 3 | Next

| Email | Print | Digg | Twitter | Facebook | StumbleUpon | Share |

**FEATURED**



A reversal on carbs



Women who post lots of photos of themselves on Facebook value appearance, need attention, study finds



Wisconsin Gov. Scott Walker's standing is eroding, opponents say, citing poll

**MORE:**

Wisconsin Gov. Scott Walker's standing is eroding, opponents say, citing poll

Advice on hormone replacement therapy continues to evolve

*Should there be a 'fat tax'?*

White House fears gas prices could tank Obama

Fox gives Glenn Beck's show the boot

ADVERTISEMENT

# Los Angeles Times

search   GO

YOU ARE HERE  LAT Home » Collections » Business

ADS BY GOOGLE

## Lap Band
Adjustable Gastric Band Surgery Make An Appointment Today.
www.ChapmanCenterForObesity.com

## Kaiser 2011 Rates
Lowest rates on Kaiser Permanente plans. Starting at $75 a month!
KaiserQuotes.com

ADVERTISEMENT



SEE LAKERS PLAYOFF GAMES

**FROM THE ARCHIVES**

Lap-Band clinic sued over death
February 21, 2011

Scrutiny of Lap-Band enterprise is overdue
December 19, 2010

Lap-band patients operate in the dark
April 18, 2010

**MORE STORIES ABOUT**

Business

(Page 3 of 3)

# Lap-Band surgeon under review in 2nd patient death

*State medical board is scrutinizing Dr. Atul Madan's 'quality of care,' survivors told.*

Recommend   0   0

**February 05, 2011** | By Stuart Pfeifer, Los Angeles Times

Coroner's officials have said that Walter's Lap-Band device appeared to have been implanted correctly and did not contribute to her death, Trepinski said. In a complaint to the medical board on behalf of Walter's family, Trepinski focused on Walter's post-surgery recovery at Beverly Hills Surgery Center. Walter removed her breathing tube twice and then went into cardiac arrest, according to the complaint. Walter was brain dead when she arrived at Cedars-Sinai, Trepinski told The Times.

ADS BY GOOGLE

## LAP BAND Surgery in SoCal

Highest Rated LAP BAND Surgeons! Before & After Pics, Testimonials
LapBandVIP.com/Surgery

Madan told Walter's family in a meeting at Cedars-Sinai that Walter had twice removed her breathing tube at Beverly Hills Surgery Center following her procedure, Trepinski said.

Trepinski said she believes that Beverly Hills Surgery Center medical staff should have restrained Walter's arms after reinserting her breathing tube the first time.

"She may have been insufficiently sedated or not monitored," Trepinski said. "My understanding is there should be monitoring. After the first extubation, there should have been restraints."

Mark Dershwitz, a professor of anesthesiology at the University of Massachusetts Medical School in Worcester, Mass., said doctors should take several steps to make sure a patient who has removed a breathing tube does not remove it again, which could include restraining patients' arms with cloth straps or sedating them. Nurses should also closely monitor recovering patients, he said. Dershwitz said he was not familiar with the Walter case and was speaking only about generally accepted practices.

"Obviously, restraints are used when it's necessary to protect a patient from themselves," Dershwitz said.

Walter, an assistant manager at a Vons supermarket in Torrance, was thrilled about the pending surgery and was looking forward to improving her health and appearance, said Brown, her sister. Walter suffered from sleep apnea and had high blood pressure but was otherwise in good health, her sister said.

"Her weight, she wasn't happy with it. It made her feel ugly," Brown said. "Things were finally going well for her. She bought a house. She was looking forward to traveling. The last thing was losing the weight."

**Los Angeles Times** Copyright 2011 Los Angeles Times | Privacy Policy | Terms of Service
Index by Keyword | Index by Date

Caroline Van Hove, a spokesman for Allergan, the Lap-Band manufacturer, said the company's "deepest condolences go out to the family of Tamara Walter." The company will investigate to determine whether the device in any way was a contributing factor, Van Hove said.

She said studies have shown that the mortality rate from Lap-Band surgery is 0.05% or 1 in 2,000.

*stuart.pfeifer@latimes.com*

Ads by Google

### Dupuytren's Contracture

Learn About Treatment Options And Important Information.
DCOption.com

Prev | 1 2 | 3

| Email | Print | Digg | Twitter | Facebook | StumbleUpon | Share |

**FEATURED**



A reversal on carbs



Women who post lots of photos of themselves on Facebook value appearance, need attention, study finds



The TV Biz: Networks go all out to cover royal wedding

**MORE:**

Wisconsin Gov. Scott Walker's standing is eroding, opponents say, citing poll

More college graduates are delinquent on repaying student loans

Hot Property: Jack Nicholson lists 70-acre Malibu property at $4.25 million

Movie review: 'Atlas Shrugged'

Linda Evans sells home in Beverly Hills Post Office area

Exhibit "G"



61K   Subscribe/Manage Account   Place Ad   LAT Store   Jobs   Cars   Real Estate   Rentals   Classifieds   Custom Publishing

# Los Angeles Times   BUSINESS

LOCAL · · · WORLD   **BUSINESS**   SPORTS   ENTERTAINMENT   HEALTH   LIVING   TRAVEL   OPINION   · · ·   Watch Ad

MONEY & CO.   TECHNOLOGY   PERSONAL FINANCE   SMALL BUSINESS   COMPANY TOWN   JOBS   REAL ESTATE   CARS

IN THE NEWS:   POPE JOHN PAUL II   |   L.A. WEATHER   |   ROYAL WEDDING   |   TORNADOES   |   FESTIVAL OF BOOKS

Search

## Lap-Band clinic is sued over death

A Simi Valley woman is the fourth Southern California patient to die after having the weight-loss surgery, according to claims.

Recommend   128   Tweet   61   Share   178   (11)



Laura Faitro, shown with her husband, John, died five days after undergoing Lap-Band surgery.

**By Stuart Pfeifer, Los Angeles Times**
February 10, 2011 | 9:31 p.m.

A fourth Southern California patient has died following Lap-Band weight-loss surgery at a clinic connected to the pervasive 1-800-GET-THIN advertising campaign, according to a lawsuit filed by the patient's husband.

### L.A. Times on Facebook   Like   61K

Create an account or log in to see what your friends are recommending.

Memo to Trump: You're fired
2,028 people are doing this

Study links willingness to cheat, viewpoint on God



as of

| | |
|---|---|
| **DJIA** | **12810.54** +47.23 |
| **NASDAQ** | **2873.54** +1.01 |
| **S&P500** | **1363.61** +3.13 |

QUOTE:

### In Case You Missed It...

Mike Tyson's tattoo artist sues over ink in 'The

**Designer Home Decor Sale**
Save up to 70% on Top Brands for the Home, Gifts & More. Join Today!

**The 9mm is No Defense**
Discover What Military Operatives

& The Army Don't Want You To Know

**Assessment Center Prep**
Position yourself for success in your next Police Department exam.

Laura Faitro of Simi Valley died July 26, 2010, five days after surgery at Valley Surgical Center in West Hills. Three other patients have died shortly after surgery at an associated center in Beverly Hills, relatives have alleged in lawsuits and interviews.

Prospective patients are referred to surgery clinics after calling a toll-free number, said Robert Silverman, an attorney who represents the two clinics and 1-800-GET-THIN, which advertises on Southern California billboards, buses, on television and through direct mail. The Lap-Band is a silicone ring that is surgically fitted over part of the stomach to discourage overeating.

**FOR THE RECORD:**

Lap-Band lawsuits: A Business article that appeared online Feb. 10 and in print Feb. 11 about lawsuits filed against marketing company 1-800-GET-THIN reported that the Medical Board of California, in revoking Julian Omidi's license to practice medicine, accused him of failing to disclose that he had attended UC Irvine, which expelled him in 1990, and that he pleaded guilty to commercial burglary in Orange County in 1991. Both of these accusations were made by the board, but a subsequent court proceeding found that Omidi reasonably relied on the advice of his attorneys in failing to disclose the [illegible]. The article also reported that in a separate action the Medical Board of California accused Julian Omidi's brother, Dr. Michael Omidi, of being "grossly negligent" in the treatment of three liposuction patients. The board did make that accusation, but Omidi settled the case by agreeing that he had violated state law by performing surgeries on three patients at an unaccredited surgical facility. The board revoked Michael Omidi's license but stayed that action for three years' probation.

Faitro, 50, was in intense pain after the July 21 surgery and sought follow-up treatment at Simi Valley Hospital, where she died, said her husband, John Faitro. He filed a medical malpractice and wrongful death lawsuit Feb. 3 against surgeons Ihsan Shamaan and Kevork George Tashjian, 1-800-GET-THIN, Valley Surgical Center, Simi Valley Hospital and doctors who treated her there.

Faitro's liver was lacerated three times during the Lap-Band procedure at Valley Surgical Center, but she was discharged from the surgery center several hours later without being informed of the injury, according to the lawsuit. Faitro's death certificate lists heart failure as the cause of death, with liver laceration and morbid obesity as contributing factors.

An autopsy report said Faitro had more than 3 liters of bloody fluid in her abdominal cavity. Before her death, doctors at Simi Valley Hospital had diagnosed her with sepsis, a bacterial infection of the bloodstream, in her abdomen, according to the autopsy report last year by the Ventura County coroner. She had been treated with antibiotics, the report said.

In an interview, John Faitro said he was upset that the surgeons at Valley Surgical Center did not tell his wife that her liver had been lacerated during the Lap-Band procedure. He said he is blind, diabetic and a kidney dialysis patient, and that his wife was his principal caretaker.

"They took my wife away and they keep doing these surgeries like nothing happened," he said. "If they would have just told me [that her liver had been cut] I would have called the paramedics."

Silverman blamed Faitro's death on advanced heart disease and the care she received at Simi Valley Hospital after the surgery. He said the Lap-Band device was properly implanted.

"There is no reason to comment on the liver laceration as it was not a cause of death," Silverman said


Hangover 2'


Tribute to fallen Marines at Camp Pendleton |
Photos


Photos: Celebrities' Twitter reactions to the royal wedding


Mexico extradites drug kingpin to the U.S.

## The Latest | NEWS AS IT HAPPENS

Critic's Notebook: Who cares Gershwin? [illegible]

[illegible] of Binds: [illegible] Halftof [illegible] what? Authors examine why we believe what we believe [illegible]

Sudan [illegible] Amnesty [illegible] new crackdown [illegible] crush rebellion in Darfur [illegible]

Metal Mulisha racer Jeff 'Ox' Kargola dies in Mexico motocross event

L.A. Times Book Prize winner Jennifer Egan and other fiction writers debate the boundaries of form

ADVERTISEMENT

## Credit Scores:


A good credit score is above 700
See Your 3 FREE Credit Scores
Trans Union, Experian EQUIFAX

MOST VIEWED | MOST COMMENTED

Harry Jackson dies at 87; western artist created famed John Wayne sculpture

Made homeless by tornado, Alabama victims ponder their next moves

Tornadoes' death toll at 340 and rising

'Birther' blather lives on

Tears are mixed with pride at Camp Pendleton memorial for fallen Marines

in an e-mail statement.

He continued, "It would appear that Ms. Faitro died of non-Lap Band related issues due to her extremely poor overall health condition."

Faitro's surgeons, Shamaan and Tashjian, could not be reached for comment. A spokeswoman for Simi Valley Hospital declined to discuss the lawsuit.

John Faitro said his wife, who was 5 feet 6 and weighed about 250 pounds, began gaining weight 25 years ago when he lost his eyesight from diabetes. "She was a stressful eater. She loved tacos and sometimes ice cream," he said.

She had been looking forward to the surgery for months, her husband said.

"She thought it would be so awesome, just to put on clothes off the rack in the store. She wanted to work out with me. When you get big it's hard to work out," John Faitro said. "It was hard for her to go for walks. She thought she'd be able to do it a lot easier, have a lot more energy."

Three other Lap-Band patients — Ana Renteria, 33, of Norwalk; Tamara Walter, 52, of Lawndale; and Willie Brooks, 35, of Perris — have died in the last two years, all shortly after undergoing implantation surgery at a clinic on Wilshire Boulevard in Beverly Hills. The Medical Board of California is investigating the care that surgeon Atul Madan provided to Renteria and Walter, according to correspondence from the medical board to relatives of the two women.

Those deaths have also prompted legal action. Renteria's family last week filed a lawsuit accusing Madan, the 1-800-GET-THIN marketing company and others of contributing to her death. Last year, Brooks' family sued the clinic owners and surgeon Tashjian, who also helped perform Faitro's surgery. The Brooks lawsuit is scheduled to go to trial in June. Tashjian and other defendants have denied wrongdoing.

Relatives of Renteria and Faitro filed an additional lawsuit Feb. 4 against 1-800-GET-THIN claiming that its ad campaign was misleading. The lawsuit seeks class-action status. The families accused the marketing company of false advertising for allegedly failing to provide adequate warnings about the risk of the surgery and for failing to tell patients that the clinics were operated by two brothers, Julian and Michael Omidi, who had been accused of misconduct by the state medical board.

The medical board revoked Julian Omidi's license to practice on June 19, 2009, citing his "penchant for dishonesty." A medical board accusation said Omidi had failed to disclose on his medical license application that he had attended UC Irvine, which expelled him in 1990 for participating in the theft of exams. The medical board also accused him of failing to disclose that he had pleaded guilty to commercial burglary in Orange County in 1991. That burglary conviction was dismissed at Omidi's request in 2006.

The medical board placed Michael Omidi on three years' probation in 2008. The board had filed an accusation that said he was "grossly negligent" in the treatment of three liposuction patients.

John Faitro said that he didn't learn about the Omidi brothers' history until after his wife's death.

"We had no idea," John Faitro said. "I would have told her immediately, 'Don't do that. Let's go someplace else.'"

Alexander Robertson IV and John M. Walker, attorneys who are representing the Renteria and Faitro families, said in an interview that the upbeat marketing campaign — "Let your new life begin, call 1-800-GET-THIN" — was deceptive because it minimized the risks of the surgery.

"When you listen to a very cute jingle it sounds like this is going to be an easy fix for a serious medical problem. At least for two of our clients, it wasn't a quick fix. There were complications that took their lives," Walker said.

Silverman, the lawyer who represents 1-800-GET-THIN and the two clinics, said the advertisements include warnings about the risks of surgery. He said the lawsuits were without merit.

China smoking ban may have little effect

Osteopenia doesn't mean osteoporosis &— so should you treat it?

The pressure's on for Texas, California teams at Academic Decathlon

Arizona gives 'tea party' a license plate

Chevron's environmental oil case turns into duel in the Amazon

Readers' Travel photos »



Send us your photos. We'll highlight the best in print and online. Above, Florence. Highlights

"Each lawsuit contains knowingly false statements and appear to be only included in the lawsuit to gain publicity for the plaintiffs and notoriety for the lawyers," Silverman said.

"My clients have helped thousands of individuals achieve weight loss for which diet and exercise or any other product failed," he said. "These individuals and society are better served when these individuals lose significant weight."

John Faitro, 53, said he filed both lawsuits because he wants to send a message to the public that the surgery carries risk. He said friends from his church now perform tasks that were once his wife's, taking him to dialysis appointments and handling his insulin pump. He voice trembled as he talked about how much he missed his wife.

"I know she's with God right now and I'll see her when God takes me home," Faitro said. "But down here I miss her. Every day of my life."

*stuart.pfeifer@latimes.com*

Copyright © 2011, Los Angeles Times

✉ 🖨 Aᴀ ▴ ▾          ❚ Recommend  128   | ✈ Tweet   61   ⬛ Share  178      💬 (11)

**Therapist in Santa Monica**
Free Consultation With warm, experienced therapist

**Dr. Michael Lenke, Ph.D.**
Get help for Anger and Depression Start today, 310 459-7575, LA Area

**The Valley Shrink**
San Fernando Valley Therapist. Mind-Body approach to healing...

## Get Alerts on Your Mobile Phone

Mobile Phone (required)



*Sign me up for the following lists:*

☑ BREAKING - News as it happens

☑ ENVELOPE - The awards insider

☑ ENTERTAINMENT - Hollywood news and buzz

☑ SPORTS - Alerts and scores

[ Submit ]

## Inside The Times



Building a fire pit and seating area | Photos



Oxford, Miss.: The center of William Faulkner's cosmos



Downtown L.A. on the lunch menu



Stem cells: Court allows federal funding for embryonic stem cell research

**RELATED STORIES**                          POWERED BY **surphace**

From the L.A. Times

• Six more Los Angeles pot dispensaries sue over lottery plan

• Two lawsuits challenge Los Angeles' lottery plan for medical marijuana dispensaries

Around the Web

• In Death Valley Heat, Salt Creek Pupfish Find a Way to Survive | scinews.com

• Maggie Daley may spend 4 more days in hospital | chicagotribune.com

Comments (11)                          Add / View comments | Discussion FAQ

samathat at 10:00 AM February 13, 2011
For our great doctors lawyers also have a duty to make shure the story is told right. All of us go into surgery thinking yes something can occure but they will not lie to us.

samathat at 9:58 AM February 13, 2011

Surgery does have risks but no one should hide a lacerated liver from any one.You can bleed to death.Every one needs better.We need to protect patients too.

sumathus at 9:37 AM February 13, 2011

What is the real story?Lets have it clear.Why? Cause we do have good doctors in the USA.Ones who are true blue.I hope they update it all.Lacerations mean blood loss which is very important here.We have many that go to school to learn.They care about life.So clear up this for our medical proffesion.

## In Case You Missed It...

    

**Photos:** Hats at the royal wedding

Arnold Schwarzenegger will try serious acting. Maybe.

**Toburt** New Bell Council elects hope

U2's The Edge cleared to build Malibu compound

Teacher finds formula to make physics fun

More spotlights...



| Corrections | Horoscopes | Media Kit | About Us | Contact Us | Site Map |

# Los Angeles Times

Coastline Pilot | Daily Pilot | Huntington Beach Independent | Valley Sun | Burbank Leader | News Press | KTLA | Hoy | Brand X | LA, Los Angeles Times Magazine | ZAPzil
Baltimore Sun | Chicago Tribune | Daily Press | Hartford Courant | Los Angeles Times | Orlando Sentinel | Sun Sentinel | The Morning Call

Terms of Service | Privacy Policy | About Our Ads | Los Angeles Times, 202 West 1st Street, Los Angeles, California, 90012 | Copyright 2011

*A Tribune Newspaper website*

Exhibit "H"

ADVERTISEMENT

# Los Angeles Times

ADS BY GOOGLE

**Gastric Lap Band Surgery**
Get Easy Less-Invasive Weight Loss
Adjustable Lap Gastric Band Surgery
www.ChapmanCenterForObesity.com

**Surgical Weight Loss Ctr**
Orange Coast Memorial Obesity Ctr. Call
Now to Schedule Free Consult.
www.memorialcare.org

ADVERTISEMENT



**FROM THE ARCHIVES**

FDA seems to take light approach to Allergan and Lap-Band
*February 20, 2011*

FDA approves wider use of Lap-Band
*February 16, 2011*

Lap-Band maker Allergan wants it both ways
*January 29, 2011*

Allergan seeks bigger market for Lap-Band weight-loss device
*January 16, 2011*

**MORE STORIES ABOUT**

Business

## Study questions Lap-Band's long-term effectiveness

*Lap-Band maker Allergan criticizes the European study, which found major complications among many weight-loss patients.*

**March 22, 2011** | By Stuart Pfeifer, Los Angeles Times

Recommend   15

1

0

A new study conducted in Europe has questioned the long-term effectiveness of the popular Lap-Band weight-loss device, finding that many patients suffered major complications and half of them eventually had the device removed.

The report, published Monday in the Archives of Surgery, focused on 82 surgeries performed between 1994 and 1997. Even though patients reported losing significant weight, complications such as band erosion and infections led researchers to conclude the surgery had "relatively poor long-term outcomes."

ADS BY GOOGLE

### LAP BAND with PacifiCare

Does PacifiCare Cover the LAP BAND? See If You Qualify Now- Check Here!
LapBandVIP.com/PacifiCareInsurance

The Lap-Band, manufactured by Irvine-based Allergan Inc., is a silicone ring that's surgically fitted over part of the stomach to discourage overeating.

Because the device was approved for use in the United States in 2001, long-term research has focused on surgeries performed abroad. Jacques Himpens, the lead author of the study published Monday, works with the European School of Laparoscopic Surgery at Saint Pierre University Hospital in Brussels.

Allergan officials criticized the study, saying it was flawed and contradicts other studies that have found the device safe and effective. A 2004 study, for instance, found that just 17% of patients had opted to have their bands surgically removed, said Caroline Van Hove, an Allergan spokeswoman.

In the Belgian study, researchers contacted 151 patients but just 82 responded, a ratio that could skew study findings, Van Hove said. Surgeries and follow-up care have changed dramatically in the last 15 years, making the findings much less relevant, she said.

"Those were among the first patients treated anywhere in the world. The surgeons were at the bottom of their learning curve. It is misleading to report these patients as if they represent what can be expected ... today." Van Hove said in a statement.

The Lap-Band is heavily marketed on Southern California freeway billboards as well as on television, radio and through direct mailings by a marketing company called 1-800-GET-THIN, which refers prospective patients to surgery centers.

**Los Angeles Times** Copyright 2011 Los Angeles Times

Allergan does not pay for the advertisements, which were criticized recently by the company's chief executive, David E.I. Pyott. Allergan recently sent advertising guidelines to physicians, saying any marketing provide "balanced information about benefits and risks related to the procedure."

Four patients have died within the last two years following Lap-Band surgeries performed in Southern California, prompting medical malpractice lawsuits and investigations by the Medical Board of California.

None of the patients involved in the European study died as a result of the surgeries. But 312 of 82 reported major complications, and 49 of them had additional surgeries, either to correct problems or because of a lack of weight loss.

The study found that many surgeons in Europe are opting for a more invasive gastric bypass surgery. The trend is the opposite in the United States, where gastric banding is more common than bypass surgery, the report said.

*stuart.pfeifer@latimes.com*

ADS BY GOOGLE

### Gastric Sleeve (VSG)

Leading surgeon, All-Inclusive for $8,900. We offer Financing!

www.EndoBariatric.com

| Email | Print | Digg | Twitter | Facebook | StumbleUpon | Share |

**FEATURED**

A reversal in parks.

When... the pool lots of need attention, study finds

ADS BY GOOGLE

Wisconsin Gov. Scott Walker's standing is eroding, opponents say, citing poll