1  DAVIS WRIGHT TREMAINE LLP
   KELLI L. SAGER (State Bar No. 120162)
2      kellisager@dwt.com
   ALONZO WICKERS IV (State Bar No. 169454)
3      alonzowickers@dwt.com
   LISA J. KOHN (State Bar No. 260236)
4      lisakohn@dwt.com
   865 South Figueroa Street, Suite 2400
5  Los Angeles, California 90017-2566
   Telephone: (213) 633-6800 / Fax: (213) 633-6899
6
   LOS ANGELES TIMES COMMUNICATIONS LLC
7  KARLENE GOLLER (State Bar No. 147065)
       karlenegoller@latimes.com
8  202 West First Street
   Los Angeles, California 90012
9  Telephone: (213) 237-3760 / Fax: (213) 237-3810

10 Attorneys for Defendants LOS ANGELES TIMES
   COMMUNICATIONS LLC, MICHAEL HILTZIK, and
11 STUART PFEIFER

12             UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
13                    WESTERN DIVISION

| | |
|---|---|
| 1 800 GET THIN, LLC,<br><br>          Plaintiff,<br><br>    vs.<br><br>Michael Hiltzik, an individual; Los Angeles Times Communications, LLC; Stuart Pfeifer, an individual; SNAPSHOTS, an individual; Adrian_Dallas, an individual; jkrischel, an individual; neoserf, an individual; paulmayer, an individual; dalefogden, an individual; wtharvey, an individual; matt_powers, an individual; callcenterjohnny, an individual; Ebuckly, an individual; bigsouthern, an individual; OCChick, an individual; AllenGillespie, an individual; dhaettig, an individual; Baseballhead, an individual; mattemons, an individual; JulyPostOp, an individual; DrBruin2, an individual; RUJoking?!, an individual; InstructorP, an individual; 1Friend, an individual; darmaggi, an individual; RamonaInCorona, an individual; dianne.m.daniels, an individual; LAX.Prepster, an individual; Isabellel 106, an individual; AlanSmythl, an individual; Ed Wood, an individual; KatherineLicariVenturoso, an individual; Does 1-10, inclusive,<br><br>          Defendants. | Case No. 2:11-CV-0505-ODW (Ex)<br>Assigned to the Honorable<br>Otis D. Wright II<br><br>**TIMES DEFENDANTS' RESPONSE TO PLAINTIFF'S OBJECTIONS TO REQUEST FOR JUDICIAL NOTICE AND PLAINTIFF'S COUNTER-REQUEST FOR JUDICIAL NOTICE**<br><br>Hearing Date: May 23, 2011<br>Time:         1:30 p.m.<br>Courtroom:    11<br><br>Action Filed: January 18, 2011<br><br>[Reply In Support Of Motion To Dismiss First Amended Complaint Concurrently Filed.] |

Defendants Los Angeles Times Communications LLC, Michael Hiltzik, and Stuart Pfeifer (collectively, the "Times Defendants") respectfully submit this Response to Plaintiff's Objections to Defendants' Request for Judicial Notice and Plaintiff's Counter-Request for Judicial Notice.

## I. THE TIMES DEFENDANTS' EXHIBITS 1-8 AND PLAINTIFF'S EXHIBITS A-H

Plaintiff does not dispute that in ruling on the Times Defendants' Motion to Dismiss, the Court may consider Exhibits 1-8, which consist of the columns and articles from the Los Angeles Times that are referred to in Plaintiff's First Amended Complaint; the only statements identified in Plaintiff's First Cause of Action – the only claim against the Times Defendants – are from Michael Hiltzik's December 19, 2010 column (Exh. 4). These exhibits are properly before the Court under the incorporation-by-reference doctrine. See, e.g., Burnett v. Twentieth Century Fox, 491 F. Supp. 2d 962, 966 (C.D. Cal. 2007).

The only basis offered by Plaintiff for its objection to this Court taking judicial notice of Exhibits 1-8 is the allegation that the Times Defendants have "altered" the contents of the exhibits by stripping out advertising. This is untrue.

In printing articles that appear on the latimes.com website, the visitor to the site is given the choice of clicking on a printer icon link located between the article's body and its headline, which prints a text version of the article, or printing an image of the article as it appears on the website. The only allegations in the FAC that purport to state a claim for Lanham Act infringement against the Times Defendants refers to the content of one column published by The Times; there is no mention made of advertisements appearing on the site, or anything else that would suggest that the manner in which the article appeared (as opposed to its content) was relevant in any way to the claim being asserted. Consequently, counsel for The Times Defendants printed Exhibits 1-8 in text format, which provides the version that is easiest to read. The format of the articles is immaterial: the content of the

1
RESPONSE TO COUNTER-REQUEST FOR JUDICIAL NOTICE
DWT 17056473v4 0026175-000388

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1. articles submitted as Exhibits 1-8 is precisely the same as in the exhibits offered by Plaintiff.  (The Times Defendants also submitted photocopies of the articles and columns as they appeared in the print copy of the Los Angeles Times).  None of these materials are either "sanitized" or "false."

Although the advertisements that appeared on the website are irrelevant to any issue before the Court, and nothing about advertisements is even mentioned in the FAC, the Times Defendants have no objection to the Court reviewing the screen-shots containing the articles, as they appear in Plaintiff's Counter-Request for Judicial Notice.  (Exhs. A-H.)

Part of Plaintiff's Exhibit A, however, has nothing to do with the issues presently before the Court.  (Exh. A (Docket No. 13 at 24-27.))  It appears to be a printout from an Index File for a website available at tardis.wikia.com/wiki/Doctor_Who_Wiki, which is devoted to information about the popular British science fiction series "Doctor Who."  No explanation is given for the relevance of this document, and it should be rejected by this Court.

## II.  THE TIMES DEFENDANTS' EXHIBITS 9-10 ARE ADMISSIBLE COURT DOCUMENTS

As stated in the Times Defendants' Request for Judicial Notice, there can be no serious dispute that this Court may take judicial notice of court documents filed in other proceedings.  See MGIC Indem.v. Weisman, 803 F. 2d 500, 504 (9th Cir. 1986) (taking judicial notice of a motion to dismiss and memorandum of points and authorities filed in another action); United States ex rel. Robinson Rancheria Citizens Council v. Borneo, 971 F.2d 244, 248 (9th Cir. 1992) ("we may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue") (citation and internal quotes omitted); Schweitzer v. Scott, 469 F. Supp. 1017, 1020 (C.D. Cal. 1979) (taking judicial notice of court records filed in other civil actions).

2
RESPONSE TO COUNTER-REQUEST FOR JUDICIAL NOTICE
DWT 17056473v4 0026175-000388

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Plaintiff's objection that these documents are hearsay is without merit. Fed. R. Evid. 803(8) excepts public documents from hearsay rules. Moreover, Plaintiff concedes that such documents may be judicially noticed for the purpose of showing the nature of a proceeding pending before a governmental body. Pl's Obj. to Defs. RJN and Pl's. Counter-RJN at 13:6-8, 14:5-7. Consequently, these materials should be judicially noticed.

DATED: May 9, 2011

DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER
ALONZO WICKERS IV
LISA J. KOHN

LOS ANGELES TIMES COMMUNICATIONS LLC
KARLENE GOLLER

By: _____s/ Kelli L. Sager_____
Kelli L. Sager

Attorneys for Defendants LOS ANGELES TIMES COMMUNICATIONS LLC, MICHAEL HILTZIK, and STUART PFEIFER

3
RESPONSE TO COUNTER-REQUEST FOR JUDICIAL NOTICE
DWT 17056473v4 0026175-000388

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899