# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 11-00505-ODW(Ex) | Date | May 20, 2011 |
| Title | 1 800 Get Thin, LLC v. Michael Hiltzik et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):**   Order Vacating MOTION TO DISMISS CASE WITH SAGER DECLARATION [5]

The hearing on the above-referenced motion, scheduled for May 23, 2011 at 1:30 p.m. is hereby VACATED. The matter stands submitted. An order will issue.

IT IS SO ORDERED.

                                                                                              :   00

                                                                Initials of Preparer    sce