1

**SILVERMAN & ASSOCIATES**
**ROBERT B. SILVERMAN SBN 170517**
**25 S. OAK KNOLL AVE., SUITE 504**
**PASADENA, CA 91101**
**TEL: (714) 936-7499**
**FAX: (888) 308-5099**
**EMAIL: SILVERATTY@GMAIL.COM**

2

3

4

5

6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

7

8

1 800 GET THIN, LLC,

9

Plaintiff,

10

vs.

11

Michael Hiltzik, an individual; Stuart
Pfeifer, an individual; Los Angeles
Times Communications, LLC; Los
Angeles Times International, Ltd.; Los
Angeles Times Newspapers, Inc.;
SNAPSHOTS, an individual;
Adrian_Dallas, an individual; jkrischel,
an individual; neoserf, an individual;
paulmayer, an individual; dalefogden,
an individual; wtharvey, an individual;
matt_powers, an individual;
callcenterjohnny, an individual;
Ebuckly, an individual; bigsouthern, an
individual; OCChick, an individual;
AllenGillespie, an individual; dhaettig,
an individual; Baseballhead, an
individual; mattemons, an individual;
JulyPostOp, an individual; DrBruin2, an
individual; RUJoking?!, an individual;
InstructorP, an individual; 1Friend, an
individual; darmaggi, an individual;
RamonaInCorona, an individual;
dianne.m.daniels, an individual;
LAX.Prepster, an individual;
Isabelle1106, an individual;
AlanSmyth1, an individual; Ed Wood,

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case Number: 2:11-CV-0505-ODW (Ex)

[PROPOSED] **SECOND AMENDED COMPLAINT FOR:**

**(1)    VIOLATION OF SHERMAN ANTI-TRUST ACT, 15 U.S.C. § 1 et. seq.**

**(2)    VIOLATION OF LANHAM ACT, 15 U.S.C. § 1125;**

**(3)    VIOLATION OF LANHAM ACT, 15 U.S.C. § 1125;**

**(4)    VIOLATION OF RICO ACT, 18 U.S.C. § 1961, et. seq.**

**JURY TRIAL DEMANDED**

Case Assigned to Otis D. Wright II

1

an individual;
KatherineLicariVenturoso , an
individual; Does 1-10, inclusive;

Defendants

**PLEASE TAKE NOTICE THAT** Plaintiff 1 800 GET THIN, LLC hereby asserts and alleges a cause of action against defendants as follows:

Plaintiff, 1 800 GET THIN, LLC, complains of defendants, and by this Second Amended Complaint alleges as follows:

## JURISDICTION

1. The First Claim for relief is for violation of the Sherman Act under 15 U.S.C. §§ 1 & 4, and jurisdiction is predicated under §§ 4 & 16 of the Clayton Act, 15 U.S.C. §§ 15 & 26, and 28 U.S.C. §§ 1331 & 1337.

2. The Second and Third Claims for relief are for violations of the Lanham Act under 15 U.S.C. §§ 1117 & 1125(a), and jurisdiction is predicated under 28 U.S.C. § 1331.

3. Jurisdiction under the Fourth Claim for violations of the Racketeering Influenced and Corrupt Organizations Act (RICO) is predicated upon 18 U.S.C. § 1964 and 28 U.S.C. §§ 1331 and 1332(d)(2), and 43 U.S.C. §§ 1331, 1333, 1349, and 1367(a). This Court has jurisdiction under the federal civil RICO statute, 18 U.S.C. § 1964, since the case is brought by and on behalf of persons injured in their business or property by reason of Defendants' conduct of the affairs of the RICO enterprise described in this Complaint through a pattern of acts constituting mail and wire fraud, and other conduct constituting RICO violations under 18 U.S.C. § 1962, and extortion, 18 U.S.C. § 1951.

4. Venue is proper under Section 12 of the Clayton Act, 15 U.S.C. § 22, and under 28 U.S.C. § 1391 because defendant Los Angeles Times Communication Group, LLC transacts business and is found within this district.

## PARTIES

5. Plaintiff 1800 GET THIN is a company that is organized under the laws of the State of California. Its principal place of business is Beverly Hills, California. Plaintiff is owner of the Service Mark, "1-800-GET-THIN", which is a federally registered trademark, (the "Service Mark") bearing Registration Number 3,976,734, issued by the United States Patent and Trademark Office ("USPTO").

6. Defendant, Michael HILTZIK ("HILTZIK"), is a columnist whose columns are published in the LOS ANGELES TIMES newspaper and on-line at LATIMES.COM. HILZTIK is believed to be an employee of the defendant Los Angeles Times Communications, LLC. and is believed to be an individual who resides in the County of Los Angeles, State of California.

7. Defendant, Stuart Pfeifer ("PFEIFER"), is a journalist whose articles are published in the LOS ANGELES TIMES newspaper and on-line at LATIMES.COM. PFEIFER is believed to be an employee of the defendant Los Angeles Times Communications, LLC, and is believed to be an individual who resides in the County of Los Angeles, State of California.

8. Defendant Los Angeles Times Communications, LLC ("LA TIMES") is a Delaware limited liability corporation whose principal place of business is in Los Angeles, California. Defendant LA TIMES operates the newspaper known as the "LOS ANGELES TIMES", and for purposes of this Second Amended Complaint, both the newspaper and corporate defendant LA TIMES will be treated as synonymous with each other. LA TIMES also publishes the Newport Beach-Costa Mesa Daily Pilot, Glendale News-Press, Burbank Leader, Foothill Leader, and the Huntington Beach Independent. Defendant LA TIMES is a debtor in a Chapter 11 proceeding now pending in the U.S. Bankruptcy Court for the District of Delaware filed on December 8, 2008, bearing case number 08-13185. All of the allegations contained in this Complaint occurred after the filing of the Bankruptcy and are therefore, not subject to the Bankruptcy proceedings.

SECOND AMENDED COMPLAINT FOR VIOLATIONS UNDER SHERMAN ACT, LANHAM ACT, AND RICO ACT

9.  Defendant Los Angeles Times International, Ltd., was and now is a corporation organized and existing California law, and engaged in business in Los Angeles, California, as an international distributor of The Los Angeles Times print newspaper and operator of its website.  Defendant "International" (hereafter collectively "The TIMES Defendants"), is a debtor in a Chapter 11 proceeding filed in the U.S. Bankruptcy Court for the District of Delaware on December 8, 2008, bearing case number 08-13186.  All of the corporate defendants will be collectively referred to as the "TIMES Defendants."  All of the allegations contained in this Complaint occurred after the filing of the Bankruptcy and are therefore, not subject to the Bankruptcy proceedings.

10.  Defendant Los Angeles Times Newspapers, Inc. is a corporation organized and existing under the laws of the State of Delaware, and engaged in business in Los Angeles, California, as an interstate newspaper distributor. Defendant "Newspapers" (hereafter collectively as the "TIMES Defendants"), is a debtor in a Chapter 11 proceeding filed in the US Bankruptcy Court for the District of Delaware on December 8, 2008, bearing case number 08-13187.  All of the corporate defendants will be collectively referred to as the "TIMES Defendants." All of the allegations contained in this Complaint occurred after the filing of the Bankruptcy and are therefore, not subject to the Bankruptcy proceedings.

11.  Defendant LA TIMES also owns and operates the website "LATIMES.COM," where each of the articles identified in this Complaint are published simultaneously with the publication of the article/column in the print newspaper.  The LATIMES.COM website, reaches an average of almost 9 million monthly unique visitors across the United States and an average of over 135 million monthly page views.  [Statement taken from the "Tribune Bankruptcy Disclosure Statement", p. 21 ¶ 4 (June 6, 2010), In re Tribune Company, U.S. Bankruptcy Court, District of Delaware, Case No. 08-13141 (KJC)]  This major

media exposure compares with the average world-wide daily print circulation for the TIMES print newspaper of only 657,000 readers. (Id. p. 21 ¶ 1)

12. Plaintiff is informed and believes and thereon alleges that, at all times herein relevant, defendants "SNAPSHOTS", "Adrian_Dallas", "jkrischel", "neoserf", "paulmayer", "dalefogden", "wtharvey", "matt_powers", callcenterjohnny, "Ebuckly", "bigsouthern", "OCChick", "AllenGillespie", "dhaettig", "Baseballhead", "mattemons", "JulyPostOp", "DrBruin2", "RUJoking?!", "InstructorP", "1Friend", "darmaggi", "RamonaInCorona", "dianne.m.daniels", "LAX.Prepster", "Isabelle1106", "AlanSmyth1", "Ed Wood", "KatherineLicariVenturoso", are all individuals who posted comments under the aliases identified herein and it is believed that each of these defendants, is an individual who resides in the County of Los Angeles, State of California.

13. Defendants Does 1-10 ("Defendants") are being sued herein under fictitious names. Their true names and capacities are unknown to Plaintiff. When their true names and capacities are ascertained, Plaintiffs will amend this complaint by inserting their true names and capacities herein. Plaintiff is informed and believes and thereon alleges that each of the fictitiously named Doe Defendants is responsible in some manner for the occurrences herein alleged, and that each of Plaintiff's damages as herein allege were proximately caused by such Doe Defendants.

## GENERAL ALLEGATIONS

**A.**   **Defendants Formed a Combination to Attack 1 800 GET THIN**

   **1. Defendants' combination with their advertisers.**

14. Commencing in February, 2010, and continuing through May, 2011, TIMES defendants, with their employee writers, HILTZIK and PFEIFER began publishing false articles and columns focused primarily on the 1 800 GET THIN. These articles were sponsored by several of 1 800 GET THIN's competitors that offered, advertised, or promoted the same or similar types of surgical weight loss

SECOND AMENDED COMPLAINT FOR VIOLATIONS UNDER SHERMAN ACT, LANHAM ACT, AND RICO ACT

procedures or programs.  Each article and column prominently displayed as sponsors 1 800 GET THIN's competitors, including the companies identified on Exhibit "A."  In repeated organized concerted conduct by competitive advertisers and episodes of racketeering, defendants published articles and columns which falsely attacked 1 800 GET THIN by stating that the 1 800 GET THIN was responsible for various surgery centers where individuals allegedly had experienced problems following a surgical weight loss procedure.

15.  TIMES defendants formed a combination and group of willing and unwilling advertisers to sponsor the articles and columns that were written with the purpose of placing the 1 800 GET THIN in a false-light thereby implicitly favoring the competitor advertisers who appeared right next to the articles and columns.  As part of the racketeering activities and anti-competitive conduct, these advertisers claimed to be "Highest Rated," "Experts," "Leading Surgeons," "Effective," and able to perform surgery "without scars."   These various companies are not named as defendants, but have participated as co-conspirators with defendants and have performed acts and made statements in furtherance of the conspiracy.  Each defendant is jointly and severally liable for the acts of their co-conspirators whether named or not named as defendants, and each named defendant acted as the agent or joint-venturer of or for the other defendants with respect to the acts, violations, and common course of conduct alleged in the Complaint.

16.  1 800 GET THIN is informed and believes and therefore alleges that each advertiser, in order to obtain the position of advertising on the articles where defendant TIMES, attacked 1 800 GET THIN, was required to pay a "premium" to defendant TIMES, and its advertising entity LA Links, to purchase the keywords associated with the articles involving 1 800 GET THIN.  Through this "premium" payment the advertisers were assured and guaranteed that their advertisements would appear on the articles where 1 800 GET THIN was mentioned and attacked. By making the premium payment, each advertiser knew from the consistent course

SECOND AMENDED COMPLAINT FOR VIOLATIONS UNDER SHERMAN ACT, LANHAM ACT, AND RICO ACT

of conduct that has taken place over the period February, 2010, through the present that its advertisements would appear in the articles which attacked 1 800 GET THIN, and they thereby formed an anti-competitive combination through express, implied, or coerced agreement, and through conscious parallel action, combination, or concerted action with defendant TIMES.

In addition, Plaintiff is informed and believes and thereon alleges that the articles written and published by Defendant TIMES and its employees are not objective articles about Plaintiff 1 800 GET THIN.  Rather these selective attack articles are a form of sponsored commercial advertising whereby the articles containing false and misleading assertions about Plaintiff are directly surrounded by and in some instances imbedded with advertisements from Plaintiff's competitors, who all claim to be better than that the Plaintiff.  And even those advertisements themselves contain false and misleading statements about the competitors products and services relating to weight loss surgery.

## 2. Defendants' combination affects commerce

17.  Defendants Los Angeles Times Communications, Los Angeles Times International, and Los Angeles Times Newspapers are separate legal entities and not parties to the corporate family of the LA TIMES or Tribune Companies by reason of their bankruptcy status as debtors-in-possession.  Under the U.S. bankruptcy laws they are not part of a corporate family, but rather new entities acting under bankruptcy protection responsible to the bankruptcy court, the United States Trustee, Creditor Committees and not their shareholders.  Nevertheless, they have carried out the joint and concerted activity by aiding, abetting, and knowingly carrying out the joint and concerted activity of one another, along with the numerous separate entity advertisers who were also part of the conspiracy.  The TIMES Defendants knowingly received the benefit of the activities of one another, and they were the instrumentalities of interstate and foreign commerce though which the concerted activity was accomplished.  They engaged in overt acts of

delivering the content of defendants' false statements, wire transmissions, and mail transmissions, and they distributed defendant TIMES' newspapers, content, and articles to the public in interstate and foreign commerce.

18.  Defendant TIMES sells and distributes products and services throughout the United States and the world.  Defendant TIMES delivers copies of its products to wholesale and retail customers across state lines and international borders. Thus, defendant is engaged in, and its activities substantially affect, interstate and foreign commerce.

19.  The TIMES Defendants, who are in bankruptcy and facing desperate financial conditions, engaged in this concerted activity to misuse the press to attack its advertisers' competitor, 1 800 GET THIN, and thereby generate advertising revenues for the otherwise bankrupt entity.  Defendant TIMES filed for bankruptcy on December 8, 2008, as part of the Tribune Company, and along with its co-defendants was sweltering under a $13 billion debt in a bankruptcy proceeding with no solution to its financial woes in more than three-and one-half (3 ½) years.

**B.  Defendants' anticompetitive conduct unreasonably restrained competition**

**1.      The advertising combination attacked competitors.**

20.  The concerted attacks and episodes of racketeering activities described below continued through May 3, 2011, when defendant published an article authored by PFEIFER entitled "Lap Band Clinic Is Directed to Improve." (Exhibit "B").  The article stated: "A Beverly Hills outpatient surgery center affiliated with the 1-800-GET-THIN advertising campaign has been advised to make improvements or risk losing its accreditation."  Defendants attacked 1 800 GET THIN and its marketing client, New Life Surgical Center, claiming four (4) areas which needed to be improved under a Joint Commission on Accreditation of Healthcare Organizations (JCAHO) inspection constituted a basis for revocation of its accreditation.  JCAHO is the national non-profit organization which provides accreditation, *inter alia*, for out-patient surgery centers.  Thus JCAHO provides

accreditation for the surgery centers who receive patient referrals from Plaintiff 1 800 GET THIN. In addition, JCAHO also provides accreditation for almost all of Plaintiff's competitors who pay advertising tribute to the TIMES so that their JCAHO violations are not disclosed or revealed.

21. The article published by Defendant TIMES was false and defendants knew it was false because the surgery center was not at risk of losing its accreditation. The TIMES defendants were specifically informed prior to the publication of the article that the four areas of improvement had already been resolved. The inspection had re-affirmed the surgery center's full accreditation and recommended four (4) areas for improvement only. TIMES defendants made the statements for the purpose and with the intent of injuring 1 800 GET THIN as being responsible for sending patients to an unsafe surgery center and to disparage and trade libel 1 800 GET THIN for the benefit of the advertising competitors who sponsored the attack.

22. The article prominently displayed advertisements from 1 800 GET THIN'S competitors, including the "Expert Surgeons" of OliakCenter.com, the "Highest Rated LAP BAND Surgeon!" from LapBandVIP.com, the "Less Invasive Weight Loss" from ChapmanCenterforObesity.com, "Lap-Band Without Scars" from DrFeiz.com, "The Most Experienced" from AMD Management.com, the "Leading Bariatric Surgeon," from MehtaBariatricCenter.com, who advertised the Realize Band from Johnson & Johnson, and many others. These advertisers compete with 1 800 GET THIN on a nationwide basis for patients. Their sponsorship was designed to conceal their excessive JCAHO violations while The TIMES attacked their competitor in return for advertising fees. Indeed, almost all of these competitors have records of multiple and significant JCHAO violations while the surgery centers which use Plaintiff 1 800 GET THIN for marketing their services have received the "Gold Standard" of accreditation from JCHAO. See Exhibit "C" attached hereto and incorporated herein.

## 2.   Defendants operated a Chicago Style "protection" scheme

### a.   Defendants sold immunity and protection against adverse news

23.   On the same web page where the May 3, 2011, article appeared, in the midst of the very same false attack, TIMES defendants advertised 1 800 GET THIN's competitors who had 14, 11, 30, and 12 JACHO violations, along with a host of other individual areas cited by JCAHO during their accreditation survey inspections of these advertising competitors which were far more serious than the four (4) areas the targeted surgery center needed to improve.  TIMES defendants created a media onslaught against 1 800 GET THIN for advertisers who had between six (6) and eight (8) times the number of violations, and those sub-par health care providers sponsored the attack on a competitor by placing 1 800 GET THIN in a false light while TIMES defendants deliberately concealed its advertisers' numerous JCAHO inspection violations.

24.   TIMES defendants conduct has violated RICO, the Lanham Act, and the Sherman Antitrust Act.  TIMES' defendants "bankrupt" conduct has crossed the line of decency to the point the TIMES defendants have lost all sense of propriety, and its extreme financial condition has placed it in the position of operating what amounts to a gangland protection racket where if a weight loss company advertises with the TIMES defendants, no matter if it has 12, 14, or 30 JCAHO violations, the TIMES will ignore the fact and protect it in order to attack a competitor, 1 800 GET THIN, which does not advertise with the TIMES defendants.

25.   Attached as Exhibit "C" is a list of the violations for these competitors from their JCAHO inspections and demonstrates their repeated and excessive failure to meet JCAHO standards.  Some of these advertisers, including Facial Plastics, Dr. David Hansen, and AngelsHealth.com, are not JCAHO certified and are attacking 1 800 GET THIN when they have no JCAHO certification, which the TIMES defendants concealed.

**b. Defendants concealed adverse news for their advertisers.**

26.  AngelesHealth.com, Endobariatrics.com, and Mini-gastric-bypass.me are health care providers which operate from the immunity of Mexico where there is no JCAHO regulation, which the TIMES defendants concealed.  The TIMES defendants promoted "unaccredited "foreign competitors to malign a US business calling it's four (4) minor JCAHO improvement areas a threat of "decertification" when these foreign Mexican businesses are unregulated with no JCAHO safety certifications of any kind.  TIMES defendants concealed these facts while promoting their advertisers as "Experts" "Highest Rated Surgeons," and "Safe."

27.  On May 26, 2011, Sharona Espudo, who was a resident of Southern California in the City of Chula Vista, died at the Angeles Medical Clinic in Tijuana, Mexico, from complications related to LapBand surgery.  The news of her death was widely circulated in the major news media throughout the United States and in Southern California.  However, defendant TIMES did not make any mention of the death or make any news report of the death in any article, report, or other news item because Angeles Hospital was an advertiser with the LA TIMES through AngelesHealth.com.  Defendant failed to make any report of the death because Angeles Medical Center in Tijuana had purchased "immunity" and "protection" from defendants against adverse news reporting for deaths it had caused in its medical clinic by paying the premium and participating in the combination with defendant TIMES and its advertisers.

28.  TIMES defendants engaged in the artifice of rewarding advertisers, coercing their participation in its scheme, and agreeing with them to support its financial survival by engaging in collusion to attack their competition while protecting them from adverse reports.  The combination of advertisers sponsored the attacks against 1 800 GET THIN, including reports of deaths in clinics who advertise with 1 800 GET THIN, which affected the market, injured competition, and concealed far worse medical incompetence on the part of the advertisers than

11

were directed at 1 800 GET THIN.  The scheme constituted a means to immunize advertisers who paid "tribute" and "protection" to TIMES defendants in advertising fees which prevented exposure of their incompetence while at the same time causing injury to their competitor, 1 800 GET THIN.

**C.    Times Defendants used the press as an anti-competitive weapon.**

**1.    Times Defendants subverted the First Amendment.**

**a.    The articles attacked competition to promote advertisers**

29.  On December 19, 2010, TIMES defendants published a column authored by HILTZIK entitled "Scrutiny of Lap-Band Enterprise is Overdue." (Exhibit "D").  The column stated that Medical Regulators needed to look into the death of a patient named Ana Renteria who received surgeries marketed by 1 800 GET THIN and accused 1 800 GET THIN as being the responsible party for her death.  The statements were false, misleading, harmful, and likely to affect commerce and competition because 1 800 GET THIN was an advertising and marketing firm which was not responsible for any surgical facilities.  The TIMES defendants had been advised on numerous occasions that 1 800 GET THIN was a marketing company and did not provide any medical services or procedures.

30.  The column was accompanied with advertisements from competitors who sponsored the anti-competitive, false, and disparaging trade libel attacks contained in the article.  None of TIMES defendants' conduct involves protected First Amendment activities, and defendants have perverted the First Amendment in an abhorrent attack on free competition.

31.  The article contains 13 competitor advertisements claiming "Excellent Outcomes" from "Expert Doctors" of northridgehospital.org., and Lap Band "Easy Less-Invasive Weight Loss" from ChapmanCenterforObseity.com.  The shameless self-promotion of the advertisers continued with LapBandVIP.com who claimed "Highest Rated Lap Band Surgeon!"  The article extolled "Lap-Band Surgery Expert" from plasticsurgeryinstituteofcalifornia.com.  That was followed by the

"Expert Doctors" of northridgehospital.org and the "Less Invasive Lap" of ChapmanCenterforObesity.com. The article promoted the "Highest Rated Lap Band Surgeon!" from LapBandVIP.com. The advertiser extolling went on and on with "Expert Surgeon" of OliakCenter.com, then "Lap-Band Surgery Expert" from plasticsurgeryinstituteofcalifornia.com., and "Healthier You" OBandCenter.com.

32. TIMES defendants conduct is a competitive injury which defendants inflicted on 1 800 GET THIN and a false public misrepresentation under the guise of editorial comment that TIMES defendants falsely claim is regulated by its Ethical Guidelines which prohibit this conduct. Defendants' anti-competitive conduct affects interstate commerce and is a "sham" affront to First Amendment standards. As the TIMES defendants arrange to have Plaintiff's competitors place their advertisements not only around but within the text of the false and malicious articles, this action converts the articles from being objective news stories into commercial advertising and a form of endorsement of Plaintiff's competitors.

### b.   Defendants conceal advertisers' misconduct.

33. The December 19, 2010, column claimed 1800 GET THIN and its billboard campaign are responsible for the outpatient surgery center called Top Surgeons even though 1 800 GET THIN does not own or operate any medical facilities. In the published column of December 19, 2010, TIMES defendants published in print and on-line:

> "Renteria's death may finally prompt California's medical
> regulators to take a close look at the weight-loss surgeries
> marketed by an outfit called TopSurgeons through the 1 -800-
> GET-THIN number."

34.   In that same column, TIMES defendants further stated:

> "The Medical Board of California informed Renteria's family
> July 27 that it was reviewing the medical care she had received
> from Dr. Atul Madan, who is identified by the coroner as her

SECOND AMENDED COMPLAINT FOR VIOLATIONS UNDER SHERMAN ACT, LANHAM ACT, AND RICO ACT

surgeon at a Beverly Hills clinic connected to the billboard campaign."

35. One of defendants' major advertisers who sponsored the attacks on 1 800 GET THIN was competitor LapBand.com. LapBand.com refers patients to the same Dr. Atul Madan who operates from the same surgery center to which LapBand.com refers patients. Defendant TIMES knowingly and intentionally sought to identify the misconduct it attributes to Dr. Madan with 1 800 GET THIN instead of defendant TIMES' advertiser LapBand.com. Defendant TIMES' purpose and intent of attributing Madan's alleged misconduct to 1 800 GET THIN, instead of its advertiser LapBand.com, is to inflict a competitive injury on 1 800 GET THIN while protecting its advertiser LapBand.com.

36. Defendants have engaged an anti-competitive scheme whereby their advertisers are immunized from attack if they pay the premium as "protection" and "tribute" in the form of advertising fees to the TIMES defendants and LA Links in return for defendants attacking their main competitor, 1 800 GET THIN. Because of the TIMES defendants' dire financial condition and extended term in bankruptcy, since 2008, which threatens their very existence, TIMES defendants have engaged in an advertising campaign which lets advertisers know that if any of their referral doctors have allegedly killed a patient, such as Dr. Madan, all they need to do is advertise with defendant TIMES and the TIMES will be silent regarding their connection as in the case of the death of Sharona Espudo at Angeles Hospital in Tijuana who advertises with defendants. Should an advertise fail to advertise with defendants, such as 1 800 GET THIN, they will be subject to the false attacks attributing responsibility to them for patient Renteria's death while their other advertisers escape comment. The result has been tacit and implied agreements among the competitors to inflict an anti-competitive injury to 1 800 GET THIN.

---

14

## 2.   Defendants' Boycotted 1 800 GET THIN

### a.   Defendant blocked 1800 GET THIN from print advertising.

37.  On April 26, 2010,  the Defendant TIMES and its employee Lori King, informed 1 800 GET THIN that its Editorial Department had informed the Advertising Department it was no longer to accept advertisements from 1 800 GET THIN. (Exhibit "E")  Defendants' conduct constituted a refusal to deal with 1 800 GET THIN for the purpose and with the intent of interfering with and suppressing 1 800 GET THIN's freedom of expression because there was nothing offensive, immoral, or improper with 1 800 GET THIN's advertising.  Defendants' conduct was a concerted restraint of trade to censor and prohibit 1 800 GET THIN from advertising its products, and defendant's conduct designed to interfere with and prevent 1 800 GET THIN form exercising its first amendment rights to respond through its advertising to the adverse articles and information which defendant TIMES had made and would make in the future concerning 1 800 GET THIN.

38.  On September 29, 2010, defendants TIMES and its employee Lori King informed 1 800 GETTHIN that there had been a change in management regarding advertising and its editorial policies which prevented 1 800 GET THIN from advertising with defendants.  (Exhibit "F").  With the change in management defendants TIMES would now permit 1 800 GET THIN to advertise with defendants, but at a rate 2 ½ to 3 times higher than 1 800 GET THIN had previously paid.  Defendants had previously charged 1 800 GET THIN $1,800 to $2,000 a month for 1/4 page, but were now going to charge 1 800 GET THIN $5,000 a month for the same 1/4 page advertising, which was 2 ½ to 3 times higher than charged other advertisers.

39.  The false assertion of a change of management was a pretext to excuse defendants' unreasonable restraint of trade, refusal to deal, boycott, and price discriminate against 1 800 GET THIN.  If 1 800 GET THIN's advertising was in any manner offensive or contrary to a legitimate policy from defendant TIMES,

there was no change in 1 800 GET THIN's advertising which would have justified the removal of any such ban.  The purpose of the ban was to retaliate against 1 800 GET THIN for not paying the "protection" and "immunity" premium which other advertisers were paying defendants.

40.  The interference by the Editorial Department in controlling or influence advertising policies, and vice versa, is a violation of defendant TIMES editorial policies and ethical guidelines.  The interference constitutes a fraud on the public and on 1 800 GET THIN to extort premiums for advertising.  Its conduct is contrary to defendant TIMES' claims and editorial policies which state that it does not permit any such interference, and it amounts to utilizing defendants TIMES as a commercial "informercial" where editorial content is sponsored and dictated by its advertisers.  Defendants seek to falsely utilize the protections of the First Amendment to protect its anti-competitive commercial activities when defendant's conduct is dictated by commercial and financial interest and are not legitimate first amendment activities.

**b.  Defendant removed its advertising block on its website.**

41.  On May 2, 2011, 1 800 GET THIN brought to the Court's attention of the US District Court in this case of 1 800 GET THIN v. Hiltzik, bearing case number 2011-CV-0505-ODW (EX), that defendant had sanitized its advertisements by erasing the advertisers who were sponsoring the attacks against 1 800 GET THIN and illustrated the fact that the TIMES defendants had blocked the 1 800 GET THIN Google ads from appearing on the TIMES website.

In response to these claims, defendants TIMES eliminated its block on 1 800 GET THIN's Google advertising so that 1 800 GET THIN's advertisements would now be able to appear on defendants TIMES' website.  The conduct was designed to conceal form the Court, defendants' prior anti-competitive conduct of blocking 1 800 GET THIN from its website.

SECOND AMENDED COMPLAINT FOR VIOLATIONS UNDER SHERMAN ACT, LANHAM ACT, AND RICO ACT

42.  When the TIMES eliminated its blocking, it was an admission that the blocking was improper to begin with.  It was done at a time when defendant TIMES' Motion to Dismiss was before the Court.  It was done because defendant TIMES had been caught and its blocking had been brought to the Court's attention.

43.  When defendants removed the Google block, they did not inform the Court of their conduct.  It was done to make it appear that advertisers were not part of the concerted blocking of a competing advertiser, 1 800 GET THIN.  However, the acts of blocking 1 800 GET THIN's advertisements was part of defendants concerted activities to restrain trade, silence, and inflict a competitive injury against 1 800 GET THIN.

### 3.  Defendants' "advertorial" sale of editorial content.

44.  Defendants' sale of its editorial content is part of a long standing pattern of conduct to favor one competitor over another to the disadvantage of competition and other competitors.  In 1999, when the TIMES were admittedly facing tough financial times, defendant TIMES engaged in the commercial publication of editorial comment for the benefit of its advertisers when it published an "advertorial" on behalf of AEG Live, LLC to launch the opening of Staples Center in Los Angeles, California.  Defendant TIMES agreed to do an "advertorial" placement in the Sunday newspaper and agreed to split advertising revenues from the sales of the advertisements with the sponsor.

45.  This conduct was an extreme departure from journalistic ethics and integrity.  It constituted the selling of editorial content to advertisers for which the Publisher and the Chief Executive Officer were fired.  Defendants' conduct has continued for many years since at least 1999, and with its bankruptcy filing on December 8, 2008, it became defendants' policy and course of conduct designed to generate advertising revenues in an attempt to survive and finance the massive debt which lead defendants and the Tribune Company to file for bankruptcy protection.

SECOND AMENDED COMPLAINT FOR VIOLATIONS UNDER SHERMAN ACT, LANHAM ACT, AND RICO ACT

46. Based upon the noted and documented conduct of Defendant TIMES, it is clear that the TIMES has historically engaged in a pattern of selling its editorial content to advertisers when faced with difficult financial times. Defendants' bankruptcy proceeding involves more than $13 billion in debt which has resulted in defendants engaging in a pattern of racketeering and repeated episodes of selling its editorial content to advertisers to inflict a competitive injury on 1 800 GET THIN. Defendant TIMES continues its schemes of creating revenue by satisfying their advertisers desire to gain a competitive advantage at the cost of journalistic ethics through concealment of the scheme from the public and anti-competitive injury non-paying businesses such as 1 800 GET THIN who refuse to submit to such advertising "protection" schemes.

**4. Defendants interfered with Plaintiff's First Amendment Rights.**

47. On June 11, 2011, defendants published an article by defendant Pfiefer entitled "Insurer Denies Legal Coverage to 1-800-GET-THIN Advertiser." (Exhibit "G"). In the article defendants criticized 1 800 GET THIN for losing insurance coverage as well as other marketing clients. The article stated that "Since 2009, four Southern California patients have died within days after undergoing surgeries at centers affiliated with the 1-800-GET-THIN ads." The article stated "A fifth patient, Michael Withem, died in 2010, more than a year after undergoing Lap-Band surgery at the Beverly Hills Surgery Center" which defendant claimed was associated with 1 800 GET THIN. Defendants said the deaths occurred from more than 10,000 surgeries. While criticizing 1 800 GET THIN and its clients, defendants failed and refused to disclose the death of Sharona Espudo who died in Southern California on May 26, 2011, as a result of surgery at its advertiser's hospital, Angeles Hospital Tijuana, Mexico.

48. Interspersed throughout the article were advertisers from the same sponsors who acted in concert with defendant TIMES in paying a "premium" to appear in articles criticizing 1 800 GET THIN. These advertisers included

LapBasndVIP.com who claimed to be the "Highest Rated LAP Band Surgeon!;" Plasticsurgeryinstituteofclaifornia.com who claimed to be "Certified Lap Band Doctor;" Dr. Feiz Certified Lap Bank Surgeons;" Nortridgehospital.org who claimed "Excellent Outcomes with Expert Doctors Lowest Prices;" and David B. Nguyen M.D., who was "Board Certified." Defendants conducted a concerted pattern and practice of reporting adverse information about 1 800 GET THIN, but not its advertisers who had paid a "premium" for "protection" and "immunity" form criticism.

49.  When various individuals started making comments in the comments section of defendants' website which were favorable to 1 800 GET THIN, defendants "censored" and "removed" the comments as part of its concerted anti-competitive activities of injuring competition and free speech.  The comment from "MBC voice" stated "Citing 5 patients from over 10,000 gives a complication rate less than 0.05%.  That is better than the finest hospitals in the world!"  After the comment was posted, defendants removed the comment from its website and refused to permit the positive comment in favor of 1 800 GET THIN.  The comment form "kristsmith1" stated, "Let me tell you one thing that the best health insurance plans has completely different set of meaning for different type of people.  For those who are rich, the plan which can earn them more is best.  However, those who are in the middle class have different ideas."  When the comment was posted which criticized insurance plans, defendants immediately removed the comment from the website.

5.  **Defendants have engaged in trade disparagement and trade libel**.

50.  The use of the press as a weapon to punish a competitor is part of a "protection" scheme.  The motivation to disparage 1 800 GET THIN from advertisers who sponsor the attack is a concerted effort to injure and eliminate competition.  TIMES defendants have misused their First Amendment role to

threaten the public's safety because it panders to its sponsors, who are health care providers with numerous JCAHO problems, all of which the TIMES defendants conceal from the public, while allowing these same competitors to finance an attack campaign on 1 800 GET THIN, including numerous false statements which TIMES defendants have published in desperation to survive its dire financial peril.

51.  On February 14, 2010, defendants published a column authored by HILTZIK entitled "Behind Those Lap-Band Ads." (Exhibit "H")  The column engaged in trade libel and disparagement by accusing 1 800 GET THIN of making false statements that the Lap Band procedure took an hour when TIMES defendants claimed it took three to four hours, and the TIMES defendants falsely claimed 1 800 GET THIN was responsible for the improper conduct of Top Surgeons, a surgery center who advertised with the plaintiff.  The contents of the column amounted to false trade disparagement of 1 800 GET THIN's services (and thus an attack on its service mark) at the hands of sponsors who competed with 1 800 GET THIN and for whom defendants acted in concert to attack 1 800 GET THIN.

52.  Defendants' trade disparagement  is coupled with advertisement after advertisement interspersed throughout all of defendants' articles and columns for "LAP-Band Orange County" who defendant's advertisements say are "Expert Surgeons."  That is followed by the "Highest Rated Lap-Band Surgeons" of LapBandVIP.com.  That is followed by "ChapmanCenterforObesity.com" which is followed by the "Leading Surgeons of EndoBariatric.com."  The next advertisement is for OliakCenter.com who are "Experts," and that is followed by "Effective Weight Loss Method" of LABariatricCenter.com, which is followed by the "Experts" of DrDavidHansen.com who are "Liposuction Experts."

53.  The implications of defendants' articles are clear:  You can go to 1 800 GET THIN, where the medical facility which defendants falsely claim 1 800 GET THIN operates will destroy people, or you can go to defendants'

advertisers who are "Experts," "Highest Rated," "Leading Surgeons," and "Effective."

### 6.   Defendants overstepped the First Amendment

54. On March 4, 2010, defendants published a column by HILTZIK entitled "Lap-Band Promoters' Troubled History." (Exhibit "I")  The column accused 1 800 GET THIN of being associated with surgical facilities which had lost their accreditations, including Almont Surgery Center.  The article stated "If I were even remotely inclined to answer one of those 'GET THIN' ads, I'd like to know if my regulators were still keeping their eyes on the place."  The column claimed 1 800 GET THIN was responsible for the Almont Surgery Center.  This was a false statement of fact, as 1 800 GET THIN did not even come into existence until some 7 months following the closure of Almont.  Defendants knew or should have known that 1 800 GET THIN was created after the closure of Almont and could not have possibly referred patients to such facility.  Defendants were later forced to retract their statements.

55. Interspersed throughout the column were advertisements competitors of the plaintiff, including Gastric Sleeve (VSG) for Endobariatric.com who it says is a "Leading Surgeon."  That is followed by Lap Band Surgery in SoCal for LapBandVIP.com which says it is the "Highest Rated LAP BAND Surgeon," and "Gastric Lap Band Surgery" from ChapmanCenterForObesity.com., where you can "Get Easy Less-Invasive Weight Loss Adjustable Lap Gastric Band Surgery." Then there is Micro Body Contouring that will "Remove Fat Permanently No Downtime & No Major Surgery" from Athenixbody.com.

56. The advertisements go on and on extolling 1 800 GET THIN's competition.  There is "Medical Weight Loss" from medicalweightlosscontrol.net; Lap-Band Orange County who are "Expert Lap-Band Surgeons" from OliakCenter.com.  Then there is the "Highest Rated LAP BAND Surgeon" from LapBandVIP.com which is followed by many others, including United Healthcare

at ubc.com/smallbusiness. The TIMES defendants written attack using false and defamatory statements is a competitive attack in violation of the Lanham Act, Sherman Anti-Trust Act and a RICO violation all designed to injure 1 800 GET THIN while advocating and advertising 1 800 GET THIN's competitors.

**7.     Defendants perverted the First Amendment**

57. On April 18, 2010, TIMES defendants published a column authored by HILTZIK entitled "Lap-Band Patients Operate in the Dark." (Exhibit "J")   The article named Willie Brooks was referred to the Top Surgeon clinic in Beverly Hills for Lap Band surgery by 1 800 GET THIN, and that the patient was 6 feet 6 inches tall, and weighed 300 pounds. The statement was false and defendants knew it was false at the time it was made because they had in their possession the medical records which showed the patient was 5 feet 6 inches tall. At 6 feet 6 inches tall and 300 pounds the patient was outside reasonable guidelines for weight loss surgery, and defendants sought to make it appear that 1 800 GET THIN was engaged in inappropriate referrals of patients for weight loss surgery and that it and the physicians performing the surgery were incompetent, failed to follow medical guidelines, and engaged in the reckless unsafe provision of medical services.

58. Defendants intentionally misstated the patients' height in order to trade libel 1 800 GET THIN and make it appear that 1 800 GET THIN was responsible for the patients' death. Defendant was forced to issue two (2) separate retractions to the April 18, 2010, column two (2) weeks later. Nevertheless, the injury was inflicted, and it was a sponsored injury designed to restrain trade.

59. The April 18, 2010, article was sponsored by 19 advertisements from 1 800 GET THIN competitors who were advertised as "Lap Band Surgery Expert" for plasticsurgeryinstituteofcalifornia.com and "Highly Rated!" for LapBandVIP.com, and "Experienced Bariatric Surgeons" for inlandcometic.com. Defendants' advertisers sponsored the false attacks on 1 800 GET THIN knowing they caused an anti-competitive injury designed to restrain trade, injure

competition, and promote a "protection" scheme which exacts tribute to a bankrupt company, the TIMES defendants, which has sold false articles to avoid bankruptcy liquidation. The advertisers engaged in concerted activity with defendants to obtain "protection" from defendant TIMES against a similar attack directed at them.

60. The article had advertisements from LAP-BAND Orange County who are "Experts" at OliakCenter.com. It had Liposuction Pasadena A where there is "Laser Lipo, Safer, Less Downtime, No Major Surgery" from athenixbody.com. The article goes on with 19 competitive advertisers, all claiming to be experts or top rated, and the competitive injury in this case is extreme. Defendants' disparagement of 1 800 GET THIN, while immunizing competitors who had far worse records, lawsuits, and JCHAO violations, demonstrates a restraint of trade and competitive "non-First Amendment" injury.

**8.     Defendants abused the First Amendment.**

61. On February 3, 2011, defendant TIMES published an article defendant PFEIFER authored which was entitled "Allergan CEO Criticizes Lap-Band Billboards." (Exhibit "K"). The article attacked 1 800 GET THIN in favor of its competitors who sponsored the article. The article contained three (3) advertisements from 1 800 GET THIN's competitors.

62. On February 5, 2011, defendant TIMES published an article defendant PFEIFER authored entitled "Lap-Band Clinic Sued Over Death." (Exhibit "L") The article attacked 1 800 GET THIN and said that it was affiliated with the clinic where a death had occurred as a result of lap band surgery. The article was sponsored by eight (8) advertisements competitive to 1 800 GET THIN.

63. On February 10, 2011, defendants published an article defendant PFEIFER authored entitled "Lap Band Clinic is Sued Over Death." (Exhibit "M"). The article contains three (3) separate advertisements competitive to 1 800 GET THIN.

64. On March 22, 2011, defendants published an article written by PFEIFER entitled "Study Questions Lap-Band's Long Term Effectiveness." (Exhibit "N").  The article contains four (4) advertisements competitive to 1 800 GET THIN.

65. When defendants presented to the U.S. District Court copies of the articles on April 25, 2011, in prior Court proceeding, defendants engaged in a fraud on the Court by sanitizing and erasing from the articles the very advertisers who were responsible for the trade libel contained in the articles.  Defendant employed attorney Kelli Sager to present to the Court false versions of the articles which expurgated, eliminated, and obliterated  the advertisements in a deliberate attempt to mislead the Court and conceal the competitive injury and "protection" scheme which the bankrupt defendant TIMES perpetrated.

66. There is not one article or page in the LA TIMES devoted to identifying the excessive problems which exist at the health care facilities operated by defendant TIMES' advertisers.  Each of these advertisers have "purchased protection" and "immunity" from exposure by advertising in The TIMES while 1 800 GET THIN, who refuses to pay "tribute" to the bankrupt defendant TIMES, has been subject to attacks.

**D.** **Defendants used "sock puppeteers" to attack 1 800 GET THIN.**

    **1.** **Defendants knew of HILTZIK's prior unethical conduct.**

67. In 1993, defendant TIMES caught HILTZIK snooping into his colleagues emails.  The TIMES took disciplinary action against HILTZIK where it alleged HILTZIK entered his colleague's passwords into the TIMES' computer system when those individuals were not present.  HILTZIK misappropriated private information, and the TIMES caught HILTZIK when he intercepted two (2) fake emails which HILTZIK later inquired about.  The TIMES disciplined HILTZIK and removed him from his assigned post in Moscow where he was a journalist.

68.  In 2006, defendant TIMES disciplined and suspended HILTZIK for "sock-puppeteering," where he wrote false and fraudulent comments on the LA TIMES website "blogs" under fake names and anonymous pseudonyms for the purpose of defrauding the TIMES and the public with "shill" and "strawman" comments promoting himself.  HILTZIK repeated his fraudulent comments on numerous occasions, and The TIMES suspended him as a journalist so that his work would thereafter be of a columnist as opposed to a journalist because of his unethical prior conduct.

69.  Since then, The TIMES has not permitted HILTZIK to write journalistic articles.  Instead, HILTZIK is a staff "columnist," where defendant TIMES approves each of defendant HILTZIK's articles for publication, but does not edit any of the articles for content.  HILTZIK's articles are deemed opinion-editorial work, which allowed HILTZIK to engage in the fraudulent conduct involved in this case.

**2.    HILTZIK attacked 1 800 GET THIN through "sock-puppets."**

70.  Despite defendant HILTZIK's prior suspension for "sock-puppeteering," he has continued this same anti-competitive activity regarding 1 800 GET THIN.  Defendant TIMES knows of HILTZIK's past conduct of "sock-puppeteering," and 1 800 GET THIN has notified The TIMES on several occasions about HILTZIK's inappropriate and unethical conduct regarding 1 800 GET THIN.  Defendant TIMES has failed to take any measures to stop HILTZIK's actions, and The TIMES has aided, abetted, ratified, and affirmed defendant HILTZIK's activities.

71.  1 800 GET THIN is informed and believes that commencing in response to the February 14, 2010, article, defendant HILTZIK "sock-puppeteered" adverse comments on The TIMES website "blog" accusing 1 800 GET THIN of medical incompetence and fraudulent conduct.  Defendants removed, censored, and denied publication to individuals who attempted to post positive comments about 1 800

GET THIN in response to the false attacks on 1 800 GET THIN.  Defendants controlled the publication of content on the blogs to assure adverse comments which increased viewership and public interest in the articles.

72.  1 800 GET THIN is informed and believes that many blogger comments are the product of "sock-puppeted" aliases where HILTZIK poses as a "shill" to make derogatory comments about 1 800 GET THIN.  HILTZIK has assisted other "bloggers" by providing them information about 1 800 GET THIN and utilized them as his alter ego "shills" to promote himself and disparage 1 800 GET THIN.

### 3.     The "bloggers" on the website are HILTZIK "puppets"

73.  On February 14, 2010, a "blogger" named "snapshots" published the following on defendants' website latimes.com : "Thank you for researching what could very clearly be a public health and personal financial risk to many unwitting people who may be desperate and frustrated in their attempts to stop overeating.  Dishonesty and bad medical practices are a recipe for disaster."  This comment was published in response to and directly below the February 14, 2010, HILTZIK column.  The publication "snapshots" made was of and concerning 1 800 GET THIN and was understood as such by individuals who read the publication.

74.  1 800 GET THIN is informed and believes that "snapshots," and many of the other "bloggers" identified below, are in actuality HILTZIK operating under false "sock-puppeteer" aliases where he created phony "shills" and "strawmen" screen names to promote himself.  "Snapshots" and other aliases used false or misleading representations likely to cause confusion, mistake, or deception as to the origin or approval of 1 800 GET THIN and its business.  1 800 GET THIN is informed and believes that Snapshots' statements are likely to deceive a substantial portion of the audience reading those statements and are part of defendants' anti-competitive conduct in furtherance of the restraint of trade.

75.  On February 14, 2010, a "blogger" named "AdrimDallas" published the following on the laTimes.com website in response to defendants' article:  "And I

don't want to be inundated in the months and years to come by the inevitable sad little lawsuits of those fleeced by the clearly (almost?) criminal con-men who own 1 -800-GET-THIN."

76. On February 14, 2010, a "blogger" named "paulmayer" published the following on the laTimes.com website in response to defendants' article: "It is amazing how characters like these are given so much freedom to perform procedures that do not fall within the guidelines established by the National Institute of Health. They are liars and cheats whose licenses have been revoked. Were I ever in need of such a procedure, I would never go to Topsurgeons."

77. On February 15, 2010, a "blogger" named "dalefogden" published the following on the laTimes.com website in response to defendants' article: "Let's hope these crooks get what's coming to them. It seems there is significant possibility of criminal fraud activity."

78. Paragraphs 129 through 157 below set forth numerous additional "bloggers" from the TIMES website who attacked 1 800 GET THIN. 1 800 GET THIN is informed and believes that many of these bloggers are defendant HILTZIK acting in disguise as a "sock-puppeteer." HILTZIK's "sock puppeteering" is in furtherance of the concerted anti-competitive activity which advertisers pay for when they pay "tribute" and "protection" to defendant TIMES so it won't happen to them.

79. Plaintiff is a marketing service that places people seeking medical services in contact with medical professionals. Plaintiff operates publicly as 1 800 GET THIN. As part of its business, Plaintiff does not provide any type of medical care or treatment and is purely a marketing service.

# FIRST CLAIM

## Violation of the Sherman Anti-Trust Act

### (Against TIMES Defendants, HILTZIK and PFEIFER)

80.  1 800 GET THIN refers to paragraphs 1 through 79, inclusive, and
hereby incorporates them by reference into this Claim.

## A.    Violation of Section 1 of the Sherman Act.

81.  Beginning at a approximately February 14, 2010, and continuing
through the present, defendants and their co-conspirators entered into a continuing
agreement, combination and conspiracy in restraint of trade to artificially created a
"protection" scheme whereby (1) advertisers with the defendant TIMES would join
together to attack their competitor, 1 800 GET THIN, by sponsoring articles which
contained false, trade libel, and derogatory information disparaging 1 800 GET
THIN, and (2) pay advertising fees to defendant TIMES to assure "immunity" and
"protection" against similar attacks or exposure in the press of their faults, flaws,
JCHAO violations and accreditation problems, and medical errors, in violation of
Section 1 of the Sherman Act, 15 U.S.C. §1.

82.  The contract, combination or conspiracy has resulted in an agreement,
understanding or concerted action between and among the defendants and their co-
conspirators in furtherance of which the defendants and their co-conspirators attack
1 800 GET THIN in public statements and articles while immunizing and
concealing the faults, flaws, JCHAO violations and accreditation problems, and
medical errors of their co-conspirators in the United States and Mexico.  Such
contract, combination, or conspiracy constitutes an unreasonable and unlawful
restraint of trade in violation of the federal antitrust laws.

83.  The defendants' contract, combination, agreement, understanding, or
concerted action with the co-conspirators occurred in or affected interstate
commerce. The Defendants' unlawful conduct was through mutual understandings,

combinations or agreements by, implied agreements, or coerced participation between and among the defendants and other unnamed co-conspirators. These other co-conspirators have either acted willingly or, due to coercion, unwillingly in furtherance of the unlawful restraint of trade alleged in this Complaint.

## B.   The Relevant Market

84.  Defendants acted in concert with others, including its advertisers and one another, to restrain trade, create a combination, and suppress competition by inflicting injury to 1 800 GET THIN.  The relevant product market is weight loss surgery and its advertising services, and the relevant geographic market is primarily Southern California, but affects commerce throughout the United States and with Mexico, which is where both 1 800 GET THIN and The TIMES draw their clients.  Defendants' anti-competitive advertising practices significantly increase the already high barriers to entry and expansion facing competitors in the weight loss surgery advertising competitive market.  Because of The TIMES' dominant position in the news advertising marketplace in Southern California, The TIMES' advertising and editorial positions can determine the financial success of businesses, including advertisers who are part of defendants' concerted, coordinated, and consciously parallel tacit agreements to attack 1 800 GET THIN.

85.  Defendant TIMES' exclusionary practices of attacking through editorial comment businesses which either refuse or neglect to advertise with the TIMES have an adverse effect on competition and are designed to restrain trade.  The effect of defendants' anti-competitive practices of targeting disfavored business which do not advertise with the TIMES has been to exclude competitors by unreasonable and anti-competitive means, to lessen competition, and restrain trade. Defendants' conduct restricts the ability of disfavored businesses such as 1 800 GET THIN to compete in the marketplace, while providing favored advertisers with a competitive advantage which destroys free competition.

SECOND AMENDED COMPLAINT FOR VIOLATIONS UNDER SHERMAN ACT, LANHAM ACT, AND RICO ACT

86. Defendants' practices have foreclosed a substantial share of the relevant market and are exclusionary, anti-competitive, and not justified by legitimate business considerations. Defendants' exclusionary practices have had the effect of excluding competitors on a basis other than competition on the merits and have thereby allowed defendant TIMES to illegally perpetuate its advertising activities through anti-competitive conduct. Through the unlawful acts and practices described above, defendant TIMES has harmed competition and consumers.

C. **Competitive Harm**

87. The harm to competition caused by defendant TIMES' unlawful conduct injures consumers. Defendant alters the competitive market by misleading consumers with claims that it operates according to strict Ethical Guidelines which prohibits editorial policy from being affected by financial concerns. However, due to the extraordinary $13 billion debt with which the Tribune Companies and its co-bankrupt entities, including defendant TIMES, have operated in a Chapter 11 bankruptcy proceeding, defendants have resorted to a Chicago style protection scheme to generate increased advertising revenues. Its financial motivations have dictated the attack on competition as a matter of survival.

88. Defendant TIMES' unlawful conduct has deterred the development of competition because it has created a barrier to market entry and excess cost to lawful market activities. Unless the "tribute" is paid to defendant TIMES, a business such as 1 800 GET THIN who seeks to penetrate into a new area risks editorial attack from defendant TIMES sponsored by its competitors. Defendants' protection scheme adversely affects competition by diverting attention from the poor quality of services of those businesses that pay the protection and are thereby immunized from exposure of their lack of quality.

89. Defendants' protection scheme constitutes a contract, combination and conspiracy in restraint of trade. It is unnecessarily restrictive on competition and constitutes contracts and combinations which unreasonably restrain trade in

the market for weight loss surgery and its advertising services. It affects interstate trade and commerce in violation of the Sherman Act, 15 U.S.C. § 1.

## D.   Request for Relief

90. As a proximate and legal result of defendants' conduct, 1 800 GET THIN has been injured in its business and property in an amount not presently ascertained. Such damages include loss of business, loss of reputation in the community, loss of clients and advertisers, loss of investors, loss of financing, loss of personnel, and other costs and expenses not currently ascertained. At such time as 1 800 GET THIN has been able to ascertain these damages, it will amend the Complaint to include such amounts.

## SECOND CLAIM

## Violation of the Lanham Act

### (Against Defendants TIMES, HILTZIK and PFEIFER)

91. Plaintiff refers to paragraphs 1 through 79, and paragraphs 81 through 90, inclusive, and hereby incorporates them by reference into this Claim.

92. As a marketing service company, 1 800 GET THIN uses the federally registered Service Mark "1 800 GET THIN" to market services for weight loss (bariatric) surgery, most notably the Lap Band® surgical procedure. The United States Patent and Trademark Office ("USPTO") granted registration to Plaintiff's Service Mark on June 14, 2011, bearing USPTO Registration Number 3,976,734. Since GET THIN's founding in March 2010, its Service Mark has been extensively marketed and advertised throughout California, so that the Service Mark is placed prominently in the public eye. GET THIN uses billboards, radio, magazines, television, pamphlets, flyers, seminars, and the Internet for placement of advertising which prominently features the Service Mark. As a result of these promotional, advertising and marketing efforts, the public has come to associate the Service Mark with quality outpatient weight loss surgical procedures. The Service Mark has become distinctive and famous with the consuming public as a

SECOND AMENDED COMPLAINT FOR VIOLATIONS UNDER SHERMAN ACT, LANHAM ACT, AND RICO ACT

result of GET THIN's advertising and promotional efforts and the reputation for quality associated with the outpatient bariatric surgical procedures marketed by Plaintiff GET THIN.

## A.   Defendants engaged in anti-competitive trade disparagement.

93.  Defendants have acted in concert with others, including its advertisers and one another, to disparage 1 800 GET THIN's products, and services for the purpose and with the intent of injuring competition and 1 800 GET THIN as a competitor.  Defendants have sought to equate 1 800 GET THIN with the surgery centers and physicians for whom it advertises in order to associate in the public's mind the misconduct of some physicians with 1 800 GET THIN.  Defendant have inflicted a competitive injury on 1 800 GET THIN to benefit 1 800 GET THIN's competitors who sponsor, pay for, and promote defendant TIMES' trade disparagement and a false advertising scheme.

94.  Defendant PFEIFER has written several articles regarding 1 800 GET THIN which follow the tone and content of HILTZIK's articles, including the article of May 3, 2011, where he falsely states the New Life Surgery Center is "affiliated" with 1 800 GET THIN and is in danger of losing its Joint Commission on Accreditation (JCAHO) certification.  Defendant PFEIFER's articles were published on February 3, 2011, February 5, 2011, and February 10, 2011 and as with defendant HILTZIK's columns, the thrust of the articles was that 1 800 GET THIN's medical facilities are unsafe.  These articles were sponsored by 1 800 GET THIN's competitors, and defendant TIMES and PFEIFER engaged in anti-competitive conduct, a restrain of trade, and trade libel by concealing the conflicts of interest.

95.  Defendants TIMES acknowledges that HILTZIK is a columnist, a person who writes articles of opinion and not a journalist.  Defendants TIMES do not edit HILTZIK's columns for content, he is not considered to be a journalist, and his published articles are not considered to be newsworthy, but rather glorified

opinion-editorial pieces which defendants sponsor and endorse.  HILTZIK'S columns are published by the LOS ANGELES TIMES and posted on LATIMES.COM twice weekly with a mid-week publication and a Sunday column.

96.  By those comments, HILTZIK, PFEIFER, and LOS ANGELES TIMES in connection with goods or services, used a false or misleading representation of fact which was likely to cause confusion, to cause mistake, or deceive as to the true nature of Plaintiff and Plaintiff's commercial activities.  Plaintiff is informed and believes that HILTZIK's and PFEIFER's statements have deceived or are likely to deceive a substantial portion of the audience reading those statements.   Plaintiff is informed and believes that HILTZIK, PFEIFER, and LOS ANGELES TIMES, by their actions, have caused members of the public to believe Plaintiff does operate medical facilities and is engaged in conducting medical services.  Plaintiff is informed and believes that HILTZIK, PFEIFER, and LOS ANGELES TIMES, by their actions, have caused members of the public to falsely believe that Plaintiff has rendered deficient and/or sub-standard medical services.

**B.    Defendants engaged in trade disparagement against 1 800 GET THIN.**

97.  On February 26, 2010, HILTZIK telephoned Dr. Farid Zarif, who worked at the Beverly Hills Surgery Center, which was an advertising client of 1 800 GET THIN.  Defendant HILTZIK told him that he was investigating 1 800 GET THIN and stated that Dr. Zarif was breaking federal law because the license for the clinic at which he was working had been revoked.  He told the doctor that he should know he is violating federal law and committing a crime by continuing his work at the clinic and that 1 800 GET THIN also knew the clinic had lost its license.

98.  Defendant HILTZIK's statements to Dr. Zarif were untrue and he knew they were untrue at the time they were made.  He made the statements to disparage 1 800 GET THIN's commercial reputation  and to inflict a competitive injury to

fulfill his collusive and concerted activities with defendant TIMES and its advertisers.

**C.** **Defendants' "Keying" injured 1 800 GET THIN's registered service mark.**

99. Defendants are engaged in a scheme called "keying" where they purchase keywords containing 1 800 GET THIN and its associated terms from internet search engines to ensure internet web users searching for those terms will be exposed to defendants' banner advertisements. Defendants utilize the commercial market power of 1 800 GET THIN to promote its own advertisers by writing derogatory articles that draw reader's attention to its advertisements. Defendants then place 1 800 GET THIN's advertisers inside the articles, and the appearance of these competitors inside the attack articles is a deliberate anti-competitive effort to misuse and injure 1 800 GET THIN's service mark.

100. Defendants have concealed their anti-competitive conduct under the guise of editorial comment. This deception is designed to conceal their unfair use of the 1 800 GET THIN trademark in their "keying" scheme to write false articles making claims that 1 800 GET THIN is a surgical facility and 1 800 GET THIN is responsible for patient deaths. Defendant TIMES then uses "shills" and "sock-puppets" to make false "blog" comments to increase the "keying" value of the 1 800 GET THIN trademark to defendant's own advertisers.

101. Defendant TIMES has used the 1 800 GET THIN registered service mark in commerce for the purpose of allowing competitor advertisers to join with it to attack and falsely disparage the commercial activities identified with the 1 800 GET THIN service mark. Defendant has thereby allowed competitive advertisers to draw attention to themselves as being better than and superior to 1 800 GET THIN while it appears defendant TIMES has made an unbiased editorial condemnation of 1 800 GET THIN. Readers and consumers are likely to be confused by the use of the 1 800 GET THIN trademark in this anti-competitive

scheme and believe the advertisers are superior while 1 800 GET THIN suffers from the false accusations contained in defendant's articles.

**D.      1 800 GET THIN's competitors have aided defendant HILTZIK.**

102.  1 800 GET THIN is informed and believes that HILTZIK has received assistance from 1 800 GET THIN's competitors to write his columns.  On December 19, 2010, defendants published an article HILTZIK authored entitled "Scrutiny of Lap-Band Is Overdo," which identified a letter from Dr. Jonathan Fielding, Director of the Los Angeles County Public Health Department, dated December 7, 2010, to the Food and Drug Administration, in which Dr. Fielding complains that 1 800 GET THIN'S advertising failed to disclose possible complications from Lap Band Surgery.  Both defendants TIMES and HILTZIK failed to inform the public that Dr. Fielding had conflicts of interest in making statements against 1 800 GET THIN because Dr. Fielding worked for, consulted for, and had invested in a competitor, Johnson & Johnson, which produces and advertises the competitive weight loss Realize Band.  HILTZIK and The TIMES did not report Fielding's conflict in order to disparage 1 800 GET THIN, and to mislead the public that the report was an editorial comment when it was in fact a competitive attack.  Doctors who advertise the Johnson & Johnson Realize Band are among defendant TIMES' advertisers (See supra. p. 7, lines 22-28).

103.  When 1 800 GET THIN complained, defendants denied any conflicts of interest existed.  On January 23, 2011, HILTZIK published an article entitled "Lap-Band Maker Allergan Wants It Both Ways," (Exhibit "O"), in which he acknowledged that 1 800 GET THIN had complained about Dr. Fielding's conflicts of interest.  HILTZIK denied the conflicts of interest and said "the complaint looks like a smokescreen."

104.  The denial was false and defendants knew it was false at the time it was made.  He failed to disclose that doctors who advertised Johnson & Johnson's Realize Band sponsor the attack articles.  The denial was the product of anti-

SECOND AMENDED COMPLAINT FOR VIOLATIONS UNDER SHERMAN ACT, LANHAM ACT, AND RICO ACT

competitive reporting in an article sponsored by 1 800 GET THIN's competitors, including Gastric Lap Band Surgery at ChapmanCenterforObesity.com, the "Excellent Outcomes" from "Expert Doctors" at northridgehospital.org, the "Highest rated LAP BAND Experts" at LapBandVIP.com, the "Lap Band surgery Expert" of plasticsurgeryinstituteofcalifornia.com, along with drfez.com who provided Lap-Band with Insurance, Lap Bands for Weight Loss from oBandCenter.com, and others.  Defendants' false reporting is a violation of its Ethics Guidelines and a false representation to the public that it is fair and unbiased, when in fact it was bought and paid for by anti-competitive advertisers. Defendants' published infomercials, while masquerading as news reporting, constitutes false advertising and trade disparagement in violation of 15 U.S.C. § 1125(a).

**E.  Defendants Violated Ethical Guidelines to Disparage 1 800 GET THIN**

**1.  Defendants own policies prohibit their conduct.**

105.  Plaintiff herein alleges that on or about 2005, the LOS ANGELES TIMES published a set of ethical guidelines and mandated that its employees follow such standards.  Plaintiff asserts that the Ethic Guidelines are published on the LATIMES.COM website.  The Ethic Guidelines, among other things, require that employees do not use the LOS ANGELES TIMES for their own personal financial benefit or in pursuit of personal vendettas.  The Guidelines, among other things, also require that employees act with Fairness when publishing columns in the LOS ANGELES TIMES.  As alleged herein in the Complaint, HILTZIK has operated and continues to operate in a manner inconsistent with the Ethical Guidelines all with the knowledge and consent of the LOS ANGELES TIMES and/or LATIMES.COM.

106.  1 800 GET THIN on several occasions has notified the LOS ANGELES TIMES about the inappropriate and unethical conduct of HILTZIK. To date, the LOS ANGELES TIMES has either failed to respond to said

allegations, failed to investigate and/or have failed to take any action whatsoever. Defendants TIMES have been notified and alerted to the fact that HILTZIK on more than one occasion has lied about his identity in order to obtain information about Plaintiff in an attempt to use such coerced information in columns targeted against Plaintiff.

107.  Defendants TIMES has been notified and alerted to the fact that HILTZIK has personally and continually coordinates the sharing and disclosure of information discovered with private attorneys who are currently engaged in litigation with Plaintiff all in an effort to either obtain personal financial gain and/or to use such information in his columns against the Plaintiff and/or use such information to directly influence the outcome of the pending litigation concerning the Plaintiff.  Specifically, Plaintiff herein alleges that HILTZIK uses his column to the advantage of party(s) adverse to Plaintiff and/or to taint the jury pool in favor of the parties adverse to Plaintiff by intentionally writing false and misleading facts or intentionally omitting material facts about the case all in an effort to place Plaintiff in a false and defamatory light.

## 2.  **Defendants are aware of their employees' conduct.**

108.  Defendants TIMES have been notified that HILTZIK intentionally misrepresented to individuals that HILTZIK was going to write a positive column about Plaintiff in an effort to obtain confidential information about Plaintiff and use such information obtained in his columns against Plaintiff.  Defendants TIMES have been notified of the fact that HILTZIK has intentionally provided false, fraudulent and misleading facts in his columns about Plaintiff.  The acts of defendant HILTZIK were so intentionally false, fraudulent and misleading, that the LOS ANGELES TIMES actually issued two (2) corrections to the April 18, 2010 column published by HILTZIK.

109.  One such correction to which Defendants TIMES have been notified and alerted was the fact that HILTZIK intentionally stated that a deceased

individual, Willie Banks, was a foot taller than his actual height. By making such false and fraudulent assertions, HILTZIK implied to all readers that Plaintiff engaged in insurance fraud and provided a surgical procedure to an otherwise unqualified candidate, all accusations asserted by HILTZIK in his columns written against 1 800 GET THIN and further published by DOE Defendants in the comment section following the column. HILTZIK knew or should have known that the facts as reported were false and fraudulent as HILTZIK was in possession of the Riverside County Coroner report, interviewed the family of the individual and obtained other information which would have provided HILTZIK with the true facts. Despite having such true and correct information, HILTZIK via the LOS ANGELES TIMES and the LATIMES.COM website intentionally published such false and fraudulent information.

110. Defendants TIMES have been notified and alerted to the fact that individuals attempted to post positive comments about Plaintiff in response to the false, fraudulent, misleading and negative attacks about Plaintiff and that such positive comments were edited and/or otherwise denied publication. When HILTZIK operated his own blog with defendants TIMES, HILTZIK inappropriately controlled the publication of content on the blog and was reprimanded for such conduct. 1 800 GET THIN alleges on information and belief that HILTZIK was either directly or indirectly involved in the censorship of the positive comments in support of the Plaintiffs.

## F. Defendants Violated the Lanham Act.

111. 1 800 GET THIN is informed and believes defendants aided, abetted, directed, and controlled HILTZIK's and PFEIFER's columns and articles to be published even though they were aware that such articles would tarnish 1 800 GET THIN's service mark as well as falsely disparage the commercial activities of Plaintiff 1 800 GET THIN. The columns and comments therein written by HILTZIK and PFEIFER and published by defendants were of and concerning

Plaintiff and would be understood as such by any other individual who read the publication. By those comments, HILTZIK, PFEIFER, and defendants TIMES used a false or misleading representation of fact in connection with goods or services which was likely to cause confusion, to cause mistake, and falsely disparage 1 800 GET THIN and its business. Defendants' false advertising has deceived or is likely to deceive a substantial portion of the audience reading the statements.

112. Defendants' violated the Lanham Act, 15 U.S.C. § 1125(a), (c).

## THIRD CLAIM

### Violation of the Lanham Act

(Against all internet posters)

113. 1 800 GET THIN refers to paragraphs 1 through 79, paragraphs 81 through 90, and paragraphs 92 through 112, inclusive, and hereby incorporates them by reference in this Claim.

**A. The Bloggers are Instrumentalities of Defendants' Conduct**

**1. The Doe defendants acted in concert with the other defendants.**

114. 1 800 GET THIN is informed and believes that each of the remaining named defendants identified as Internet Posters via their screen name and DOE defendants (collectively "DOE Defendants") are individuals who posted comments at LATIMES.COM. The identities of these defendants are unknown beyond their screen names used at LATIMES.COM. DOE Defendants have published or have caused to be published comments relating to 1 800 GET THIN's business on the website identified as LATIMES.COM. The website is available to any individual worldwide. As a result, 1 800 GET THIN has been and continues to be damaged in its business and property by bloggers who are defendants' "shills," "alter egos" and "instrumentalities."

115. All of the comments that form the basis of this Complaint against the DOE Defendants were posted by the DOE Defendants in response to the columns

authored by HILTZIK and published on the LATIMES.COM website. Defendant HILTZIK has been engaged and continues to be engaged in a personal vendetta to cause financial harm to Plaintiff by intentionally publishing false and fraudulent information about Plaintiff via his published columns, which are really disguised commercial advertisements for Plaintiff's competitors. HILTZIK has openly acknowledged to at least one individual that he will continue to write articles about Plaintiff until such time that Plaintiff is placed out of business. Plaintiff is informed and believes that some of the Doe Defendants may be Plaintiff's competitors and that HILTZIK and those Doe Defendants were working together in a concerted effort to dilute Plaintiff's trademark through the publication of false, misleading, and deceptive statements.

116. Defendants TIMES have long been aware that HILTZIK has engaged in conduct that is considered unethical, yet continued to allow him to engage in his concerted attacks against 1 800 GET THIN which were sponsored by 1 800 GET THIN's competitors. Plaintiff herein alleges that on or about 1993, HILTZIK was caught snooping into the emails of his colleagues. Specifically, defendants TIMES alleged that HILTZIK obtained other individual passwords and entered those passwords into the computer system at TIMES that those individuals were not present to log into the system. Defendants further alleged that HILTZIK was caught when 2 fake emails were intercepted by HILTZIK and HITLZIK later inquired about the content of the fake intercepted emails. As a result of the inappropriate conduct, HILTZIK was disciplined in 1993 by the LOS ANGELES TIMES and removed from his assigned post in Moscow.

**2. Defendants knew of HILTZIK's sock-puppeting.**

117. Plaintiff herein alleges that on or about 2006; HILTZIK was suspended by the LOS ANGELES TIMES for such inappropriate and unprofessional behavior known as "sock-puppeting." Sock puppeting is when a person uses an alias and then posts either positive or negative comments in an effort to either create false

positive or negative comments thereby creating an illusion that such comments are legitimately being done by neutral disinterested third parties. As a result of the inappropriate and unethical conduct, HILTZIK's on-line blog with the LOS ANGELES TIMES was removed, HILTZIK was temporarily suspended for his actions and HILTZIK was reassigned to a position as a columnist and not as a journalist as his integrity and credibility as a journalist was completely destroyed based upon this and other acts of unethical conduct.

118. Defendant HILTZIK demonstrated and continues to demonstrate inappropriate, unethical and possible illegal conduct associated with the publication of columns that falsely disparage Plaintiff's commercial activities, all with the consent and approval of the LOS ANGELES TIMES and/or LATIMES.COM. Defendant HILTZIK has personally created through the use of aliases, some of the comments attributable to the DOE Defendants listed herein, all consistent with HILTZIK's documented inappropriate and unethical past acts of sock-puppeting for which HILTZIK was previously suspended and otherwise sanctioned.

119. In the alternative, 1 800 GET THIN alleges that HILTZIK has personally assisted the Doe Defendant(s) in providing them with specific information to post in the comments in support of the columns against the Plaintiffs and/or as against other individuals who posted positive comments in support of the Plaintiffs all as documented by HILTZIK's past behavior of inappropriate and unethical conduct. Plaintiff is informed and believes that some of the Doe Defendant(s) may be Plaintiff's competitors and that HILTZIK and Doe Defendant(s) engaged in a coordinated effort to falsely disparage Plaintiff's commercial activities and also tarnish Plaintiff's service mark.

SECOND AMENDED COMPLAINT FOR VIOLATIONS UNDER SHERMAN ACT, LANHAM ACT, AND RICO ACT

## B. Defendants "shills" enjoy no constitutional protections.

### 1. Defendants' have violated their own First Amendment policies.

120. The LATIMES.COM website states and informs any individual posting comments that, any comments posted to its website are neither protected nor privileged forms of speech. The LATIMES.COM website also requires individuals posting comments to register with the website and agree to the "Terms of Service". The LATIMES.COM website claims that after registration, comments are reviewed for content and screened prior to actual publication on the website.

121. With regard to the "Terms of Service," the Terms place responsibilities on individual posters with regard to the comments they submit, as well as informing the individual user that LATIMES.COM will provide access to the user(s) information should the user cause injury to others in providing such content to LATIMES.COM. The "Terms of Service" specifically do not provide protection from liability for any comments made by registered users of LATIMES.COM. . The "Terms of Service" state:

> "Registration. Registration is not required to view certain Content. However, you are required to register if you wish to post a comment or upload a video, or view certain other Content. If you become a Registered Member of laTimes.com, you accept responsibility for all activities that occur under your Registration Account."

### 2. Defendants are responsible for the "shills" and "aliases"

122. The LATIMES.COM website states a party commenting on LATIMES.COM remains fully liable for any injuries his/her comments may cause. With regard to user liability, the "Terms of Service" further state:

> User Content Assumption of Risk. laTimes.com cannot and does not monitor or manage all User Content, and does not guarantee the accuracy, integrity, or quality of User Content.

42

> All User Content provided to laTimes.com is the sole
> responsibility of the person who provided it.  This means that
> you are entirely responsible for all User Content that you
> provide.

123.  This section of the "Terms of Service" states that a party commenting on laTimes.com does remain fully liable for any injuries his/her comments may cause.  In addition to the LATIMES.COM statement that liability for a user's comments lies with the user, the "Terms of Service" also contain representations and warranties that every user must agree to make in registering with the cite.  Those representations and warranties state:

> User Content Representations and Warranties.  By placing material
> on laTimes.com, including but not limited to posting content or
> communications to any laTimes.com bulletin board, forum, blogspace,
> message or chat area, or posting text, images, audio files or other
> audio-visual content to the site ("User Content"), you represent and
> warrant: (1) you own or otherwise have all necessary rights to the
> User Content you provide and the rights to provide it under these
> Terms of Service; and, (2) the User Content will not cause injury to
> any person or entity.

### 3.  Defendants' "shills" and "aliases" violate Posting Rules

124.  The Terms of Service also provide "User Content Posting Rules" which contain a list of proscribed activities in which users of laTimes.com are not to engage:

> User Content Posting Rules.  Any decisions as to whether User
> Content violates any Posting Rule will be made by laTimes.com
> in its sole discretion and after we have actual notice of such posting.
> When you provide User Content, you agree to the following Posting
> Rules:

…Do not provide User Content that:…

- is defamatory, threatening, disparaging, grossly inflammatory, false, misleading, fraudulent, inaccurate, unfair, contains gross exaggeration or unsubstantiated claims, violates the privacy rights of any third party, is unreasonably harmful or offensive to any individual or community.

- violates any right of laTimes.com or any third party…

- violates or encourages the violation of any municipal, state, federal or international law, rule, regulation or ordinance.

125.  The Terms provide that should any of the User Content Posting Rules be violated, LATIMES.COM reserves the right to remove such User Content as it sees fit.  Specifically, the "Terms of Service" state:

> User Content Screening and Removal.  You acknowledge that laTimes.com and/or its designees may or may not pre-screen User Content, and shall have the right (but not the obligation), in their sole discretion, to move, remove, block, edit, or refuse any User Content for any reason, including without limitation that such User Content violates these Terms of Service or is otherwise objectionable.

## 4.  Defendant's "shills"  and "aliases" violated Service Terms

126.  In addition to giving LATIMES.COM the right to do with User Content as it will in the face of the "Terms of Service" violations, the "Terms of Service" also allow third-parties access to such information and information disclosed in a user's registration submission.  The "Terms of Service" state:

> Use of Information by laTimes.com.  You acknowledge, consent and agree that laTimes.com may preserve and disclose your Registration Account information and the contents of your online

communications if required to do so by law, or in good faith belief that preservation and/or disclosure is reasonably necessary for the following purposes:

(1) to comply with legal process, such as a court order, search warrant, or subpoena; (2) to enforce the terms of this Terms of Service; (3) to render service to you request; (4) to protect the rights or property of laTimes.com, TI, and their third party suppliers and licensors; or (5) in circumstances that we deem, in our sole discretion, to pose a threat to the safety of you or others.

127.  1 800 GET THIN is a third-party who has been injured by users of the LATIMES.COM website, and 1 800 GET THIN is entitled to access not only User Content but a user's registration information in the ordinary course of business in pursuing a lawsuit for damages as against said users.  The Privacy Policy for LATIMES.COM, likewise, does not provide any further protection for a user's information than that provided in the "Terms of Service".  Specifically, the Privacy Policy provides:

Information sharing and disclosure.

…We may disclose your information in response to subpoenas, court orders, or other legal process, or to establish or exercise our legal rights or to defend against legal claims.

We may disclose your information when we believe it necessary or desirable in order to investigate, prevent, or take action regarding illegal activities, suspected fraud, situations involving potential threats to the physical safety of any person, violations of[sic] our Terms of Service, and/or to protect our rights and property (emphasis added).

SECOND AMENDED COMPLAINT FOR VIOLATIONS UNDER SHERMAN ACT, LANHAM ACT, AND RICO ACT

## C. **Defendants' used blogger "shills," "aliases," and "sock-puppets."**

128.  When reviewing the "Terms of Service" and "Privacy Policy" for LATIMES.COM, it is clear that comments posted to the site are not protected speech and information regarding users is discoverable in legal actions for injuries caused by user comments.  1 800 GET THIN is informed and believes the "bloggers" who are independent of the other defendants are nevertheless 1 800 GET THIN's competitors and have engaged in false trade libel against 1 800 GET THIN in violation of the Lanham Act, 15 U.S.C. § 1125(a), (c).  Those "bloggers" who are "shills," "aliases," "stock-puppets," or "instrumentalities" of the other defendants have engaged in direct concerted activity to injury 1 800 GET THIN in violation of 15 U.S.C. § 1051 as follows:

129.  On or about February 14, 2010, SNAPSHOTS (a LATIMES.COM user identified with the screen name of SNAPSHOTS) published the following on the website of LATIMES.COM: "Thank you for researching what could very clearly be a public health and personal financial risk to many unwitting people who may be desperate and frustrated in their attempts to stop overeating. Dishonesty and bad medical practices are a recipe for disaster."  This comment was published in response to and directly below the February 14, 2010 published column written by HILTZIK.

130.  On or about February 14, 2010, Adrian_Dallas (a LATIMES.COM user identified with the screen name of Adrian_Dallas) published the following on the website of LATIMES.COM: "And I don't want to be inundated in the months and years to come by the inevitable sad little lawsuits of those fleeced by the clearly (almost?) criminal con-men who own 1-800-GET-THIN."  This comment was published in response to and directly below the February 14, 2010 column written by HILTZIK.

131.  On or about February 14, 2010, jkrischel (a LATIMES.COM user identified with the screen name of jkrischel) published the following on the

website of LATIMES.COM: "The fact that we're suggesting to people that surgery should be considered, when it is simply carbohydrate intake that is the problem, is macabre." This comment was published in response to and directly below the February 14, 2010 column written by HILTZIK.

132. On or about February 14, 2010, neoserf (a LATIMES.COM user identified with screen name neoserf) published the following on the website of LATIMES.COM: "This is not some big controversy or earth-shaking conspiracy, but the shady business practices employed by this company validate the inkling engendered by the profusion of billboards that it's all about the money machine, and not about helping obese people make a good decision when embarking on a profound change in every aspect of their nutritional lives such as gastric bypass surgery." This comment was published in response to and directly below the February 14, 2010 column written by HILTZIK.

133. On or about February 14, 2010, paulmayer, an anonymous user identified by screen name paulmayer, published the following on the website of LATIMES.COM: "It is amazing how characters like these are given so much freedom to perform procedures that do not fall within the guidelines established by the National Institute of Health. They are liars and cheats whose licenses have been revoked." This comment was published in response to and directly below the February 14, 2010 column written by HILTZIK.

134. On or about February 15, 2010, dalefogden (a LATIMES.COM user identified by screen name dalefogden) published the following on the website of LATIMES.COM: "Let's hope these crooks get what's coming to them. It seems there is significant possibility of criminal fraud activity." This comment was published in response to and directly below the February 14, 2010 published column written by HILTZIK.

135. On or about February 16, 2010, wtharvey (a LATIMES.COM user identified by screen name wtharvey) published the following on the website of

LATIMES.COM: "I'd be careful of the lap-band device. We see a lot of complications such as erosion into the stomach and slippage. Probably the formal gastric bypass roux-en-y procedure works best, but requires a highly skilled team to get good results." This comment was published in response to and directly below the February 14, 2010 published column written by HILTZIK.

136. On or about March 3, 2010, matt powers (a LATIMES.COM user identified by screen name matt powers) published the following on the website of LATIMES.COM: "Even giving these businesses the benefit of the doubt, it's quite telling that no one is offering any evidence of having 'learned their lessons' from the previous inspection findings. Ridiculous..." This comment was published in response to and directly below the March 3, 2010 preview to the March 4, 2010 published column written by HILTZIK.

137. On or about March 4, 2010, callcenterjohnny (a LATIMES.COM user identified by screen name callcenterjohnny) published the following on the website of LATIMES.COM: "They have attempted to refix [sic] their deficiencies but not quietly. After so many failures they changed their name to Beverly Hills surgery center, and oddly, their next door neighbors were Beverly hills center or something of that sort.... Money breaks people or makes people, you can be successful with less problems or be successful have problems but its [sic] dirty money. Workers comp, would be going out of business and all over laTimes if people at the center actually reported everything on a daily basis." On or about March 5, 2010, CCJ published the following on the website of LATIMES.COM: "... its [sic] not about what the lapband can do for you...its [sic] about the the [sic] surgery center itself and the scam that is behind it." On or about March 7, 2010, CCJ published the following on the website of LATIMES.COM: "PEOPLE...do you not understand...who cares about the doctors..believe me, if you only knew the BEHIND THE SCENES AT what almont or Beverly hills surgery center.. you should care about the ownership of the company..they have failed [sic] countless

Times due to inadequate and unsafe care of patients and thus have changed their name to beverly hills surgery center...you may have had a pleasant visit and surgery went well, guess you were lucky how about those..how about the deaths that have occurred that you are not aware of , [sic] or the complications.  lap band is a good way for weight loss BUT the surgery center does NOT ABIDE medical protocols ensuring a safe procedure for patients."  All of these comments were published in response to and directly below the March 4, 2010 published column written by HILTZIK and in response to other comments posted.

138.  On or about March 4, 2010, Ebuckly (a LATIMES.COM user identified by screen name Ebuckly) published the following on the website of LATIMES.COM: "They had people overflowing in the place, a former patient was in the waiting room telling everyone that she should have never had the surgery due to issues with her esophagus, but they performed surgery anyway, and she has multiple health issues since. Bottom line, I walked out! I waited 10 years to have this surgery, and as excited as I was, I knew that this place was shady…. After reading this article it has confirmed the feeling I had, and I am so grateful I walked out that day! They are money hungry!!"  This comment was published in response to and directly below the March 4, 2010 published column written by HILTZIK.

139.  On or about March 4, 2010, bigsouthern (a LATIMES.COM user identified by screen name bigsouthern) published the following on the website of LATIMES.COM: "It's too easy to just assume every medical center in the US follows standard procedures to maintain a safe, sterile environment. It's scary to think about the possibilities with lapses in these basic practices."  This comment was published in response to and directly below the March 4, 2010 published column written by HILTZIK.

140.  On or about March 4, 2010, OCChick (a LATIMES.COM user identified by screen name OCChick) published the following on the website of LATIMES.COM: "I don't know why but I have always had a feeling something

was not quite right with this place. On almost all freeways in the southland is 5-6-7 of these bill boards in a row, how can they afford this? They are all over AM radio and TV, How is it all insurance PPOs are covering it. I would suggest an insurance audit as well." This comment was published in response to and directly below the March 4, 2010 published column written by HILTZIK.

141. On or about March 4, 2010, AllenGillespie (a LATIMES.COM user identified by screen name AllenGillespie) published the following on the website of LATIMES.COM: "The comments supporting the disreputable medical facility described in this article generally appear to have been written by the same person." This comment was published in response to and directly below the March 4, 2010 published column written by HILTZIK.

142. On or about March 4, 2010, dhaettig an anonymous user identified by screen name dhaettig ("Dhaettig") published the following on the website of LATIMES.COM: "[T]hose billboards and ads are like spam..... It doesn't solve the obesity problem. Getting this procedure done doesn't teach people about portion control or good nutrition, or get to the psychological issues behind overeating." This comment was published in response to and directly below the March 4, 2010 published column written by HILTZIK.

143. On or about March 4, 2010, Baseballhead (a LATIMES.COM user identified by screen name Baseballhead) published the following on the website of LATIMES.COM: "HILTZIK didn't shut down their previous surgical venture, he wasn't the one who had a 22-page report made out detailing all the violations at the surgical center that they're accountable for… For the more discriminating consumers who suffer from obesity and are looking at surgical options, HILTZIK's column is a terrific reason to investigate Lap Band more thoroughly %u2014 and then look elsewhere %u2014 before putting their health and wallets on the line." This comment was published in response to and directly below the March 4, 2010 published column written by HILTZIK.

SECOND AMENDED COMPLAINT FOR VIOLATIONS UNDER SHERMAN ACT, LANHAM ACT, AND RICO ACT

144.  On or about March 4, 2010, mattemons (a LATIMES.COM user identified by screen name mattemons) published the following on the website of LATIMES.COM: "There are plenty of reputable healthcare providers and facilities in the area that are highly qualified to perform these procedures. Why would anyone want to take a chance by going to a facility with such a shady past?"  This comment was published in response to and directly below the March 4, 2010 published column written by HILTZIK.

145.  On or about March 4, 2010, JulyPostOp (a LATIMES.COM user identified by screen name JulyPostOp) published the following on the website of LATIMES.COM: "I was a patient who had so many test [sic] ordered for me that I had to call other doctors just to confirm. When I attended seminars at three different centers, I was told that none of these tests was necessary, and had my syrgery [sic] with just the tests that the Lap Band professors perform. Very disappointing that there are so many idiots, myself included, who look at the ads and think this is the real deal. The surgery is great. Just do it elsewhere.  July"  On or about March 4, 2010, JulyPostOp published the following on the website of LATIMES.COM: "The biggest scam ever. I went there because they are from my country. I trust them. They charge my insurance $70,000 for surgery cost $18,000 cash. My isurance say [sic] too much. My whole life I only get one million, they take 10%.  Mohammed".  These comments were published in response to and directly below the March 4, 2010 published column written by HILTZIK.

146.  On or about March 4, 2010, DrBruin2 (a LATIMES.COM user identified by screen name DrBruin2) published the following on the website of LATIMES.COM: "This company should be closed down permanently and all of their licenses should be revoked."  This comment was published in response to and directly below the March 4, 2010 published column written by HILTZIK.

147.  On or about March 4, 2010, RUJoking?! (a LATIMES.COM user identified by screen name RUJoking?!) published the following on the website of

LATIMES.COM: "Mr. HILTZIK's articles here are doing a public service to aid law enforcement in shutting down these quacks as soon as possible." This comment was published in response to and directly below the March 4, 2010 published column written by HILTZIK.

148. On or about March 4, 2010, InstructorP (a LATIMES.COM user identified by screen name InstructorP) published the following on the website of LATIMES.COM: "Thank you Mike for exposing this fraud and the few customers who would rather take the easy dangerous approach to losing weight instead of just plain old exercise! $18,000 for a surgical procedure by discredited doctors should be on 60 minutes or another expose show." This comment was published in response to and directly below the March 4, 2010 published column written by HILTZIK.

149. On or about March 5, 2010, 1Friend (a LATIMES.COM anonymous user identified by screen name 1Friend) published the following on the website of LATIMES.COM: "A typical california [sic] insurance rip-off scam." This comment was published in response to and directly below the March 4, 2010 published column written by HILTZIK.

150. On or about March 5, 2010, darmaggi (a LATIMES.COM user identified by screen name darmaggi) published the following on the website of LATIMES.COM: "Just the ever presence of that annoying and simplistic ad in their multiform media campaign was enough to cause concern and create doubt as to the quality and veracity of who they are and the kind of work they are really performing. With any luck you may have helped put some obviously unscrupulous medical practitioners out of business, and in the process saved some lives, and saved us all from over exposure to those obnoxious ads. When the medial [sic] boards removed their certifications they just reconstituted under new names without losing too much time or money, but hopefully, you have connected the dots for those concerned, between the Omidi's [sic] and their odious ad campaign,

which would probably be much more costly to retool and relaunch than their actual medical corporation." This comment was published in response to and directly below the March 4, 2010 published column written by HILTZIK.

151. On or about March 7, 2010, RamonaInCorona (a LATIMES.COM anonymous user identified by screen name RamonaInCorona) published the following on the website of LATIMES.COM: "[T]here are PLENTY of other surgeons out in LA that practice at hospitals designated as Bariatric Center [sic] of Excellence. If you have the choice, I'm not sure why anyone would choose TopSurgeons. This is your life folks and if you are taking it seriously enough to go through major surgery, take the extra step and go to a reputable facility." This comment was published in response to and directly below the March 4, 2010 published column written by HILTZIK.

152. On or about April 18, 2010, dianne.m.daniels (a LATIMES.COM user identified by screen name dianne.m.daniels) published the following on the website of LATIMES.COM: "Please, let's make this more about the fact that this 'physician' lied about his qualifications and experience and that the information about his lack of knowledge should have been easier to find. It is tragic that this young man died because of medical incompetence - but it was not the lap band that killed him." This comment was published in response to and directly below the April 18, 2010 published column written by HILTZIK.

153. On or about April 18, 2010, LAX.Prepster (a LATIMES.COM anonymous user identified by screen name LAX.Prepster) published the following on the website of LATIMES.COM: "I have a feeling if you were to dive deeper into this group as well as others, you'll probably find, these so called surgeons do not even have prviledges [sic] at any local hospitals (to admit in case of complications) which right there is a red flag. There's much controversy if these Lap Bands should be performed on an outpatient basis. I'm sure there still [sic] a large group of surgeons out there who insist on keeping patients in the hospital at

least a night or two for observation, especially in those cases, [sic] where there's diabetes, hypertension, breathing issues, history of infections etc. involved as no two patients are the same.  There are many serious issues with performing this less invasive surgery over the laparascopic [sic] bypass."  This comment was published in response to and directly below the April 18, 2010 published column written by HILTZIK.

154.  On or about April 19, 2010, Isabelle1106 (a LATIMES.COM user identified by screen name Isabelle1106) published the following on the website of LATIMES.COM: "Is this insurance fraud too? If Mr. Brooks was 6'6 and 300lbs his BMI would only be 34.7. In order for insurance to pay, a patient must have a BMI of 40 or greater or 35 with some sort of co-morbidity (sleep apnea, diabetes, hypertension). Someone should look into the information submitted to the insurance company. Based on his height and weight given Mr. Brooks wouldn't have even qualified for surgery."  This comment was published in response to and directly below the April 18, 2010 published column written by HILTZIK.

155.  On or about April 21, 2010, AlanSmyth1 (a LATIMES.COM user identified by screen name AlanSmyth1) published the following on the website of LATIMES.COM: "The 1 800 GET THIN or GET SLIM group have had so many different surgeons go through their facility. How can all these sub-standard surgeons continue to practice in a facility that continues to change their [sic] name? … Unfortunately, innocent patients will be mesmerized by their continuous billboard and tv ads. '1 800 GET SLIM-Y and SHADY' is more appropriate for this group."  This comment was published in response to and directly below the April 18, 2010 published column written by HILTZIK.

156.  On or about December 19, 2010, Ed Wood (a LATIMES.COM user identified by screen name Ed Wood) published the following on the website of LATIMES.COM: "Thanks to HILTZIK.  This is the best public service LAT columnists can provide: expose corruption and incompetence, Unfortunate that this

type of topic will attract a lot of comments by shills for the Omidi family, and also by the opportunistic competitors to these fine gentlemen.  Not to diminish the surgery itself, because I'm familiar with one person who had it, using a surgeon well ranked by her group insurer (not the Omidi family)…"  This comment was published in response to and directly below the December 19, 2010 published column written by HILTZIK.

157.   On or about December 19, 2010, KatherineLicariVenturoso (a LATIMES.COM user identified by screen name KatherineLicariVenturoso) published the following on the website of LATIMES.COM: "These doctors are CROOKS who have had their licenses suspended or revoked... and THEY are hiring the surgeons who do the procedure? DON'T DO THE SURGERY WITH CROOKS!!!...If you are considering surgery, DO NOT CHOOSE YOUR DOCTOR BY BILLBOARDS…GO THROUGH YOUR INSURANCE…AND CHECK OUT THEIR REFERENCES."  This comment was published in response to and directly below the December 19, 2010 published column written by HILTZIK.

**D.   The ""Blogger" and "Doe Defendants" Injured 1 800 GET THIN.**

158.   The publication made by each of these bloggers "SNAPSHOTS", "Adrian_Dallas", "jkrischel", "neoserf", "paulmayer", "dalefogden", "wtharvey", "matt_powers", callcenterjohnny, "Ebuckly", "bigsouthern", "OCChick", "AllenGillespie", "dhaettig", "Baseballhead", "mattemons", "JulyPostOp", "DrBruin2", "RUJoking?!", "InstructorP", "1Friend", "darmaggi", "RamonaInCorona", "dianne.m.daniels", "LAX.Prepster", "Isabelle1106", "AlanSmyth1", "Ed Wood", "KatherineLicariVenturoso" was of and concerning 1 800 GET THIN and would be understood as such by any other individual who read the publication.

159.   By publishing those comments, "SNAPSHOTS", "Adrian_Dallas", "jkrischel", "neoserf", "paulmayer", "dalefogden", "wtharvey", "matt_powers",

callcenterjohnny, "Ebuckly", "bigsouthern", "OCChick", "AllenGillespie", "dhaettig", "Baseballhead", "mattemons", "JulyPostOp", "DrBruin2", "RUJoking?!", "InstructorP", "1Friend", "darmaggi", "RamonaInCorona", "dianne.m.daniels", "LAX.Prepster", "Isabelle1106", "AlanSmyth1", "Ed Wood", "KatherineLicariVenturoso" in connection with goods or services, used a false or misleading representation of fact which was likely to cause confusion, mistake, or deceive as to the origin or approval of 1 800 GET THIN and its business.

160.  Specifically, "SNAPSHOTS", "Adrian_Dallas", "jkrischel", "neoserf", "paulmayer", "dalefogden", "wtharvey", "matt_powers", callcenterjohnny, "Ebuckly", "bigsouthern", "OCChick", "AllenGillespie", "dhaettig", "Baseballhead", "mattemons", "JulyPostOp", "DrBruin2", "RUJoking?!", "InstructorP", "1Friend", "darmaggi", "RamonaInCorona", "dianne.m.daniels", "LAX.Prepster", "Isabelle1106", "AlanSmyth1", "Ed Wood", "KatherineLicariVenturoso" has sought to equate Plaintiff's business with a former outpatient surgery center even thought Plaintiff does not own or operate any medical facilities.

161.  1 800 GET THIN is informed and believes that "SNAPSHOTS", "Adrian_Dallas", "jkrischel", "neoserf", "paulmayer", "dalefogden", "wtharvey", "matt_powers", callcenterjohnny, "Ebuckly", "bigsouthern", "OCChick", "AllenGillespie", "dhaettig", "Baseballhead", "mattemons", "JulyPostOp", "DrBruin2", "RUJoking?!", "InstructorP", "1Friend", "darmaggi", "RamonaInCorona", "dianne.m.daniels", "LAX.Prepster", "Isabelle1106", "AlanSmyth1", "Ed Wood", "KatherineLicariVenturoso" statements have deceived or are likely to deceive a substantial portion of the audience reading those statements.

162.  1 800 GET THIN is informed and believes that "SNAPSHOTS", "Adrian_Dallas", "jkrischel", "neoserf", "paulmayer", "dalefogden", "wtharvey", "matt_powers", callcenterjohnny, "Ebuckly", "bigsouthern", "OCChick",

"AllenGillespie", "dhaettig", "Baseballhead", "mattemons", "JulyPostOp", "DrBruin2", "RUJoking?!", "InstructorP", "1Friend", "darmaggi", "RamonaInCorona", "dianne.m.daniels", "LAX.Prepster", "Isabelle1106", "AlanSmyth1", "Ed Wood", "KatherineLicariVenturoso", by its actions, have caused members of the public to believe 1 800 GET THIN does operate medical facilities and is engaged in conducting medical services.

163. As a result of "SNAPSHOTS", "Adrian_Dallas", "jkrischel", "neoserf", "paulmayer", "dalefogden", "wtharvey", "matt_powers", callcenterjohnny, "Ebuckly", "bigsouthern", "OCChick", "AllenGillespie", "dhaettig", "Baseballhead", "mattemons", "JulyPostOp", "DrBruin2", "RUJoking?!", "InstructorP", "1Friend", "darmaggi", "RamonaInCorona", "dianne.m.daniels", "LAX.Prepster", "Isabelle1106", "AlanSmyth1", "Ed Wood", "KatherineLicariVenturoso" actions, 1 800 GET THIN has and continues to suffer injury including loss of sales and profits.

## FOURTH CLAIM

(For Violation of the Racketeering Influenced and Corrupt Organizations Act (RICO) against defendants TIMES, Newspapers, International, HILTZIK, and PFEIFER)

164. Plaintiff refers to paragraphs 1 through 79, paragraphs 81 through 90, paragraphs 92 through 112, and paragraphs 114 through 163, inclusive, and hereby incorporates them by reference into this Claim.

## A.    The RICO Enterprise

165. The relevant time period for defendant TIMES' pattern of racketeering stems from at least the year 2010, and likely earlier. At least since 1999, defendant TIMES has been engaged in selling "advertorial" content, as in the case of the opening of the Staples Center in Los Angeles, California identified above, (p. 15, lines 4-11, supra.), whereby advertisers pay for editorial content and seek special editorial favor in return for advertising fees.   Defendant TIMES, is and was at all

TIMES relevant to this action, a RICO "person" within the meaning of 18 U.S.C. §§ 1961(3) and 1962(c) engaged in a "protection" scheme collecting advertising fees through a pattern of racketeering and extortion by selling "immunity" from criticism to its advertisers.

166.  Defendant TIMES has used an association-in-fact "enterprise," within the meaning of 18 U.S.C. § 1961(4), to carry out its pattern of racketeering activity.  This enterprise consists of Defendant TIMES itself along with Defendants LA TIMES Newspapers, LA TIMES International, and the advertisers on Exhibit "A." ("Enterprise").  This Enterprise possessed and continues to possess a common purpose and goal, a membership, organizational structure, and ongoing relationships between Defendant TIMES, its co-defendants, and the advertisers with sufficient longevity to permit and enable pursuit of the Enterprise's purpose and long-term objective through a continuous course of conduct that affected and continues to affect interstate and foreign commerce.

167.  The Enterprise exists separate and apart from its pattern of racketeering activity, inasmuch as Defendant TIMES and the Enterprise have multiple goals, not all of which are fraudulent. The lawful activity engaged in by the Enterprise includes ongoing partnerships to explore, gather, and distribute the news and provide advertising space for its advertisers.  But Defendant TIMES has, since at least 2010, used this enterprise to conduct the related acts of mail and wire fraud comprising the pattern of racketeering.

168.  Defendant TIMES is a "person" under the civil RICO statute because it knowingly and fraudulently conducted and participated in the conduct, the management and the operation of the Enterprise's affairs, directly or indirectly, through a pattern of racketeering activity in violation of 18 U.S.C. § 1962(c). Defendant TIMES engaged in such unlawful extortionate conduct by using the Enterprise to conduct lawful activities as well as to further its fraudulent scheme of collecting "protection" and "immunity" payments from advertisers, causing false

SECOND AMENDED COMPLAINT FOR VIOLATIONS UNDER SHERMAN ACT, LANHAM ACT, AND RICO ACT

and misleading information to be disseminated to the public by mail, interstate wires or interstate carriers that Defendant TIMES would abide by its Ethical Guidelines, avoid conflicts of interest, and not permit its editorial comments to be governed by its own financial interests.   It also caused advertisers to communicate by mail, interstate wires or interstate carriers with it, such as by approving Defendant TIMES' fraudulent plans.  Pursuit of profit is not per se vocative of the mail and wire fraud statutes or civil RICO. Defendant TIMES violated RICO and injured 1 800 GET THIN in its business or property by reason of its conduct of the Enterprise not to pursue gain, but to do so by unlawful means: to maximize its gain and profit through a pattern and practice of misrepresentation and concealment of the systematic decisions that placed financial goals above honesty in news reporting and ethical journalism.

169.  Defendant TIMES conducted its advertising as part of the Enterprise to require advertisers to pay it fees in return for "protection" against editorial attack. The Enterprise was conducted in violation of applicable laws and regulations that made such operation a fraud on the public and an enforced or coerced participation on the part of its advertisers.  As the direct, proximate and foreseeable result of this vocative pattern and the attack on 1 800 TET THIN, has been the injury of competition in the weight loss surgery advertising market in Southern California, and throughout the United States.

**B.     The RICO Predicate Acts**

170.  Defendant TIMES and their advertising co-conspirators entered into a continuing agreement, coerced understanding, and enforced combination to artificially create a "protection" scheme whereby (1) advertisers with the of Los Angeles TIMES would join together both willingly and unwillingly to attack their competitor, 1 800 GET THIN, by sponsoring articles which contained false, trade libel, and derogatory information disparaging 1 800 GET THIN, and (2) pay advertising fees to defendant TIMES to assure "immunity" and "protection"

SECOND AMENDED COMPLAINT FOR VIOLATIONS UNDER SHERMAN ACT, LANHAM ACT, AND RICO ACT

against similar attacks or exposure in the press of their faults, flaws, Joint Commission on Accreditation problems, and medical errors.

171. For the purpose of devising and carrying out their extortionate scheme and artifice, Defendant TIMES did place in an authorized depository for mail, or did deposit or cause to be deposited with private commercial interstate carriers and knowingly caused to be delivered by the United States postal service, letters, memoranda, and other matters, in violation of 18 U.S.C. § 1341, or aided and abetted in such criminal acts, as previously described, under 18 U.S.C. § 2.

172. For the purpose of devising and carrying out their schemes and artifice, Defendant TIMES caused to be transmitted by means of wire communication in interstate commerce, writings, signals and sounds, to wit, interstate electronic mail messages and/or facsimile in violation of 18 U.S.C. § 1343, or aided and abetted in such criminal acts, as previously described, under 18 U.S.C. § 2.

173. Examples of these predicate acts of mail fraud, wire fraud, and extortion include, but are not limited to the following:

**1. <u>Predicate Act No. 1</u>:**

174. Commencing in February, 2010, defendant HILTZIK has utilized alias "shills" and "strawmen" "stock-puppeteering" on his own website where he places confirmatory and defamatory comments about 1 800 GET THIN when in fact, the comments come from him. Defendant HILTZIK has a history of such conduct and that the TIMES is on notice of such conduct because it has reprimanded him for "stock-puppeteering" in the past, disciplined him for improperly excluding favorable reader comments from his blogs, and censored his blogs so that only his own or unfavorable comments appear.

175. The TIMES had removed defendant HILTZIK from his post in Moscow and disciplined him in 1993 when he broke into the email accounts of other TIMES employees and sent fake emails regarding TIMES articles. The TIMES suspended HILTZIK when it caught him "stock-puppeteering" and

creating fictitious "shills" to blog comments regarding his articles. Defendant HILTZIK has continued this identical conduct with "shill" aliases and "straw man" bloggers to "stock-puppet" defamatory comments on the TIMES website concerning 1 800 GET THIN.

176. Defendant HILTZIK has utilized the TIMES website to have sponsor and work with 1 800 GET THIN competitors for the purpose of disparaging 1 800 GET THIN. HILTZIK engaged in a coordinate effort to tarnish Plaintiff's service mark. The tarnishment is a result of repeated trade disparagement, trade libel, and false information which defendant HILTZIK and his "shill" "stock-puppet" bloggers have heaped upon the TIMES website.

## 2. **Predicate Act No. 2:**

177. On February 26, 2010, HILTZIK telephoned Dr. Farid Zarif, who worked at the Beverly Hills Surgery Center, which was an advertising client of 1 800 GET THIN. As part of defendants' wire fraud, HILTZIK told him he was investigating 1 800 GET THIN and stated Dr. Zarif was breaking federal law because the license for the clinic at which he was working had been revoked. He told the doctor he should know he was violating federal law and committing a crime by continuing his work at the clinic and that 1 800 GET THIN also knew the clinic had lost its license.

178. Defendant HILTZIK's statements to Dr. Zarif were untrue and he knew they were untrue. He made the fraudulent statements to disparage 1 800 GET THIN's trademark and to inflict a competitive injury to fulfill his collusive and concerted activities with defendant TIMES and its advertisers.

## 3. **Predicate Act No. 3.**

179. On May 3, 2011, defendant TIMES utilized the mails, interstate wire services, and interstate delivery services to published an article by defendant PFEIFER entitled "Lap Band Clinic Is Directed to Improve." (Exhibit "B"). The article stated: "A Beverly Hills outpatient surgery center affiliated with the 1-800-

GET-THIN advertising campaign has been advised to make improvements or risk losing its accreditation." Defendants attacked 1 800 GET THIN and its advertising client, New Life Surgical Center, claiming four (4) areas which needed to be improved under a Joint Commission on Accreditation of Healthcare Organizations (JCAHO) inspection constituted a basis for revocation of its accreditation.

180. The article was false and defendants knew it was false because the surgery center was not at risk of losing its accreditation. The article prominently displayed advertisements from 1 800 GET THIN'S competitors. Their sponsorship was designed to conceal their poor medical services and excessive JCAHO violations while The TIMES attacked their competitor in return for advertising fees which constituted the payment of "tribute" and "protection" to defendant TIMES whereby the advertisers would not be attacked in a similar manner.

**4.    Predicate Act No. No. 4:**

181. On December 19, 2010, defendants published an article authored by defendant HILTZIK entitled "Scrutiny of Lap-Band Enterprise is Overdue." (Exhibit "D"). The article stated that Medical Regulators needed to look into the death of a patient named Ana Renteria who received surgeries marketed by 1 800 GET THIN and accused 1 800 GET THIN of responsibility for her death. The statements were false and defendants knew they were false because 1 800 GET THIN is a marketing company who is not responsible for the medical services of its advertising clients.

182. The article contains 13 competitor advertisements claiming "Excellent Outcomes" from "Expert Doctors" of northridgehospital.org., and Lap Band "Easy Less-Invasive Weight Loss" from ChapmanCenterforObseity.com. The shameless self-promotion of the advertisers continued with LapBandVIP.com who claimed "Highest Rated Lap Band Surgeon!" The article extolled "Lap-Band Surgery Expert" from plasticsurgeryinstituteofcalifornia.com. That was followed by the "Expert Doctors" of northridgehospital.org and the "Less Invasive Lap" of

ChapmanCenterforObesity.com. The article promoted the "Highest Rated Lap Band Surgeon!" from LapBandVIP.com. The advertiser extolling went on and on with "Expert Surgeon" of OliakCenter.com, then "Lap-Band Surgery Expert" from plasticsurgeryinstituteofcalifornia.com., and "Healthier You" OBandCenter.com.

183. The sponsorship by these competitors of 1 800 GET THIN was designed to conceal their documented excessive poor medical services and excessive JCAHO violations while The TIMES attacked, Plaintiff 1 800 GET THIN, their competitor in return for advertising fees which constituted the payment of "tribute" and "protection" to defendant TIMES whereby the advertisers would not be attacked in a similar manner. Defendants conduct is a competitive injury, part of a "protection" scheme, and a false public misrepresentation under the guise of editorial comment that defendant TIMES falsely claims is regulated by its Ethical Guidelines which prohibit this conduct.

184. On May 26, 2011, Sharona Espudo, who was a resident of Southern California in the City of Chula Vista, died at the Angeles Medical Clinic in Tijuana, Mexico, from complications related to LapBand surgery. The news of her death was widely circulated in the major news media throughout the United States and in Southern California. However, defendant TIMES did not make any mention of the death or make any news report of the death in any article, report, or other news item because Angeles Hospital was an advertiser with the LA TIMES through AngelesHealth.com. Defendant failed to make any report of the death because Angeles Medical Center in Tijuana had purchased "immunity" and "protection" from defendants against adverse news reporting for deaths it had caused in its medical clinic by paying the premium and participating in the combination with defendant TIMES through its advertising with defendant TIMES.

### 5.    Predicate Act No. 5:

185.  On February 14, 2010, defendants published an article authored by Defendant HILTZIK entitled "Behind Those Lap-Band Ads." (Exhibit "H")  The article engaged in trade libel,   trade disparagement and service mark tarnishment by accusing 1 800 GET THIN of making false statements that the Lap Band procedure took an hour when defendants claimed it took three to four hours, and the article falsely claimed 1 800 GET THIN was responsible for the improper conduct of Top Surgeons, a surgery centers who advertised with it.  The article's claims were disguised false disparagements of 1 800 GET THIN's commercial activities (as well as tarnishments of its service mark),  from sponsors who competed with 1 800 GET THIN and for whom defendant acted in concert to attack 1 800 GET THIN.

186.  The article was filled with advertisements from 1 800 GET THIN's competitors who sponsored the anti-competitive, false, tarnishing and disparaging trade libel attacks contained in the article.   Their sponsorship was designed to conceal their excessively poor medical services and repeated and excessive JCAHO violations while The TIMES attacked their competitor in return for advertising fees  which constituted an extortion  payment of "tribute" and "protection" to defendant TIMES whereby the advertisers would not be attacked in a similar manner.  Defendants conduct is anti-competitive injury, part of a "protection" scheme, and a false public misrepresentation under the guise of editorial comment that defendant TIMES falsely claims is regulated by its Ethical Guidelines which prohibit this conduct.

### 6.    Predicate Act No. No. 6:

187.  On March 4, 2010, defendants published an article by HILTZIK entitled "Lap-Band Promoters' Troubled History." (Exhibit "I")  The column accused 1 800 GET THIN of being associated with surgical facilities which had lost their accreditations, including Almont Surgery Center.  The article stated "If I

were even remotely inclined to answer one of those 'GET THIN' ads, I'd like to know if my regulators were still keeping their eyes on the place." The column claimed 1 800 GET THIN was responsible for the Almont Surgery Center, which was false because 1 800 GET THIN did operate Almont, and that entity no longer operated. A new and different facility was at the same address called TopSurgeons, and 1 800 GET THIN was not responsible for problems of the "prior operators" of the predecessor surgery center, Defendants knew or should have known that 1 800 GET THIN was created after the closure of Almont and could not have possibly referred patients to such facility. Defendants were later forced to retract their statements.

188. The article was filled with advertisements from 1 800 GET THIN's competitors who sponsored the anti-competitive, false, and disparaging trade libel attacks contained in the article. Their sponsorship was designed to conceal their excessive poor medical services and repeated and excessive JCAHO violations while The TIMES attacked their competitor in return for advertising fees which constituted the payment of "tribute" and "protection" to defendant TIMES whereby the advertisers would not be attacked in a similar manner. Defendants conduct is a competitive injury, part of a "protection" scheme, and a false public misrepresentation under the guise of editorial comment that defendant TIMES falsely claims is regulated by its Ethical Guidelines which prohibit this conduct.

## 7. **Predicate Act No. 7:**

189. On April 26, 2010, the LA TIMES through its employee Lori King informed 1 800 GET THIN that its Editorial Department had informed the Advertising Department it was no longer to accept advertisements from 1 800 GET THIN. (Exhibit "E"). Defendants' conduct constituted a refusal to deal with 1 800 GET THIN for the purpose and with the intent of interfering with and suppressing 1 800 GET THIN's freedom of expression because there was nothing offensive, immoral, or improper with 1 800 GET THIN's advertising. Defendants'

conduct was par of a pattern of racketeering activity and restraint of trade to censor and prohibit 1 800 GET THIN from advertising its products, and defendants' conduct designed to interfere with and prevent 1 800 GET THIN form exercising its first amendment rights to respond through its advertising to the adverse articles and information which defendant TIMES had made and would make in the future concerning 1 800 GET THIN.

190. On September 29, 2010, defendants TIMES through its employee Lori King informed 1 800 GETTHIN that there had been a change in management regarding advertising and its editorial policies which prohibited 1 800 GET THIN form advertising with the TIMES. (Exhibit "F"). With the change in management defendants TIMES would now permit 1 800 GET THIN to advertise with defendants, but at a rate 2 ½ to 3 times higher than 1 800 GET THIN had previously paid. Defendants had previously charged 1 800 GET THIN $1,800 to $2,000 a month for 1/4 page, but were now going to charge 1 800 GET THIN $$5,000 a month for the same 1/4 page advertising, which was 2 ½ to 3 times higher than charged other advertisers.

191. The false assertion of a change of management was a pretext to excuse defendants' extortion, unreasonable restraint of trade, refusal to deal, boycott, price discriminating against 1 800 GET THIN. If 1 800 GET THIN's advertising was in any manner offensive or contrary to a legitimate policy from defendant TIMES, there was no change in 1 800 GET THIN's advertising which would have justified the removal of any such ban. The purpose of the ban was to retaliate against 1 800 GET THIN for not paying the "protection" and "immunity" premium which other advertisers were paying defendants.

### 8. Predicate Act No. 8:

192. On June 11, 2011, defendants published an article by defendant Pfiefer entitled "Insurer Denies Legal Coverage to 1-800-GET-THIN Advertiser." (Exhibit "G"). In the article defendants criticized 1 800 GET THIN for losing

insurance coverage with one of its insurers regarding its advertising and for two (2) of its advertising clients losing their insurance. The article stated that "Since 2009, four Southern California patients have died within days after undergoing surgeries at centers affiliated with the 1-800-GET-THIN ads."   The article stated "A fifth patient, Michael Withem, died in 2010, more than a year after undergoing Lap-Band surgery at the Beverly Hills Surgery Center" which defendant claimed was associated with 1 800 GET THIN. Defendants said the deaths occurred from more than 10,000 surgeries. While criticizing 1 800 GET THIN and its clients, defendants failed and refused to disclose the death of Sharona Espudo who died in Southern California on May 26, 2011, as a result of surgery at its advertiser's hospital, Angeles Hospital Tijuana, Mexico.

193. Interspersed throughout the article were advertisers form the same sponsors who acted in concert with defendant TIMES in paying a "premium" to appear in articles criticizing 1 800 GET THIN. These advertisers included LapBasndVIP.com who claimed to be the "Highest Rated LAP Band Surgeon!;" Plasticsurgeryinstituteofclaifornia.com who claimed to be "Certified Lap Band Doctor;" Dr. Feiz Certified Lap Bank Surgeon;" Nortridgehospital.org who claimed "Excellent Ooutocmes with Expert Doctors Lowest Prices;" and David B. Nguyen M.D., who was "Board Certified." Defendants conducted a pattern of racketeering activity as part of its extortionate protection scheme and practice of reporting adverse information about 1 800 GET THIN, but not its advertisers who had paid a "premium" for "protection" and "immunity" form criticism.

194. When various individuals started making comments in comments section of defendants' website which were favorable to 1 800 GET THIN, defendants "censored" and "removed" the comments as part of its concerted anti-competitive activities of injuring competition and free speech.   The comment from "MBC voice" stated "Citing 5 patients from over 10,000 gives a complication rate less than 0.05%. That is better than the finest hospitals in the world!"   After the

comment was posted, defendants removed the comment from its website and refused to permit the positive comment in favor of 1 800 GET THIN. The comment form "kristsmith1" stated, "Let me tell you one thing that the best health insurance plans has completely different set of meaning for different type of people. For those who are rich, the plan which can earn them more is best. However, those who are in the middle class have different ideas." When the comment was posted which criticized insurance plans, defendants immediately removed the comment from the website as part of its racketeering activities to attack 1 800 GET THIN while "immunizing" and "protecting" its advertisers.

### 9. Predicate Act No. 9:

195. The same April 18, 2010, article authored by HILTZIK entitled "Lap-Band Patients Operate in the Dark" (Exhibit "J") contained another knowingly false statement that a patient named Willie Brooks was referred to the Top Surgeon clinic in Beverly Hills for Lap Band surgery by 1 800 GET THIN, and that the patient was 6 feet 6 inches tall, and weighed 300 pounds. The statement was false and defendants knew it was false because they had in their possession the medical records which showed the patient was 5 feet 6 inches tall. At 6 feet 6 inches tall and 300 pounds the patient was outside any reasonable guidelines for weight loss surgery, and defendants sought to make it appear that 1 800 GET THIN was engaged in inappropriate referrals of patients for weight loss surgery and that it and the physicians performing the surgery were incompetent, failed to follow medical guidelines, and engaged in the reckless unsafe medical services.

196. The article was filled with advertisements from 1 800 GET THIN's competitors who sponsored the anti-competitive, false, and disparaging trade libel attacks contained in the article. Their sponsorship was designed to conceal their excessive poor medical services and excessive JCAHO violations while The TIMES attacked their competitor in return for advertising fees  which constituted the payment of "tribute" and "protection" to defendant TIMES whereby the

advertisers would not be attacked in a similar manner. Defendants conduct is a competitive injury, part of a "protection" scheme, and a false public misrepresentation under the guise of editorial comment that defendant TIMES falsely claims is regulated by its Ethical Guidelines which prohibit this conduct.

### 10. **Predicate Act No. 10:**

197. On December 19, 2010, defendants published an article HILTZIK authored entitled "Scrutiny of Lap-Band Is Overdo," which identified a letter from Dr. Jonathan Fielding, Director of the Los Angeles County Public Health Department, dated December 7, 2010, to the Food and Drug Administration, in which Dr. Fielding complaints that 1 800 GET THIN'S advertising failed to disclose possible complications from Lap Band Surgery. (Exhibit "D"). Both defendants TIMES and HILTZIK failed to inform the public that Dr. Fielding had conflicts of interest in making statements against 1 800 GET THIN because Dr. Fielding worked for, consulted for, and had invested in a competitor, Johnson & Johnson, which produces and advertises the weight loss Realize Band, which is a competitor to the Lap Band® and thus a competitor to Plaintiff, as Plaintiff promotes the Lap Band®. The TIMES did not report Fielding's conflict in order to disparage 1 800 GET THIN, and to mislead the public that the report was an editorial comment when it was in fact a competitive attack. Doctors who advertise the Johnson & Johnson Realize Band are among defendant TIMES' advertisers.

198. When 1 800 GET THIN complained, defendants denied any conflicts of interest existed. On January 23, 2011, HILTZIK published an article entitled "Lap-Band Maker Allergan Wants It Both Ways," (Exhibit "M"), in which he acknowledged that 1 800 GET THIN had complained about Dr. Fielding's conflicts of interest. HILTZIK denied the conflicts of interest and said "the complaint looks like a smokescreen."

199. The denial was false and defendants knew it was false at the time it was made. He failed to disclose that doctors who advertised Johnson & Johnson's

Realize Band sponsor the attack articles.  The denial was the product of anti-competitive reporting in an article sponsored by 1 800 GET THIN's competitors, Defendants' false reporting is a violation of its Ethics Guidelines and a false representation to the public that it is fair and unbiased, when in fact it was bought and paid for by anti-competitive advertisers.

## C.    The Pattern of Racketeering Activity

200.  Defendant TIMES' RICO predicate acts in furtherance of its scheme to enforce a "protection" and "tribute" scheme constituted a pattern of racketeering activity within the meaning of 18 U.S.C. § 1961(5) because the predicate acts are related and continuous.  Each predicate act had the same or similar purpose: the predicate acts involved material misrepresentations, omissions and concealment in a scheme to injure 1 800 GET THIN, defraud the public, misrepresent defendants' compliance with its Ethical Guidelines, and force the payment of advertising fees to it in return for "protection" against editorial attack, including false and disparaging trade libel.  Included in these predicate acts are those situations where Defendant TIMES communicated with its co-defendants and the advertisers by mail, interstate wire or interstate carrier giving approval for Defendant TIMES' various actions.  This pattern of racketeering is separate from and distinct from the legitimate media operations of the Enterprise.

201.  Defendant TIMES is associated with the Enterprise and did conduct or participate, directly or indirectly, in the management or operation of its conduct of the affairs of the Enterprises through a pattern of racketeering activity within the meaning of 18 U.S.C. §§ 1961(1)(B) and 1961(5) and 1962(c), to wit:

    1. Multiple instances of mail fraud in violation of 18 U.S.C. § 1341;

    2. Multiple instances of wire fraud in violation of 18 U.S.C. § 1343.

    3. Multiple instances of extortion in violation of 18 U.S.C. § 1951;

## D.    Relatedness and Continuity of the Racketeering Activity

202.  All of the predicate acts alleged above are related to the scheme of

Defendant TIMES and their advertising co-conspirators to artificially create a "protection" scheme. The acts are all related to the continuing agreement, coerced understanding, and enforced combination whereby (1) advertisers with the of Los Angeles TIMES would join together both willingly and unwillingly pay defendants a "premium" to attack their competitor, 1 800 GET THIN, by sponsoring articles which contained derogatory information disparaging 1 800 GET THIN, and (2) pay advertising fees and "premiums" to defendant TIMES to assure "immunity" and "protection" against similar attacks or exposure in the press of their faults, flaws, Joint Commission on Accreditation problems, and medical errors. Continuity is demonstrated by the predicate acts alleged above because the pattern of racketeering involves multiple predicate acts and related predicate acts that have taken place over many years. These predicate acts in furtherance of its scheme illustrate a threat of continued racketeering activity and evince that the predicate acts constitute the regular way that Defendant TIMES conducts business.

203.  Defendant TIMES violated 18 U.S.C. § 1962(d) by conspiring with its co-defendants and the identified advertisers to engage in the predicate acts alleged to form the violation of 18 U.S.C. § 1962(c).

WHEREFORE, plaintiff, 1 800 GET THIN, prays for judgment against defendants, and each of them, as follows:

A.  On the First Claim for Violations Under the Sherman Act, for a judgment against defendants, and each of them, for compensatory damages in an amount to be proven at time of trial, that such damages be trebled, and a reasonable attorneys fee;

B.  On the Second Claim for Violations of the Lanham Act, for a judgment against defendants, and each of them, for compensatory damages in an amount to be proven at time of trial, and a reasonable attorney's fee.

C.  On the Third Claim for Violations of the Lanham Act against the Doe Defendants and internet bloggers, for a judgment against defendants, and each of

them, for compensatory damages in an amount to be proven at time of trial, and a reasonable attorney's fee.

D.  On the Fourth Claim for Violations Under the Racketeering Influence and Corrupt Organizations Act, for a judgment against defendants, and each of them, for compensatory damages in an amount to be proven at time of trial, that such damages be trebled, and a reasonable attorneys fee;

E.  That 1 800 GET THIN be awarded pre-judgment and post-judgment interest at the highest legal rate from and after the date of service of this complaint to the extent provided by law;

F.  That defendants be enjoined from further violations of the Sherman Act, Lanham Act, and the Racketeering Influenced and Corrupt Organizations Act;

G.  For such further relief the Court deems appropriate.


Dated: July 1, 2011                    **SILVERMAN & ASSOCIATES**



                                       Robert B. Silverman
                                       Attorney for plaintiff,
                                       1 800 GET THIN, LLC


1800 GET THIN hereby demands a Jury Trial.


Dated: July 1, 2011                    **SILVERMAN & ASSOCIATES**



                                       Robert B. Silverman
                                       Attorney for plaintiff,
                                       1 800 GET THIN, LLC

SECOND AMENDED COMPLAINT FOR VIOLATIONS UNDER SHERMAN ACT, LANHAM ACT, AND RICO ACT

Exhibit "A"

EXHIBIT "A"
<u>1 800 GET THIN Competitor Advertisers with the Los Angeles Times</u>

(1)  ASD Management
(2)  Memorialcare.org
(3)  Robotic Prostatectomy
(4)  LABariatricCenter.com
(5)  Prostatectomy
(6)  LapBandVIP.com
(7)  Dr. Kevin Petersen
     NoInsuranceSurgery.com
(8)  OliakCenter.com
(9)  Stopobesityforlife.com
(10) KaiserQuotes.com
(11) DrFeiz.com
     Farzin Feizbakhah
(12) Facial Plastics
     Dr. John Vartanian
(13) DrDavidHansen.com
(14) AthenixBody.com
(15) AngelesHealth.com
(16) Endobariatric.com
(17) Mini-gastric-bypass.me
(18) MehtaBariatricCenter.com
(19) ChapmanCenter for Obesity.com
(20) northridgehospital.org
(21) plasticsurgeryinstituteofcalifornia.com
(22) oBandCenters.com
(23) medicalweightcontrol.net
(24) ubc.com/small-business

Exhibit "B"

New Life Surgery Center inspection: Lap-Band clinic is told to improve – Los Angeles Times                5/11/11 12:10 PM


New scientific discovery fuels
muscle building


Shocking discovery
for joint relief


How to
erase
wrinkles

Subscribe/Manage Account   Place An Ad   LAT Store   Jobs   Cars   Real Estate   Rentals   More Classifieds   Custom Publishing

# Los Angeles Times

LOCAL   U.S.   WORLD   **BUSINESS**   SPORTS   ENTERTAINMENT   HEALTH   LIVING   TRAVEL   OPINION      Search      GO

MONEY & CO.     TECHNOLOGY     PERSONAL FINANCE     SMALL BUSINESS     COMPANY TOWN     JOBS     REAL ESTATE     CARS

YOU ARE HERE: LAT Home → Collections → **Business**

ADS BY GOOGLE

**LAP-BAND AP® System**

Compare LAP-BAND AP® to Other
Procedures - Get Informed Today!
www.lapband.com

**Revision Surgery**

No Scars, Quick Recovery Nations
Leading. Expert Surgeons!
www.stopobesityforlife.com

Advertisement


**Dermatologists Hate Her
For Revealing It**
New York Mom Reveals $5 Trick
To Erase Wrinkles. Results
EXPOSED


**Rates Hit 3.175%! No
SSN Required!**
How much can you save? Lending
Tree customers save up to
$293/mo


**Project Management Cert.**
Villanova PMP® & CAPM® Classes
"Average Salary

**FROM THE ARCHIVES**

Trying to fill a hole in medical clinic regulation
May 7, 2011

Makeshift beauty salon in hospital's ward for high-
risk...
May 6, 2010

Lap-band promoters' troubled history
March 1, 2010

What to Go Over Before You Go Under

## Lap-Band clinic is directed to improve

*New Life Surgery Center could lose its accreditation if it
fails to make progress in four areas.*

**May 03, 2011** | By Stuart Pfeifer, Los Angeles Times

Recommend     0         • 0
                        •

A Beverly Hills outpatient surgery center affiliated with the 1-800-GET-THIN advertising
campaign has been advised to make improvements or risk losing its accreditation, according to a
spokeswoman for the center's accrediting agency.

The Joint Commission, a private, nonprofit organization that accredits thousands of U.S. hospitals
and clinics, made an unannounced inspection of the New Life Surgery Center on March 25 after
receiving a complaint, said Joint Commission spokeswoman Elizabeth Eaken Zhani. She declined to
identify the source of the complaint.

ADS BY GOOGLE

**Gastric Band Over Bypass**

Revision Surgeries Performed by Leading Surgeon. Covered by Ins.
www.MehtaBariatricCenter.com

After the inspection, noted on the commission's website, the Joint Commission issued a report that
addressed four general areas in which the surgery center needed to make improvements:
environment of care, infection control, leadership and medication management, Zhani said. She
declined to give specific details.

The surgery center has up to 60 days to make the required improvements, Zhani said. If it fails to
do so, she said, the facility could lose its accreditation. California requires all outpatient surgery
centers to be accredited by an approved agency.

Robert Silverman, an attorney for the surgery center, said the request for improvements was routine
and that the facility continues to hold the Joint Commission's "highest level of accreditation."

"They merely recommended improvement," Silverman wrote in an email to The Times. "These
recommendations are normal and standard protocol following any inspection. The whole purpose

October 9, 2009

---
**MORE STORIES ABOUT**
---

Business

Accreditation

of accreditation is to always propose new ideas for the highest level of patient care and safety."

Silverman said the improvements requested in the Joint Commission report "do not affect patient safety or quality of care." He said the inspectors were highly impressed with the Beverly Hills facility.

"In fact, the two surveyors stated, 'We lament all the negative publicity that you have been getting because we are truly impressed with your operations!'" he wrote in the email.

It is not unusual for the Joint Commission to find areas that need improvement during inspections, said Mark Crafton, executive director of state and external relations for the Joint Commission.

Zhani characterized the inspection as a "for-cause survey" because it was based on a complaint and was not part of the normal accreditation process.

"If the complaint is serious enough, they will go out and do a for-cause survey. That is not routine," Zhani said.

ADS BY GOOGLE

**Gastric Sleeve (VSG)**
Leading surgeon, All-Inclusive for $8,900. We offer Financing!
www.EndoBariatric.com

**Need Bariatric Surgery?**
American patients' top choice for affordable bariatric surgery.
AngelesHealth.com/Weight-Loss

1 | 2 | Next

| Email | Print | Digg | Twitter | Facebook | StumbleUpon | Share |

**FEATURED**

S. California's great migration     A reversal on carbs     Women who post lots of photos of themselves on Facebook value appearance, need attention, study finds

**MORE:**

Study links willingness to cheat, viewpoint on God

The TV Biz: Networks go all out to cover royal wedding

Royal wedding dress is fit for a future queen

---

**Los Angeles Times**  Copyright 2011 Los Angeles Times          Index by Keyword | Index by Date | Privacy Policy | Terms of Service

Exhibit "C"

| Exhibit | Advertiser | Health Care Provider | JCAHO Status |
|---------|-----------|---------------------|--------------|
| (2) | ASD Management | Carson-Douglas Medical Center<br>Carson Tahoe Regional Medical Center<br>1600 Medical Parkway<br>Carson City, NV | JCAHO<br>14 National Standards<br>not met |
| (3) | ASD Management | NorthBay Healthcare Group<br>1200 B. Gale Wilson Boulevard<br>Fairfield, CA | JCAHO<br>3 National Standards<br>not met |
| (4) | Memorialcare.org | Long Beach Memorial Medical Center<br>2801 Atlantic Avenue<br>Long Beach, CA | JCAHO<br>11 National Standards<br>not met |
| (5) | Robotic Prostatectomy | Lenox Hill Hospital<br>100 East 7th Street<br>New York, NY | JACHO<br>30 National Standards<br>not met |
| (6) | LABariatric.com | Marina Del Rey Hospital<br>4650 Lincoln Boulevard<br>Marina Del Rey, CA | JCAHO<br>12 National<br>Standards not met |
| (7) | Prostatectomy | New York Presbyterian Hospital<br>525 East 68th Street<br>New York, NY | JCAHO<br>9 National standards<br>not met |
| (8) | LapBandVIP.com | Tri-City Medical Center<br>4002 Vista Way<br>Oceanside, CA | JCAHO<br>4 National Standards<br>not met |
| (9) | Dr. Kevin Petersen<br>NoInsuranceSurgery.com | Summerlin Hospital Medical Center<br>657 Town Center Drive<br>Las Vegas, NV | JCAHO<br>8 National Standards<br>not met |
| (10) | Oliak | Placentia-Linda Hospital<br>1301 Rose Drive<br>Placentia, CA | JCAHO<br>3 National Standards<br>not met |
| (11) | Oliak | Chapman Medical Center<br>2801 East Chapman Ave<br>Orange, CA | JCAHO<br>3 National Standards<br>not met |
| (12) | Oliak | Orange Coast Memorial Medical Center<br>9920 Talbert Avenue<br>Fountain Valley, CA | JCAHO<br>1 National Standard<br>not met |

| Exhibit | Advertiser | Health Care Provider | JCAHO Status |
|---|---|---|---|
| (13) Facial-Plastic | | Glendale Adventist Medical Center<br>1509 Wilson Terrace<br>Glendale, CA<br>(818) 409-8000 | JCAHO<br>3 National Standards<br>not met |
| (14) Stop Obesity for Life | | Mercy Medical Center Long Island<br>1000 North Village Ave<br>Rockview Center, NY | JCAHO<br>2 National Standards<br>not met |
| (15) CancerCenter.com | | Eastern Regional Medical Center<br>1331 East Wyoming Ave.<br>Philadelphia, PA | JCAHO<br>2 National Standards<br>not met |
| (16) CancerCenter.com | | Cancer Treatment Center of America<br>Midwestern Regional Medical Center<br>2520 Elisha Avenue<br>Zion, IL | JCAHO<br>2 National Standards<br>not met |
| (17) Kaiser | | Kaiser Foundation Hospital<br>Moreno Valley Community Hospital<br>27300 Iris Avenue<br>Moreno Valley, CA | JCAHO<br>2 National Standards<br>not met |
| (18) Dr Feiz<br>Farzin Feizbakhah | | USC University Hospital<br>1500 San Pablo Street<br>Los Angeles, CA | JCAHO<br>1 National Standard<br>not met |
| (19) Facial Plastics<br>Dr. John Vartanian | | Glendale Outpatient Surgery Center<br>716 W. Broadway<br>Glendale, CA 91204<br>818 244 8200 | Not JCAHO<br>Accredited |
| (20) Facial Plastics<br>Dr. John Vartanian | | Chevy Chase<br>801 South Chevy Chase<br>Glendale, CA 91205<br>818 265 2275 | Not JCAHO<br>Accredited |
| (21) Dr. David Hansen | | Dermatologic Plastic Surgery Center<br>Of Beverly Hills<br>9201 West Sunset Blvd.<br>Suite 12<br>Beverly Hills, CA 90069<br>(310) 273-8006 | Not JCAHO<br>Accredited |

| Exhibit | Advertiser | Health Care Provider | JCAHO Status |
|---|---|---|---|
| (22) | Athenix Body Sculpting Institute | 150 East Colorado Blvd. Suite 102 Pasadena, CA 91105 626 320 1013 | Not JCAHO Accredited |
| (23) | AngelsHealth.com | Angels Health International Tijuana, Ciudad, Guadalajara, and others | Not JCAHO Accredited |
| (24) | Endobariatrics.com | Dr. Guillerma Alverez Rodrigo Andalon St. No. 112-A Colonia Burocratas, Piedras Negras Coahulia, Mexico | |
| (25) | Mini-gastric-bypass.me | Roca Labs 12271 Lexington Park Dr. No. 204 Tampa, FL 33634 866 566 5288 | Not JCAHO Accredited |

Scrutiny of Lap-Band enterprise is overdue - Los Angeles Times                                         Page 1 of 2

ADVERTISEMENT

**THE LONGER YOU RENT THE MORE YOU SAVE.**

April 16

AVIS

Subscribe/Manage Account   Place An Ad   LAT Store   Jobs   Cars   Real Estate   Rentals   More Classifieds   Custom Publishing

# Los Angeles Times

LOCAL   U.S.   WORLD   **BUSINESS**   SPORTS   ENTERTAINMENT   HEALTH   LIVING   TRAVEL   OPINION

Search   [GO]

MONEY & CO.   TECHNOLOGY   PERSONAL FINANCE   SMALL BUSINESS   COMPANY TOWN   JOBS   REAL ESTATE   CARS

YOU ARE HERE: LAT Home → Collections → Business

ADS BY GOOGLE

**Excellent Outcomes**
Expert Doctors Lowest Prices in L.A.
www.northridgehospital.org

**Gastric Lap Band Surgery**
Get Easy Less-Invasive Weight Loss
Adjustable Lap Gastric Band Surgery
www.ChapmanCenterForObesity.com

ADVERTISEMENT



GET A QUOTE

**FROM THE ARCHIVES**

Lap-Band clinic is directed to improve
*May 3, 2011*

Lap-Band death blamed on anesthesiologist
*April 15, 2011*

Lap-Band surgeon under review in 2nd patient death
*February 5, 2011*

Lap-band patients operate in the dark
*April 18, 2010*

Lap-band promoters' troubled history
*March 4, 2010*

**MORE STORIES ABOUT**

Business

Health

## Scrutiny of Lap-Band enterprise is overdue

Recommend   6

0   0

*A second death linked by a coroner's report to the weight-loss surgery performed at a Beverly Hills clinic may prompt state regulators to take a closer look at the procedures marketed by TopSurgeons.*

December 19, 2010 | Michael Hiltzik

The tragedy of Ana Renteria's life was in the way it ended: her body ravaged by infection 10 days after she had the Lap-Band weight-loss operation advertised on those billboards and radio spots bearing the phone number 1-800-GET-THIN.

Renteria, who had long struggled with her 240-pound frame, had been in almost constant pain ever since the operation, says her sister, Noemi Luna.

ADS BY GOOGLE

**LAP BAND Surgeons East LA**

Need LAP BAND Doctor in East LA? Highly Rated! PPO, 100% Finance

LapBandVIP.com/Surgeons

"I remember her telling me, it's not getting any better," Luna recalled. When Renteria called the clinic where she had the operation to complain, Luna said, she was told the discomfort was natural. "They said that's how it's going to feel."

Five days after the Lap-Band operation, the 33-year-old office worker awoke gasping for breath, according to Luna and the Los Angeles coroner's report on Renteria's death.

At Lakewood Regional Medical Center she repeatedly went into cardiac arrest, the coroner's report states. She died shortly after midnight last Feb. 14, while friends and family members filled a hospital waiting room and prayed for a miracle.

Luna saw her just before she slipped into a coma. "I saw the desperation on her face," she told me. "That said everything."

Renteria's death may finally prompt California's medical regulators to take a close look at the weight-loss surgeries marketed by an outfit called TopSurgeons through the 1-800-GET-THIN number.

The Medical Board of California informed Renteria's family July 27 that it was reviewing the medical care she had received from Dr. Atul Madan, who is identified by the coroner as her surgeon at a Beverly Hills clinic connected to the billboard campaign. The letter asked the family to release Renteria's medical records so the review could proceed. The case was referred to the medical board by the Los Angeles County coroner's office, which attributed Renteria's death to complications from her surgery.

Case 2:11-cv-00505-ODW -E    Document 17-1    Filed 07/01/11    Page 83 of 157    Page ID
#:2825
Scrutiny of Lap-Band enterprise is overdue - Los Angeles Times                    Page 2 of 2

Column

This sort of scrutiny is overdue. Renteria's is the second death linked by a coroner's report to Lap-Band surgery performed at 9001 Wilshire Blvd., Suite 106, Beverly Hills. Willie Brooks Jr., a 35-year-old school custodian, died June 8, 2009, three days after his operation. In its report, the Riverside County coroner attributed the death to "peritonitis due to lap band procedure due to obesity." He weighed about 297 pounds.

ADS BY GOOGLE

### Lap-Band Surgery Expert

Free Insurance Verification! Dont Wait, Change Your Life Now

plasticsurgeryinstituteofcalifornia.com

1 | 2 | 3 | 4 | Next

| Email | Print | Digg | Twitter | Facebook | StumbleUpon | Share |

**FEATURED**



A reversal on carbs



Women who post lots of photos of themselves on Facebook value appearance, need attention, study finds



The TV Biz: Networks go all out to cover royal wedding

**MORE:**

The TV Biz: Networks go all out to cover royal wedding

Royal wedding dress is fit for a future queen

**Los Angeles Times**  Copyright 2011 Los Angeles Times

Index by Keyword | Index by Date | Privacy Policy | Terms of Service

Scrutiny of Lap-Band enterprise is overdue - Page 2 Los Angeles Times                    Page 1 of 2

ADVERTISEMENT



GET A QUOTE

Subscribe/Manage Account   Place An Ad   LAT Store   Jobs   Cars   Real Estate   Rentals   More Classifieds   Custom Publishing

# Los Angeles Times

LOCAL   U.S.   WORLD   **BUSINESS**   SPORTS   ENTERTAINMENT   HEALTH   LIVING   TRAVEL   OPINION         Search    [GO]

MONEY & CO.   TECHNOLOGY   PERSONAL FINANCE   SMALL BUSINESS   COMPANY TOWN   JOBS   REAL ESTATE   CARS

YOU ARE HERE: LAT Home → Collections → Business

ADS BY GOOGLE

**Excellent Outcomes**
Expert Doctors Lowest Prices in L.A.
www.northridgehospital.org

**Weight Loss Procedure**
Lose Weight w/ Easy, Less Invasive Lap
Gastric Bypass or Band Surgery!
www.ChapmanCenterForObesity.com

(Page 2 of 4)

Recommend   6

## Scrutiny of Lap-Band enterprise is overdue

0     •     0
        •

*A second death linked by a coroner's report to the weight-loss
surgery performed at a Beverly Hills clinic may prompt state
regulators to take a closer look at the procedures marketed by TopSurgeons.*

**December 19, 2010 | Michael Hiltzik**

The suite's history, which includes the revocation of its accreditation by a professional oversight body in
2009, has been detailed previously in this column. It also lost its Medicare certification last year after the
federal government determined that conditions there posed "immediate jeopardy to the health and
safety" of patients. The facility, then known as Almont Ambulatory Surgery Center, is now known as
Beverly Hills Surgery Center and has been accredited by a different oversight body.

The Brooks family's lawsuit against TopSurgeons LLC, the Beverly Hills clinic, and his doctor, George
Tashjian, is scheduled for trial next June. Tashjian has denied responsibility for Brooks' death.

ADS BY GOOGLE

ADVERTISEMENT



# Sweet Mama!

GROUPON              See Today's Deal

### LAP BAND Surgery in SoCal

**Highest Rated LAP BAND Surgeon! Before & After Pics, Testimonials**

LapBandVIP.com/Surgery

**FROM THE ARCHIVES**

Lap-Band clinic is directed to improve
*May 3, 2011*

Lap-Band death blamed on anesthesiologist
*April 15, 2011*

Lap-Band surgeon under review in 2nd patient death
*February 5, 2011*

Lap-band patients operate in the dark
*April 18, 2010*

Lap-band promoters' troubled history
*March 4, 2010*

**MORE STORIES ABOUT**

Business

Health

The medical board's spokeswoman, Jennifer Simoes, said letters such as the one received by Renteria's
family were a first step in any review. When I asked Madan for a comment last week he told me he would
get back to me, but I'm still waiting.

The familiar 1-800-GET-THIN billboards have caught the attention of the Los Angeles County
Department of Public Health. The agency's director, Jonathan E. Fielding, has asked the U.S. Food and
Drug Administration to investigate the ad campaign.

Fielding says he's concerned about the hazards of "medical complications and unrealistic expectations
resulting from the misleading promotion" of the Lap-Band, a silicone ring surgically fitted over part of
the stomach to discourage overeating.

The 1-800-GET-THIN ads "fail to provide the relevant warnings, precautions, side effects, and contra-
indications related to the procedure," he wrote in his Dec. 7 letter to the FDA. That's troubling because
the FDA is considering whether to expand the device's approved use beyond the extremely obese patients
for whom it's currently permitted. The change could add 2 million people to the target market in L.A.
County alone, Fielding said.

The billboards don't mention, he added, that the surgery is not appropriate "for the vast majority of

Column

individuals." He's especially ticked off about the billboards' declaring "Diets Fail! The Lap-Band Works!" That's because diets do work if you stick to them.

The people who have been behind this ad campaign and the clinic where Renteria and Brooks were operated on are brothers Julian and Michael Omidi. The California medical board revoked Julian's medical license last year, retroactive to 2007. The medical board placed Michael on three years' probation in 2008.

ADS BY GOOGLE

## Lap-Band Surgery Expert

Free Insurance Verification! Dont Wait, Change Your Life Now

plasticsurgeryinstituteofcalifornia.com

Prev | 1 | **2** | 3 | 4 | Next

| Email | Print | Digg | Twitter | Facebook | StumbleUpon | Share |

FEATURED







A reversal on carbs

Women who post lots of photos of themselves on Facebook value appearance, need attention, study finds

Royal wedding fuels popularity of Dukan diet

**MORE:**

Silver prices keep tumbling

Ford expands recall of F-150 pickup truck to about 1.2 million vehicles

S. California's great migration

Dr. Jeffry Life believes he's the picture of health

Autism prevalence study raises questions about Asperger's syndrome

**Los Angeles Times**   Copyright 2011 Los Angeles Times

Index by Keyword | Index by Date | Privacy Policy | Terms of Service

http://articles.latimes.com/2010/dec/19/business/la-fi-hiltzik-20101219/2                    5/20/2011

Scrutiny of Lap-Band enterprise is overdue - Los Angeles Times                              Page 1 of 2

ADVERTISEMENT



PEPPERDINE UNIVERSITY     Master the leader in you.

Subscribe/Manage Account   Place An Ad   LAT Store   Jobs   Cars   Real Estate   Rentals   More Classifieds   Custom Publishing

# Los Angeles Times

LOCAL   U.S.   WORLD   **BUSINESS**   SPORTS   ENTERTAINMENT   HEALTH   LIVING   TRAVEL   OPINION        Search [GO]

MONEY & CO.   TECHNOLOGY   PERSONAL FINANCE   SMALL BUSINESS   COMPANY TOWN   JOBS   REAL ESTATE   CARS

YOU ARE HERE: LAT Home → Collections → **Business**

ADS BY GOOGLE

**Lap Band**
Invest In A Healthier You w/ oBand. For
More Info, Call 702-441-0750
oBandCenters.com

**Excellent Outcomes**
Expert Doctors Lowest Prices in L.A.
www.northridgehospital.org

(Page 3 of 4)

## Scrutiny of Lap-Band enterprise is overdue

*A second death linked by a coroner's report to the weight-loss surgery performed at a Beverly Hills clinic may prompt state regulators to take a closer look at the procedures marketed by TopSurgeons.*

**December 19, 2010 | Michael Hiltzik**

The Omidis have run their business under several names at various times, including TopSurgeons, Weight Loss Centers and Beverly Hills Surgery Center.

TopSurgeons claims in a recent court filing to be a "marketing company" specializing in advertising Lap-Band surgery. It says the surgeons who operate at the Beverly Hills Surgery Center are "independent doctors."

ADS BY GOOGLE

**LAP BAND Surgery in SoCal**
Highest Rated LAP BAND Surgeon! Before & After Pics, Testimonials
LapBandVIP.com/Surgery

ADVERTISEMENT



The Fully Employed MBA

ATTEND AN INFORMATION SESSION

PEPPERDINE UNIVERSITY

**FROM THE ARCHIVES**

Lap-Band clinic is directed to improve
*May 3, 2011*

Lap-Band death blamed on anesthesiologist
*April 15, 2011*

Lap-Band surgeon under review in 2nd patient death
*February 5, 2011*

Lap-band patients operate in the dark
*April 18, 2010*

Lap-band promoters' troubled history
*March 4, 2010*

**MORE STORIES ABOUT**

Business

Health

Renteria and Brooks are not the only patients who were allegedly harmed by procedures at the Beverly Hills surgical facility. Consider the case of Jodi Lynn Smith, 50, who says she had her Lap-Band operation there on July 22, 2009.

At her mother's home the next day, Smith awoke in severe pain and couldn't keep anything down, according to her lawsuit in Los Angeles Superior Court. Over the next two days, her family called Tashjian, her Lap-Band surgeon, several times. He advised her to take liquids and pain medication, her suit states.

On the third day she was rushed to Tri-City Medical Center in Oceanside, where doctors determined that the Lap-Band had been cinched around her stomach too tightly, the lawsuit says. They performed emergency surgery to take it out.

Tashjian, in an answer to her lawsuit, contends among other things that her problems may have been due to her own negligence. The surgeon is the target of a medical board proceeding to revoke or suspend his license in connection with his treatment of two hospital patients in 2006. He told me by e-mail that the board has "officially closed" the case without taking action. Simoes, the board's spokeswoman, said that's not so and that the case remains open.

The surgery center denies responsibility for the injuries alleged in Smith's lawsuit, asserting among other things that she "voluntarily assumed the risk" of the surgery.

Case 2:11-cv-00505-ODW -E   Document 17-1   Filed 07/01/11   Page 87 of 157   Page ID
#:858
Scrutiny of Lap-Band enterprise is overdue - Page 3 - Los Angeles Times                Page 2 of 2

Column

Smith's lawsuit claims TopSurgeons initially told her the surgery would cost $15,000. Yet her insurance company was billed for more than $140,000. That's according to Beverly Hills Surgery Center, which has sued Smith for the money.

How do you get from $15,000 to $140,000? For one thing, Smith was charged $67,000 for the operating room, according to insurance records the clinic filed in court. Since TopSurgeons ads have claimed that implanting the Lap-Band is a one-hour operation, that pegs the value of its operating room at $1.6 million a day. I'm not sure there's even a five-star hotel room in Beverly Hills that goes for that rate.

ADS BY GOOGLE

### Lap-Band Surgery Expert

Free Insurance Verification! Dont Wait, Change Your Life Now

plasticsurgeryinstituteofcalifornia.com

Prev | 1 | 2 | 3 | 4 | Next

| Email | Print | Digg | Twitter | Facebook | StumbleUpon | Share |

FEATURED







A reversal on carbs

Women who post lots of photos of themselves on Facebook value appearance, need attention, study finds

The unraveling of the Schwarzenegger-Shriver marriage

MORE:

Royal wedding dress is fit for a future queen

Dual-language immersion programs growing in popularity

Food truck makers revived by gourmet trend

The feathered look in hair

The rise of tablet computers

**Los Angeles Times**  Copyright 2011 Los Angeles Times

Index by Keyword | Index by Date | Privacy Policy | Terms of Service

Scrutiny of Lap-Band enterprise is overdue - Los Angeles Times                    Page 1 of 2

ADVERTISEMENT

Subscribe/Manage Account · Place An Ad · LAT Store · Jobs · Cars · Real Estate · Rentals · More Classifieds · Custom Publishing

# Los Angeles Times

LOCAL   U.S.   WORLD   **BUSINESS**   SPORTS   ENTERTAINMENT   HEALTH   LIVING   TRAVEL   OPINION        Search [GO]

MONEY & CO.   TECHNOLOGY   PERSONAL FINANCE   SMALL BUSINESS   COMPANY TOWN   JOBS   REAL ESTATE   CARS

YOU ARE HERE: LAT Home → Collections → Business

ADS BY GOOGLE

**Gastric Lap Band Surgery**
Get Easy Less-Invasive Weight Loss
Adjustable Lap Gastric Band Surgery
www.ChapmanCenterForObesity.com

**LAP-BAND Orange County**
Affordable LAP-BAND Surgery, expert
surgeon, multiple OC locations.
www.OliakCenter.com

(Page 4 of 4)

## Scrutiny of Lap-Band enterprise is overdue

Recommend  6

0            0

*A second death linked by a coroner's report to the weight-loss surgery performed at a Beverly Hills clinic may prompt state regulators to take a closer look at the procedures marketed by TopSurgeons.*

December 19, 2010 | Michael Hiltzik

Another item on her bill is $12,220, charged by Tashjian for an endoscopy, according to the insurance records. The insurance entry is dated Aug. 3, 2009. But on that day, her lawyer says, Smith was 98 miles from Beverly Hills — she was at Tri-City, recovering from the emergency surgery.

Robert Silverman, the attorney for TopSurgeons and the surgery center, said last week that he did not have time to respond to my request for comment on the case before my deadline.

ADS BY GOOGLE

ADVERTISEMENT



GET A QUOTE

**LAP BAND Surgery East LA**

**Highly Rated LAP BAND Experts- Safe PPO, 100% Finance, Lose Weight Now!**

LapBandVIP.com/Surgery

**FROM THE ARCHIVES**

Lap-Band clinic is directed to improve
*May 3, 2011*

Lap-Band death blamed on anesthesiologist
*April 15, 2011*

Lap-Band surgeon under review in 2nd patient death
*February 5, 2011*

Lap-band patients operate in the dark
*April 18, 2010*

Lap-band promoters' troubled history
*March 4, 2010*

**MORE STORIES ABOUT**

Business

Health

High-volume surgical centers like the one at which Renteria had her operation fall into a regulatory no man's land. The state Department of Public Health says that doctor-owned centers like Beverly Hills Surgery Center fall under the medical board's jurisdiction. But the medical board says it has oversight only over doctors, not facilities.

The Renterias are left to contemplate what they've lost. Ana Renteria was a happy person who dreamed of traveling and loved to take her eight nieces and nephews to ballgames and Disneyland. Family members say they're still struggling with her death. "She opened her heart to a lot of people," Luna told me. Her siblings tried to dissuade Renteria from having the operation, but she went ahead with it because "she just wanted to feel better about herself."

For state regulators to argue that technicalities prevent them from taking a close look at what goes on inside surgery centers like this one is a disgrace. How many coroner's reports do they need to see before waking up?

Michael Hiltzik's column appears Sundays and Wednesdays. Reach him at mhiltzik@latimes.com, read past columns at latimes.com/hiltzik, check out facebook.com/hiltzik and follow @latimeshiltzik on Twitter.

ADS BY GOOGLE

Column

Prev | 1 | 2 | 3 | 4

Email     Print     Digg     Twitter     Facebook     StumbleUpon     Share

**FEATURED**



A reversal on carbs

Women who post lots of
photos of themselves on
Facebook value appearance,
need attention, study finds

The unraveling of the
Schwarzenegger-Shriver
marriage

**MORE:**

California's high-speed train wreck

Sahara hotel-casino in Las Vegas to close in May

Immigration reform? Think civil rights struggle, and 'keep praying,' Obama says

The feathered look in hair

Georgia passes immigration bill similar to Arizona's

**Los Angeles Times**   Copyright 2011 Los Angeles Times     Index by Keyword | Index by Date | Privacy Policy | Terms of Service

Exhibit "E"

**From:** Tommy Iorio <Tommy@riomediainc.com>
**To:** Johnson, Lori
**Sent:** Thu Apr 22 23:14:53 2010
**Subject:** 800 GET THIN

Lori,

Can you send me a detailed email explaining why the LA Times would like to cancel the advertising contract with 800 GET THIN? I would like to have details so that when I tell my client I have the full details and reasons.

Thanks,

**Tommy Iorio**
**Rio Media**
214 5th St. #205 ~ Huntington Beach ~ CA ~ 92648
Ph: 818-605-0945 ~ Fx: 714-969-4380 ~ www.RioMediaInc.com

**From:** "Johnson, Lori" <Lori.Johnson@latimes.com>
**Date:** April 26, 2010 9:00:12 AM PDT
**To:** "'Tommy@riomediainc.com'" <Tommy@riomediainc.com>
**Cc:** "Hill, Kelly" <Kelly.Hill@latimes.com>
**Subject:** Re: 800 GET THIN

Hi Tommy
The reason we had to discontinue running the ads for 1800 GET THIN is due to reader complaints and concerns over recent reports.
Please let me know if you need anything else. I really do hope we can work together again in the future.

Thanks!
Lori


Lori King
Los Angeles Times
Account Executive
Display Advertising
Office: (714)966-7465
Cell: (949)735-4177
Fax: (213) 237-7337
Lori.johnson@latimes.com

Sales Assistant: Mike Mendez
Michael.mendez@latimes.com
Phone: (213) 237-3076

**From:** Tommy Iorio [mailto:Tommy@riomediainc.com]
**Sent:** Monday, April 26, 2010 12:47 PM
**To:** Johnson, Lori

What reports about 800 Get Thin? 800 Get Thin is a marketing company.

# Tommy Iorio

**Date:** April 26, 2010 12:56:28 PM PDT
**To:** 'Tommy Iorio' <Tommy@riomediainc.com>
**Subject: RE: 800 GET THIN**

We are getting consumer complaints about Top Surgeons, 1-800-Get Thin and 1-800-Get Slim.

Lori King
Advertising Account Executive
office (714) 966-7465
cell (949) 735-4177
fax (213) 237-7337
lori.johnson@latimes.com



Sales Assistant: Michael Mendez
phone (213) 237-3076 - fax (213) 237-7337
michael.mendez@latimes.com

 Please consider the environment before printing this email

Exhibit "F"

**From:** "King, Lori" <Lori.Johnson@latimes.com>
**Date:** September 29, 2010 10:35:47 AM PDT
**To:** 'Tommy Iorio' <Tommy@riomediainc.com>
**Subject: LA Times**

Hi Tommy,
Hope all is great with you! I am hoping to grab a second of your time today to discuss 1800 GET THIN/Weight
Loss Centers. I know it was a difficult situation when the negative editorial was running in the paper and we
had to pull their ads. I am now under a new management that has let me know that we would gladly welcome
them back into the paper at the same rate we were offering them before.
I would love the opportunity to earn back your business. We have some really great things happening in our
healthcare category in print and online and I would love for Weight Loss Centers to be a part of what we are
doing.
Please let me know how we can work with you to form a partnership with Weight Loss Centers again.
Let me know if we can meet for lunch this week or next week to discuss. I am right in your neighborhood.

Thank you! I will look forward to speaking with you soon!
Lori


Lori King
Advertising Account Executive
office (714) 966-7465
cell (949) 735-4177
fax (213) 237-7337
lori.king@latimes.com



Media Kit: www.latimes.com/mediakit

Sales Assistant: Michael Mendez
phone (213) 237-3076 - fax (213) 237-7337
michael.mendez@latimes.com

 Please consider the environment before printing this email

Exhibit "G"

 
VOLKSWAGEN of GARDEN GROVE
2011 Jetta
We Will Not Be Undersold
10800 Trask Ave. | Garden Grove, CA 92843
Sales
Service

Subscribe/Manage Account    Place An Ad    LAT Store    Jobs    Cars    Real Estate    Rentals    More Classifieds    Custom Publishing

# Los Angeles Times

LOCAL   U.S.   WORLD   BUSINESS   SPORTS   ENTERTAINMENT   HEALTH   LIVING   TRAVEL   OPINION          Search   [GO]

MONEY & CO.    TECHNOLOGY    PERSONAL FINANCE    SMALL BUSINESS    COMPANY TOWN    JOBS    REAL ESTATE    CARS

YOU ARE HERE: LAT Home → Collections → Business

ADS BY GOOGLE

**Lap Bands for Weight Loss**
Achieve Your Goals w/ oBand Weight
Loss Surgery, Financing Available.
oBandCenters.com

**Excellent Outcomes**
Expert Doctors Lowest Prices in L.A.
www.northridgehospital.org

Advertisement


Chevrolet
SWEET SEATS
You could win DODGERS TICKETS
and a trip for 4 to the 2011
MLB WORLD SERIES !
ENTER NOW

**RELATED**

The latest in green fashion: caps and gowns

Most 2011 stock market gains are gone

Oil and gas prices fall as Saudis Arabia moves to increase output

**FROM THE ARCHIVES**

Ralphs accused of overcharging customers, false advertising
*May 12, 2010*

Splenda maker getting legal vitriol from sugar firms
*November 30, 2007*

Seized O.C. S & L Offers Painful Lesson : Many Bond Buyers...
*June 18, 1989*

MORE STORIES ABOUT

## Insurer denies legal coverage to 1-800 -GET-THIN advertiser

Recommend        2        0

*National Fire & Marine Insurance is refusing to pay to defend the company marketing Lap-Band surgeries and two of its affiliates in a false-advertising lawsuit, according to a case filed by the companies against the insurer.*

**June 11, 2011 | By Stuart Pfeifer, Los Angeles Times**

Companies affiliated with the 1-800-GET-THIN advertising campaign are having trouble getting an insurer to cover their legal expenses in Lap-Band related litigation, according to a recent lawsuit.

National Fire & Marine Insurance Co. has refused to pay to defend 1-800-GET-THIN and two affiliated companies, Top Surgeons and Beverly Hills Surgery Center, in a false-advertising case, according to a lawsuit that the companies filed against the insurer.



Marketing company 1-800-GET-THIN has promoted Lap-Band surgery for more... (Glenn Koenig, Los Angeles Times)

ADS BY GOOGLE

**LAP BAND Surgery in SoCal**
Highest Rated LAP BAND Surgeons Before & After Pics, Testimonials
LapBandVIP.com/Surgery

The false-advertising case, which seeks class-action status, was brought by relatives of two Southern California women who died within days of undergoing Lap-Band surgeries at clinics linked to the 1-800-GET-THIN marketing effort. Robert Silverman, an attorney who represents 1-800-GET-THIN, previously said the lawsuit is without merit.

The 1-800-GET-THIN lawsuit says that National Fire & Marine denied coverage March 18 after suggesting that the companies falsely stated in an application that no affiliated physician had been "restricted, suspended or revoked within the last five years."

In addition to denying coverage for the false-advertising lawsuit, the insurer has said it may decline to pay legal bills to defend some of the companies in two pending medical malpractice cases, court records show.

Edward Susolik, who filed the insurance lawsuit on behalf of 1-800-GET-THIN and its affiliates, said the case is a "routine, run-of-the-mill coverage lawsuit."

"I've got meritless lawsuits filed against my client and I'm entitled to insurance coverage for those," he said.

Business

Health

Copyright 2011 Los Angeles Times   Index by Keyword | Index by Date | Privacy Policy | Terms of Service

**Los Angeles Times**

The weight-loss companies' lawsuit, filed May 25 in Orange County Superior Court, did not identify any physicians singled out by National Fire & Marine as having disciplinary records. Officials with National Fire & Marine did not return telephone calls from The Times seeking comment.

At least five physicians currently or formerly affiliated with some of the companies suing the insurer have been disciplined by the Medical Board of California, according to medical board records.

They include Dr. Michael Omidi, who was chief of staff at Beverly Hills Surgery Center, according to the false-advertising lawsuit. In 2008, the medical board revoked Omidi's license but stayed the action and placed him on probation for three years after he acknowledged that he violated state law by performing liposuction surgeries on three patients at an unaccredited surgical facility, according to medical board records.

Omidi did not respond to a request for comment. Omidi has sued the Los Angeles Times over its reporting on the disciplinary action taken against him by the California Medical Board. The Times' motion to dismiss his complaint is scheduled to be heard later this month.

The lawsuit that 1-800-GET-THIN and its affiliates filed against National Fire & Marine said that the insurer had indicated it was permissible to answer "no" to the question about whether a physician had been disciplined "if the physician was merely placed on probation."

National Fire & Marine informed the weight-loss companies in a May 3 letter that its case for rescinding the policy was so strong that it would be in their best interests to accept a refund and have their liability coverage terminated, the companies' lawsuit said.

ADS BY GOOGLE

**LAP BAND Surgery in SoCal**

Highest Rated LAP BAND Surgeon! Before & After Pics, Testimonials

LapBandVIP.com/Surgery

The policy cost $116,000, according to a copy of the policy filed along with the lawsuit.

California courts tend to favor policyholders in disputes with insurance companies, said Martin S. Checov, an attorney with O'Melveny & Myers in San Francisco who has practiced insurance law for 30 years. He said carriers typically are cautious about yanking coverage in California.

"I've seen very few examples of insurance companies rescinding where it wasn't the case of a policyholder being caught red-handed in a lie," Checov said. "Sometimes insurance companies are too aggressive, but that doesn't pay in California."

The Lap-Band, manufactured by Irvine-based Allergan Inc., is an inflatable silicone device that is surgically implanted around the stomach to discourage overeating. The surgeries have been promoted on freeway billboards, radio and television for more than one year in Southern California by 1-800-GET-THIN, a marketing company not affiliated with Allergan that refers eligible patients to clinics at which the surgeries are performed.

In 15 months, the advertising led to more than 100,000 telephone calls from potential patients and more than 10,000 scheduled surgeries, the marketing company said in a lawsuit it filed against the attorney who filed the false-advertising case.

Since 2009, four Southern California patients have died within days after undergoing surgeries at centers affiliated with the 1-800-GET-THIN ads, according to lawsuits, interviews with surviving family members and autopsy reports.

ADS BY GOOGLE

**Certified Lap Band Doctor**

Our Lap Band Center Puts You First! Free Consult/Insurance Verification

plasticsurgeryinstituteofcalifornia.com

1 | 2 | Next

Case 2:11-cv-00505-ODW -E   Document 17-1   Filed 07/01/11   Page 98 of 157   Page ID
#:860
1800 Get Thin | 1-800-GET-THIN and Lap-Band lawsuits: Insurer denies legal coverage t...   Page 3 of 3

Email    Print    Digg    Twitter    Facebook    StumbleUpon    Share

**FEATURED**



The incredible journey of
NASA spacecraft Dawn

A reversal on carbs

Debit cards poised to get
much costlier

**MORE:**

Lung cancer victim's deathbed image sends potent message

Taylor Guitars has thrived by being different

Case 2:11-cv-00505-ODW -E    Document 17-1    Filed 07/01/11    Page 99 of 157    Page ID #:870

1800 Get Thin | 1-800-GET-THIN and Lap-Band lawsuits. Insurer denies legal coverage t...    Page 1 of 2



Subscribe/Manage Account    Place An Ad    LAT Store    Jobs    Cars    Real Estate    Rentals    More Classifieds    Custom Publishing

# Los Angeles Times

LOCAL    U.S.    WORLD    BUSINESS    SPORTS    ENTERTAINMENT    HEALTH    LIVING    TRAVEL    OPINION          Search    [GO]

MONEY & CO.    TECHNOLOGY    PERSONAL FINANCE    SMALL BUSINESS    COMPANY TOWN    JOBS    REAL ESTATE    CARS

YOU ARE HERE: LAT Home → Collections → **Business**

ADS BY GOOGLE

## Excellent Outcomes
Expert Doctors Lowest Prices in L.A.
www.northridgehospital.org

## Gastric Bypass Insurance
Invest In A Healthier You w/ oBand. For More Info, Call 323-529-8510
oBandCenters.com

Advertisement



**RELATED**

The latest in green fashion: caps and gowns

Most 2011 stock market gains are gone

Oil and gas prices fall as Saudi Arabia moves to increase output

**FROM THE ARCHIVES**

Ralphs accused of overcharging customers, false advertising
*May 12, 2010*

Splenda maker getting legal vitriol from sugar firms
*November 30, 2007*

Seized O.C. S & L Offers Painful Lesson : Many Bond Buyers...
*June 18, 1989*

**MORE STORIES ABOUT**

(Page 2 of 2)

## Insurer denies legal coverage to 1-800 -GET-THIN advertiser

Recommend    2    0

*National Fire & Marine Insurance is refusing to pay to defend the company marketing Lap-Band surgeries and two of its affiliates in a false-advertising lawsuit, according to a case filed by the companies against the insurer.*

June 11, 2011 | By Stuart Pfeifer, Los Angeles Times

A fifth patient, Michael Withem, died in 2010, more than a year after undergoing Lap-Band surgery at the Beverly Hills Surgery Center, according to a lawsuit filed by his relatives this week in Los Angeles County Superior Court. That suit claims that surgeon Ollie J. Jackson perforated Withem's stomach during the 2009 operation in Beverly Hills, leading to Withem's death. The lawsuit also faults doctors who later treated Withem at Huntington Beach Hospital before his June 2010 death.

ADS BY GOOGLE

## LAP BAND Cost - View Here
PPO, 100% Financing, Cash Discounts East LA LAP BAND Surgeon Group
LapBandVIP.com/Lap-Band-Cost

Michael Sarrao, general counsel for Huntington Beach Hospital's parent company, Prime Healthcare Management Inc., declined to discuss the matter, citing "privacy issues and the now-pending litigation." He also said in an email that the hospital and its parent company "are in no way associated with the 1-800-GET-THIN campaign." Jackson could not be reached for comment.

Alexander Robertson, lead attorney in the false-advertising case, said the insurer's decision to deny coverage could prove costly if 1-800-GET-THIN and its affiliates don't prevail.

"If they don't have any insurance, these defendants are going to have to pay out of their own pockets to defend these lawsuits and pay any adverse judgments a jury renders," he said.

*stuart.pfeifer@latimes.com*

ADS BY GOOGLE

## Certified Lap Band Doctor
Our Lap Band Center Puts You First! Free Consult/Insurance Verification
plasticsurgeryinstituteofcalifornia.com

Prev | 1 | 2

Julian Omidi | Behind those lap-band ads - Los Angeles Times



Subscribe/Manage Account    Place An Ad    LAT Store    Jobs    Cars    Real Estate    Rentals    More Classifieds    Custom Publishing

# Los Angeles Times

LOCAL    WORLD    **BUSINESS**    SPORTS    ENTERTAINMENT    HEALTH    LIVING    TRAVEL    OPINION    | Search |

MONEY & CO.    TECHNOLOGY    PERSONAL FINANCE    SMALL BUSINESS    COMPANY TOWN    JOBS    REAL ESTATE    CARS

YOU ARE HERE: LAT Home → Collections → **Business**

ADS BY GOOGLE

**LAP-BAND Orange County**
Affordable LAP-BAND Surgery, expert surgeon, multiple OC locations.
www.OliakCenter.com

**Generate Qualified Leads**
Marketing Campaigns with purpose Call today for a consultation
www.lucidfusion.com

Advertisement

## Behind those lap-band ads

*Los Angeles is awash in billboards and other outdoor signs advertising the weight loss treatment.*

**February 14, 2010** | Michael Hiltzik



One feature of life in Southern California that's become hard to avoid is the relentless advertising for a weight-loss procedure known as lap-band surgery.

You've probably seen the billboards: They feature a willowy blond in a red tank top and the phone number 1-800-GET-THIN in huge red letters. "LOSE WEIGHT WITH THE LAP-BAND!" they say.

ADS BY GOOGLE

**LAP BAND Surgeons - SoCal**

Highest Rated LAP BAND Surgeons! Before & After Pics, Testimonials

LapBandVIP.com/Surgeons

These billboards blanket Southland freeways like a giant adipose layer. I've counted 17 on one four-mile stretch of Interstate 5 east of downtown Los Angeles. The ads also appear on the sides of city buses, and there's a TV spot with a jingle ("Let your *newww* life begin/Call 1-800-GET-SLIM") I can't get out of my head, curse it. (The two 800 numbers connect to the same place.)

The ads say the procedure takes an hour, as if you can pop in for a lap-band during your lunch break. In fact, surgically implanting the device requires a general anesthetic and three to four hours of recovery time. Doctors say you can't resume normal eating for up to six weeks. Nor do the billboards mention the price: $18,000.

The lap-band campaign seems to be some kind of marketing watershed -- I've never seen *anything* promoted so ferociously on the L.A. freeways. But is it promoting good medicine?

Good question. Let's take a peek behind the billboards.

The billboards advertise Weight Loss Centers, part of a Beverly Hills medical partnership called TopSurgeons. At least one website associated with TopSurgeons says the entity is "owned and operated" by the brothers Julian and Michael Omidi. (Julian Omidi refused to answer my questions last week about his role in the partnership, and other representatives of TopSurgeons refused to confirm the Omidis' ownership. Michael didn't return my calls.)

**FROM THE ARCHIVES**

FDA's Lap-Band decision is a boon for Allergan
*February 17, 2011*

Lap-Band seems bound for wider use -- now what?
*February 17, 2011*

Lap-Band maker Allergan wants it both ways
*January 23, 2011*

Lap-band patients operate in the dark
*April 18, 2010*

Lap-band promoters' troubled history
*March 4, 2010*

Julian Omidi | Behind those lap-band ads - Los Angeles Times

**MORE STORIES ABOUT**

Business

Freeways

Billboards

The Iranian-born Omidis built up high-profile practices in dermatology and cosmetic surgery after receiving their medical licenses in 2000 (Julian) and 2003 (Michael). TopSurgeons currently boasts 11 offices staffed by a total of 11 doctors and other professionals, according to the practice's website.

In 2005, the brothers were featured on the plastic surgery reality show "Dr. 90210" on the E! cable channel, which described them in a press release as "immigrants who have built their multimillion-dollar surgical empire from nothing, and whose mother is in charge of all their business decisions."

ADS BY GOOGLE

**Lap Band**
Adjustable Gastric Band Surgery Make An Appointment Today.
www.ChapmanCenterForObesity.com

**Gastric Sleeve (VSG)**
Leading surgeon, All-Inclusive for $8,900. We offer Financing!
www.EndoBariatric.com

1 | 2 | 3 | Next

✉ Email   🖨 Print   Digg   Twitter   Facebook   StumbleUpon   Share

FEATURED



A reversal on carbs



Eating more carbs at dinner may help with weight loss and cholesterol levels, a study finds



'Atlas Shrugged' finally comes to the screen, albeit in chunks

**MORE:**

Women who post lots of photos of themselves on Facebook value appearance, need attention, study finds

Ikea's U.S. factory churns out unhappy workers

**Los Angeles Times**   Copyright 2011 Los Angeles Times          Index by Keyword  |  Index by Date  |  Privacy Policy  |  Terms of Service

Julian Omidi | Behind those lap-band ads - Page 2 - Los Angeles Times



Sit 'n Sleep $100

Subscribe/Manage Account   Place An Ad   LAT Store   Jobs   Cars   Real Estate   Rentals   More Classifieds   Custom Publishing

# Los Angeles Times

LOCAL   WORLD   **BUSINESS**   SPORTS   ENTERTAINMENT   HEALTH   LIVING   TRAVEL   OPINION   Search

MONEY & CO.   TECHNOLOGY   PERSONAL FINANCE   SMALL BUSINESS   COMPANY TOWN   JOBS   REAL ESTATE   CARS

YOU ARE HERE: LAT Home → Collections → Business

ADS BY GOOGLE

## LAP-BAND Orange County

Affordable LAP-BAND surgery, expert surgeon, multiple OC locations.

www.OliakCenter.com

Advertisement

(Page 2 of 3)

# Behind those lap-band ads

*Los Angeles is awash in billboards and other outdoor signs advertising the weight loss treatment.*

Recommend  38

0  SU  0
Tweet  Submit  Digg

**February 14, 2010** | Michael Hiltzik

Today that press release would have to identify Julian Omidi as a *former* doctor. His license was revoked in 2009 by the Medical Board of California, which concluded that he had been intentionally deceitful on his license application.

Omidi had failed to mention that he had attended UC Irvine from 1986 to 1990. The board concluded that he did so "most likely" to keep it from learning that he had been expelled from UCI in 1990 for his alleged involvement in the burglary of exam papers. This and other factors led the board to conclude in its June 19 decision that Omidi has "a penchant for dishonesty."

ADS BY GOOGLE

## LAP BAND Surgeons - SoCal

**Highest Rated LAP BAND Surgeons! Before & After Pics, Testimonials**

LapBandVIP.com/Surgeons

## FROM THE ARCHIVES

FDA's Lap-Band decision is a boon for Allergan
*February 17, 2011*

Lap-Band seems bound for wider use -- now what?
*February 17, 2011*

Lap-Band maker Allergan wants it both ways
*January 23, 2011*

Lap-band patients operate in the dark
*April 18, 2010*

Lap-band promoters' troubled history
*March 4, 2010*

As for Michael Omidi, the medical board placed him on three years' probation in 2008 after accusing him of being "grossly negligent" in treating three liposuction patients in 2005. The board said he administered anesthetics improperly and allowed unlicensed assistants to administer anesthetics, suture patients and even once to perform liposuction.

It's unclear when TopSurgeons started pushing lap-band surgery. But in December 2008 it issued a press release touting the device and its "finest staff of Weight Loss Surgeons."

In the right hands the lap-band, also known as a gastric band, is an effective obesity treatment. A silicon ring that constricts the upper part of the stomach, it works by making patients feel full after only a small meal, so they'll stop eating. One study says patients can take off 50 to 70 pounds over two years.

But medical guidelines endorsed by the National Institutes of Health say the prime candidates for the lap-band are morbidly obese patients, defined as those with a body mass index -- a comparison

Julian Omidi | Behind those lap-band ads - Page 2 - Los Angeles Times

**MORE STORIES ABOUT**

Business

Freeways

Billboards

of weight and height -- of 40 and above. (A 5-foot-10 person would register a 40 BMI at 279 pounds, or about 100 pounds overweight.) Patients with a BMI of 35 (244 pounds for our 5-10 subject) would be candidates if they also had weight-related conditions such as diabetes.

According to guidelines issued by a medical panel sponsored by the American Society for Metabolic and Bariatric Surgery (bariatrics is the branch of medicine concerned with obesity), patients should first try nonsurgical weight-loss programs such as Weight Watchers. "They come to surgery not as the first resort, but the last resort," Dr. Namir Katkhouda, a nationally recognized bariatrics expert at USC's Keck School of Medicine, told me. Because the surgery carries risks and has long-term lifestyle consequences, "it's not a cosmetic procedure or a quick fix," he says.

ADS BY GOOGLE

### Cost of Lap Band Surgery?

Expert Surgeons, Excellent Results Financing Options & Cash Rates.

www.ChanmanCenterForObesity.com

Prev | 1 | **2** | 3 | Next

Email     Print     Digg     Twitter     Facebook     StumbleUpon     Share

FEATURED



A reversal on carbs

Women who post lots of photos of themselves on Facebook value appearance, need attention, study finds

Wisconsin Gov. Scott Walker's standing is eroding, opponents say, citing poll

**MORE:**

Wisconsin Gov. Scott Walker's standing is eroding, opponents say, citing poll

Advice on hormone replacement therapy continues to evolve

Should there be a 'fat tax'?

White House fears gas prices could tank Obama

Fox gives Glenn Beck's show the boot

**Los Angeles Times** Copyright 2011 Los Angeles Times

Index by Keyword | Index by Date | Privacy Policy | Terms of Service

Subscribe/Manage Account    Place An Ad    LAT Store    Jobs    Cars    Real Estate    Rentals    More Classifieds    Custom Publishing

# Los Angeles Times

LOCAL   U.S.   WORLD   **BUSINESS**   SPORTS   ENTERTAINMENT   HEALTH   LIVING   TRAVEL   OPINION    Search

MONEY & CO.    TECHNOLOGY    PERSONAL FINANCE    SMALL BUSINESS    COMPANY TOWN    JOBS    REAL ESTATE    CARS

YOU ARE HERE: LAT Home → Collections → **Business**

ADS BY GOOGLE

**Lap Gastric Bypass & Band**
Effective Weight Loss Methods. Improve Health-Live Longer
www.LAbariatricCenter.com

**27 Yrs Liposuction Expert**
Free Consultation, Dramatic Photos 30% OFF ! CALL 310-273-8006
www.DrDavidHansen.com

Advertisement

(Page 3 of 3)

f Recommend   38

0    0

Tweet   Submit   Digg

# Behind those lap-band ads

*Los Angeles is awash in billboards and other outdoor signs advertising the weight loss treatment.*

**February 14, 2010** | Michael Hiltzik

The guidelines from the metabolic and bariatric surgery group also call for a psychological exam of candidates to screen out those with depression, bulimia or personality disorders that might undermine the treatment. They don't say anything about people inclined to choose their doctors from a freeway billboard or off the side of a bus, but that's a new phenomenon and the guidelines were last updated in 2004.

The patient selection principles of TopSurgeons seem to be rather liberal. Its website says it "can help those with a BMI of 27 or greater." (For our 5-10 patient, that's a threshold of 188 pounds.) While the bariatric field is beginning to loosen its standards because of the nationwide epidemic of obesity and related health problems, that's a broader patient selection model than anything I could find in the professional literature.

ADS BY GOOGLE

**LAP BAND Surgeons - SoCal**

Highest Rated LAP BAND Surgeons! Before & After Pics, Testimonials
LapBandVIP.com/Surgeons

FROM THE ARCHIVES

FDA's Lap-Band decision is a boon for Allergan
*February 17, 2011*

Lap-Band seems bound for wider use -- now what?
*February 17, 2011*

Lap-Band maker Allergan wants it both ways
*January 23, 2011*

Lap-band patients operate in the dark
*April 18, 2010*

Lap-band promoters' troubled history
*March 4, 2010*

TopSurgeons says on its website that lap-band surgery can be covered by "most major insurance companies." When I asked Blue Shield and UnitedHealth for their coverage rules, both told me they rely on the 35/40 BMI standard.

For other customers, TopSurgeons offers a different solution: Put the bill on a credit card -- specifically the Care Credit card offered by a unit of General Electric Co., which carries an annual interest rate for TopSurgeon patients of 13.9%.

According to Nancy Wambaa, a 51-year-old Los Angeles woman, TopSurgeons "encouraged" her during an office visit last year to fill out an application for the card just to check her credit. A full-time student and Medi-Cal enrollee, she was surprised to be told within hours that she'd been approved, and even more surprised a month later to get a bill for $15,000 from GE, even though she

Julian Omidi | Behind those lap-band ads - Page 3 - Los Angeles Times

| MORE STORIES ABOUT |
| --- |
| Business |
| Freeways |
| Billboards |

had told TopSurgeons that on her doctor's advice she had decided against the surgery.

TopSurgeons eventually refunded $12,000 but kept $3,000 as a "cancellation fee." She sued the Omidi brothers in state court Aug. 20, 2009, alleging breach of contract, breach of fiduciary duty and violation of the state consumer protection law. The court file indicates that they never answered her lawsuit, and in December she won a default judgment for the money.

TopSurgeons, for its part, has sued several lap-band patients for as much as $111,000 for their procedures. Most of the cases haven't been resolved. A Top Surgeons "administrator," Thomas Cloud (also a former doctor with a revoked license), said in an interview that the bills were so high because they also covered certain preoperative services and counseling programs. But if that's so it isn't reflected in the itemized accounts listed in the legal complaints.

It's your call on whether to get a lap-band, and on who should do the procedure. But at least now you know more than the billboards told you.

Michael Hiltzik's column appears Sundays and Wednesdays. Reach him at michael.hiltzik@latimes.com, read past columns at www.latimes.com/hiltzik, and follow @latimeshiltzik on Twitter.

ADS BY GOOGLE

**Gastric Lap Band Surgery**
Get Easy Less-Invasive Weight Loss Adjustable Lap Gastric Band Surgery
www.ChapmanCenterForObesity.com

**LAP-BAND Orange County**
Affordable LAP-BAND surgery, expert surgeon, multiple OC locations.
www.OjjakCenter.com

Prev | 1 | 2 | 3

✉ Email   🖨 Print   Digg   Twitter   Facebook   StumbleUpon   Share

FEATURED







A reversal on carbs

Eating more carbs at dinner may help with weight loss and cholesterol levels, a study finds

'Atlas Shrugged' finally comes to the screen, albeit in chunks

**MORE:**

More college graduates are delinquent on repaying student loans

You haven't heard the last of the Louds

A 1-hour fix for the racial achievement gap?

Movie review: 'Atlas Shrugged'

More than a haunch: roast lamb

**Los Angeles Times** Copyright 2011 Los Angeles Times        Index by Keyword | Index by Date | Privacy Policy | Terms of Service

Exhibit "I"

Lap Band | Lap-band promoters' troubled history - Los Angeles Times

Subscribe/Manage Account    Place An Ad    LAT Store    Jobs    Cars    Real Estate    Rentals    More Classifieds    Custom Publishing

# Los Angeles Times

**BUSINESS**                                                                    Search

MONEY & CO.    TECHNOLOGY    PERSONAL FINANCE    SMALL BUSINESS    COMPANY TOWN    JOBS    REAL ESTATE    CARS

YOU ARE HERE: LAT Home → Collections → Business

ADS BY GOOGLE

## Lap-band promoters' troubled history

Recommend    35

0    SU    311

Tweet    1    Digg 1

**March 04, 2010** | Michael Hiltzik

The waiting room of the Beverly Hills surgery clinic was teeming with customers on a recent Saturday, with many of the patients there for the weight-loss operation hawked on freeway billboards, bus placards, and TV and radio commercials across Southern California: 1-800-GET-THIN.

But few, if any, were probably aware of the troubled history of the medical suite where they might be waiting to undergo major surgery.



The lap-band ad campaign includes billboards along Interstate 5 in the... (Glenn Koenig / Los Angeles Times)

ADS BY GOOGLE

### Gastric Sleeve (VSG)

Leading surgeon, All-Inclusive for $8,900. We offer Financing!

www.EndoBariatric.com

Advertisement

### LAP BAND Surgery in SoCal

Highest Rated LAP BAND Surgeon! Before & After Pics, Testimonials

LapBandVIP.com/Surgery

**FROM THE ARCHIVES**

Lap-Band maker Allergan wants it both ways
*January 23, 2011*

Allergan seeks bigger market for Lap-Band weight-loss device
*January 16, 2011*

Scrutiny of Lap-Band enterprise is overdue
*December 19, 2010*

Lap-band patients operate in the dark
*April 18, 2010*

King/Drew Fights to Save Its Residency Program

Suite 106 at 9001 Wilshire Blvd., currently known as the Beverly Hills Surgery Center, has for years been a business address of TopSurgeons, the sponsors of the ubiquitous marketing campaign for the lap-band -- a surgical implant designed to suppress the appetite of obese patients and normally prescribed for those who are at least 75 to 100 pounds overweight.

As I wrote last month, the people behind TopSurgeons are the Omidi brothers -- Julian, whose medical license was revoked in 2009, and Michael, who was placed on three years' probation for gross negligence in 2008, according to the Medical Board of California.

TopSurgeons attracts customers in part by pitching the lap-band to people who, according to conventional medical guidelines, shouldn't need major surgery to shed weight.

The Omidis formerly operated the Wilshire Boulevard facility as the Almont Ambulatory Surgery Center.

Lap Band | Lap-band promoters' troubled history - Los Angeles Times

*September 7, 2003*

**MORE STORIES ABOUT**

Business

Public Health

Column

Accreditation

Almont lost an important federal certification last summer after inspectors determined that conditions there posed "immediate jeopardy to the health and safety" of patients.

The government's cancellation of the clinic's certification, which was effective July 20, meant it could no longer receive payments from Medicare and Medicaid for treating the programs' members.

Separately, the American Assn. for Accreditation of Ambulatory Surgery Facilities had already revoked the clinic's accreditation.

The California Department of Public Health was well aware of health and safety issues at the clinic -- its own staff had performed the inspection for the federal government.

The Medical Board of California was aware of the history of TopSurgeons' owners because it was the agency that had revoked Julian Omidi's license and placed his brother Michael on probation.

Yet state regulators' ability to respond to the actions by the federal government and the accreditation body was limited.

Under state law, no agency has clear jurisdiction over such free-standing ambulatory surgical centers.

ADS BY GOOGLE

**Gastric Lap Band Surgery**
Get Easy Less-Invasive Weight Loss Adjustable Lap Gastric Band Surgery
www.ChapmanCenterForObesity.com

**Micro Body Contouring**
Remove Fat Permanently No Downtime & No Major Surgery
AthenixBody.com

1 | 2 | 3 | 4 | Next

Email    Print    Digg    Twitter    Facebook    StumbleUpon    Share

FEATURED







A reversal on carbs

Women who post lots of photos of themselves on Facebook value appearance, need attention, study finds

The TV Biz: Networks go all out to cover royal wedding

**MORE:**

S&P should avoid political predictions

Eating more carbs at dinner may help with weight loss and cholesterol levels, a study finds

---

**Los Angeles Times** Copyright 2011 Los Angeles Times

Index by Keyword | Index by Date | Privacy Policy | Terms of Service

# Los Angeles Times

**BUSINESS**

Search

MONEY & CO.    TECHNOLOGY    PERSONAL FINANCE    SMALL BUSINESS    COMPANY TOWN    JOBS    REAL ESTATE    CARS

YOU ARE HERE: LAT Home → Collections → Business

ADS BY GOOGLE

**Medical Weight Loss**

Dr. Ravenna Medical Weight Loss Only $6.95 Per Week
medicalweightcontrol.net/

**LAP-BAND Orange County**

Expert LAP-BAND surgeon, multiple locations, great outcomes/prices.
www.OliakCenter.com

(Page 2 of 4)

Recommend  35

# Lap-band promoters' troubled history

0

311

**March 04, 2010** | Michael Hiltzik

Tweet  1    Digg 1

Free-standing surgical centers owned by a physician are exempt from licensing by the Department of Public Health.

For its part, the California Medical Board has no legal oversight over a surgical facility because its legal authority extends only to disciplining individual doctors.

ADS BY GOOGLE

Advertisement



### LAP BAND Surgery in SoCal

Highest Rated LAP BAND Surgeon! Before & After Pics, Testimonials

LapBandVIP.com/Surgery

The federal government's authority is limited to determining whether a clinic can participate in Medicare and Medicaid (in this state, Medi-Cal). Once it does that, its regulatory bolt is shot.

Robert Silverman, an attorney representing the Omidis, points out that his clients "have no involvement in the performance of weight loss surgeries themselves."

So why should you care about them?

For one thing, the business model of free-standing surgery clinics unaffiliated with hospitals is spreading.

These places perform major surgery under general anesthesia, which can be life-threatening.

If there are any holes in the regulatory safety net applicable to such facilities, they need to be closed, but *quick*.

Then there are the particulars of that June inspection report of Almont Ambulatory Surgery Center, which runs for 22 pages. Here are some highlights:

* The inspectors found unsanitary conditions in the surgical areas. Medications and supplies to treat complications from anesthesia were expired or missing, though 23 patients were waiting for surgery.

**FROM THE ARCHIVES**

Lap-band maker Allergan wants it both ways
*January 23, 2011*

Allergan seeks bigger market for Lap-Band weight-loss device
*January 16, 2011*

Scrutiny of Lap-Band enterprise is overdue
*December 19, 2010*

Lap-band patients operate in the dark
*April 18, 2010*

King/Drew Fights to Save Its Residency Program

Lap Band | Lap-band promoters' troubled history - Page 2 - Los Angeles Times

September 7, 2003

**MORE STORIES ABOUT**

Business

Public Health

Column

Accreditation

* Surgical instruments weren't being properly disinfected. Medical supplies that were supposed to have been tossed after use on a single patient were being reused. Two employees had positive tests for tuberculosis, but there was no record that they got required follow-up chest X-rays.

* The crash cart, which carries equipment and supplies for cardiac emergencies, contained opened and expired drugs and supplies, including some more than 4 years old. Other drugs and supplies, including emergency drugs, were months or years past expiration. Filled and inadequately labeled syringes were found in the operating room. Most of the scrub sinks weren't working.

* Patient records, which contain such confidential information as psychological exams, were left where unauthorized people could read them.

That inspection wasn't the only one to turn up problems. The American Assn. for Accreditation of Ambulatory Surgery Facilities, a voluntary association that inspects such facilities to make sure they're safe and properly run, had revoked the facility's accreditation April 4.

ADS BY GOOGLE

**Gastric Lap Band Surgery**
Get Easy Less-Invasive Weight Loss Adjustable Lap Gastric Band Surgery
www.ChapmanCenterForObesity.com

**Gastric Sleeve (VSG)**
Leading surgeon, All-Inclusive for $8,900. We offer Financing!
www.EndoBariatric.com

Prev | 1 | 2 | 3 | 4 | Next

Email    Print    Digg    Twitter    Facebook    StumbleUpon    Share

**FEATURED**







A reversal on carbs

Eating more carbs at dinner may help with weight loss and cholesterol levels, a study finds

'Atlas Shrugged' finally comes to the screen, albeit in chunks

**MORE:**

Ford expands recall of F-150 pickup truck to about 1.2 million vehicles

40 days, 40 nights, no sugar

Wisconsin Gov. Scott Walker's standing is eroding, opponents say, citing poll

'Atlas Shrugged' finally comes to the screen, albeit in chunks

Dental care on a budget

**Los Angeles Times**  Copyright 2011 Los Angeles Times

Index by Keyword | Index by Date | Privacy Policy | Terms of Service

Shanghai   UNITED

Subscribe/Manage Account   Place An Ad   LAT Store   Jobs   Cars   Real Estate   Rentals   More Classifieds   Custom Publishing

# Los Angeles Times

**BUSINESS**   Search

MONEY & CO.   TECHNOLOGY   PERSONAL FINANCE   SMALL BUSINESS   COMPANY TOWN   JOBS   REAL ESTATE   CARS

YOU ARE HERE: LAT Home → Collections → **Business**

ADS BY GOOGLE

(Page 3 of 4)

## Lap-band promoters' troubled history

**March 04, 2010** | Michael Hiltzik

**Recommend** 35   0   311   Tweet 1   Digg

The association's executive director, Jeff Pearcy, told me that it had suspended Almont's credentials a few weeks earlier, after receiving a serious complaint that he wouldn't specify.

During an unannounced visit April 4, its inspectors discovered that surgery was being performed on the premises despite the suspension. Pearcy said his organization promptly informed federal Medicare authorities and the state medical board of its action. Silverman blames those violations on unidentified Almont managers who he said were placed in charge by the Omidis.

ADS BY GOOGLE

## Micro Body Contouring

### Remove Fat Permanently No Downtime & No Major Surgery

AthenixBody.com

Advertisement

## LAP BAND Surgery in SoCal

### Highest Rated LAP BAND Surgeon! Before & After Pics, Testimonials

LapBandVIP.com/Surgery

He said Almont went out of business soon after the revocation of its certification and accreditation.

The clinic's quarters, he maintains, were then taken over by Beverly Hills Surgery Center. Under that name the facility received accreditation as an ambulatory care center in January from a different medical accreditation agency, the Joint Commission.

Silverman maintains that Beverly Hills Surgery Center is "a completely separate entity" from Almont. But he also acknowledged that Julian and Michael Omidi helped launch Almont, and records show both have connections to Beverly Hills Surgery Center.

The Department of Public Health still lists Michael Omidi as 100% owner of the surgery center at Suite 106 at 9001 Wilshire Blvd. and Almont as its corporate name, department spokesman Ralph Montano said Wednesday.

He said the information was filed with the agency in May 2009 and that the center's owners have not updated the filing since.

Julian Omidi, who is identified in Los Angeles County records as president of Almont, is also listed

**FROM THE ARCHIVES**

Lap-Band maker Allergan wants it both ways
*January 23, 2011*

Allergan seeks bigger market for Lap-Band weight-loss device
*January 16, 2011*

Scrutiny of Lap-Band enterprise is overdue
*December 19, 2010*

Lap-band patients operate in the dark
*April 18, 2010*

King/Drew Fights to Save Its Residency Program

Lap Band | Lap-band promoters' troubled history - Page 3 - Los Angeles Times

*September 7, 2003*

**MORE STORIES ABOUT**

Business

Public Health

Column

Accreditation

as president of TopSurgeons Inc., which, as mentioned earlier, also lists its address in state and county business filings as 9001 Wilshire Blvd., Suite 106.

Beverly Hills Surgery Center was registered with the county by Thomas C. Cloud on Oct. 15, 2009, also at 9001 Wilshire Blvd., Suite 106.

Cloud is a business associate of Julian Omidi's, according to legal papers Cloud filed in several lawsuits in Los Angeles Superior Court seeking payments from patients who allegedly did not pay their bills.

Cloud is a former doctor whose license was revoked by the medical board -- for the second time -- in 2001, based on a string of felony convictions, including a 1993 conviction for Medi-Cal fraud that garnered him a sentence of 16 months in state prison.

Silverman says Cloud isn't an employee of TopSurgeons, just "an independent contractor."

ADS BY GOOGLE

**Gastric Lap Band Surgery**

Get Easy Less-Invasive Weight Loss Adjustable Lap Gastric Band Surgery

www.ChapmanCenterForObesity.com

Prev | 1 | 2 | 3 | 4 | Next

Email    🖶 Print    Digg    Twitter    Facebook    StumbleUpon    Share

**FEATURED**







A reversal on carbs

Women who post lots of photos of themselves on Facebook value appearance, need attention, study finds

The TV Biz: Networks go all out to cover royal wedding

**MORE:**

More college graduates are delinquent on repaying student loans

Movie review: 'Atlas Shrugged'

You haven't heard the last of the Louds

A 1-hour fix for the racial achievement gap?

Sahara hotel-casino in Las Vegas to close in May

**Los Angeles Times**   Copyright 2011 Los Angeles Times                Index by Keyword | Index by Date | Privacy Policy | Terms of Service

Dump   the   pump.

Subscribe/Manage Account   Place An Ad   LAT Store   Jobs   Cars   Real Estate   Rentals   More Classifieds   Custom Publishing

# Los Angeles Times

**BUSINESS**

Search

MONEY & CO.   TECHNOLOGY   PERSONAL FINANCE   SMALL BUSINESS   COMPANY TOWN   JOBS   REAL ESTATE   CARS

YOU ARE HERE: LAT Home → Collections → Business

ADS BY GOOGLE

**LAP-BAND Orange County**
Expert LAP-BAND surgeon, multiple locations, great outcomes/prices.
www.OliakCenter.com

**UnitedHealthcare ®**
Health Insurance plan for small to medium sized businesses.
uhc.com/small-business

Advertisement

(Page 4 of 4)

Recommend   35

# Lap-band promoters' troubled history

**March 04, 2010** | Michael Hiltzik

0      311

Tweet      1      Digg 1

Through Silverman, the Omidis refused my request for interviews.

Silverman told me this week that TopSurgeons Inc. no longer conducts any business. There's a TopSurgeons LLC, he says, but it doesn't operate at 9001 Wilshire Blvd.

ADS BY GOOGLE

**LAP BAND Surgery in SoCal**

Highest Rated LAP BAND Surgeon! Before & After Pics, Testimonials

LapBandVIP.com/Surgery

As of Wednesday, however, the California secretary of state's website listed that address as the entity's official address, and the TopSurgeons website listed the location as one of the offices to which it refers patients.

Silverman refused to identify the ownership and management of TopSurgeons LLC but said it's different from TopSurgeons Inc.

Should we take that on faith? I'll just note that when TopSurgeons LLC registered its business name with the county last April it listed the same Wilshire Boulevard surgical suite as its address and named as its registration agent Cindy Omidi, which is the name of Julian and Michael Omidi's mother.

When TopSurgeons LLC filed its business registration with the California secretary of state in 2008, its agent was Thomas Cloud and its address of record was 9001 Wilshire Blvd., Suite 106.

Silverman said there was no "wrongdoing, illegal conduct, or even inappropriate conduct" involved here.

But the public record shows that one or both Omidi brothers have been doing business out of the same location under various corporate names since at least 2005 -- and it's a location that has drawn some not entirely positive attention from health and medical inspectors.

**FROM THE ARCHIVES**

Lap-Band maker Allergan wants it both ways
*January 23, 2011*

Allergan seeks bigger market for Lap-Band weight-loss device
*January 16, 2011*

Scrutiny of Lap-Band enterprise is overdue
*December 19, 2010*

Lap-band patients operate in the dark
*April 18, 2010*

King/Drew Fights to Save Its Residency Program

*September 7, 2003*

If I were even remotely inclined to answer one of t.___"GET THIN" ads, I'd like to know if my regulators were still keeping their eyes on the place.

Michael Hiltzik's column appears Sundays and Wednesdays. Reach him at michael.hiltzik@latimes.com, read previous columns at www.latimes.com/hiltzik, and follow @latimeshiltzik on Twitter.

ADS BY GOOGLE

### Lap Band Surgery

Adjustable Gastric Band Surgery Make An Appointment Today.

www.ChapmanCenterForObesity.com

---

**MORE STORIES ABOUT**

Business

Public Health

Column

Accreditation

---

Prev | 1 | 2 | 3 | **4**

Email    Print    Digg    Twitter    Facebook    StumbleUpon    Share

**FEATURED**



A reversal on carbs



Women who post lots of photos of themselves on Facebook value appearance, need attention, study finds



Wisconsin Gov. Scott Walker's standing is eroding, opponents say, citing poll

**MORE:**

Armadillos pass leprosy to humans, study finds

Sahara hotel-casino in Las Vegas to close in May

25 bodies found in Acapulco, 15 decapitated

FHA mortgages may still beat loans available from private-sector rivals

Smart Fortwo Electric Drive: Half the car for nearly twice the price

---

**Los Angeles Times** Copyright 2011 Los Angeles Times          Index by Keyword | Index by Date | Privacy Policy | Terms of Service

Exhibit "J"

ADVERTISEMENT

I don't want to pay more for my debit card!

Subscribe/Manage Account    Place An Ad    LAT Store    Jobs    Cars    Real Estate    Rentals    More Classifieds    Custom Publishing

# Los Angeles Times

LOCAL   U.S.   WORLD   **BUSINESS**   SPORTS   ENTERTAINMENT   HEALTH   LIVING   TRAVEL   OPINION     Search   [GO]

MONEY & CO.   TECHNOLOGY   PERSONAL FINANCE   SMALL BUSINESS   COMPANY TOWN   JOBS   REAL ESTATE   CARS

YOU ARE HERE: LAT Home → Collections → Business

ADS BY GOOGLE

**Lap-Band Surgery Expert**
Free Insurance Verification! Dont Wait, Change Your Life Now
plasticsurgeryinstituteofcalifornia.com

**Gastric Lap Band Surgery**
Get Easy Less-Invasive Weight Loss Adjustable Lap Gastric Band Surgery
www.ChapmanCenterForObesity.com

## Lap-band patients operate in the dark

*Information about facilities' disciplinary histories is public, but few consumers know how to find it.*

**April 18, 2010 | Michael Hiltzik**

Willie Brooks Jr. was a 35-year-old substitute custodial worker for the Pomona school district when he decided to do something about his weight last year.

The 6-foot-6 Brooks tipped the scale at nearly 300 pounds. He thought he would be in line for a permanent position if he lost a few pounds. So when he noticed the advertising campaign suggesting he find out about weight loss surgery by calling 1-800-GET-SLIM, he followed up.

FOR THE RECORD:
Lap-Band doctor: A column by Michael Hiltzik in the April 18 Business section incorrectly stated that Dr. Michael Omidi, who has been associated with Top Surgeons, the promoter of Lap-Band weight-loss surgery, was placed on probation by the California Medical Board for such acts of "gross negligence" as allowing medical assistants to operate on patients. Although the board did make such accusations, Omidi settled the case by stipulating to having violated state law by performing surgeries on three patients at an unaccredited surgical facility. The board revoked his license but stayed that action for a three-year probationary period. —

ADS BY GOOGLE

Recommend          0          •          0
                              •
                              •

ADVERTISEMENT



FREE TRAINING
Use Real Estate to Build Wealth

Register Now!

**FROM THE ARCHIVES**

Trying to fill a hole in medical clinic regulation
*May 7, 2011*

Scrutiny of Lap-Band enterprise is overdue
*December 19, 2010*

Lap-band promoters' troubled history
*March 4, 2010*

Behind those lap-band ads
*February 14, 2010*

**MORE STORIES ABOUT**

Business

Column

**LAP BAND Surgeons East LA**

Need LAP BAND Doctor in East LA? Highly Rated! PPO, 100% Finance

LapBandVIP.com/Surgeons

Brooks had surgery to implant a lap-band — a silicone ring fitted around the upper stomach to suppress appetite — last June 5 at a surgical facility in Beverly Hills operated by Top Surgeons, the sponsor of those 1-800-GET-THIN and 1-800-GET-SLIM billboards that have become as inescapable on Southern California freeways as smog in summer. He was sent home to Perris with a prescription for oxycodone painkiller and instructions to return in a week.

Three days later, Brooks was dead. At the autopsy, a Riverside County coroner found stomach contents leaking around the edges of the lap-band and more than a liter of pus in his abdomen. On her report she listed the cause of death as "peritonitis due to lap-band procedure due to obesity."

FOR THE RECORD:
Lap-Band surgery: Michael Hiltzik's column in Sunday's Business section said that Willie Brooks, who died after weight-loss surgery at a clinic in Beverly Hills, was 6 feet 6 and nearly 300 pounds when he died. He was 5 feet 6. —

Lap Band | Lap-band patients operate in the dark - Los Angeles Times                              Page 2 of 2

**Los Angeles Times** Copyright 2011 Los Angeles Times

I was thinking about the Brooks family the other day while driving past one of the new billboards Top
Surgeons Follow These Rules for Southland.

The new billboards state: "We only work with pre-screened, fully-inspected and accredited facilities."
They display a huge gold seal reading: "We are committed to PATIENT SAFETY at the highest level!"

ADS BY GOOGLE

**Before and After Photos**

Financing Available, Free Consult Experienced Bariatric Surgeons

www.inlandcosmetic.com

1 | 2 | 3 | 4 | 5 | Next

Email       Print       Digg       Twitter       Facebook       StumbleUpon       Share

**FEATURED**



A reversal on carbs



Women who post lots of
photos of themselves on
Facebook value appearance,
need attention, study finds



Royal wedding fuels
popularity of Dukan diet

**MORE:**

Study links willingness to cheat, viewpoint on God

The TV Biz: Networks go all out to cover royal wedding

Royal wedding dress is fit for a future queen

Lap Band | Lap-band patients operate in the dark - Page 2... - Los Angeles Times                    Page 1 of 2

ADVERTISEMENT



I don't want to pay more for my debit card!

DontMakeUsPay.org

Subscribe/Manage Account    Place An Ad    LAT Store    Jobs    Cars    Real Estate    Rentals    More Classifieds    Custom Publishing

# Los Angeles Times

LOCAL   U.S.   WORLD   **BUSINESS**   SPORTS   ENTERTAINMENT   HEALTH   LIVING   TRAVEL   OPINION          Search   [ GO ]

MONEY & CO.    TECHNOLOGY    PERSONAL FINANCE    SMALL BUSINESS    COMPANY TOWN    JOBS    REAL ESTATE    CARS

YOU ARE HERE: LAT Home → Collections → **Business**

ADS BY GOOGLE

**Excellent Outcomes**
Expert Doctors Lowest Prices in L.A.
www.northridgehospital.org

**Lap Band**
Invest In A Healthier You w/ oBand. For
More Info, Call 702-441-0750
oBandCenters.com

ADVERTISEMENT



FREE TRAINING
Use Real Estate
to Build Wealth

Register Now!

**FROM THE ARCHIVES**

Trying to fill a hole in medical clinic regulation
*May 7, 2011*

Scrutiny of Lap-Band enterprise is overdue
*December 19, 2010*

Lap-band promoters' troubled history
*March 4, 2010*

Behind those lap-band ads
*February 14, 2010*

**MORE STORIES ABOUT**

Business

Column

---

(Page 2 of 5)                                          Recommend

# Lap-band patients operate in the dark

*Information about facilities' disciplinary histories is public, but
few consumers know how to find it.*

**April 18, 2010 | Michael Hiltzik**

These billboards seem to be a response to my previous columns about this hard-sell, high-volume
medical enterprise and the people behind it, the brothers Julian and Michael Omidi.

As I've reported, the California Medical Board revoked Julian Omidi's medical license last year after
finding that he had been intentionally deceitful about his past on his license application. The board also
has placed Michael Omidi on probation for such acts of "gross negligence" as allowing unlicensed
medical assistants to operate on patients.

ADS BY GOOGLE

---

## LAP BAND Surgeons - SoCal

**Highest Rated LAP BAND Surgeons! Before & After Pics, Testimonials**

LapBandVIP.com/Surgeons

---

As for "fully-inspected and accredited facilities," the accreditation of the clinic at 9001 Wilshire Blvd. in
Beverly Hills where Brooks had his surgery was revoked in April 2009 by the American Assn. for the
Accreditation of Ambulatory Surgery Facilities (AAAASF), one of the four accreditation agencies
recognized by the state of California. The federal government terminated the clinic from Medicare and
Medicaid after inspectors produced 22 pages of health violations.

In a lawsuit filed last month in Los Angeles County Superior Court, Willie Brooks' family says he would
never have consented to have surgery at the facility or with Top Surgeons personnel had he known about
some of these issues.

It's plain that Brooks' passing has left a vacuum in the lives of his widow, Okema, and their six children,
ages 14 to 20.

"He was the glue that held the family together," she told me. "Camping, family vacations, sports." The
last family fishing trip was the day before his surgery.

What the family's lawsuit underscores is that the state needs to get information about physicians' and
facilities' disciplinary histories to their patients a lot faster. Much of that information is public, but it
hides in plain sight because few patients know how to find it.

The medical board is taking a step in that direction by requiring doctors' offices to post a large sign
directing patients to its website,

www.medbd.ca.gov, where they can find disciplinary records on every doctor in the state. The regulation will go into effect at the end of June, says the board's interim executive director, Linda Whitney.

The Legislature is also moving, if slowly, to close the holes in state regulation of independent surgical clinics. The regulatory fabric was ripped apart by a 2007 state court ruling that voided the Department of Public Health's oversight of clinics owned by a doctor.

ADS BY GOOGLE

## Weight Loss Surgery

Financing available, free consult Free consultation

www.inlandcosmetic.com

Prev | 1 | 2 | 3 | 4 | 5 | Next

| Email | Print | Digg | Twitter | Facebook | StumbleUpon | Share |

**FEATURED**



A reversal on carbs



Women who post lots of photos of themselves on Facebook value appearance, need attention, study finds



The TV Biz: Networks go all out to cover royal wedding

**MORE:**

Silver prices keep tumbling

Ford expands recall of F-150 pickup truck to about 1.2 million vehicles

S. California's great migration

Dr. Jeffry Life believes he's the picture of health

Autism prevalence study raises questions about Asperger's syndrome

**Los Angeles Times**  Copyright 2011 Los Angeles Times    | Privacy Policy | Terms of Service

Lap Band | Lap-band patients operate in the dark - Page 3 - Los Angeles Times          Page 1 of 2

ADVERTISEMENT



Stand with consumers, not big retailers!
DontMakeUsPay.org

Subscribe/Manage Account   Place An Ad   LAT Store   Jobs   Cars   Real Estate   Rentals   More Classifieds   Custom Publishing

# Los Angeles Times

LOCAL   U.S.   WORLD   **BUSINESS**   SPORTS   ENTERTAINMENT   HEALTH   LIVING   TRAVEL   OPINION          Search   [GO]

MONEY & CO.   TECHNOLOGY   PERSONAL FINANCE   SMALL BUSINESS   COMPANY TOWN   JOBS   REAL ESTATE   CARS

YOU ARE HERE: LAT Home → Collections → Business

ADS BY GOOGLE

**Excellent Outcomes**
Expert Doctors Lowest Prices in L.A.
www.northridgehospital.org

**Weight Loss Procedure**
Lose Weight w/ Easy, Less Invasive Lap
Gastric Bypass or Band Surgery!
www.ChapmanCenterForObesity.com

(Page 3 of 5)

Recommend          0      0

# Lap-band patients operate in the dark

*Information about facilities' disciplinary histories is public, but few consumers know how to find it.*

April 18, 2010 | Michael Hiltzik

But no other agency has been given legal authority to step into the void. A bill sponsored by Sen. Gloria Negrete McLeod (D-Chino) may help. "We're trying to close those holes so no one can sneak through," she told me last week.

A similar bill was vetoed last year by Gov. Arnold Schwarzenegger, who said its improvements to consumer protection were only "marginal."

ADS BY GOOGLE

**LAP BAND Surgery East LA**

Highly Rated LAP BAND Experts- Safe PPO, 100% Finance, Lose Weight Now!

LapBandVIP.com/Surgery

ADVERTISEMENT




TELL SENATOR FEINSTEIN:
I don't want to pay more for my debit card!

TAKE ACTION NOW!

DONTMAKEUSPAY.ORG

**FROM THE ARCHIVES**

Trying to fill a hole in medical clinic regulation
*May 7, 2011*

Scrutiny of Lap-Band enterprise is overdue
*December 19, 2010*

Lap-band promoters' troubled history
*March 4, 2010*

Behind those lap-band ads
*February 14, 2010*

**MORE STORIES ABOUT**

Business

Column

Negrete McLeod says her bill, SB 1150, would end another regulatory shortcoming identified by my reporting: the inconsistencies in the clinic accreditation process.

State law says that (with certain minor exceptions) an outpatient facility performing major surgery such as a lap-band operation must be accredited by one of four nongovernmental agencies recognized by the California Medical Board. But this system offers clinics a lot of wiggle room.

The facility where Brooks got his lap-band was originally accredited as Almont Ambulatory Surgery Center by the Accreditation Assn. for Ambulatory Health Care (AAAHC). That approval ended February 2009 for reasons the association won't disclose. The clinic then received accreditation from a different body, the AAAASF. After that group revoked its accreditation on April 27, 2009, the clinic applied to the San Francisco-based Institute for Medical Quality, but the IMQ rejected its application in May.

For those of you keeping score at home, that's three out of four accreditation agencies. The fourth, which is known as the Joint Commission, last September accredited the facility, which by then was operating under a new corporate name, Beverly Hills Surgery Center. The facility still holds that accreditation.

Interestingly the JC, unlike IMQ and the AAAASF, doesn't examine a facility's prior accreditation history as part of its approval process.

Incidentally, Top Surgeons was claiming on one of its websites as recently as April 6 that its facilities were still accredited by AAAHC, though that hadn't been true for some 13 months. They removed the claim April 7 — the day after I asked them about it.

Lap Band | Lap-band patients operate in the dark - Los Angeles Times                     Page 2 of 2

**Los Angeles Times**   Copyright 2011 Los Angeles Times

Negrete McLeod is concerned that the system allows a facility with quality issues to go accreditation-shopping. Under her bill, the suspension or revocation of a facility's approval by one agency would be binding on the other: "If one body refuses or denies or revokes accreditation, you're not going to be allowed to look for another," she said.

Index by Keyword | Index by Date

ADS BY GOOGLE

**Before and After Photos**

**Financing Available, Free Consult Experienced Bariatric Surgeons**

www.inlandcosmetic.com

Prev | 1 | 2 | 3 | 4 | 5 | Next

| Email | Print | Digg | Twitter | Facebook | StumbleUpon | Share |

**FEATURED**


A reversal on carbs


Women who post lots of photos of themselves on Facebook value appearance, need attention, study finds


Royal wedding fuels popularity of Dukan diet

**MORE:**

Dual-language immersion programs growing in popularity

S. California's great migration

Royal wedding dress is fit for a future queen

The feathered look in hair

Food truck makers revived by gourmet trend

Lap-Band | Lap-band patients operate in the dark - Page 3 - Los Angeles Times          Page 1 of 2

**ADVERTISEMENT**



**TELL SENATOR FEINSTEIN:**
I don't want to pay more for my debit card!

**TAKE ACTION NOW!**
DONTMAKEUSPAY.ORG

# Los Angeles Times

ADS BY GOOGLE

**Lap Band**

**Invest In A Healthier You w/ oBand.**
For More Info, Call 702-441-0750

oBandCenters.com

**ADVERTISEMENT**



**TELL SENATOR FEINSTEIN:**
I don't want to pay more for my debit card!

**TAKE ACTION NOW!**
DONTMAKEUSPAY.ORG

**FROM THE ARCHIVES**

Trying to fill a hole in medical clinic regulation
*May 7, 2011*

Scrutiny of Lap-Band enterprise is overdue
*December 19, 2010*

Lap-band promoters' troubled history
*March 4, 2010*

Behind those lap-band ads
*February 14, 2010*

**MORE STORIES ABOUT**

Business

Column

(Page 4 of 5)

Recommend    0    0

## Lap-band patients operate in the dark

*Information about facilities' disciplinary histories is public, but few consumers know how to find it.*

**April 18, 2010 | Michael Hiltzik**

Another provision under consideration is making sure that reports of clinics' health violations get publicly disseminated.

In their lawsuit alleging medical malpractice and wrongful death, Brooks' widow, Okema, and six children note that the flunked inspection of the Top Surgeons clinic and its termination by Medicare and Medicaid occurred before his surgery. The lawsuit says Top Surgeons and the clinic didn't meet the proper standard of medical care in treating Brooks, which it calls negligence, and that by not disclosing its regulatory history to him it committed fraud.

ADS BY GOOGLE

### LAP BAND Surgery in SoCal

**Highest Rated LAP BAND Surgeon! Before & After Pics, Testimonials**

LapBandVIP.com/Surgery

The lawsuit also says Top Surgeons knew that Brooks' surgeon, George Tashjian, was under investigation for gross misconduct.

Indeed, the California Medical Board began formal proceedings Nov. 3 to revoke Tashjian's medical license, accusing him of grossly negligent treatment of three patients, two of whom died. Those cases occurred in 2006 at Glendale Memorial Hospital and Health Center. The board contends that, among other things, Tashjian failed to respond promptly to signs that the patients were suffering from infections or other complications.

Tashjian faces a July 21 administrative hearing. In an e-mail to me he called it "an unverified and unproven accusation to which I have valid defenses."

Although the board's formal accusations are posted on its website, Brooks would not have learned about the case against Tashjian even if he checked because the accusation was not filed until more than four months after his surgery. But the accusation concerns cases dating back to 2006, which suggests that the board's disciplinary cases should move faster and that some way should be found to alert patients when an investigation is under way.

According to the family members' lawsuit, Brooks experienced virtually nonstop pain and nausea in the days following his operation. They claim they placed five calls to Top Surgeons but no one there told him

to come in for examination or to go to the hospital. Their lawsuit also claims they were never able to reach Tashjian.

**Los Angeles Times**   Copyright 2011 Los Angeles Times   | Privacy Policy | Terms of Service

ADS BY GOOGLE

Index by Keyword | Index by Date

**Before and After Photos**

Financing Available, Free Consult Experienced Bariatric Surgeons

www.inlandcosmetic.com

Prev | 1 | 2 | 3 | 4 | 5 | Next

| Email | Print | Digg | Twitter | Facebook | StumbleUpon | Share |

**FEATURED**



A reversal on carbs



Women who post lots of photos of themselves on Facebook value appearance, need attention, study finds



The TV Biz: Networks go all out to cover royal wedding

**MORE:**

Immigration reform? Think civil rights struggle, and 'keep praying,' Obama says

Study links willingness to cheat, viewpoint on God

The unraveling of the Schwarzenegger-Shriver marriage

Dental care on a budget

Sahara hotel-casino in Las Vegas to close in May

Lap Band | Lap-band patients operate in the dark - Page 5 - Los Angeles Times          Page 1 of 2



ADVERTISEMENT

I don't want to pay more for my debit card!

Subscribe/Manage Account   Place An Ad   LAT Store   Jobs   Cars   Real Estate   Rentals   More Classifieds   Custom Publishing

# Los Angeles Times

LOCAL   U.S.   WORLD   **BUSINESS**   SPORTS   ENTERTAINMENT   HEALTH   LIVING   TRAVEL   OPINION          Search   `GO`

MONEY & CO.   TECHNOLOGY   PERSONAL FINANCE   SMALL BUSINESS   COMPANY TOWN   JOBS   REAL ESTATE   CARS

YOU ARE HERE: LAT Home → Collections → Business

ADS BY GOOGLE

**Lap Band**
Invest In A Healthier You w/ oBand. For More Info, Call 702-441-0750
oBandCenters.com

**Excellent Outcomes**
Expert Doctors Lowest Prices in L.A.
www.northridgehospital.org

(Page 5 of 5)

Recommend

## Lap-band patients operate in the dark

*Information about facilities' disciplinary histories is public, but few consumers know how to find it.*

**April 18, 2010** | Michael Hiltzik

None of the defendants, including Top Surgeons, has filed a formal answer to the lawsuit. But attorney Stephen J. Goldberg, who says he represents Michael Omidi and the Almont facility, said that nothing in the lawsuit suggests that the condition of the clinic had anything to do with Brooks' death. Goldberg contends that any gastric tear discovered by the coroner might have happened post-operatively, perhaps during a bout of vomiting, and says there were no evident complications when Brooks was sent home.

In an e-mail to me, Tashjian noted the coroner's observation that Brooks resisted his wife's entreaties to go to the hospital. "We were not given a chance to intervene and possibly prevent this outcome," he wrote.

ADS BY GOOGLE

ADVERTISEMENT

**WE'RE LOWERING THE COST OF EXPANDING YOUR TOOLSHED**



LEARN MORE ›

More saving. **More doing.**

**FROM THE ARCHIVES**

Trying to fill a hole in medical clinic regulation
*May 7, 2011*

Scrutiny of Lap-Band enterprise is overdue
*December 19, 2010*

Lap-band promoters' troubled history
*March 4, 2010*

Behind those lap-band ads
*February 14, 2010*

**MORE STORIES ABOUT**

Business

Column

**LAP BAND Surgeons East LA**

Need LAP BAND Doctor in East LA? Highly Rated! PPO, 100% Finance

LapBandVIP.com/Surgeons

Of course, if Willie Brooks had access before his operation to everything that has surfaced since then about the clinic and his doctor, perhaps no intervention would have been necessary, because he would have gone elsewhere for surgery.

Top Surgeons wants you to believe that things have changed at the surgical facility since Brooks' operation. Atul Madan, who became its medical director on Oct. 1, told me by e-mail last week that he had "established formal protocols" for patient care and instituted "in-service education of all staff," among other improvements. He said the facility had passed several inspections, a sign that it's "clean, safe, and professional."

For weeks, Madan has refused my requests for an interview. Among the questions I'd hope to ask him is why his facility's accreditation by the AAAHC was misrepresented on the Top Surgeons website on his watch. I'd also ask how he feels about Top Surgeons marketing major surgery as a "safe, 1-hour" procedure, especially to patients whose health is typically compromised by a high risk of "diabetes, hypertension, heart disease, stroke and arthritis" (his words).

If Sacramento achieves anything this year, it should close the regulatory loopholes enjoyed by outpatient surgical clinics and require greater disclosure of problems. As long as there are billboards and TV jingles

to advertise can't-miss surgical remedies for serious medical problems like obesity, people will respond to them. But how many more cases like Willie Brooks do we want to see filed?

**Los Angeles Times**   Copyright 2011 Los Angeles Times   | Privacy Policy | Terms of Service

Michael Hiltzik's column appears Sundays and Wednesdays. Reach him at mhiltzik@latimes.com, read past columns at www.latimes.com/hiltzik, and follow @latimeshiltzik on Twitter.

Index by Keyword | Index by Date

ADS BY GOOGLE

**Before and After Photos**

Financing Available, Free Consult Experienced Bariatric Surgeons

www.inlandcosmetic.com

Prev | 1 | 2 | 3 | 4 | 5

Email      Print      Digg      Twitter      Facebook      StumbleUpon      Share

FEATURED







A reversal on carbs

Women who post lots of photos of themselves on Facebook value appearance, need attention, study finds

Royal wedding fuels popularity of Dukan diet

**MORE:**

Georgia passes immigration bill similar to Arizona's

Manny Pacquiao, and fight fans, are irked at Shane Mosley's performance

U.S. releases videos of Osama bin Laden

California's food stamp participation rate is nation's second-lowest

The rise of tablet computers

Exhibit "K"

Allergan CEO criticizes Lap-Band billboards - Los Angeles Times                    Page 1 of 2

ADVERTISEMENT



RETURN TO SCHOOL WITH A GRANT? SEE IF YOU QUALIFY.   CLICK YOUR AGE:

Subscribe/Manage Account   Place An Ad   LAT Store   Jobs   Cars   Real Estate   Rentals   More Classifieds   Custom Publishing

# Los Angeles Times

LOCAL   U.S.   WORLD   BUSINESS   SPORTS   ENTERTAINMENT   HEALTH   LIVING   TRAVEL   OPINION        Search   [go]

MONEY & CO.   TECHNOLOGY   PERSONAL FINANCE   SMALL BUSINESS   COMPANY TOWN   JOBS   REAL ESTATE   CARS

YOU ARE HERE: LAT Home → Collections → **Business**

ADS BY GOOGLE

## Allergan CEO criticizes Lap-Band billboards

*David Pyott says the independently run ad campaign uses wording that the weight-loss device maker would not. An attorney for the marketing firm that funds the signs says they already contain disclosures about the risks.*

**February 03, 2011** | By Stuart Pfeifer, Los Angeles Times

The chief executive of Lap-Band maker Allergan Inc. said he doesn't support an independently run Southern California billboard marketing campaign that promotes the weight-loss surgery with slogans such as: "Diets fail! The Lap-Band works!"

"That isn't the wording I would use. We put patients' welfare and safety at the top, so I wouldn't support it," David E.I. Pyott said in an interview Wednesday.

ADS BY GOOGLE

### Lap-BandVIP Official Site

Highest Rated LAP BAND Surgeons! Before & After Pics, Testimonials

LapBandVIP.com

Recommend

2                              0

Allergan CEO David Pyott said the company will advise surgeons that any... (Mariah Tauger, Los Angeles Times)

### LAP-BAND Orange County

Expert LAP-BAND surgeon, multiple locations, great outcomes/prices.

www.OliakCenter.com

ADVERTISEMENT



See what the Sales Cloud can do for your company

View a demo now

**FROM THE ARCHIVES**

FDA's Lap-Band decision is a boon for Allergan
*February 17, 2011*

Lap-Band maker Allergan wants it both ways
*January 23, 2011*

Allergan seeks bigger market for Lap-Band weight-loss device
*January 16, 2011*

Scrutiny of Lap-Band enterprise is overdue
*December 19, 2010*

Lap-band patients operate in the dark
*April 18, 2010*

**MORE STORIES ABOUT**

Business

The Irvine company does not fund the 1-800-GET-THIN ads that were created by a marketing company that directs prospective patients to clinics that perform the weight-loss procedure using Allergan's device. The Lap-Band is a silicone ring that's surgically fitted over part of the stomach to discourage overeating.

Pyott's statements mark the first time the chief executive has publicly questioned the high-profile advertising campaign. His remarks came as the Food and Drug Administration considers Allergan's request to allow the surgery on less-obese patients, a decision that would add millions more Americans to the pool of potential customers.

Pyott said Allergan is in the process of producing guidelines to be distributed to surgeons advising them that any advertising should include clear statements about the risk associated with the stomach-banding surgery.

Although the guidelines would not be binding, Pyott said he hoped to prevent the billboard marketing campaign from spreading to other regions of the United States. He did not say when the company would distribute its advertising recommendations.

**Los Angeles Times**   Copyright 2011 Los Angeles Times

Index by Keyword | Index by Date

The weight-loss surgery advertising campaign is conducted by a marketing company called 1-800-GET-THIN. People who call the toll-free number are screened and some eligible patients are referred to facilities that perform the Lap-Band procedure, said Robert Silverman, an attorney who said he represents the marketing company.

"Like Allergan, 1-800-GET-THIN is fully committed to patient safety and full compliance with all legal requirements associated with the marketing of the Lap-Band medical device," Silverman said in an e-mail statement. "All new television, radio and billboard ads already contain specific disclosures that address the risks associated with the Lap-Band procedure.

ADS BY GOOGLE

### Lap Gastric Band Surgery

An Easy, Less-Invasive Weight Loss. Adjustable Lap Band Surgery!

www.ChapmanCenterForObesity.com

1 | 2 | Next

Email        Print        Digg        Twitter        Facebook        StumbleUpon        Share

**FEATURED**



A reversal on carbs



Women who post lots of photos of themselves on Facebook value appearance, need attention, study finds



The TV Biz: Networks go all out to cover royal wedding

**MORE:**

Wisconsin Gov. Scott Walker's standing is eroding, opponents say, citing poll

What to consider about weight-loss surgery

NCAA tournament predictions: How the four regionals will play out

Exhibit "L"

Lap-Band surgeon under review in 2nd patient death - Los Angeles Times                                              Page 1 of 2

ADVERTISEMENT

Subscribe/Manage Account    Place An Ad    LAT Store    Jobs    Cars    Real Estate    Rentals    More Classifieds    Custom Publishing

# Los Angeles Times

LOCAL   U.S.   WORLD   BUSINESS   SPORTS   ENTERTAINMENT   HEALTH   LIVING   TRAVEL   OPINION

MONEY & CO.    TECHNOLOGY    PERSONAL FINANCE    SMALL BUSINESS    COMPANY TOWN    JOBS    REAL ESTATE    CARS

Search  [ GO ]

YOU ARE HERE: LAT Home → Collections → Business

ADS BY GOOGLE



Cloud IVR

Free Trial

## Lap-Band surgeon under review in 2nd patient death

*State medical board is scrutinizing Dr. Atul Madan's 'quality of care,' survivors told.*

**February 05, 2011** | By Stuart Pfeifer, Los Angeles Times

The Medical Board of California is reviewing the care that a surgeon provided to a Lawndale woman who died in late December shortly after she was implanted with the Lap-Band weight-loss device, according to board records.

Tamara Walter, 52, went into cardiac arrest Dec. 23 after surgery at a Beverly Hills clinic and was rushed to nearby Cedars-Sinai Medical Center, where she died three days later, said her sister, Betty Brown.

ADS BY GOOGLE

Recommend

0                    0

ADVERTISEMENT

Shop Now, Pay Later!

With low monthly payments!

APPLY TODAY

FINGERHUT.

### Toyota Models Recognized

5 Toyota Models are Awarded as 2010 IIHS Top Safety Picks. Read More!
www.Toyota.com

**FROM THE ARCHIVES**

Lap-Band clinic sued over death
*February 11, 2011*

Scrutiny of Lap-Band enterprise is overdue
*December 19, 2010*

Lap-band patients operate in the dark
*April 18, 2010*

**MORE STORIES ABOUT**

Business

The surgery was performed by Dr. Atul Madan, who is now the subject of two medical board investigations related to patients who died after Lap-Band procedures he performed, according to medical board correspondence with surviving relatives. In letters to the dead patients' families, the board said it was reviewing the "quality of care" that Madan provided.

The other case involved Ana Renteria, a 33-year-old office worker who died in February 2010, days after Lap-Band surgery performed by Madan at the same facility, the Beverly Hills Surgery Center. The Los Angeles County coroner's office concluded that Renteria "died due to complications from laparoscopic gastric band placement" and hernia repair, according to an autopsy report. Diabetes was a contributing condition, the report said.

The coroner's office has not yet determined Walter's cause of death, said Ed Winter, the county's assistant chief coroner.

A spokeswoman for the medical board declined to discuss the investigations, citing privacy restrictions. However, the medical board disclosed the investigations in letters that it mailed to relatives of the two deceased patients.

Madan declined to comment on the investigations, saying in an e-mail to The Times: "It would be highly inappropriate for me or any physician to discuss the medical care received by any specific patient with any journalist. But more importantly, I believe that it is equally inappropriate for any journalist to request protected confidential medical information about any patient from any physician."

Lap-Band surgeon under review in 2nd patient death - Los Angeles Times                    Page 2 of 2

Walter is the third patient to have died shortly after undergoing Lap-Band surgery performed at the
Beverly Hills clinic, which is located in Suite 106 at 9001 Wilshire Blvd. and has operated under different

**Los Angeles Times**  Copyright 2011 Los Angeles Times in Privacy Policy | Terms of Service

ADS BY GOOGLE
Index by Keyword | Index by Date

**NYTimes Online Packages**

Get Digital Access To The New York Times Today. 99c For First 4 Weeks

www.NYTimes.com

1 | 2 | 3 | Next

Email      Print      Digg      Twitter      Facebook      StumbleUpon      Share

FEATURED







A reversal on carbs

Women who post lots of
photos of themselves on
Facebook value appearance,
need attention, study finds

Wisconsin Gov. Scott
Walker's standing is eroding,
opponents say, citing poll

**MORE:**

What to consider about weight-loss surgery

NCAA tournament predictions: How the four regionals will play out

Lap-Band surgeon under review in 2nd patient death - Page 2 - Los Angeles Times          Page 1 of 2

ADVERTISEMENT

# Los Angeles Times

LOCAL   U.S.   WORLD   BUSINESS   SPORTS   ENTERTAINMENT   HEALTH   LIVING   TRAVEL   OPINION          Search   GO

MONEY & CO.    TECHNOLOGY    PERSONAL FINANCE    SMALL BUSINESS    COMPANY TOWN    JOBS    REAL ESTATE    CARS

YOU ARE HERE: LAT Home → Collections → Business

ADS BY GOOGLE

**Lap Band Surgery w PPO**
Las Vegas Lap Band Surgery Center Free
Ins Verification 702-441-0750
oBandCenters.com

**Gastric Bypass Surgery**
Orange Coast Memorial Obesity Ctr. Call
Now to Schedule Free Consult.
www.memorialcare.org

(Page 2 of 3)

## Lap-Band surgeon under review in 2nd patient death

Recommend    0    0

*State medical board is scrutinizing Dr. Atul Madan's 'quality of care,' survivors told.*

**February 05, 2011** | By Stuart Pfeifer, Los Angeles Times

Willie Brooks, a 35-year-old school custodian, died in June 2009, three days after his operation there by surgeon George Tashjian. The Riverside County coroner attributed Brooks' death to "peritonitis due to Lap-Band procedure due to obesity." Brooks' family is suing the clinic and the doctor. The lawsuit is scheduled for trial June 21. The defendants have denied wrongdoing.

ADS BY GOOGLE

## LAP BAND Surgery in SoCal

### Highest Rated LAP BAND Surgeons! Before & After Pics, Testimonials

LapBandVIP.com/Surgery

ADVERTISEMENT



**FROM THE ARCHIVES**

Lap-Band clinic sued over death
*February 11, 2011*

Scrutiny of Lap-Band enterprise is overdue
*December 19, 2010*

Lap-band patients operate in the dark
*April 18, 2010*

**MORE STORIES ABOUT**

Business

The Beverly Hills Surgery Center is one of several clinics that receives referrals from patients who call a toll-free number, 1-800-GET-THIN, advertised on billboards throughout Southern California.

Those billboards, as well as television spots, had attracted Walter, who was 5-feet-2 and about 240 pounds and had struggled for years to lose weight, said the woman's longtime friend, Patti DenBesten.

"They did free insurance checks. They made it sound very easy," DenBesten said. "I said, 'You should call. Go for it.' She had tried diets, but no matter what she did she couldn't lose the weight."

The Beverly Hills Surgery Center so far has refused to provide Walter's family with records about her treatment, said Kathryn Trepinski, an attorney representing Walter's family.

Robert Silverman, an attorney who represents the surgery center, said the clinic had released the records to the coroner but would not release them to Trepinski until she can prove that Brown is "the party entitled to the medical records." Walter was divorced and had no children. Brown has applied to become administrator of her estate, Trepinski said.

Silverman added that Madan is a "world-renowned surgeon" who educates colleagues about weight-loss surgery through courses and publications. Madan performed 660 Lap-Band procedures in 2010 and has done more than 2,000 of the surgeries since 2002, Silverman said.

"There are no facts to connect Ms. Renteria's death to the surgery performed by Dr. Madan," Silverman said in an e-mail. "There are also no facts that connect the death of Ms. Walter to the surgery of Dr.

**Los Angeles Times**   Copyright 2011 Los Angeles Times   | Privacy Policy | Terms of Service

Silverman said he expects the coroner to conclude that "the death of Ms. Walter is solely related to an adverse reaction to the general anesthesia, an unfortunate but known risk associated with its use."

ADS BY GOOGLE

### Cost of Lap Band Surgery?

Expert Surgeons, Excellent Results Financing Options & Cash Rates.

www.ChapmanCenterForObesity.com

Prev | 1 | 2 | 3 | Next

| Email | Print | Digg | Twitter | Facebook | StumbleUpon | Share |

**FEATURED**







A reversal on carbs

Women who post lots of photos of themselves on Facebook value appearance, need attention, study finds

Wisconsin Gov. Scott Walker's standing is eroding, opponents say, citing poll

**MORE:**

Wisconsin Gov. Scott Walker's standing is eroding, opponents say, citing poll

Advice on hormone replacement therapy continues to evolve

Should there be a 'fat tax'?

White House fears gas prices could tank Obama

Fox gives Glenn Beck's show the boot

Lap-Band surgeon under review in 2nd patient death - Page 3 - Los Angeles Times          Page 1 of 2

ADVERTISEMENT

Subscribe/Manage Account   Place An Ad   LAT Store   Jobs   Cars   Real Estate   Rentals   More Classifieds   Custom Publishing

# Los Angeles Times

LOCAL   U.S.   WORLD   BUSINESS   SPORTS   ENTERTAINMENT   HEALTH   LIVING   TRAVEL   OPINION          Search   [GO]

MONEY & CO.   TECHNOLOGY   PERSONAL FINANCE   SMALL BUSINESS   COMPANY TOWN   JOBS   REAL ESTATE   CARS

YOU ARE HERE: LAT Home → Collections → Business

ADS BY GOOGLE

**Lap Band**
Adjustable Gastric Band Surgery Make An Appointment Today.
www.ChapmanCenterForObesity.com

**Kaiser 2011 Rates**
Lowest rates on Kaiser Permanente plans. Starting at $75 a month!
KaiserQuotes.com

ADVERTISEMENT



**FROM THE ARCHIVES**

Lap-Band clinic sued over death
*February 11, 2011*

Scrutiny of Lap-Band enterprise is overdue
*December 19, 2010*

Lap-band patients operate in the dark
*April 18, 2010*

**MORE STORIES ABOUT**

Business

(Page 3 of 3)

Recommend

# Lap-Band surgeon under review in 2nd patient death

*State medical board is scrutinizing Dr. Atul Madan's 'quality of care,' survivors told.*

**February 05, 2011** | By Stuart Pfeifer, Los Angeles Times

Coroner's officials have said that Walter's Lap-Band device appeared to have been implanted correctly and did not contribute to her death, Trepinski said. In a complaint to the medical board on behalf of Walter's family, Trepinski focused on Walter's post-surgery recovery at Beverly Hills Surgery Center. Walter removed her breathing tube twice and then went into cardiac arrest, according to the complaint. Walter was brain dead when she arrived at Cedars-Sinai, Trepinski told The Times.

ADS BY GOOGLE

**LAP BAND Surgery in SoCal**

Highest Rated LAP BAND Surgeons! Before & After Pics, Testimonials
LapBandVIP.com/Surgery

Madan told Walter's family in a meeting at Cedars-Sinai that Walter had twice removed her breathing tube at Beverly Hills Surgery Center following her procedure, Trepinski said.

Trepinski said she believes that Beverly Hills Surgery Center medical staff should have restrained Walter's arms after reinserting her breathing tube the first time.

"She may have been insufficiently sedated or not monitored," Trepinski said. "My understanding is there should be monitoring. After the first extubation, there should have been restraints."

Mark Dershwitz, a professor of anesthesiology at the University of Massachusetts Medical School in Worcester, Mass., said doctors should take several steps to make sure a patient who has removed a breathing tube does not remove it again, which could include restraining patients' arms with cloth straps or sedating them. Nurses should also closely monitor recovering patients, he said. Dershwitz said he was not familiar with the Walter case and was speaking only about generally accepted practices.

"Obviously, restraints are used when it's necessary to protect a patient from themselves," Dershwitz said.

Walter, an assistant manager at a Vons supermarket in Torrance, was thrilled about the pending surgery and was looking forward to improving her health and appearance, said Brown, her sister. Walter suffered from sleep apnea and had high blood pressure but was otherwise in good health, her sister said.

Case 2:11-cv-00505-ODW -E   Document 17-1   Filed 07/01/11   Page 136 of 157   Page ID
Lap-Band surgeon under review in 2nd patient death: Page 3 - Los Angeles Times          Page 2 of 2
#:964

"Her weight, she wasn't happy with it. It made her feel ugly," Brown said. "Things were finally going well for her. She bought a house. She was looking forward to traveling. The last thing was losing the weight."

**Los Angeles Times**   Copyright 2011 Los Angeles Times   | Privacy Policy | Terms of Service

Caroline Van Hove, a spokesman for Allergan, the Lap-Band manufacturer, said the company's "deepest condolences go out to the family of Tamara Walter." The company will investigate to determine whether the device in any way was a contributing factor, Van Hove said.

She said studies have shown that the mortality rate from Lap-Band surgery is 0.05% or 1 in 2,000.

*stuart.pfeifer@latimes.com*

ADS BY GOOGLE

### Dupuytren's Contracture

Learn About Treatment Options And Important Information.
DCOption.com

Prev | 1 | 2 | 3

| Email | Print | Digg | Twitter | Facebook | StumbleUpon | Share |

**FEATURED**







A reversal on carbs

Women who post lots of photos of themselves on Facebook value appearance, need attention, study finds

The TV Biz: Networks go all out to cover royal wedding

**MORE:**

Wisconsin Gov. Scott Walker's standing is eroding, opponents say, citing poll

More college graduates are delinquent on repaying student loans

Hot Property: Jack Nicholson lists 70-acre Malibu property at $4.25 million

Movie review: 'Atlas Shrugged'

Linda Evans sells home in Beverly Hills Post Office area

# Exhibit "M"

Like 61K   Subscribe/Manage Account   Place Ad   LAT Store   Jobs   Cars   Real Estate   Rentals   Classifieds   Custom Publishing

# Los Angeles Times   BUSINESS

BUSINESS   ...   HEALTH   LIVING   TRAVEL   OPINION   ...   Week Ad

MONEY & CO.   TECHNOLOGY   PERSONAL FINANCE   SMALL BUSINESS   COMPANY TOWN   JOBS   REAL ESTATE   CARS

IN THE NEWS:   POPE JOHN PAUL II  |  L.A. WEATHER  |  ROYAL WEDDING  |  TORNADOES  |  FESTIVAL OF BOOKS

Search

## Lap-Band clinic is sued over death

**A Simi Valley woman is the fourth Southern California patient to die after having the weight-loss surgery, according to claims.**

    

Recommend 128   Tweet 61   Share 178   (11)



Laura Faitro, shown with her husband, John, died five days after undergoing Lap-Band surgery.

ADS BY GOOGLE

**Designer Home Decor Sale**
Save up to 70% on Top Brands for the Home, Gifts & More. Join Today!
www.OneKingsLane.com

**The 9mm is No Defense**
Discover What Military Operatives

By Stuart Pfeifer, Los Angeles Times
*February 10, 2011 | 9:21 p.m.*

A fourth Southern California patient has died following Lap-Band weight-loss surgery at a clinic connected to the pervasive 1-800-GET-THIN advertising campaign, according to a lawsuit filed by the patient's husband.

**L.A. Times on Facebook**   Like 61K

Create an account or **log in** to see what your friends are recommending.

**Memo to Trump: You're fired**
2,258 people shared this.

**Study links willingness to cheat, viewpoint on God**

advertisement

as of

| | |
|---|---|
| **DJIA** | 12810.54 +47.23 |
| **NASDAQ** | 2873.54 +1.01 |
| **S&P500** | 1363.61 +3.13 |

QUOTE: Symbol or Name   GO

**In Case You Missed It...**

Mike Tyson's tattoo artist sues over ink in 'The

& The Army Don't Want You To Know
www.CloseCombatTraining.com

Assessment Center Prep
Position yourself for success in your next Police Department exam.
www.frgtesting.com

Laura Faitro of Simi Valley died July 26, 2010, five days after surgery at Valley Surgical Center in West Hills. Three other patients have died shortly after surgery at an associated center in Beverly Hills, relatives have alleged in lawsuits and interviews.

Prospective patients are referred to surgery clinics after calling a toll-free number, said Robert Silverman, an attorney who represents the two clinics and 1-800-GET-THIN, which advertises on Southern California billboards, buses, on television and through direct mail. The Lap-Band is a silicone ring that is surgically fitted over part of the stomach to discourage overeating.

**FOR THE RECORD:**
Lap-Band lawsuits: A Business article that appeared online Feb. 10 and in print Feb. 11 about lawsuits filed against marketing company 1-800-GET-THIN reported that the Medical Board of California, in revoking Julian Omidi's license to practice medicine, accused him of failing to disclose that he had attended UC Irvine, which expelled him in 1990, and that he pleaded guilty to commercial burglary in Orange County in 1991. Both of these accusations were made by the board, but a subsequent court proceeding found that Omidi reasonably relied on the advice of his attorneys in failing to disclose the burglary conviction, which was dismissed after he completed probation and community service. In its final order revoking Omidi's license, the medical board included references to the burglary for "historical context," but the revocation itself was based on Omidi's failure to disclose his attendance at UCI. The article also reported that in a separate action the Medical Board of California accused Julian Omidi's brother, Dr. Michael Omidi, of being "grossly negligent" in the treatment of three liposuction patients. The board did make that accusation, but Omidi settled the case by agreeing that he had violated state law by performing surgeries on three patients at an unaccredited surgical facility. The board revoked Michael Omidi's license but stayed that action for three years' probation.
—

Faitro, 55, was in intense pain after the July 21 surgery and sought follow-up treatment at Simi Valley Hospital, where she died, said her husband, John Faitro. He filed a medical malpractice and wrongful death lawsuit Feb. 3 against surgeons Ihsan Shamaan and Kevork George Tashjian, 1-800-GET-THIN, Valley Surgical Center, Simi Valley Hospital and doctors who treated her there.

Faitro's liver was lacerated three times during the Lap-Band procedure at Valley Surgical Center, but she was discharged from the surgery center several hours later without being informed of the injury, according to the lawsuit. Faitro's death certificate lists heart failure as the cause of death, with liver laceration and morbid obesity as contributing factors.

An autopsy report said Faitro had more than 3 liters of bloody fluid in her abdominal cavity. Before her death, doctors at Simi Valley Hospital had diagnosed her with sepsis, a bacterial infection of the bloodstream, in her abdomen, according to the autopsy report last year by the Ventura County coroner. She had been treated with antibiotics, the report said.

In an interview, John Faitro said he was upset that the surgeons at Valley Surgical Center did not tell his wife that her liver had been lacerated during the Lap-Band procedure. He said he is blind, diabetic and a kidney dialysis patient, and that his wife was his principal caretaker.

"They took my wife away and they keep doing these surgeries like nothing happened," he said. "If they would have just told me [that her liver had been cut] I would have called the paramedics."

Silverman blamed Faitro's death on advanced heart disease and the care she received at Simi Valley Hospital after the surgery. He said the Lap-Band device was properly implanted.

"There is no reason to comment on the liver laceration as it was not a cause of death," Silverman said


Hangover 2'


Tribute to fallen Marines at Camp Pendleton |
Photos


Photos: Celebritys' Twitter reactions to the royal wedding


Mexico extradites drug kingpin to the U.S.

The Latest NEWS AS IT HAPPENS

Critic's Notebook: Who owns Gershwin? - Culture Monster 04/30/2011. 2:00 p.m.

Festival of Books: Personal beliefs + science = what? Authors examine why we believe what we believe - Jacket Copy 04/30/2011. 1:48 p.m.

Syrian forces told to use 'any means necessary' to crush rebellion in Dara - L.A. Times - World News 04/30/2011. 1:46 p.m.

Metal Mulisha racer Jeff 'Ox' Kargola dies in Mexico motocross event - L.A. Now 04/30/2011. 1:34 p.m.

L.A. Times Book Prize winner Jennifer Egan and other fiction writers debate the boundaries of form - Jacket Copy 04/30/2011. 1:32 p.m.

advertisement

Credit Scores:

  A good credit score is above 700
See Your 3 FREE Credit Scores
TransUnion.  Experian  EQUIFAX

**MOST VIEWED | MOST COMMENTED**

Harry Jackson dies at 87; western artist created famed John Wayne sculpture

Made homeless by tornado, Alabama victims ponder their next moves

Tornadoes' death toll at 340 and rising

'Birther' blather lives on

Tears are mixed with pride at Camp Pendleton memorial for fallen Marines

in an e-mail statement.

He continued, "It would appear that Ms. Faitro died of non-Lap Band related issues due to her extremely poor overall health condition."

Faitro's surgeons, Shamsan and Tashjian, could not be reached for comment. A spokeswoman for Simi Valley Hospital declined to discuss the lawsuit.

John Faitro said his wife, who was 5 feet 6 and weighed about 250 pounds, began gaining weight 25 years ago when he lost his eyesight from diabetes. "She was a stressful eater. She loved tacos and sometimes ice cream," he said.

She had been looking forward to the surgery for months, her husband said.

"She thought it would be so awesome, just to put on clothes off the rack in the store. She wanted to work out with me. When you get big it's hard to work out," John Faitro said. "It was hard for her to go for walks. She thought she'd be able to do it a lot easier, have a lot more energy."

Three other Lap-Band patients — Ana Renteria, 33, of Norwalk; Tamara Walter, 52, of Lawndale; and Willie Brooks, 35, of Perris — have died in the last two years, all shortly after undergoing implantation surgery at a clinic on Wilshire Boulevard in Beverly Hills. The Medical Board of California is investigating the care that surgeon Atul Madan provided to Renteria and Walter, according to correspondence from the medical board to relatives of the two women.

Those deaths have also prompted legal action. Renteria's family last week filed a lawsuit accusing Madan, the 1-800-GET-THIN marketing company and others of contributing to her death. Last year, Brooks' family sued the clinic owners and surgeon Tashjian, who also helped perform Faitro's surgery. The Brooks lawsuit is scheduled to go to trial in June. Tashjian and other defendants have denied wrongdoing.

Relatives of Renteria and Faitro filed an additional lawsuit Feb. 4 against 1-800-GET-THIN claiming that its ad campaign was misleading. The lawsuit seeks class-action status. The families accused the marketing company of false advertising for allegedly failing to provide adequate warnings about the risk of the surgery and for failing to tell patients that the clinics were operated by two brothers, Julian and Michael Omidi, who had been accused of misconduct by the state medical board.

The medical board revoked Julian Omidi's license to practice on June 19, 2009, citing his "penchant for dishonesty." A medical board accusation said Omidi had failed to disclose on his medical license application that he had attended UC Irvine, which expelled him in 1990 for participating in the theft of exams. The medical board also accused him of failing to disclose that he had pleaded guilty to commercial burglary in Orange County in 1991. That burglary conviction was dismissed at Omidi's request in 2006.

The medical board placed Michael Omidi on three years' probation in 2008. The board had filed an accusation that said he was "grossly negligent" in the treatment of three liposuction patients.

John Faitro said that he didn't learn about the Omidi brothers' history until after his wife's death.

"We had no idea," John Faitro said. "I would have told her immediately, 'Don't do that. Let's go someplace else.' "

Alexander Robertson IV and John M. Walker, attorneys who are representing the Renteria and Faitro families, said in an interview that the upbeat marketing campaign — "Let your new life begin, call 1-800-GET-THIN" — was deceptive because it minimized the risks of the surgery.

"When you listen to a very cute jingle like this is going to be an easy fix for a serious medical problem. At least for two of our clients, it wasn't a quick fix. There were complications that took their lives," Walker said.

Silverman, the lawyer who represents 1-800-GET-THIN and the two clinics, said the advertisements include warnings about the risks of surgery. He said the lawsuits were without merit.

China smoking ban may have little effect

Osteopenia doesn't mean osteoporosis &— so should you treat it?

The pressure's on for Texas, California teams at Academic Decathlon

Arizona gives 'tea party' a license plate

Chevron's environmental oil case turns into duel in the Amazon

**Readers' Travel photos »**



Send us your photos. We'll highlight the best in print and online. Above, Florence. Highlights

"Each lawsuit contains knowingly false statements and appear to be only included in the lawsuit to gain publicity for the plaintiffs and notoriety for the lawyers," Silverman said.

"My clients have helped thousands of individuals achieve weight loss for which diet and exercise or any other product failed," he said. "These individuals and society are better served when these individuals lose significant weight."

John Faitro, 53, said he filed both lawsuits because he wants to send a message to the public that the surgery carries risk. He said friends from his church now perform tasks that were once his wife's, taking him to dialysis appointments and handling his insulin pump. He voice trembled as he talked about how much he missed his wife.

"I know she's with God right now and I'll see her when God takes me home," Faitro said. "But down here I miss her. Every day of my life."

*stuart.pfeifer@latimes.com*

Copyright © 2011, Los Angeles Times

✉ 🖨 🖪 A𝐀 ▲ ▼ | 👍 Recommend  128 | ➥ Tweet  61 | ◀ Share  178 | 💬 (11)

ADS BY GOOGLE

**Therapist in Santa Monica**
Free Consultation With warm, experienced therapist
www.carolkilbergeid.com

**Dr. Michael Lenke, Ph.D.**
Get help for Anger and Depression Start today, 310 459-7575, LA Area
www.drmichaellenke.com

**The Valley Shrink**
San Fernando Valley Therapist. Mind-Body approach to healing...
www.RachelColeLCSW.com

## Get Alerts on Your Mobile Phone

Mobile Phone (required)

[                              ]

*Sign me up for the following lists:*

☑ **BREAKING** - News as it happens
☑ **ENVELOPE** - The awards insider
☑ **ENTERTAINMENT** - Hollywood news and buzz
☑ **SPORTS** - Alerts and scores

[ Submit ]

## Inside The Times



**Building a fire pit and seating area** | Photos



**Oxford, Miss.: The center of William Faulkner's cosmos**



**Downtown L.A. on the lunch menu**



**Stem cells: Court allows federal funding for embryonic stem cell research**

POWERED BY **surphace**

**RELATED STORIES**
From the L.A. Times
• Six more Los Angeles pot dispensaries sue over lottery plan
• Two lawsuits challenge Los Angeles' lottery plan for medical marijuana dispensaries
Around the Web
• In Death Valley Heat, Salt Creek Pupfish Find a Way to Survive | aolnews.com
• Maggie Daley may spend 4 more days in hospital | chicagotribune.com

**Comments (11)**          **Add / View comments | Discussion FAQ**

samatha1 at 10:00 AM February 13, 2011
For our great doctors lawyers also have a duty to make shure the story is told right.All of us go into surgey thinking yes something can occure but they will not lie to us.

samatha1 at 9:58 AM February 13, 2011

Lap-Band death: Lap-Band clinic sued over death - latimes.com

Surgery does have risks but no one should get a lacerated liver from any one. You can bleed to death. Every one needs better. We need to protect patients too.

samatha1 at 9:37 AM February 13, 2011
What is the real story? Lets have it clear. Why? Cause we do have good doctors in the USA. Ones who are true blue. I hope they update it all. Lacerations mean blood loss which is very important here. We have many that go to school to learn. They care about life. So clear up this for our medical proffesion.

## In Case You Missed It...


Photos: Hats at the royal wedding


Arnold Schwarzenegger will try serious acting. Maybe.


Tobar: New Bell Council elicits hope


U2's The Edge cleared to build Malibu compound


Teacher finds formula to make physics fun

More spotlights...

April 16   THE LONGER YOU RENT THE MORE YOU SAVE.   BOOK NOW ▶   AVIS We try harder. 

| Corrections | Horoscopes | Media Kit | About Us | Contact Us | Site Map |

## Los Angeles Times

Coastline Pilot | Daily Pilot | Huntington Beach Independent | Valley Sun | Burbank Leader | News Press | KTLA | Hoy | Brand X | LA, Los Angeles Times Magazine | ZAP2it
Baltimore Sun | Chicago Tribune | Daily Press | Hartford Courant | Los Angeles Times | Orlando Sentinel | Sun Sentinel | The Morning Call

Terms of Service | Privacy Policy | About Our Ads | Los Angeles Times, 202 West 1st Street, Los Angeles, California, 90012 | Copyright 2011

*A Tribune Newspaper website*

Exhibit "K"

Study questions Lap-Band's long-term effectiveness | Los Angeles Times                    Page 1 of 2

ADVERTISEMENT

Subscribe/Manage Account    Place An Ad    LAT Store    Jobs    Cars    Real Estate    Rentals    More Classifieds    Custom Publishing

# Los Angeles Times

LOCAL   U.S.   WORLD   **BUSINESS**   SPORTS   ENTERTAINMENT   HEALTH   LIVING   TRAVEL   OPINION        Search   [ GO ]

MONEY & CO.   TECHNOLOGY   PERSONAL FINANCE   SMALL BUSINESS   COMPANY TOWN   JOBS   REAL ESTATE   CARS

YOU ARE HERE: LAT Home → Collections → Business

ADS BY GOOGLE

**Gastric Lap Band Surgery**
Get Easy Less-Invasive Weight Loss
Adjustable Lap Gastric Band Surgery
www.ChapmanCenterForObesity.com

**Surgical Weight Loss Ctr**
Orange Coast Memorial Obesity Ctr. Call
Now to Schedule Free Consult.
www.memorialcare.org

## Study questions Lap-Band's long-term effectiveness

*Lap-Band maker Allergan criticizes the European study, which found major complications among many weight-loss patients.*

Recommend  15

1          0

**March 22, 2011 | By Stuart Pfeifer, Los Angeles Times**

A new study conducted in Europe has questioned the long-term effectiveness of the popular Lap-Band weight-loss device, finding that many patients suffered major complications and half of them eventually had the device removed.

The report, published Monday in the Archives of Surgery, focused on 82 surgeries performed between 1994 and 1997. Even though patients reported losing significant weight, complications such as band erosion and infections led researchers to conclude the surgery had "relatively poor long-term outcomes."

ADS BY GOOGLE

ADVERTISEMENT


PLAYOFFS HAPPEN HERE
SEE LAKERS PLAYOFF GAMES

### LAP BAND with PacifiCare

Does PacifiCare Cover the LAP BAND? See If You Qualify Now- Check Here!

LapBandVIP.com/PacifiCareInsurance

**FROM THE ARCHIVES**

FDA seems to take light approach to Allergan and Lap-Band
*February 22, 2011*

FDA approves wider use of Lap-Band
*February 16, 2011*

Lap-Band maker Allergan wants it both ways
*January 23, 2011*

Allergan seeks bigger market for Lap-Band weight-loss device
*January 16, 2011*

**MORE STORIES ABOUT**

Business

The Lap-Band, manufactured by Irvine-based Allergan Inc., is a silicone ring that's surgically fitted over part of the stomach to discourage overeating.

Because the device was approved for use in the United States in 2001, long-term research has focused on surgeries performed abroad. Jacques Himpens, the lead author of the study published Monday, works with the European School of Laparoscopic Surgery at Saint Pierre University Hospital in Brussels.

Allergan officials criticized the study, saying it was flawed and contradicts other studies that have found the device safe and effective. A 2004 study, for instance, found that just 17% of patients had opted to have their bands surgically removed, said Caroline Van Hove, an Allergan spokeswoman.

In the Belgian study, researchers contacted 151 patients but just 82 responded, a ratio that could skew study findings, Van Hove said. Surgeries and follow-up care have changed dramatically in the last 15 years, making the findings much less relevant, she said.

"These were among the first patients treated anywhere in the world. The surgeons were at the bottom of their learning curve. It is misleading to report these patients as if they represent what can be expected ... today," Van Hove said in a statement.

The Lap-Band is heavily marketed on Southern California freeway billboards as well as on television, radio and through direct mailings by a marketing company called 1-800-GET-THIN, which refers prospective patients to surgery centers.

Study questions Lap-Band's long-term effectiveness - Los Angeles Times                     Page 2 of 2

**Los Angeles Times**   Copyright 2011 Los Angeles Times

Allergan does not pay for the advertisements, which were criticized recently by the company's chief executive, David E.I. Pyott. Allergan recently sent advertising guidelines to physicians, saying any advertising should "provide balanced information about benefits and risks related to the procedure."

Four patients have died within the last two years following Lap-Band surgeries performed in Southern California, prompting medical malpractice lawsuits and investigations by the Medical Board of California.

None of the patients involved in the European study died as a result of the surgeries. But 32 of 82 reported major complications, and 49 of them had additional surgeries, either to correct problems or because of a lack of weight loss.

The study found that many surgeons in Europe are opting for a more invasive gastric bypass surgery. The trend is the opposite in the United States, where gastric banding is more common than bypass surgery, the report said.

*stuart.pfeifer@latimes.com*

ADS BY GOOGLE

### Gastric Sleeve (VSG)

**Leading surgeon, All-Inclusive for $8,900. We offer Financing!**
www.EndoBariatric.com

| Email | Print | Digg | Twitter | Facebook | StumbleUpon | Share |
|-------|-------|------|---------|----------|-------------|-------|

**FEATURED**







A reversal on carbs

Women who post lots of photos of themselves on Facebook value appearance, need attention, study finds

The TV Biz: Networks go all out in new set royal wedding

MORE:

**Wisconsin Gov. Scott Walker's standing is eroding, opponents say, citing poll**

What to consider about weight-loss surgery

NCAA tournament predictions: How the four regionals will play out

Exhibit "N"

Study questions Lap-Band's long-term effectiveness - Los Angeles Times

ADVERTISEMENT

# Los Angeles Times

ADS BY GOOGLE

**Gastric Lap Band Surgery**
Get Easy Less-Invasive Weight Loss
Adjustable Lap Gastric Band Surgery
www.ChapmanCenterForObesity.com

**Surgical Weight Loss Ctr**
Orange Coast Memorial Obesity Ctr. Call
Now to Schedule Free Consult.
www.memorialcare.org

## Study questions Lap-Band's long-term effectiveness

*Lap-Band maker Allergan criticizes the European study, which found major complications among many weight-loss patients.*

**March 22, 2011 | By Stuart Pfeifer, Los Angeles Times**

A new study conducted in Europe has questioned the long-term effectiveness of the popular Lap-Band weight-loss device, finding that many patients suffered major complications and half of them eventually had the device removed.

The report, published Monday in the Archives of Surgery, focused on 82 surgeries performed between 1994 and 1997. Even though patients reported losing significant weight, complications such as band erosion and infections led researchers to conclude the surgery had "relatively poor long-term outcomes."

ADS BY GOOGLE

**LAP BAND with PacifiCare**

Does PacifiCare Cover the LAP BAND? See If You Qualify Now- Check Here!

LapBandVIP.com/PacifiCareInsurance

ADVERTISEMENT



**FROM THE ARCHIVES**

FDA seems to take light approach to Allergan and Lap-Band
*February 22, 2011*

FDA approves wider use of Lap-Band
*February 16, 2011*

Lap-Band maker Allergan wants it both ways
*January 22, 2011*

Allergan seeks bigger market for Lap-Band weight-loss device
*January 16, 2011*

**MORE STORIES ABOUT**

Business

The Lap-Band, manufactured by Irvine-based Allergan Inc., is a silicone ring that's surgically fitted over part of the stomach to discourage overeating.

Because the device was approved for use in the United States in 2001, long-term research has focused on surgeries performed abroad. Jacques Himpens, the lead author of the study published Monday, works with the European School of Laparoscopic Surgery at Saint Pierre University Hospital in Brussels.

Allergan officials criticized the study, saying it was flawed and contradicts other studies that have found the device safe and effective. A 2004 study, for instance, found that just 17% of patients had opted to have their bands surgically removed, said Caroline Van Hove, an Allergan spokeswoman.

In the Belgian study, researchers contacted 151 patients but just 82 responded, a ratio that could skew study findings, Van Hove said. Surgeries and follow-up care have changed dramatically in the last 15 years, making the findings much less relevant, she said.

"These were among the first patients treated anywhere in the world. The surgeons were at the bottom of their learning curve. It is misleading to report these patients as if they represent what can be expected ... today," Van Hove said in a statement.

The Lap-Band is heavily marketed on Southern California freeway billboards as well as on television, radio and through direct mailings by a marketing company called 1-800-GET-THIN, which refers prospective patients to surgery centers.

Study questions Lap-Band's long-term effectiveness - Los Angeles Times

**Los Angeles Times** Copyright 2011 Los Angeles...

Allergan does not pay for the advertisements, which were criticized recently by the company's chief executive, David E.I. Pyott. Allergan recently sent advertising guidelines to physicians, saying any ... patients ... information about benefits and risks related to the procedure."

Four patients have died within the last two years following Lap-Band surgeries performed in Southern California, prompting medical malpractice lawsuits and investigations by the Medical Board of California.

None of the patients involved in the European study died as a result of the surgeries. But 32 of 82 reported major complications, and 49 of them had additional surgeries, either to correct problems or because of a lack of weight loss.

The study found that many surgeons in Europe are opting for a more invasive gastric bypass surgery. The trend is the opposite in the United States, where gastric banding is more common than bypass surgery, the report said.

*stuart.pfeifer@latimes.com*

ADS BY GOOGLE

### Gastric Sleeve (VSG)

Leading surgeon, All-Inclusive for $8,900. We offer Financing!
www.EndoBariatric.com

| Email | Print | Digg | Twitter | Facebook | StumbleUpon | Share |

**FEATURED**



A ...



Women who post photos of ...



The Twitter ...

... need attention, study finds

MORE...

Wisconsin Gov. Scott Walker's standing is eroding, opponents say, citing poll

Exhibit "O"

Lap-Band maker Allergan wants it both ways - Los Angeles Times

ADVERTISEMENT

Subscribe/Manage Account   Place An Ad   LAT Store   Jobs   Cars   Real Estate   Rentals   More Classifieds   Custom Publishing

# Los Angeles Times

LOCAL   U.S.   WORLD   BUSINESS   SPORTS   ENTERTAINMENT   HEALTH   LIVING   TRAVEL   OPINION

MONEY & CO.   TECHNOLOGY   PERSONAL FINANCE   SMALL BUSINESS   COMPANY TOWN   JOBS   REAL ESTATE   CARS

Search   [ GO ]

YOU ARE HERE: LAT Home → Collections → Business

ADS BY GOOGLE

**Excellent Outcomes**
Expert Doctors Lowest Prices in L.A.
www.northridgehospital.com

**Gastric Lap Band Surgery**
Get Easy Less-Invasive Weight Loss
Adjustable Lap Gastric Band Surgery
www.ChapmanCenterForObesity.com

## Lap-Band maker Allergan wants it both ways

**January 23, 2011** | Michael Hiltzik

Recommend   8

8                    0

This year is shaping up as a gratifying one for Allergan, the big Irvine company known for Botox and breast implants.

The leading manufacturer of gastric bands, which are surgically implanted around the stomach to suppress the appetite of extremely overweight people, the company recently persuaded an advisory panel of the Food and Drug Administration to endorse its product for use by an expanded group of patients.

ADS BY GOOGLE



ADVERTISEMENT

### LAP BAND Surgery East LA

**Highly Rated LAP BAND Experts- Safe PPO, 100% Finance, Lose Weight Now!**

LapBandVIP.com/Surgery

If the full FDA approves use of the Allergan Lap-Band for patients with milder obesity than the existing target group, that could add 27 million Americans to its customer base.

Then there's the recovering economy, which should help buck up sales of its Lap-Band for "unreimbursed" patients — that is, those whose operations aren't covered by insurance. The cash-pay market, Allergan executives have said, rises and falls in tandem with the unemployment rate.

All that comes as the company is poised to reap the whirlwind of New Year's resolutions by prospective patients determined to lose weight in 2011.

The important question is whether all of this is good for weight-loss patients. More to the point: Is *any* of it good for the patients?

The issue arises for two reasons. One is that Allergan is an aggressive marketer of the Lap-Band to consumers, many of whom don't have a clue when it comes to assessing the dangers of what is, after all, major surgery, and who may be unaware of studies suggesting that the Lap-Band may not be the obesity panacea its promoters make it out to be.

Another concern is the high-powered marketing of Lap-Band surgery virtually as a cosmetic procedure. The best example is the 1-800-GET-THIN freeway billboard campaign here in Southern California, sponsored by a firm that has identified itself as "a marketing company" that "provides marketing for the 'Lap Band®' procedure." (That little symbol signifies that "Lap-Band" is an Allergan trademark.)

The ads have drawn fire from Jonathan Fielding, head of the Los Angeles County Department of Public Health. Last month he asked the FDA to investigate the campaign as potentially a "misleading

**FROM THE ARCHIVES**

FDA's Lap-Band decision is a boon for Allergan
*February 17, 2011*

Allergan seeks bigger market for Lap-Band weight-loss device
*January 16, 2011*

**MORE STORIES ABOUT**

Business
Health
Medicine
Nutrition

promotion" of Allergan's Lap-Band, a device that comes under the FDA's jurisdiction. Among his complaints was that the billboards overstated the suitability of the surgery and were silent on its risks.

**Los Angeles Times**   Copyright 2011 Los Angeles Times   | Privacy Policy | Terms of Service

ADS BY GOOGLE

Index by Keyword | Index by Date

**Treat Your Frown Lines**

**Learn About a Prescription Option Find A Doctor Today On Our Site.**

TreatYourFrownLines.com

1 | 2 | 3 | 4 | Next

| Email | Print | Digg | Twitter | Facebook | StumbleUpon | Share |

FEATURED



A reversal on carbs



Women who post lots of photos of themselves on Facebook value appearance, need attention, study finds



Royal wedding fuels popularity of Dukan diet

MORE:

Flooding Mississippi submerges Memphis waterfront

Case 2:11-cv-00505-ODW -E   Document 17-1   Filed 07/01/11   Page 152 of 157   Page ID
#:823
Lap-Band maker Allergan wants it both ways - Page 2 of 4 - Los Angeles Times          Page 1 of 2

ADVERTISEMENT

◄ GO BACK

Many weight-loss surgeries are covered by insurance.
**Can you really afford to wait?**

Get a **FREE Information Kit** about a weight-loss option.

© 2011 Allergan, Inc.



Subscribe/Manage Account   Place An Ad   LAT Store   Jobs   Cars   Real Estate   Rentals   More Classifieds   Custom Publishing

# Los Angeles Times

LOCAL   U.S.   WORLD   **BUSINESS**   SPORTS   ENTERTAINMENT   HEALTH   LIVING   TRAVEL   OPINION

MONEY & CO.   TECHNOLOGY   PERSONAL FINANCE   SMALL BUSINESS   COMPANY TOWN   JOBS   REAL ESTATE   CARS

YOU ARE HERE: LAT Home → Collections → Business

ADS BY GOOGLE

**(Page 2 of 4)**

Recommend    8

## Lap-Band maker Allergan wants it both ways

8                    0

**January 23, 2011** | Michael Hiltzik

### Lap-Band Surgery Expert

Free Insurance Verification! Dont
Wait, Change Your Life Now

plasticsurgeryinstituteofcalifornia.com

The billboards' sponsors filed a complaint against Fielding with the county. They contend he's got a conflict of interest because he's a former executive and a shareholder of Johnson & Johnson, which competes with Allergan in the gastric band market.

The complaint looks like a smoke screen. Fielding complained chiefly about the marketing of Allergan's product and of weight-loss surgery by 1-800-GET-THIN, which isn't a competitor of Johnson & Johnson's.

ADS BY GOOGLE

ADVERTISEMENT

### LAP BAND Surgeons East LA

Need LAP BAND Doctor in East LA? Highly Rated! PPO, 100% Finance

LapBandVIP.com/Surgeons



**FROM THE ARCHIVES**

FDA's Lap-Band decision is a boon for Allergan
*February 17, 2011*

Allergan seeks bigger market for Lap-Band weight-loss device
*January 16, 2011*

**MORE STORIES ABOUT**

Business

Health

Medicine

Nutrition

Fielding says he wasn't aware when he wrote to the FDA that Johnson & Johnson, where he worked in the 1980s, makes gastric bands. He says that although the county counsel says his J&J connections don't pose a conflict, he'll delegate further communications with the FDA and decisions related to weight-loss devices to members of his staff.

GET-THIN isn't the only outfit touting Lap-Band surgery. TV commercials and other advertising by doctors have been known to blanket markets in Texas, the Midwest and elsewhere, taking advantage of a regulatory gap that allows medical providers to make claims for products that manufacturers like Allergan can't.

Allergan says it has no control over how the Lap-Band is marketed by the doctors to whom it sells the device.

"We can't, as a company, regulate that," Cathy Taylor, Allergan's senior manager for corporate communications, told me. "They're not our ads."

But let's look at Allergan's own marketing. The company is a past master at advertising directly to consumers — that's one way it turned Botox into a cash cow worth $1.3 billion a year, accounting for about one-third of its net sales in 2009, according to the company's regulatory filings.

Compared with Botox, the Lap-Band is a piker, with net sales in 2009 of less than $258 million. But the marketing campaign is turned up full blast. Using social media such as Twitter and Facebook, Allergan has been trying to cajole people into signing a petition asking Congress to combat America's "obesity

**Los Angeles Times**   Copyright 2011 Los Angeles Times | Privacy Policy | Terms of Service

epidemic" by encouraging "weight-loss surgery" (i.e., the Lap-Band). The company has also sponsored
TV commercials featuring mom and pop-sized individuals attesting to how weight-loss surgery would

This adds up to an effort to commercialize a medical procedure by appealing to an emotionally
vulnerable audience. (Allergan's ads mention in passing that "surgery-related fatalities" are a possibility,
but you'd need to TiVo the commercial and run it back a few times to absorb the message.)

ADS BY GOOGLE

### Lap-Band with Insurance
**Dr. Feiz Certified Lap Band Surgeon Free Insurance Verification**
www.drfeiz.com

Prev | 1 | 2 | 3 | 4 | Next

| Email | Print | Digg | Twitter | Facebook | StumbleUpon | Share |

**FEATURED**

  

A reversal on carbs

Women who post lots of
photos of themselves on
Facebook value appearance,
need attention, study finds

The TV Biz: Networks go all
out to cover royal wedding

**MORE:**

Wasps do it, but why should we?

Are we facing the end of the 30-year fixed-rate mortgage?

Dr. Jeffry Life believes he's the picture of health

87-year-old Nigerian faith healer has 86 wives

The unraveling of the Schwarzenegger-Shriver marriage

Case 2:11-cv-00505-ODW -E   Document 17-1   Filed 07/01/11   Page 154 of 157   Page ID
#:925
Lap-Band maker Allergan wants it both ways - Page 3 - Los Angeles Times                    Page 1 of 2

ADVERTISEMENT

 

TELL SENATOR FEINSTEIN:
I don't want to pay more for my
debit card!

Subscribe/Manage Account    Place An Ad    LAT Store    Jobs    Cars    Real Estate    Rentals    More Classifieds    Custom Publishing

# Los Angeles Times

LOCAL   U.S.   WORLD   **BUSINESS**   SPORTS   ENTERTAINMENT   HEALTH   LIVING   TRAVEL   OPINION          Search   [GO]

MONEY & CO.   TECHNOLOGY   PERSONAL FINANCE   SMALL BUSINESS   COMPANY TOWN   JOBS   REAL ESTATE   CARS

YOU ARE HERE:   LAT Home → Collections → Business

ADS BY GOOGLE

**Lap Bands for Weight Loss**
Achieve Your Goals w/ oBand Weight
Loss Surgery, Financing Available.
oBandCenters.com

**Frown Line Treatment**
Read About a Prescription Option $50
Rebate On Your 1st Treatment.
TreatYourFrownLines.com

(Page 3 of 4)

## Lap-Band maker Allergan wants it both ways

**January 23, 2011** | Michael Hiltzik

Recommend   8

8        0

"This has somehow become the miracle cure for obesity," says Diana Zuckerman, president of the Washington-based National Research Center for Women and Families, who testified against Allergan's FDA application.

To support its proposal to the FDA, Allergan included results from what it calls "a prospective ... five-year study involving 149 obese patients," which it said shows that the Lap-Band is safe and effective for the larger target market it seeks.

ADS BY GOOGLE

**LAP BAND Surgeons East LA**

Need LAP BAND Doctor in East LA? Highly Rated! PPO, 100% Finance

LapBandVIP.com/Surgeons

ADVERTISEMENT



TELL SENATOR FEINSTEIN:
I don't want to pay more for my
debit card!
TAKE
ACTION
NOW!
DONTMAKEUSPAY.ORG

**FROM THE ARCHIVES**

FDA's Lap-Band decision is a boon for Allergan
*February 17, 2011*

Allergan seeks bigger market for Lap-Band weight-loss
device
*January 16, 2011*

**MORE STORIES ABOUT**

Business
Health
Medicine
Nutrition

But that study has been underway for only two years — the patients in the study had Lap-Bands implanted in early 2008. The data submitted to the FDA included complete results only from the first year; of the study's original 149 subjects, six dropped out in the first 24 months, including at least four who had to have their bands removed.

And Taylor says the company hasn't determined whether it will continue the study for the full five years. That's important, because evidence has emerged that the Lap-Band becomes less effective and more hazardous to patient health the longer it remains implanted. After several years, some patients start to regain weight and complications multiply.

A 2005 Swiss study brought to the FDA's attention by Stephanie Quatinetz, a New York lawyer whose daughter died after a Lap-Band operation, found that "results worsen over time." The Swiss researchers found that more than a fifth of all the studied patients required a "major reoperation," including removal of the band. They concluded that gastric banding "should no longer be considered as the procedure of choice" for extremely obese patients.

It goes without saying that you won't find evidence of long-term drawbacks to the Lap-Band if you focus on data covering one or two years. When I asked Allergan's Taylor about criticism that its recent study was too limited in size or duration to establish the Lap-Band's long-term safety and effectiveness, she replied, "We stand by the data."

Does Allergan stand behind the ads sponsored by doctors and clinics? When L.A. County's Fielding asked the FDA to look into the 1-800-GET-THIN billboards in his Dec. 7 letter, Allergan snapped into action:

The company reached out to the FDA, Taylor says, to "discuss how the ads are not Allergan ads — so there is no confusion on that point."

**Los Angeles Times**   Copyright 2011 Los Angeles Times   | Privacy Policy | Terms of Service

ADS BY GOOGLE

Index by Keyword | Index by Date

**Lap Gastric Band Surgery**

An Easy, Less-Invasive Weight Loss. Adjustable Lap Band Surgery!

www.ChapmanCenterForObesity.com

Prev | 1 | 2 | **3** | 4 | Next

| Email | Print | Digg | Twitter | Facebook | StumbleUpon | Share |

**FEATURED**



A reversal on carbs



Women who post lots of photos of themselves on Facebook value appearance, need attention, study finds



Royal wedding fuels popularity of Dukan diet

**MORE:**

Dual-language immersion programs growing in popularity

S. California's great migration

Royal wedding dress is fit for a future queen

The feathered look in hair

Food truck makers revived by gourmet trend

Lap-Band maker Allergan wants it both ways - Page 4 of 4 - Los Angeles Times

**ADVERTISEMENT**





**TELL SENATOR FEINSTEIN:** Get off the fence and protect my debit card!

Subscribe/Manage Account   Place An Ad   LAT Store   Jobs   Cars   Real Estate   Rentals   More Classifieds   Custom Publishing

# Los Angeles Times

LOCAL   U.S.   WORLD   BUSINESS   SPORTS   ENTERTAINMENT   HEALTH   LIVING   TRAVEL   OPINION

Search [ GO ]

MONEY & CO.   TECHNOLOGY   PERSONAL FINANCE   SMALL BUSINESS   COMPANY TOWN   JOBS   REAL ESTATE   CARS

YOU ARE HERE: LAT Home → Collections → Business

ADS BY GOOGLE

**Treat Your Frown Lines**
Learn About a Prescription Option See
Before and After Photos
TreatYourFrownLines.com

**Gastric Lap Band**
Need To Lose Weight? Book An Appt.
Adjustable Lap Gastric Band Surgery
www.ChapmanCenterForObesity.com

Recommend   8

(Page 4 of 4)

## Lap-Band maker Allergan wants it both ways

8 | 0

**January 23, 2011** | Michael Hiltzik

But shouldn't Allergan be more vigilant about what a "marketing company" like 1-800-GET-THIN says about its product, given the life-threatening potential of the operation? As I've reported, two deaths have been linked by local county coroners to Lap-Band procedures at the Beverly Hills clinic connected to the 1-800-GET-THIN campaign.

It's not as though the GET-THIN billboards are a secret to executives at Allergan's Irvine headquarters. On major Southern California freeways, those billboards are harder to miss than smog.

ADS BY GOOGLE

**ADVERTISEMENT**



Stand with consumers, not big retailers!

**LAP BAND Surgery East LA**

**Highly Rated LAP BAND Experts- Safe PPO, 100% Finance, Lose Weight Now!**

LapBandVIP.com/Surgery

**FROM THE ARCHIVES**

FDA's Lap-Band decision is a boon for Allergan
*February 17, 2011*

Allergan seeks bigger market for Lap-Band weight-loss device
*January 16, 2011*

**MORE STORIES ABOUT**

Business
Health
Medicine
Nutrition

Allergan does claim to exercise some control over its product: It says it sells Lap-Bands only to surgeons who have completed the company's training program. That program is all of 1-1/2 days in length, followed by a "proctorship" in which the candidate is supposed to observe a trained surgeon perform two operations.

So the company wants to have it both ways. It wants to hawk its product to consumers — "increase public awareness," as the company describes its marketing goal — and is apparently happy to profit from its own customers' ad campaigns featuring claims about the product that are devoid of context or qualifications. But when push comes to shove, it also wants to claim the end results are not its responsibility.

Does this sound like ethical corporate behavior? One has to wonder whether Allergan really cares about providing "effective treatment options" for patients facing the serious health consequences of obesity, as it claims to do. Or does it just want to sell lots of Lap-Bands?

Michael Hiltzik's column appears Sundays and Wednesdays. Reach him at mhiltzik@latimes.com, read past columns at latimes.com/hiltzik, check out facebook.com/hiltzik and follow @latimeshiltzik on Twitter.

ADS BY GOOGLE

**Lap Band**

Lap-Band maker Allergan wants it both ways - Page 2 - Los Angeles Times

Invest In A Healthier You w/ oBand. For More Info. Call 702-441-0750
oBandCenters.com

**Los Angeles Times**   Copyright 2011 Los Angeles Times | Privacy Policy | Terms of Service

Index by Keyword | Index by Date

Prev | 1 | 2 | 3 | 4

| Email | Print | Digg | Twitter | Facebook | StumbleUpon | Share |

**FEATURED**



A reversal on carbs



Women who post lots of photos of themselves on Facebook value appearance, need attention, study finds



Royal wedding fuels popularity of Dukan diet

**MORE:**

Immigration reform? Think civil rights struggle, and 'keep praying,' Obama says

Study links willingness to cheat, viewpoint on God

The unraveling of the Schwarzenegger-Shriver marriage

Dental care on a budget

Sahara hotel-casino in Las Vegas to close in May