| | |
|---|---|
| 1 | DAVIS WRIGHT TREMAINE LLP |
|  | KELLI L. SAGER (State Bar No. 120162) |
| 2 |     kellisager@dwt.com |
|  | ROCHELLE L. WILCOX (State Bar No. 197790) |
| 3 |     rochellewilcox@dwt.com |
|  | LISA J. KOHN (State Bar No. 260236) |
| 4 |     lisakohn@dwt.com |
|  | 865 South Figueroa Street, Suite 2400 |
| 5 | Los Angeles, California 90017-2566 |
|  | Telephone:  (213) 633-6800 / Fax:  (213) 633-6899 |
| 6 |  |
|  | LOS ANGELES TIMES COMMUNICATIONS LLC |
| 7 | KARLENE GOLLER (State Bar No. 147065) |
|  |     karlenegoller@latimes.com |
| 8 | 202 West First Street |
|  | Los Angeles, California  90012 |
| 9 | Telephone:  (213) 237-3760 / Fax:  (213) 237-3810 |
| 10 | Attorneys for Defendants MICHAEL HILTZIK, |
|  | STUART PFEIFER, and LOS ANGELES TIMES |
| 11 | COMMUNICATIONS LLC |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| 1 800 GET THIN, LLC, | Case No. 2:11-CV-0505-ODW (Ex) |
|      Plaintiff, | Assigned to the Honorable |
|      vs. | Otis D. Wright |
| Michael Hiltzik, an individual; Los Angeles Times Communications, LLC; Stuart Pfeifer, an individual; SNAPSHOTS, an individual; Adrian_Dallas, an individual; jkrischel, an individual; neoserf, an individual; paulmayer, an individual; dalefogden, an individual; wtharvey, an individual; matt_powers, an individual; callcenterjohnny, an individual; Ebuckly, an individual; bigsouthern, an individual; OCChick, an individual; AllenGillespie, an individual; dhaettig, an individual; Baseballhead, an individual; mattemons, an individual; JulyPostOp, an individual; DrBruin2, an individual; RUJoking?!, an individual; InstructorP, an individual; 1Friend, an individual; darmaggi, an individual; RamonaInCorona, an individual; dianne.m.daniels, an individual; LAX.Prepster, an individual; Isabellel106, an individual; AlanSmythl, an individual; Ed Wood, an individual; KatherineLicariVenturoso, an individual; Does 1-10, inclusive, | **TIMES DEFENDANTS' OBJECTION TO PLAINTIFF'S FILING OF OVERSIZED REPLY BRIEF WITHOUT LEAVE OF COURT, AND TO EXHIBIT 1; REQUEST TO STRIKE PLEADING**<br><br>Hearing Date: August 1, 2011<br>Time:              1:30 p.m.<br>Courtroom:     11<br><br>Action Filed: January 18, 2011 |
|      Defendants. |  |

OBJECTION TO OVERSIZED REPLY BRIEF
DWT 17627527v2 0026175-000388

In its latest violation of this Court's rules, Plaintiff 1 800 GET THIN, LLC has filed a <u>twenty-five page</u> Reply To Defendants' Opposition To Motion For Leave To File Second Amended Complaint (Docket No. 25), along with a <u>four</u> page single-spaced "Exhibit" which consists of additional legal argument purporting to be a "summary."[1] As Plaintiff's counsel must know, given the prior briefing on Defendants' Motion To Dismiss, this Court's Scheduling Order expressly limits reply papers to <u>twelve</u> pages – less than half the size of the oversized brief filed without leave of this Court. The Scheduling Order states unambiguously:

> **Replies shall not exceed 12 pages.** Only in rare instances and for good cause shown will the Court grant an application to extend these page limitations. . . . Filings which do not conform to the Local Rules and this Order will not be considered.

(Emphasis in original.)

Plaintiff did not request permission to file <u>a twenty-nine page</u> oversized reply brief, nor provide any reason whatsoever – let alone the requisite "good cause" – for filing a brief with seventeen pages more than this Court's rules permit. In accordance with this Court's Scheduling Order, the Reply brief should be stricken.

DATED: July 19, 2011

DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER
ROCHELLE L. WILCOX
LISA J. KOHN

LOS ANGELES TIMES COMMUNICATIONS LLC
KARLENE GOLLER

By: /s/ Kelli L. Sager
        Kelli L. Sager

Attorneys for Defendants

---

[1] This "Exhibit" is offered without any supporting declaration, making it even more abundantly clear that this simply additional argument with no evidentiary basis whatsoever.

OBJECTION TO OVERSIZED REPLY BRIEF
DWT 17627527v2 0026175-000388

1

DAVIS WRIGHT TREMAINE LLP
865 S FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899