DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER (State Bar No. 120162)
    kellisager@dwt.com
ROCHELLE L. WILCOX (State Bar No. 197790)
    rochellewilcox@dwt.com
LISA J. KOHN (State Bar No. 260236)
    lisakohn@dwt.com
865 South Figueroa Street, Suite 2400
Los Angeles, California 90017-2566
Telephone: (213) 633-6800 / Fax: (213) 633-6899

LOS ANGELES TIMES COMMUNICATIONS LLC
KARLENE GOLLER (State Bar No. 147065)
    karlenegoller@latimes.com
202 West First Street
Los Angeles, California 90012
Telephone: (213) 237-3760 / Fax: (213) 237-3810

Attorneys for Defendants MICHAEL HILTZIK, STUART PFEIFER, and LOS ANGELES TIMES COMMUNICATIONS LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| 1 800 GET THIN, LLC,<br><br>             Plaintiff,<br><br>    vs.<br><br>MICHAEL HILTZIK, an individual; LOS ANGELES TIMES COMMUNICATIONS, LLC; STUART PFEIFER, an individual; SNAPSHOTS, an individual; Adrian_Dallas, an individual; jkrischel, an individual; neoserf, an individual; paulmayer, an individual; dalefogden, an individual; wtharvey, an individual; matt_powers, an individual; callcenterjohnny, an individual; Ebuckly, an individual; bigsouthern, an individual; OCChick, an individual; AllenGillespie, an individual; dhaettig, an individual; Baseballhead, an individual; mattemons, an individual; JulyPostOp, an individual; DrBruin2, an individual; RUJoking?!, an individual; InstructorP, an individual; 1Friend, an individual; darmaggi, an individual; RamonaInCorona, an individual; dianne.m.daniels, an individual; LAX.Prepster, an individual; Isabellel 106, an individual; AlanSmythl, an individual; Ed Wood, an individual; KatherineLicariVenturoso, an individual; Does 1-10, inclusive,<br><br>             Defendants. | Case No. 2:11-CV-0505-ODW (Ex)<br>Assigned to the Honorable<br>Otis D. Wright II<br><br>**DECLARATION OF KELLI L. SAGER IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Hearing Date: September 12, 2011<br>Time:         1:30 p.m.<br>Courtroom:    11<br><br>Action Filed: January 18, 2011 |

KELLI L. SAGER DECL. RE TIMES FEE MOTION
DWT 17855279v3 0026175-000388

# DECLARATION OF KELLI L. SAGER

I, Kelli L. Sager, declare:

1.  I am an attorney admitted to practice before all the courts of the State of California and before this Court. I am a partner in the law firm of Davis Wright Tremaine LLP ("DWT") and I am one of the attorneys representing Defendants Michael Hiltzik, Stuart Pfeifer, and Los Angeles Times Communications LLC (the "Times Defendants") in this matter. The facts stated below are true of my own personal knowledge, except for those matters stated on information and belief, which I am informed and believe to be true.

2.  DWT is a national law firm of more than 500 lawyers, with its largest office in Seattle, Washington. Over the past fifteen years, its Los Angeles office has become increasingly well-known for its work in the fields of media and entertainment law. The firm also is known nationally for its First Amendment, communications law, and intellectual property litigation practice, including Lanham Act litigation.

3.  The Times Defendants' defense of this matter was handled primarily by me and DWT associates Lisa J. Kohn and Jonathan Segal. The DWT attorneys' pre-negotiated, discounted hourly billing rates for this matter were $522.00, $270.00, and $270.00, respectively. These rates reflect the respective attorneys' experience, skills and reputations. I am familiar with rates charged by other firms in Los Angeles, and based on my knowledge of comparable rates in the market, these rates are reasonable, and well below the rates charged by many other top firms.

4.  I have more than 25 years of experience in media and intellectual property litigation, and have litigated numerous matters where claims were made for alleged violations of the Lanham Act. Among other honors, I have been named consistently as one of "America's Leading Lawyers" in First Amendment Litigation by Chambers USA, one of the "Best Lawyers in America" in Media Law and First

KELLI L. SAGER DECL. RE TIMES FEE MOTION
DWT 17855279v3 0026175-000388

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Amendment Law by Woodward/White, and one of the "Top 50 Intellectual Property Lawyers" by the Los Angeles Daily Journal. My agreed-upon discounted hourly billing rate for this matter for 2011 is $522. My standard rate for 2011 is $620. Ms. Kohn has more than three years of experience in media and entertainment litigation and trademark litigation, working closely with me on a variety of First Amendment matters. Her agreed-upon discounted hourly billing rate for this matter was $270; her standard billing rate for 2011 is $310. Mr. Segal is a former journalist with three years' experience as a litigator focusing on the media, entertainment, and technology industries. His agreed-upon discounted hourly billing rate for this matter was $270; his standard rate for 2011 is $310.

5. Attached as Exhibit 1 are true and correct copies of printouts from DWT's billing program reflecting time entries for which Defendants seek recovery in this matter. The attached printouts includes time entries that were sent to The Times for payment, but do not include time entries for which Defendants were billed, but which are not covered by the current Motion. The Times has been billed for the time spent on this matter between January 18, 2011 (when the original lawsuit was filed) and June 30, 2011. The time spent in July 2011 has not yet been billed, but all of the time for which Defendants now seek recovery will be included in this month's bill to The Times. Exhibit 1 reflects daily time entries from each timekeeper with descriptions of the work performed by each professional on each day. As shown, the majority of the work on this matter was performed by me, Ms. Kohn, and Mr. Segal.

6. More specifically, Ms. Kohn and Mr. Segal spent more than 168.30 and 25.10 hours, respectively, performing legal and factual research; drafting dispositive motions, supporting declarations, and evidentiary objections; and handling other day-to-day aspects of the case. I spent approximately 79.30 hours formulating the Times Defendants' litigation strategy; reviewing the results of Ms. Kohn's and Mr. Segal's legal and factual research; editing draft briefs and other

2

KELLI L. SAGER DECL. RE TIMES FEE MOTION
DWT 17855279v3 0026175-000388

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

pleadings; preparing portions of the Times Defendants' dispositive motions; and communicating with the clients and other DWT attorneys. Because Plaintiff's only claim alleged in this action was for purported violations of the Lanham Act, 100% of the time for which the Times Defendants seek recovery is allocable to that claim and work related to the underlying Lawsuit.

7. As reflected in the printouts attached as Exhibit 1, defense of this matter also included time spent by Sheila Morrison, a partner in DWT's Portland office, who focuses her practice on trademark law, including counseling and litigation. She provided specific expert advice in support of the defense against Plaintiff's claims. Ms. Morrison has been practicing for 13 years. She billed her time at $382.50 in this matter; her standard billing rate for California work is $425. Because Ms. Morrison practices in DWT's Portland office, her hourly rate is significantly less than the rate of Los Angeles attorneys with comparable experience.

8. In addition, in response to Plaintiff's attempt to amend its Complaint to allege antitrust claims against the Times Defendants, we were assisted by Douglas C. Ross, a partner in DWT's Seattle office. Mr. Ross has been practicing for 33 years, and concentrates his practice in complex litigation, with an emphasis on antitrust litigation. He also is chair of DWT's firm-wide Litigation Department. Mr. Ross billed his time in this matter at $459 per hour, although his standard hourly rate for California work is $550. Because Mr. Ross practices in DWT's Seattle office, his hourly rate is significantly less than the rate of Los Angeles attorneys with comparable experience.

9. DWT partner Rochelle Wilcox assisted in the preparation of this Fee Motion. Ms. Wilcox has been a member of DWT's Media practice since she was admitted to the Bar in 1998. She is an experienced litigator who has represented a variety of media and entertainment clients, including the Los Angeles Times. Ms. Wilcox is currently Vice Chair of DWT's Appellate Litigation Practice, and Deputy

KELLI L. SAGER DECL. RE TIMES FEE MOTION
DWT 17855279v3 0026175-000388

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Chair of DWT's Media Law Practice. Ms. Wilcox billed her time in this matter at $391.50; her standard hourly rate is $435.

10. The attorney fees expended on this action were reasonable and necessary for the defense of plaintiff's Lanham Act litigation against Defendants. The legal services described in the invoices were actually and necessarily performed, and as to the time entries contained in Exhibit 1, either the fees and costs already were paid by the Los Angeles Times, or the obligation for payment has been incurred and is outstanding. As reflected in the attached billing records and in this Declaration, the total amount of legal fees incurred by Defendants in this matter to date (excluding work on this Fee Motion and supporting documents, discussed below) is more than $97,024.05. Defendants also seek recoverable costs in the amount of $176.60 for a total of $97,200.65.

11. The Times Defendants also were represented by The Times' in-house counsel, Karlene Goller. Ms. Goller has been a lawyer for 25 years, has been in-house counsel with The Times for 20 years, and has extensive experience in defending media entities from claims like Plaintiff's claim here. She has received numerous honors over the years, including been named as a "Super Lawyer" in Super Lawyers magazine and also has been identified as a leading lawyer in America by LawDragon. She played an integral role in the defense of this action. Although there is legal precedent that permits recovery of attorneys' fees for time spent by in-house counsel, the Times Defendants have not included such a request here, further evidencing the reasonableness of the request made.

12. Ms. Kohn spent 4.6 hours on matters related to this Fee Motion in July, as reflected in the printouts attached as Exhibit 1. Invoices have not yet been generated for the month of August 2011, but I have been provided billing information for Ms. Wilcox and Ms. Kohn, as well as my own billing records, for time spent thus far in the month of August 2011 on this matter. To date, time spent in July and August on work related to this Fee Motion includes the following: I

4

KELLI L. SAGER DECL. RE TIMES FEE MOTION
DWT 17855279v3 0026175-000388

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

have spent more than 6 hours at the rate of $522 per hour, for a total of $3,132; Ms. Wilcox spent more than 15 hours at the rate of $391.50 per hour, for a total of $5,872.50; Ms. Kohn spent more than 7.1 hours at the rate of $270 per hour, for a total of $2,187; and paralegal Kristina Roth spent more than 2.8 hours at the rate of $112.50 per hour for a total of $315. Thus, The Times will be billed at least $11,506.50 for the attorneys' fees expended in connection with this Fee Motion, plus any additional amounts incurred in connection with Defendants' anticipated Reply brief, and in my preparation for the hearing on this Motion.

13. In an attempt to resolve this matter without the need for litigation, the Times Defendants attempted to meet and confer with Plaintiff before filing their Motion To Dismiss. I sent a letter to Plaintiff's counsel, Robert B. Silverman, on February 8, 2011, explaining the flaws in Plaintiff's legal theories. A true and correct copy of that letter is attached to this Declaration as Exhibit 2. Plaintiff refused to dismiss its claims in response to this letter. On April 20, 2011, I had a telephonic meet-and-confer session with Mr. Silverman, concerning the Times Defendants' intent to file a motion to dismiss. During this call, I again explained the flaws in Plaintiff's legal theories. Although Mr. Silverman conceded that he was not aware of any authority that was directly on-point, he insisted that Plaintiff could state a viable Lanham Act claim, and refused to dismiss the lawsuit. Consequently, the Times Defendants were forced to file their Motion To Dismiss. During my April 20, 2011 telephone call with Ms. Silverman, I also asked him to identify the principals for 1-800-Get-Thin, LLC but he refused.

14. The fees incurred by the Times Defendants in this matter were increased because of the strategic decisions and conduct of plaintiff's counsel. For example, Plaintiff filed a claim under the Lanham Act without identifying the section of the Act under which it asserted a claim. The Times was forced to research and draft arguments for dismissal based on three theoretical claims for trademark infringement, false advertising, and dilution, significantly increasing the

KELLI L. SAGER DECL. RE TIMES FEE MOTION
DWT 17855279v3 0026175-000388

5

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

cost of the Motion to Dismiss. Moreover, although the First Amended Complaint included allegations regarding purported "dilution" of Plaintiff's mark, Plaintiff chose to abandon this theory in its opposition to the Times Defendants' Motion To Dismiss – after Defendants fully briefed this issue. In addition, Plaintiff's Opposition attempted to add entirely new allegations and theories, which were never mentioned in the First Amended Complaint. The Times Defendants were forced to expend additional time researching and responding to these claims based on a "conspiracy" theory involving other advertisers. Finally, after the Times Defendants filed their Reply and the Court took Defendants' Motion under submission on May 20, 2011, Plaintiff filed a Motion To Amend, seeking to add yet more new theories. The Motion To Amend was filed (on minimum notice) after 6:00 p.m. on July 1, 2011 – the Friday before the Fourth of July weekend – and sought to add claims for alleged violations of RICO and the Sherman Act, based on the same "conspiracy" claims involving online advertising. The Times Defendants were compelled to respond to this eleventh-hour filing, which the Court ultimately denied on the ground that amendment would be futile.

15. On August 3, 2011, after this Court issued its order granting the Times Defendants' Motion To Dismiss with prejudice, I sent an e-mail to Plaintiff's counsel, Robert B. Silverman, seeking to schedule a Local Rule 7-3 conference on the Times Defendants' anticipated Fee Motion. Mr. Silverman responded that day, and advised that his client was "not interested" in the Times Defendants' offer to discuss payment of the fees incurred without the need for filing a motion, nor did he have any interest in discussing the fee motion further. A true and correct copy of the email exchange is attached as Exhibit 3.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on August 8, 2011, in Los Angeles, California.

/s/ Kelli L. Sager
Kelli L. Sager

KELLI L. SAGER DECL. RE TIMES FEE MOTION
DWT 17855279v3 0026175-000388

6

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899