```
 1  DAVIS WRIGHT TREMAINE LLP
    KELLI L. SAGER (State Bar No. 120162)
 2     kellisager@dwt.com
    ROCHELLE L. WILCOX (State Bar No. 197790)
 3     rochellewilcox@dwt.com
    LISA J. KOHN (State Bar No. 260236)
 4     lisakohn@dwt.com
    865 South Figueroa Street, Suite 2400
 5  Los Angeles, California 90017-2566
    Telephone: (213) 633-6800 / Fax: (213) 633-6899
 6
    LOS ANGELES TIMES COMMUNICATIONS LLC
 7  KARLENE GOLLER (State Bar No. 147065)
       karlenegoller@latimes.com
 8  202 West First Street
    Los Angeles, California 90012
 9  Telephone: (213) 237-3760 / Fax: (213) 237-3810

10  Attorneys for Defendants MICHAEL HILTZIK,
    STUART PFEIFER, and LOS ANGELES TIMES
11  COMMUNICATIONS LLC
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| 1 800 GET THIN, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL HILTZIK, an individual; LOS ANGELES TIMES COMMUNICATIONS, LLC; STUART PFEIFER, an individual; SNAPSHOTS, an individual; Adrian Dallas, an individual; jkrischel, an individual; neoserf, an individual; paulmayer, an individual; dalefogden, an individual; wtharvey, an individual; matt_powers, an individual; callcenterjohnny, an individual; Ebuckly, an individual; bigsouthern, an individual; OCChick, an individual; AllenGillespie, an individual; dhaettig, an individual; Baseballhead, an individual; mattemons, an individual; JulyPostOp, an individual; DrBruin2, an individual; RUJoking?!, an individual; InstructorP, an individual; 1Friend, an individual; darmaggi, an individual; RamonaInCorona, an individual; dianne.m.daniels, an individual; LAX.Prepster, an individual; Isabellel 106, an individual; AlanSmythl, an individual; Ed Wood, an individual; KatherineLicariVenturoso, an individual; Does 1-10, inclusive,<br><br>Defendants. | Case No. 2:11-CV-0505-ODW (Ex)<br>Assigned to the Honorable<br>Otis D. Wright II<br><br>**DECLARATION OF LISA J. KOHN IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Hearing Date: September 12, 2011<br>Time:         1:30 p.m.<br>Courtroom:    11<br><br>Action Filed: January 18, 2011 |

I, Lisa J. Kohn, declare:

1. I am an attorney admitted to practice before all the courts of the State of California and before this Court. I am an associate in the law firm of Davis Wright Tremaine LLP ("DWT"), and am one of the attorneys representing defendants Michael Hiltzik, Stuart Pfeifer, and Los Angeles Times Communications LLC (the "Times Defendants" or "Defendants") in this matter. The facts stated below are true of my own personal knowledge, and, if called to testify, I could and would competently testify thereto.

2. Attached to this Declaration as Exhibit 4 is a true and correct copy of this Court's Order Granting with Prejudice Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6), entered by the Court on July 25, 2011.

3. The Los Angeles Times and its employees have been engaged in four different state court litigations related to their reporting on 1 800 Get Thin, LLC, the surgery centers for which it markets, and the owners and employees of those surgery centers. In two of those cases, The Times and its employees were sued for purported defamation and related claims. Those lawsuits are Michael Omidi v. Hiltzik, et al., LA Superior Court Case No. BC451424 ("Omidi v. Hiltzik") and Julian Omidi v. Pfeifer, et al., LA Superior Court Case No. BC458479 ("Omidi v. Pfeifer"). In both of these cases, defendants filed SLAPP motions under California Code of Civil Procedure § 425.16 and those motions were granted in their entirety. Attached to this Declaration as Exhibit 5 is a true and correct copy of the order entered on June 29, 2011, in Omidi v. Pfeifer. Attached to this Declaration as Exhibit 6 is a true and correct copy of the notice of ruling filed on July 28, 2011 in Omidi v. Hiltzik.

4. In addition, two lawsuits have been filed by Beverly Hills Surgery Center LLC against certain latimes.com readers who commented online about articles and columns concerning the 1-800-Get-Thin marketing campaign, and the surgery centers affiliated with those advertisements. In the first lawsuit, Beverly

1

LISA KOHN DECL. RE TIMES FEE MOTION
DWT 17855281v2 0026175-000388

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1 | Hills Surgery Center LLC, et al. v. Does 1 through 100, LA Superior Court Case
2 | No. BC436309, plaintiff subpoenaed a Times affiliate for identifying information
3 | regarding these online commenters. The Times moved to quash that subpoena and
4 | that motion was granted. A true and correct copy of the October 27, 2010 order
5 | granting The Times motion is attached as Exhibit 7. Plaintiff then voluntarily
6 | dismissed that lawsuit in December 2010, and refiled it as Beverly Hills Surgery
7 | Center LLC, et al. v. Does 1 through 100, LA Superior Court Case No. BC451267.
8 | One day later, 1 800 GET THIN, LLC also filed a lawsuit against the same
9 | latimes.com readers who commented online – 1 800 GET THIN LLC, et al. v. Does
10 | 1 through 100, LA Superior Court Case No. BC451507. After these two new cases
11 | were deemed to be related, and were referred to the judge in the original case,
12 | plaintiffs 1 800 GET THIN LLC and Beverly Hills Surgery Center LLC filed
13 | peremptory challenges to that judge, causing the cases to be reassigned. True and
14 | correct copies of those peremptory challenges are attached as Exhibit 8. Plaintiff
15 | Beverly Hills Surgery Center has now again subpoenaed a Times affiliate, seeking
16 | the same identifying information regarding these online commenters. A true and
17 | correct copy of that subpoena is attached as Exhibit 9.
18 |     5.   Plaintiff in this matter has not filed a Statement of Information, as
19 | required by the California Secretary of State, which would identify its chief
20 | executive officer and any managers. However, the agent for service of process for 1
21 | 800 Get Thin, LLC is Robert Silverman – plaintiff's counsel in this action and in
22 | the related state court lawsuits. Attached as Exhibits 10 are true and correct copies
23 | of the face pages from the complaints filed in Omidi v. Hiltzik and Omidi v. Pfeifer,
24 | as well as a Substitution of Attorney form filed in Omidi v. Hiltzik, reflecting Mr.
25 | Silverman's representation of plaintiffs in those actions.
26 |     6.   A detailed description of the connections between the Omidi brothers,
27 | 1 800 Get Thin, LLC, and the surgical centers was contained in a lawsuit filed by
28 | family members of two decedents. Attached as Exhibit 11 is a true and correct copy

2

LISA KOHN DECL. RE TIMES FEE MOTION
DWT 17855281v2 0026175-000388

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

of the complaint in <u>Faitro et al. v. Top Surgeons, Inc. et al.</u>, Case No. BC454464, Los Angeles Superior Court. I am informed and believe that to date, Plaintiff 1 800 Get Thin, LLC has not filed any pleadings disputing the allegations contained in this lawsuit.

7.   I am a 2008 UCLA School of Law graduate with more than three years of experience in media and entertainment litigation and trademark litigation, working closely with Ms. Sager on a variety of First Amendment matters. My standard billing rate for 2011 is $310. In this case, Defendants received a negotiated discount, and my time was billed at the rate of $270 per hour.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this Declaration was executed on the 8th day of August, 2011, in Los Angeles, California.

_____
Lisa J. Kohn

3

LISA KOHN DECL. RE TIMES FEE MOTION
DWT 17855281v2 0026175-000388

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899