DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER (State Bar No. 120162)
  kellisager@dwt.com
ROCHELLE L. WILCOX (State Bar No. 197790)
  rochellewilcox@dwt.com
LISA J. KOHN (State Bar No. 260236)
  lisakohn@dwt.com
865 South Figueroa Street, Suite 2400
Los Angeles, California 90017-2566
Telephone: (213) 633-6800 / Fax: (213) 633-6899

LOS ANGELES TIMES COMMUNICATIONS LLC
KARLENE GOLLER (State Bar No. 147065)
  karlenegoller@latimes.com
202 West First Street
Los Angeles, California 90012
Telephone: (213) 237-3760 / Fax: (213) 237-3810

Attorneys for Defendants MICHAEL HILTZIK, STUART PFEIFER, and LOS ANGELES TIMES COMMUNICATIONS LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| 1 800 GET THIN, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL HILTZIK, an individual; LOS ANGELES TIMES COMMUNICATIONS, LLC; STUART PFEIFER, an individual; SNAPSHOTS, an individual; Adrian Dallas, an individual; jkrischel, an individual; neoserf, an individual; paulmayer, an individual; dalefogden, an individual; wtharvey, an individual; matt_powers, an individual; callcenterjohnny, an individual; Ebuckly, an individual; bigsouthern, an individual; OCChick, an individual; AllenGillespie, an individual; dhaettig, an individual; Baseballhead, an individual; mattemons, an individual; JulyPostOp, an individual; DrBruin2, an individual; RUJoking?!, an individual; InstructorP, an individual; 1Friend, an individual; darmaggi, an individual; RamonaInCorona, an individual; dianne.m.daniels, an individual; LAX.Prepster, an individual; Isabellel 106, an individual; AlanSmythl, an individual; Ed Wood, an individual; KatherineLicariVenturoso, an individual; Does 1-10, inclusive,<br><br>Defendants. | Case No. 2:11-CV-0505-ODW (Ex)<br>Assigned to the Honorable<br>Otis D. Wright II<br><br>**DECLARATION OF KARLENE GOLLER IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Hearing Date: September 12, 2011<br>Time:         1:30 p.m.<br>Courtroom:    11<br><br>Action Filed: January 18, 2011 |

## DECLARATION OF KARLENE GOLLER

I, Karlene Goller, declare:

1. I am a resident of California and over the age of eighteen. I am an attorney licensed to practice before the courts of California and also before this Court. I have personal knowledge of the facts stated in this declaration and, if sworn as a witness, could and would testify to these facts.

2. I am Vice President, Legal and Deputy General Counsel for the <u>Los Angeles Times</u>, and Senior Counsel/West Coast Media for Tribune Co. In this capacity, I am the primary First Amendment counsel for the <u>Los Angeles Times</u>, and I am responsible for all aspects of newsroom counseling and litigation. I have had these responsibilities since 1991.

3. I am one of the attorneys at The Times responsible for overseeing outside litigation counsel for Times matters, including intellectual property cases, in California and across the country. In that capacity, I regularly communicate with media attorneys and in-house counsel regarding the reputation of attorneys and firms that practice media law, and I also regularly evaluate the reasonableness of fees charged by our outside counsel, both in terms of their hourly billing rates and the number of hours that they expend performing various litigation-related tasks.

4. The Times and its employees, Michael Hiltzik and Stuart Pfeifer ("The Times Defendants"), are represented by Davis Wright Tremaine LLP ("DWT") in this lawsuit. DWT has an excellent reputation in the media defense litigation bar and it is widely regarded as one of the top media firms in the country. I have worked with DWT extensively for more than twenty years, and I regularly use DWT as outside litigation counsel because the firm provides high quality, efficient services.

5. I have reviewed the invoices issued by DWT in this matter. In addition, I have been actively involved in the defense of this lawsuit, and I am familiar with the services performed and the result achieved by DWT. Given their

1

KARLENE GOLLER DECL. RE TIMES FEE MOTION
DWT 17848350v2 0026175-000388

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

work in this case, the invoices they issued, and their respective experience and reputations, I believe that DWT's fees in this matter are reasonable, both in terms of the hourly rate charged and the number of hours worked. The Times has not disputed any of the invoices from DWT in this matter, and it has either already paid the invoices, or has agreed to pay the invoices, having agreed that the fees charged were reasonable and justified.

I declare under penalty of perjury under the laws of the United States and the laws of the State of California that the foregoing is true and correct and that this declaration was executed on August 5th, 2011, at Los Angeles, California.

_____
KARLENE GOLLER

KARLENE GOLLER DECL. FOR TIMES FEE MOTION
DWT 17848350v2 0026175-000388

2

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST. SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899