1 | DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER (State Bar No. 120162)
2 |    kellisager@dwt.com
ROCHELLE L. WILCOX (State Bar No. 197790)
3 |    rochellewilcox@dwt.com
LISA J. KOHN (State Bar No. 260236)
4 |    lisakohn@dwt.com
865 South Figueroa Street, Suite 2400
5 | Los Angeles, California 90017-2566
Telephone: (213) 633-6800 / Fax: (213) 633-6899
6 |
LOS ANGELES TIMES COMMUNICATIONS LLC
7 | KARLENE GOLLER (State Bar No. 147065)
   karlenegoller@latimes.com
8 | 202 West First Street
Los Angeles, California 90012
9 | Telephone: (213) 237-3760 / Fax: (213) 237-3810

10 | Attorneys for Defendants MICHAEL HILTZIK,
STUART PFEIFER, and LOS ANGELES TIMES
11 | COMMUNICATIONS LLC

12 | UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
13 | WESTERN DIVISION

14 | 1 800 GET THIN, LLC,

15 |              Plaintiff,
        vs.

16 | MICHAEL HILTZIK, an individual; LOS
ANGELES TIMES COMMUNICATIONS,
17 | LLC; STUART PFEIFER, an individual;
SNAPSHOTS, an individual; Adrian Dallas,
18 | an individual; jkrischel, an individual;
neoserf, an individual; paulmayer, an
19 | individual; dalefogden, an individual;
wtharvey, an individual; matt_powers, an
20 | individual; callcenterjohnny, an individual;
Ebuckly, an individual; bigsouthern, an
21 | individual; OCChick, an individual;
AllenGillespie, an individual; dhaettig, an
22 | individual; Baseballhead, an individual;
mattemons, an individual; JulyPostOp, an
23 | individual; DrBruin2, an individual;
RUJoking?!, an individual; InstructorP, an
24 | individual; 1Friend, an individual; darmaggi,
an individual; RamonaInCorona, an
25 | individual; dianne.m.daniels, an individual;
LAX.Prepster, an individual; Isabelle1 106,
26 | an individual; AlanSmyth1, an individual; Ed
Wood, an individual;
27 | KatherineLicariVenturoso, an individual;
Does 1-10, inclusive,
28 |              Defendants.

Case No. 2:11-CV-0505-ODW (Ex)
Assigned to the Honorable
Otis D. Wright II

**DECLARATION OF JEAN-
PAUL JASSY IN SUPPORT OF
DEFENDANTS' MOTION FOR
ATTORNEYS' FEES AND
COSTS**

Hearing Date: September 12, 2011
Time:         1:30 p.m.
Courtroom:    11

Action Filed: January 18, 2011

I, Jean-Paul Jassy, declare:

1.     I am over eighteen years of age, and am not a party to this case. I am admitted to practice before this Court and before all courts of the State of California. I am a partner in the law firm of Bostwick & Jassy LLP, and have personal knowledge of the facts set forth in this Declaration.

2.     I am a member of the State Bar of California. I graduated from the University of Southern California Law School. I am one of the founding partners of Bostwick & Jassy LLP. My practice focuses on representing media organizations in a variety of matters, and I have litigated numerous anti-SLAPP motions, Lanham Act claims, and other claims concerning First Amendment rights, including the following which have resulted in published decisions: Tory v. Cochran, 544 U.S. 734, 125 S. Ct. 2108, 161 L. Ed. 2d 1042 (2005) (First Amendment); Burnett v. Twentieth Century Fox Film Corp., 491 F. Supp. 2d 962 (C.D. Cal. 2007) (Lanham Act); Thomas v. Los Angeles Times Comm'ns, LLC, 189 F. Supp. 2d 1005 (C.D. Cal. 2002) (anti-SLAPP); Anschutz Entm't Group, Inc. v. Snepp, 171 Cal. App. 4th 598, 90 Cal. Rptr. 3d 133 (2009) (anti-SLAPP); Balboa Island Village Inn, Inc. v. Lemen, 40 Cal. 4th 1141, 57 Cal. Rptr. 3d 320 (2007) (First Amendment); Lieberman v. KCOP Television, Inc., 110 Cal. App. 4th 156, 1 Cal. Rptr. 3d 536 (2003) (anti-SLAPP).

3.     I have served as an adjunct professor of law at the University of Southern California Gould Law School (teaching Constitutional Law II – First Amendment Law), University of California, Irvine School of Law (teaching Media Law) and at Southwestern University School of Law (teaching a course on the law of defamation, privacy, and publicity); and I have authored many articles on media issues. I am former Co-Chair of the California Chapter of the Media Law Resource Center, Membership Chair of the American Bar Association's Forum on Communications Law, and a member of the Los Angeles Superior Court Media

JEAN-PAUL JASSY DECL. RE TIMES FEE MOTION
v -

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1  Committee. Based on my experience, I am familiar with most media litigation
2  firms in Southern California.

3      4.    In addition to Bostwick & Jassy LLP, I have practiced at other Los
4  Angeles law firms. Specifically, between 1999 and 2003, I was an associate at
5  Davis Wright Tremaine ("DWT"), from 2003 to 2004, I was an associate at Loeb &
6  Loeb LLP and between 2004 and 2007, I was an associate at Sheppard, Mullin,
7  Richter & Hampton ("Sheppard Mullin"). As a result, I am familiar with the billing
8  rates customarily charged by law firms in Los Angeles that represent media clients.
9  I have reviewed the billing rates charged for the DWT lawyers and clerical staff
10 from DWT's Los Angeles office who represented defendants Michael Hiltzik,
11 Stuart Pfeifer, and Los Angeles Times Communications LLC in this matter: Kelli
12 L. Sager – $522.00 per hour; Lisa J. Kohn – $270.00 per hour; Jonathan Segal –
13 $270.00 per hour; Rochelle L. Wilcox – $391.50 per hour; and Ben Planchon –
14 $184.50 per hour.

15     5.    These rates are reasonable. I know from personal experience in
16 working with them that Ms. Sager and Ms. Wilcox have extensive experience
17 representing media organizations, and their billing rates are easily within the range
18 charged by media lawyers with similar experience at other private firms in the Los
19 Angeles legal market. Ms. Kohn's, Mr. Segal's and Mr. Planchon's rates are also
20 easily within the range that such firms typically charge for associates and paralegals
21 in the market.

22     This declaration was executed on August _8_, 2011, at _Santa Cruz_,
23 California. I declare under penalty of perjury under the laws of the State of
24 California that the foregoing is true and correct.

25

26

27                                                    _____
                                                      Jean-Paul Jassy
28

---

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST. SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566