UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-00505-ODW(Ex) | Date | September 7, 2011 |
|---|---|---|---|
| Title | 1 800 Get Thin, LLC v. Michael Hiltzik et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | | None present |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None present | | None present |

**Proceedings:**       **Order Vacating Hearing on MOTION for Attorney Fees and Costs [28]**

The hearing on the above-referenced motion's, scheduled for September 12, 2011 is hereby VACATED. The matter stands submitted.  An order will issue.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | | se |